IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
GLAXO GROUP LIMITED                      :
                                         :
              Plaintiff,                 :       Civil Action No. 04-171-KAJ
                                         :
       v.                                :
                                         :
TEVA PHARMACEUTICALS USA, INC. and       :
TEVA PHARMACEUTICAL INDUSTRIES           :
LIMITED                                  :
              Defendants.                :
                                         :
---------------------------------------------------------------x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following documents: **PLAINTIFF'S SECOND SET OF INTERROGATORIES (10-13) TO DEFENDANT TEVA PHARMACEUTICALS USA, INC.; AND PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION (1-24) TO DEFENDANT TEVA PHARMACEUTICALS USA, INC.** were served upon the following attorneys of record in the manner indicated below on April 8, 2005.

**VIA HAND DELIVERY**
Josy W. Ingersoll, Esq.
Young Conway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

**VIA FEDERAL EXPRESS**
Mark D. Schuman, Esq.
Merhant & Grould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN  55402

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801
(302) 658-9141

Attorneys for Plaintiff Glaxo Group Limited

OF COUNSEL:

Brian P. Murphy
Jason Lief
Thomas Puppa
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0060
(212) 309-6000

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, hereby certify that on the April 8, 2005, I electronically filed a Notice of Service of Plaintiff's Second Set of Interrogatories (10-13) to Defendant Teva Pharmaceuticals USA, Inc. and Plaintiff's First Set of Requests for Admissions (1-24) to Defendant Teva Pharmaceuticals USA, Inc., with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and I hereby certify that we have served via Hand Delivery a copy of said document to:

Josy W. Ingersoll, Esq.
Young Conway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

I hereby certify that on April 8, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participant:

Mark D. Schuman, Esq.
Merhant & Grould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN  55402

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801
(302) 658-9141
fdigiovanni@cblh.com

Attorneys for Plaintiff Glaxo Group Limited

OF COUNSEL:

Brian P. Murphy
Jason Lief
Thomas Puppa
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0060
(212) 309-6000


390375_1