IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
GLAXO GROUP LIMITED                            :
                                               :
                Plaintiff,                     :   Civil Action No. 04-171-KAJ
                                               :
    v.                                         :
                                               :
TEVA PHARMACEUTICALS USA, INC. and             :
TEVA PHARMACEUTICAL INDUSTRIES                 :
LIMITED                                        :
                Defendants.                    :
                                               :
-----------------------------------------------------------------x
```

## CORRECTED NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following documents: **PLAINTIFF'S SECOND SET OF INTERROGATORIES (10-13) TO DEFENDANT TEVA PHARMACEUTICALS USA, INC.; AND PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION (1-24) TO DEFENDANT TEVA PHARMACEUTICALS USA, INC.** were served upon the following attorneys of record in the manner indicated below on April 13, 2005.

| **VIA HAND DELIVERY** | **VIA FAX AND FEDERAL EXPRESS** |
|---|---|
| Josy W. Ingersoll, Esq. | Mark D. Schuman, Esq. |
| Young Conway Stargatt & Taylor | Merhant & Grould LLC |
| The Brandywine Building | 3200 IDS Center |
| 1000 West Street, 17th Floor | 80 South 8th Street |
| P.O. Box 391 | Minneapolis, MN  55402 |
| Wilmington, DE  19899 | |

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801
(302) 658-9141

Attorneys for Plaintiff Glaxo Group Limited

OF COUNSEL:

Brian P. Murphy
Jason Lief
Thomas Puppa
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0060
(212) 309-6000

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, hereby certify that on the April 18, 2005, I electronically filed a Notice of Service of Plaintiff's Second Set of Interrogatories (10-13) to Defendant Teva Pharmaceuticals USA, Inc. and Plaintiff's First Set of Requests for Admissions (1-24) to Defendant Teva Pharmaceuticals USA, Inc., with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and I hereby certify that we have served via Hand Delivery a copy of said document to:

Josy W. Ingersoll, Esq.
Young Conway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

I hereby certify that on April 18, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participant:

Mark D. Schuman, Esq.
Merhant & Grould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

                                            /s/ Francis DiGiovanni
                                            Francis DiGiovanni (#3189)
                                            CONNOLLY BOVE LODGE & HUTZ LLP
                                            The Nemours Building
                                            1007 N. Orange Street
                                            Wilmington, DE 19801
                                            (302) 658-9141
                                            fdigiovanni@cblh.com

                                            Attorneys for Plaintiff Glaxo Group Limited