IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LIMITED )<br><br>Plaintiff, )<br><br>v. )<br><br>TEVA PHARMACEUTICALS USA, INC. and )<br>TEVA PHARMACEUTICAL INDUSTRIES )<br>LIMITED )<br><br>Defendants. ) | Civil Action No. 04-171-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Teva Pharmaceuticals

USA, Inc., caused copies of (1) Defendants Response to Plaintiff's Second Set of Interrogatories

(10-13) to Defendant Teva Pharmaceuticals USA, Inc. and (2) Defendants Answer to Plaintiff's

First Set of Requests for Admission (1-24) to Defendant Teva Pharmaceuticals USA, Inc., to be

served on May 16, 2005 on the following counsel of record in the manner indicated:

**BY FEDERAL EXPRESS**

Francis DiGiovanni, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801

WP3:1029633.1                                                    58956.1011

**BY FEDERAL EXPRESS**

Thomas Puppa, Esquire
Morgan Lewis & Bockius, LLP
101 Park Avenue
New York, NY  10178

     Additionally, the undersigned certifies that copies of this Notice of Service were

caused to be served on May 17, 2005 upon the following counsel of record in the manner

indicated:

**BY E-FILING and HAND DELIVERY**

Francis DiGiovanni, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Thomas Puppa, Esquire
Morgan Lewis & Bockius, LLP
101 Park Avenue
New York, NY  10178

Josy W. Ingersoll (# 1088)
Karen E. Keller (#4489)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
jingersoll@ycst.com

WP3:1029633.1                                                58956.1011

OF COUNSEL:

Mark D. Schuman
Ronald A. Daignault
Jeffer Ali
John M. Berns
Merchant & Gould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 332-5300

Dated:  May 17, 2005

WP3:1029633.1

58956.1011