AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

GLAXO GROUP LIMITED

    Plaintiffs,

    V.

TEVA PHARMACEUTICALS USA, INC. and
TEVA PHARMACEUTICAL INDUSTRIES
LIMITED

    Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-171-KAJ

TO:

    Teva Pharmaceutical Industries Limited
    5 Basel Street
    Petach Tikva 49131
    Israel

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Francis DiGiovanni, Esquire
    Connolly Bove Lodge & Hutz LLP
    The Nemours Building
    1007 North Orange Street
    Post Office Box 2207
    Wilmington, Delaware  19899-2207

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**       JUN 21 2004
CLERK       DATE

*E. Evette Walson*
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other *(specify)*: _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                                              Signature of Server

                                                                      _____
                                                                      Address of Server

331220

## UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LIMITED<br>    PLAINTIFF/PETITIONER<br>VS.<br>TEVA PHARMACEUTICALS USA, INC. AND<br>TEVA PHARMACEUTICAL INDUSTRIES LIMITED<br>    DEFENDANT/RESPONDENT | CAUSE #: 04-171<br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

ABC Legal Services, Inc.
910 5th Ave. Seattle, WA 98104
(206) 521-9000
TRACKING #: 3188884

**ORIGINAL**
**PROOF OF SERVICE**

CONNOLLY BOVE LODGE & HUTZ, LLP 302-888-6203
1007 N ORANGE ST PO BOX 2207
WILMINGTON, DE 19899

Page 1 of 1
OR_WGENEVA