תעודת אישור

# CERTIFICATE

הרשות החתומה מטה מתכבדת לאשר, בהתאם לסעיף 6 של האמנה האמורה.

The undersigned authority has the honor to certify, in conformity with article 6 of the Convention,

1.    that the document has been served·    כי הבקשה בוצעה·

the (date)    ביום (תאריך)    _Dec. 29, 2004_

at (place, street, number)    ב-(מקום, רחוב, מספר)

_5 Basel St, Petach Tikva Israel_

באחת מן הצורות שללהכן שנקבעו בסעיף 5    in one of the following methods authorised by article 5 -

א)    בהתאם לצורות הקבועות בחוק (סעיף 5, פסקה ראשונה (א))*.

a)    in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*

ב)    בהתאם לצורות המיוחדות שלקמן :    *

b)    in accordance with the following particular method*:

ג)    במסירה פשוטה*.

c)    by delivery to the addressee, who accepted it voluntarily*.

הכתבים הנזכרים בבקשה נמסרו לידי :

The documents referred to in the request have been delivered to:

(זהותו ותיאורו של האדם)

_Yafit, Judicial Dept, Teva_    (identity and description of person)

קשרים משפחתיים, קשרי כפיפות או קשרים אחרים עם נמענו של הכתב:

relationship to the addressee (family, business or other):    _employee_

2.    כי הבקשה לא בוצעה מחמת העובדות שלקמן :

2.    that the document has not been served, by reason of the following facts*:

בהתאם לסעיף 12, פסקה 2, לאמנה האמורה, מתבקש המבקש לשלם או להחזיר את ההוצאות שפירוטן נתון בחשבון המצורף* :

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

**Annexes**    נספחים

Documents returned:    מסמכים מוחזרים :

In appropriate cases, documents establishing the service:    במקרה המתאים, מסמכים המוכיחים את ההמצאה:

Done at _Jerusalem_    the _____    ביום _____    נעשה ב _____

Signature and/or stamp    חתימה וחותמת או אחד מאלה :

Signature and/or stamp

*Delete if inappropriate    מחק את הבלתי מתאים