# SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

### (article 5, fourth paragraph)

Name and address of the requesting authority:   **Rick Hamilton**
**910 5th Avenue**
**Seattle, Washington 98104**
**United States of America**

Particulars of the parties:

**GLAXO GROUP LIMITED**   vs.   **TEVA PHARMACEUTICALS USA, INC. AND TEVA PHARMACEUTICAL INDUSTRIES LIMITED**

## JUDICIAL DOCUMENT*

Name and purpose of the document:
To give notice to the Defendant of the filing of the Complaint and the institution of an action for patent infringement against them regarding a request for injunctive relief, a determination of infringement, a declaration regarding the effective approval date of defendants' ANDA application, costs, and attorneys' fees.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiff is seeking injunctive relief, a determination of patent infringement, a declaration regarding the effective approval date of defendants' ANDA application, costs, and attorneys' fees.

Date and place for entering appearance:*
Defendant has twenty days from receipt of the Summons to answer to the Complaint, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
   Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a

TRACKING #: 3488884



USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate