IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LIMITED, | ) |
| Plaintiff, | ) ) ) ) |
| v. | )  Civil Action No. 04-171-KAJ |
| TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LIMITED, | ) ) ) ) ) |
| Defendants. | ) |

### ORDER

At Wilmington this **13th** day of **June, 2005,**

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **June 30, 2005 at 11:30 a.m.** with the undersigned. **Counsel for Plaintiff shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE