IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LIMITED,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>TEVA PHARMACEUTICALS USA, INC.  )<br>and TEVA PHARMACEUTICAL  )<br>INDUSTRIES LIMITED,  )<br>  )<br>Defendants.  ) | Civil Action No. 04-171-KAJ |

### ORDER

At Wilmington this **27th** day of **July, 2005,**

IT IS ORDERED that the status teleconference presently set for **September 28, 2005 at 4:30 p.m.** is hereby rescheduled to **October 7, 2005 at 4:30 p.m.** Counsel for Plaintiff shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE