IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
                                                   :
GLAXO GROUP LIMITED,                               :
                                                   :
            Plaintiff,                             :
                                                   :    Civil Action No. 04-171-KAJ
      v.                                           :
                                                   :
TEVA PHARMACEUTICALS USA,                          :
INC. and TEVA PHARMACEUTICAL                       :
INDUSTRIES LIMITED,                                :
                                                   :
            Defendant.                             :
                                                   :
---------------------------------------------------x

**UNOPPOSED MOTION FOR ISSUANCE OF LETTER OF REQUEST TO
THE CANADIAN JUDICIAL AUTHORITY OF QUEBEC, CANADA**

TO:   Mark D. Schuman, Esq.          Josy W. Ingersoll, Esq.
      MERCHANT & GOULD               YOUNG CONAWAY STARGATT
      3200 IDS Center                 & TAYLOR
      80 South 8th Street            The Brandywine Building
      Minneapolis, MN 55402          100 West Street, 17th Floor
                                     Wilmington, DE 19899-0391

Pursuant to Federal Rule of Civil Procedure, Rule 28(b), Glaxo Group Limited ("Glaxo") requests that the Court issue the proposed Letter of Request attached hereto as Exhibit 1 for testimony and documents of Morris Goodman, Chairman and Founder of Pharmascience, Inc., ("Pharmascience") and director of its subsidiary or division PendoPharm, Inc., ("PendoPharm").

Upon information and belief, Glaxo asserts that PendoPharm was created by the merger of PangeoPharma (Canada), Inc., ("Pangeo") and Pharmascience's Consumer Products and Private Label Division. Furthermore, Pangeo was the purchaser of the Novopharm Limited ("Novopharm") (a wholly owned subsidiary of Teva Pharmaceutical

Industries Limited) facility where the formulation, development, and testing of a ranitidine hydrochloride oral solution was first performed. It is also believed that Pangeo may have continued work on the product for Novopharm after its purchase of Novopharm's facility.

Relying upon information provided by defendant Teva Pharmaceuticals USA, Inc. ("Teva"), Glaxo asserts that Pharmascience or PendoPharm is in possession of records documenting Novopharm's (Teva's corporate affiliate) and Pangeo's efforts to develop and test a ranitidine hydrochloride oral solution.

Glaxo has filed this action against defendants alleging infringement of U.S. Patent No. 5,068,249. Infringement in this case is based on the doctrine of equivalents. The formulation, development and testing documents for the ranitidine hydrochloride oral solution developed by Novopharm or Pangeo are relevant to the issue of infringement because it was these earlier formulations that led to the formulation currently proposed by Teva in its Abbreviated New Drug Application now on file with the Food and Drug Administration. Furthermore, the sales and marketing data or forecasts Glaxo seeks are relevant to the issue of validity of the patent.

Efforts to obtain these documents without judicial intervention have failed. (*See* Letters attached to the Letter of Request as Ex. B and Ex. C).

Glaxo requests that the Court execute and certify two endorsed letter requests and return them to counsel to be forwarded to Glaxo's Canadian representative:

>    Brian R. Daley
>    Ogilvy Renault LLP
>    Suite 1100
>    1981 McGill College Avenue
>    Montreal, Quebec H3A 3C1
>    Telephone: (514) 847-4764

408137                                                              2

Glaxo has conferred with counsel for defendants regarding the relief sought in this motion, and Defendants will not oppose this motion.

Dated: July 29, 2005

*/s/ Francis DiGiovanni*
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899
Telephone: (302) 658-9141

Attorneys for Plaintiff Glaxo Group Limited

Of Counsel:

Brian P. Murphy
Jason A. Lief
Thomas J. Puppa
Morgan Lewis & Bockius
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, hereby certify that on the July 29, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and I hereby certify that we have served via Hand Delivery a copy of said document to:

Josy W. Ingersoll, Esq.
Young Conway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

I hereby certify that on this same date, I have mailed by United States Postal Service, the document(s) to the following non-registered participant:

Mark D. Schuman, Esq.
Merhant & Grould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN  55402

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801
(302) 658-9141
fdigiovanni@cblh.com

Attorneys for Plaintiff Glaxo Group Limited