**EXHIBIT B**

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel:  212.309.6000
Fax:  212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Thomas J. Puppa**
Associate
212.309.2118
tpuppa@morganlewis.com

July 12, 2005

**VIA FACSIMILE AND FEDERAL EXPRESS**

Louis Charles Chartrand
Pharmascience Inc.
6111 Ave Royalmount, Suite 100
Montréal, (QC)
H4P 2T4
Canada

Re:    Request for Assistance with Document Collection

Dear : Mr. Chartrand

I am counsel for Glaxo in a pending U.S. litigation captioned *Glaxo Group Limited v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals Industries Limited* (D. Delaware, Civil Action No. 04-cv-171).  The litigation involves a claim of infringement of a United States patent related to ranitidine hydrochloride oral syrup.  I am writing to follow-up on the voice mail I left for you on July 7, 2005 requesting your assistance with the collection of documents related to the above case.

The case is currently in the discovery phase and the parties have recently been made aware of the existence of documents at a manufacturing or development facility now owned by operated by PendoPharm in Montréal (Quebec).  This facility had initially been owned by Novopharm and then was owned by Pangeo Pharma before its merger with Pharmascience.

The documents we are interested in comprise only the specific documents related to the work performed by Novopharm or Pangeo Pharma on a ranitidine oral solution (syrup) that Novopharm was developing in the late 1990's.

Any assistance you can provide in locating and producing these documents would be greatly appreciated.  My client will reimburse you for any expenses you may incur in locating or



Louis Charles Chartrand
July 12, 2005
Page 2

reviewing these documents.  In addition my firm will offer whatever assistance, legal or paralegal, that you may desire in collecting what we believe will be a small set of documents.

Please call me to discuss the above at your earliest convenience.  Thank you in advance for your cooperation.

Very truly yours,

Thomas J. Puppa

c:      John M. Berns, Esq. (Counsel for Teva)(by fascimile)