**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Francis DiGiovanni
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblhlaw.com

July 29, 2005

**VIA HAND DELIVERY**

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

Re:   *Glaxo Group Limited v. Teva Pharmaceuticals USA, Inc. et al.*,
      Civil Action No. 04-171-KAJ

Dear Judge Jordan:

Enclosed are two additional copies of the proposed Letter of Request, which was filed today as Exhibit 1 to D.I. 60 (Unopposed Motion for Issuance of Letter of Request to Canadian Judicial Authority). We provide these additional copies as a courtesy to the Court because we have requested the execution by the Court and certification by the clerk of two copies of the Letter of Request.

Respectfully submitted,

Francis DiGiovanni

cc:   Clerk of the Court (by hand) (w/ encl.)
      Josy W. Ingersoll, Esq. (by hand) (w/o encl.)
      Mark D. Schuman, Esq. (via e-mail) (w/o encl.)
      Brian P. Murphy, Esq. (via e-mail) (w/o encl.)

Enclosures
FD/jac
409146v1