# **EXHIBIT C**

Case 1:04-cv-00171-GMS   Document 62-4   Filed 08/01/2005   Page 1 of 2



July 15, 2005                                    VIA E-MAIL: tpuppa@morganlewis.com

Mr. Thomas J. Puppa
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY
10178-0060

Re :    **Request for Assistance with Document Collection**
**Glaxo Group Limited v. Teva Pharmaceuticals (USA) Inc.**

Dear Mr. Puppa:

Further to your letter dated July 12, 2005, whereby you requested our assistance with the collection of documents related to the case involving Glaxo Group Limited v. Teva Pharmaceuticals (USA) Inc., we would like to advise you that Pharmascience Inc. is currently in litigation with Glaxo in Canada and therefore will not be able to provide you with any assistance in relation to the above captioned matter.

Very truly yours,

Pharmascience Inc.

Per:

Louis-Charles Chartrand
Director, Legal Affairs

LCC/cn

*6111 Royalmount Avenue, #100, Montreal, Quebec H4P 2T4  Tel.: (514) 340-1114  Fax: (514) 342-7764*