IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LIMITED, | ) |
| Plaintiff, | ) ) ) ) |
| v. | )   Civil Action No. 04-171-KAJ ) |
| TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LIMITED, | ) ) ) ) ) |
| Defendants. | ) |

### ORDER

At Wilmington this **14th** day of **September, 2005**,

IT IS ORDERED that the status teleconference presently set for **October 7, 2005 at 4:30 p.m.** is hereby rescheduled to **October 7, 2005 at 9:30 a.m.**

Counsel for Plaintiff shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE