IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
GLAXO GROUP LIMITED                            :
                                               :
                                               :
                                               :
              Plaintiff,                       :   Civil Action No. 04-171-KAJ
                                               :
       v.                                      :
                                               :
TEVA PHARMACEUTICALS USA, INC. and             :
TEVA PHARMACEUTICAL INDUSTRIES                 :
LIMITED                                        :
              Defendants.                      :
                                               :
-----------------------------------------------------------------x
```

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following documents: **PLAINTIFF GLAXO GROUP LIMITED'S NOTICE OF DEPOSITION OF ANNETTE MATTIUZ and NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6), FED. R. CIV. P.** were served upon the following attorneys of record in the manner indicated below on September 19, 2005 via facsimile and Federal Express.

| | |
|---|---|
| Josy W. Ingersoll, Esq. | Mark D. Schuman, Esq. |
| Young Conway Stargatt & Taylor | Merhant & Grould LLC |
| The Brandywine Building | 3200 IDS Center |
| 1000 West Street, 17th Floor | 80 South 8th Street |
| P.O. Box 391 | Minneapolis, MN  55402 |
| Wilmington, DE  19899 | |

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
ONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801
(302) 658-9141

Attorneys for Plaintiff Glaxo Group Limited

OF COUNSEL:

Brian P. Murphy
Jason Lief
Thomas Puppa
Brian Vogel
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0060
(212) 309-6000

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2005, I electronically filed **PLAINTIFF GLAXO GROUP LIMITED'S NOTICE OF DEPOSITION OF ANNETTE MATTIUZ and NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6), FED. R. CIV. P.** with the Clerk of Court using CM/ECF which will send notification of such filing and we will hand deliver such filing to the following:

Josy W. Ingersoll, Esq.
Young Conway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

I hereby certify that on September 28, 2005, I have mailed by Federal Express, the document to the following non-registered participant:

Mark D. Schuman, Esq.
Merhant & Grould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN  55402

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801
(302) 658-9141

Attorneys for Plaintiff Glaxo Group Limited

419624_1