Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com



Morgan Lewis
COUNSELORS AT LAW

Thomas J. Puppa
212-309-2118
tpuppa@morganlewis.com

June 6, 2005

**VIA FACSIMILE**

John M. Berns, Esq.
Merchant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Re:   *Glaxo Group Limited v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Limited*, Civil Action No. 04-171-KAJ

Dear John:

I am writing to follow up on our telephone conversation on Friday June 3, 2005, with regard to Teva's responses to Glaxo's Requests for Admissions.

As I explained, Glaxo's concern is that it have, in a form admissible at trial, evidence of infringement for each of the claim limitations that Teva acknowledges are found in its accused generic ranitidine oral solution product. This has not been accomplished by the responses Teva has provided thus far. I also understand your concern to be that Teva not be bound by admissions in this case with respect to future ranitidine oral solutions. Glaxo does not seek admissions for future formulations, but Glaxo does seek binding admissions for the ranitidine oral solution currently proposed in its ANDA No. 76-937. We though this was clear from the definition of Teva's ANDA product contained in Glaxo's Request for Admission.

Since both parties have agreed to eliminate discovery on the "non-ethanol" claim limitations in exchange for Teva's admissions we do not understand Teva's objection to providing unqualified admissions. We would like to resolve this issue without further involvement from the Court.

Mark D. Schuman, Esq.
June 6, 2005
Page 2

**Morgan Lewis**
COUNSELORS AT LAW

Please let me know if Teva will admit, without qualification, Glaxo's Requests for Admission Nos. 1-3, 6, 11-21, and 24. I look forward to your prompt response.

Very truly yours,

Thomas J. Puppa