Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Thomas J. Puppa
212-309-2118
tpuppa@morganlewis.com

June 20, 2005

**VIA FACSIMILE**

John M. Berns, Esq.
Merchant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Re:  *Glaxo Group Limited v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Limited*, Civil Action No. 04-171-KAJ

Dear John:

I write in response to your letter dated June 14, 2005 and further to my e-mail dated June 15, 2005. There remain several outstanding discovery issues on which the parties appear to be at a standstill. These issues have been addressed in my recent letters to you dated June 6, and June 9, 2005 and were discussed by us over the telephone on June 3, 2005.

Of immediate concern is the lack of production of documents relating to the development (at Novopharm and Teva) of the generic formulation. In addition, there remain outstanding discovery items from our first teleconference with Judge Jordan including such items as lab notebooks, batch records, stability and other experimental data. At this point further depositions without the requested information would not be productive.

Another important issue concerns Teva's refusal to provide a statement concerning infringement of the "non-ethanol" claim limitations that would be admissible at trial. Such a statement would eliminate the need for discovery on all claim limitations to which infringement is admitted. To date Glaxo has been more than willing to accept a statement in almost any form providing it be binding on Teva and eliminate the need for Glaxo to prove infringement of those limitations at

John M. Berns, Esq.
June 20, 2005
Page 2

**Morgan Lewis**
COUNSELORS AT LAW

trial. The lack of such a statement by Teva, either through a supplemental interrogatory response or in the form of an admission, is what is driving this dispute.

Glaxo also plans to inform the Court of its intent to use evidence from the Pharmadyne trial relating to the invention claimed in the patent in suit.

As my previous letters have indicated, Glaxo has been more than willing to resolve this without further Court intervention. But as time is fast disappearing from the Court ordered schedule, Glaxo believes it must now inform the Court of this continuing impasse.

Very truly yours,

Thomas J. Puppa

```
** JOB STATUS REPORT **                    AS OF  JUN 20 2005  6:25 PM  PAGE. 01
                                                      MORGAN LEWIS

     JOB #797

       DATE   TIME         TO/FROM              MODE    MIN/SEC   PGS    STATUS
001    6/20   6:20P  61240035#16123329081#      EC--S   00' 22"   003    OK   L1
002           6:21P          302 658 5614       EC--S   00' 18"   003    OK   L1
003           6:24P  61240035#13025711253#      EC--S   00' 52"   003    OK   L1
```

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
TEL: 212.309.6000
FAX: 212.309.6273
eFax: 877.432.9652
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

## FAX MESSAGE

### SEND TO

| Name: | John M. Berns, Esq. | Firm: | Merchant & Gould |
| FAX Number: | 612-332-9081 | Telephone Number: | 612-371-5314 |
| Name: | Josy W. Ingersoll, Esq. | Firm: | Young, Conaway, Stargatt & Taylor LLP |
| FAX Number: | 302-571-1253 | Telephone Number: | 302-571-6672 |
| Name: | Francis DiGiovanni, Esq. | Firm: | Connolly Bove Lodge & Hutz LLP |
| FAX Number: | 302-658-5614 | Telephone Number: | 302-888-6316 |

### FROM

| Name: | Thomas J. Puppa | Date Sent: | June 20, 2005 |
| Operator Sending: | | Telephone Number: | 212-309-2118 |
| FAX Number: | 212-309-6001 | Floor: 43 | Number of Pages: 3 (including cover page) |

### COMMENTS

THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE NAMED RECIPIENT(S). THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178-0060
TEL: 212.309.6000
FAX: 212.309.6273
.x: 877.432.9652
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

## SEND TO

| | | | |
|---|---|---|---|
| Name: | John M. Berns, Esq. | Firm: | Merchant & Gould |
| FAX Number: | 612-332-9081 | Telephone Number: | 612-371-5314 |
| Name: | Josy W. Ingersoll, Esq. | Firm: | Young, Conaway, Stargatt & Taylor LLP |
| FAX Number: | 302-571-1253 | Telephone Number: | 302-571-6672 |
| Name: | Francis DiGiovanni, Esq. | Firm: | Connolly Bove Lodge & Hutz LLP |
| FAX Number: | 302-658-5614 | Telephone Number: | 302-888-6316 |

## FAX MESSAGE

THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE NAMED RECIPIENT(S). THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

## FROM

| | | | |
|---|---|---|---|
| Name: | Thomas J. Puppa | Date Sent: | June 20, 2005 |
| Operator ding: | | Telephone Number: | 212-309-2118 |
| ..x Number: | 212-309-6001 | Floor: 43 | Number of Pages: 3 (including cover page) |

## COMMENTS