IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------x
GLAXO GROUP LIMITED                    :
                                       :
                                       :
            Plaintiff,                 :    Civil Action No. 04-cv-171 (KAJ)
                                       :
        v.                             :
TEVA PHARMACEUTICALS USA, INC. and     :
TEVA PHARMACEUTICAL INDUSTRIES         :
LIMITED                                :
            Defendants.                :
                                       :
---------------------------------------x

## [PROPOSED] STIPULATION TO MODIFY SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by and between Glaxo Group Limited ("Glaxo") and Teva Pharmaceuticals USA, Inc. ("Teva USA") that the dates contained in the Court's Scheduling Order of August 5, 2004 are modified as follows:

1. In paragraph 3d., the date for service of the initial Federal Rule of Civil Procedure 26(a)(2) disclosures of expert testimony (initial expert reports) will be extended from November 2, 2005 to December 19, 2005;

2. In paragraph 3d., the date for service of any supplemental disclosure to contradict or rebut evidence on the same subject matter identified by another party (rebuttal expert reports) will be extended from December 2, 2005 to January 16, 2006; and

09/21/2005 13:15 FAX 6123329081        MERCHANT & GOULD                    ☒004/004
SEP 20 2005  7:10 PM FR MORGAN LEWIS NY          TO 13978#0561240035 P.05/05

3. In paragraph 3b., the date for completion of all discovery in this case will be extended from January 30, 2006 to February 13, 2006.

| For Plaintiff Glaxo Group Limited: | For Defendant Teva USA: |
|---|---|
| *[signature]* | *[signature]* |
| Brian P. Murphy | Mark D. Schuman |
| Morgan, Lewis & Bockius | Merchant & Gould LLC |
| 101 Park Avenue | 3200 IDS Center |
| New York, New York 1078 | 80 South 8th Street |
| | Minneapolis, MN 55402 |
| and | and |
| Francis DiGiovanni, Esq | Josy W. Ingersoll, Esq. |
| Connolly Bove Lodge & Hutz LLP | Young Conaway Stargatt & Taylor, LLP |
| The Nemours Building | The Brandywine Building |
| 1007 North Orange Street | 100 West Street, 17th Floor |
| Post office Box 2207 | P.O. Box 391 |
| Wilmington, DE 19899 | Wilmington, DE 19899-0391 |
| Attorneys for Plaintiff | Attorneys for Defendants |
| GLAXO GROUP LIMITED | TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LIMITED |

So Ordered:

_____
Hon. Kent A. Jordan
United States District Judge

** TOTAL PAGE.05 **