IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
GLAXO GROUP LIMITED                          :
                                             :
                Plaintiff,                   :   Civil Action No. 04-171-KAJ
                                             :
        v.                                   :
                                             :
TEVA PHARMACEUTICALS USA, INC. and           :
TEVA PHARMACEUTICAL INDUSTRIES               :
LIMITED                                      :
                Defendants.                  :
                                             :
-----------------------------------------------------------x
```

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following documents:

**PLAINTIFF'S SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO TEVA PHARMACEUTICAL INDUSTRIES LIMITED**

were served upon the following attorneys of record in the manner indicated below on November 14, 2005.

| | |
|---|---|
| **VIA HAND DELIVERY** | **VIA FEDERAL EXPRESS** |
| Josy W. Ingersoll, Esq. | Mark D. Schuman, Esq. |
| Young Conaway Stargatt & Taylor | Merchant & Gould LLC |
| The Brandywine Building | 3200 IDS Center |
| 1000 West Street, 17th Floor | 80 South 8th Street |
| P.O. Box 391 | Minneapolis, MN 55402 |
| Wilmington, DE 19899 | |

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141

Attorneys for Plaintiff Glaxo Group Limited

OF COUNSEL:

Brian P. Murphy
Jason Lief
Thomas Puppa
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0060
(212) 309-6000

## CERTIFICATE OF SERVICE

I, hereby certify that on the November 14, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and I hereby certify that we have served via Hand Delivery a copy of said document to:

Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

I hereby certify that on this same date, I have mailed by Federal Express, the document(s) to the following non-registered participant:

Mark D. Schuman, Esq.
Merchant & Gould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
fdigiovanni@cblh.com

Attorneys for Plaintiff Glaxo Group Limited

428250