09/21/2005 13:15 FAX 6123329081         MERCHANT & GOULD                    ⌀003/004

SEP 20 2005  7:10 PM FR MORGAN LEWIS NY         TO 13978#0561240035 P.04/05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------x
GLAXO GROUP LIMITED                    :
                                       :
                                       :
            Plaintiff,                 :    Civil Action No. 04-cv-171 (KAJ)
                                       :
     v.                                :
TEVA PHARMACEUTICALS USA, INC. and     :
TEVA PHARMACEUTICAL INDUSTRIES         :
LIMITED                                :
            Defendants.                :
                                       :
---------------------------------------x

### [PROPOSED] STIPULATION TO MODIFY SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by and between Glaxo Group Limited ("Glaxo") and Teva Pharmaceuticals USA, Inc. ("Teva USA") that the dates contained in the Court's Scheduling Order of August 5, 2004 are modified as follows:

1. In paragraph 3d., the date for service of the initial Federal Rule of Civil Procedure 26(a)(2) disclosures of expert testimony (initial expert reports) will be extended from November 2, 2005 to December 19, 2005;

2. In paragraph 3d., the date for service of any supplemental disclosure to contradict or rebut evidence on the same subject matter identified by another party (rebuttal expert reports) will be extended from December 2, 2005 to January 16, 2006; and

09/21/2005 13:15 FAX 6123329081          MERCHANT & GOULD                              ☒004/004

SEP 20 2005  7:10 PM FR MORGAN LEWIS NY           TO 13978#0561240035 P.05/05

3. In paragraph 3b., the date for completion of all discovery in this case will be extended from January 30, 2006 to February 13, 2006.

For Plaintiff Glaxo Group Limited:

*/s/ Brian P. Murphy/*
Brian P. Murphy
Morgan, Lewis & Bockius
101 Park Avenue
New York, New York 1078

and

Francis DiGiovanni, Esq
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Post office Box 2207
Wilmington, DE 19899

Attorneys for Plaintiff
GLAXO GROUP LIMITED

For Defendant Teva USA:

*/s/ Mark D. Schuman/*
Mark D. Schuman
Merchant & Gould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

and

Josy W. Ingersoll, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
100 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Attorneys for Defendants
TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LIMITED

So Ordered:

*/s/ Kent A. Jordan/*    12/2/05
Hon. Kent A. Jordan
United States District Judge