IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
GLAXO GROUP LIMITED                              :
                                                 :
    Plaintiff,                                  :
                                                 :
    v.                                           :    Civ. No. 04-171-KAJ
                                                 :
TEVA PHARMACEUTICALS USA, INC.,                  :
and TEVA PHARMACEUTICAL                          :
INDUSTRIES, LIMITED,                             :
                                                 :
    Defendants.                                  :
------------------------------------------------------- x

## STIPULATION AND PROPOSED ORDER
## FOR MODIFICATION OF SCHEDULING ORDER

WHEREAS, the parties have agreed to, subject to approval by the Court, a modification of certain dates set forth in the Scheduling Order (D.I. 24), as previously modified by the Stipulation and Order dated November 23, 2004 (D.I. 35), and the Stipulation and Order entered December 2, 2005 (D.I. 73);

IT IS HEREBY STIPULATED AND AGREED, subject to approval by the Court, that the Scheduling Order (D.I. 24) is amended to read as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Expert Reports Served (Sched. Order ¶ 3.d) | December 19, 2005 | March 17, 2006 |
| Expert Rebuttal Reports Served (Sched. Order ¶ 3.d) | January 16, 2005 | April 24, 2005 |
| Claims Construction Issue List Served (Sched. Order ¶ 11) | February 15, 2006 | May 15, 2006 |
| Close of All Discovery (Sched. Order ¶ 3.c) | February 28, 2006 | May 26, 2005 |
| Case Dispositive Motions Filed (Sched. Order ¶ 10) | February 28, 2006 | May 26, 2006 |
| Exchange of Claim Construction Briefs (Sched. Order ¶ 12) | February 28, 2006 | May 26, 2006 |

| Event | Current Date | Proposed Date |
|---|---|---|
| Case Dispositive Motions - Answ. Briefs (Sched. Order ¶ 10) | March 30, 2006 | June 23, 2006 |
| Exchange of Claim Constr. Answ. Briefs (Sched. Order ¶ 12) | March 30, 2006 | June 23, 2006 |
| Case Dispositive Motions – Reply Briefs (Sched. Order ¶ 10) | April 17, 2006 | July 24, 2006 |
| Hearing on Claim Construction and Summary Judgment (Sched. Order ¶ 13) | May 12, 2006 9:00 a.m. | August 31, 2006 9:00 a.m. [KAJ] |
| Proposed Pretrial Order Filed (Sched. Order ¶ 15) | July 10, 2006 | ~~October 13, 2006~~ DEC. 5, 2006 [KAJ] |
| Motions *in Limine* Filed (Sched. Order ¶ 16) | July 10, 2006 | ~~October 13, 2006~~ DEC. 5, 2006 [KAJ] |
| Pretrial Conference (Sched. Order ¶ 10) | July 17, 2006 | ~~October __, 2006~~ JAN. 5, 2007 9:30 am [KAJ] |
| Trial Length (Sched. Order ¶ 18) | 10 days | 10 days BENCH TRIAL [KAJ] |
| Trial Start (Sched. Order ¶ 18) | August 14, 2006 | FEB. 5, 2007 9:00 AM [KAJ] |

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

*Attorneys for Plaintiff*

/s/ Karen L. Pascale
Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6672

*Attorneys for Defendants*

SO ORDERED this 13th day of Dec., 2005.

_____
United States District Judge