IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LIMITED,<br><br>               Plaintiff,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC. and<br>TEVA PHARMACEUTICALS, INDUSTRIES<br>LIMITED<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-171 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jeffrey C. Brown of Merchant & Gould, 3200 IDS Center, 80 South 8th Street, Minneapolis, Minnesota 55402 to represent Defendants in the above matter. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

                                                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                                /s/ Josy W. Ingersoll
                                                Josy W. Ingersoll (#1088)
                                                John W. Shaw (#3362)
                                                The Brandywine Building
                                                1000 West Street, 17th Floor
                                                Wilmington, DE 19899-0391
                                                (302) 571-6600

Dated: December 21, 2005                jshaw@ycst.com
                                                Attorneys for Defendants

## ORDER

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Jeffrey C. Brown is GRANTED.

DATED: _____ ___, 2005        _____
                                              United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LIMITED )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TEVA PHARMACEUTICALS USA, INC. and )<br>TEVA PHARMACEUTICAL INDUSTRIES )<br>LIMITED )<br>)<br>Defendants. )<br>) | Civil Action No. 04-171 |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: December 20, 2005

Jeffrey C. Brown
MERCHANT & GOULD
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
612.332.5300

## CERTIFICATE OF SERVICE

I, John W Shaw, Esquire, hereby certify that on December 21, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Francis DiGiovanni Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE 19801

I further certify that on December 21, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>Brian P. Murphy, Esquire
>Morgan Lewis & Bockius, LLP
>101 Park Avenue
>New York, NY 10178-0060

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ John W. Shaw
>John W. Shaw (No. 3362)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>jshaw@ycst.com
>
>Attorneys for Defendants