IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
GLAXO GROUP LIMITED                         :
                                            :
                                            :
                                            :
              Plaintiff,                    :   Civil Action No. 04-171-KAJ
                                            :
       v.                                   :
                                            :
TEVA PHARMACEUTICALS USA, INC. and          :
TEVA PHARMACEUTICAL INDUSTRIES              :
LIMITED                                     :
              Defendants.                   :
                                            :
------------------------------------------------------------x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document:

**PLAINTIFF THIRD SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO TEVA PHARMACEUTICAL INDUSTRIES LIMITED** were served upon the following attorneys of record in the manner indicated below on January 23, 2005 in the manner indicated.

**VIA HAND DELIVERY**
Josy W. Ingersoll, Esq.
Young Conway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

**VIA FACSIMILE**
Mark D. Schuman, Esq.
Merhant & Grould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN  55402

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
ONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801
(302) 658-9141

Attorneys for Plaintiff Glaxo Group Limited

2

OF COUNSEL:

Brian P. Murphy
Thomas Puppa
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0060
(212) 309-6000

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2006, I electronically filed **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing and we will hand deliver such filing to the following:

Josy W. Ingersoll, Esq.
Young Conway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

I hereby certify that on January 23, 2006, I have served via facsimile, the documents to the following non-registered participant:

Mark D. Schuman, Esq.
Merhant & Grould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141

Attorneys for Plaintiff Glaxo Group Limited

441564_1