## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x

GLAXO GROUP LIMITED

               Plaintiff,

    v.

TEVA PHARMACEUTICALS USA, INC. and
TEVA PHARMACEUTICAL INDUSTRIES
LIMITED

               Defendants.

----------------------------------------------------------------x

Civil Action No. 04-171-KAJ

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following documents:

**PLAINTIFF GLAXO GROUP LIMITED'S NOTICE OF DEPOSITION OF CHRISTINE BENTLEY, NOTICE OF DEPOSITION OF JOHN FERNANDEZ, RENEWED NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6), FED. R. CIV. P. ON TEVA USA, and RENEWED NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6), FED. R. CIV. P. ON TEVA ISRAEL,** were served upon the following attorneys of record in the manner indicated below on February 1, 2006, via Federal Express mail.

Josy W. Ingersoll, Esq.
Young Conway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

Mark D. Schuman, Esq.
Merhant & Grould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN  55402

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801
(302) 658-9141

*Attorneys for Plaintiff Glaxo Group Limited*

OF COUNSEL:

Brian P. Murphy
Thomas Puppa
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0060
(212) 309-6000

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2006, I electronically filed **PLAINTIFF GLAXO GROUP LIMITED'S NOTICE OF DEPOSITION OF CHRISTINE BENTLEY, NOTICE OF DEPOSITION OF JOHN FERNANDEZ, RENEWED NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6), FED. R. CIV. P. ON TEVA USA, and RENEWED NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6), FED. R. CIV. P. ON TEVA ISRAEL** with the Clerk of Court using CM/ECF which will send notification of such filing and we will hand deliver such filing to the following:

Josy W. Ingersoll, Esq.
Young Conway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

I hereby certify that on February 8, 2006, I have mailed by Federal Express, the document to the following non-registered participant:

Mark D. Schuman, Esq.
Merhant & Grould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141
Attorneys for Plaintiff Glaxo Group Limited

419624_1