IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LIMITED | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TEVA PHARMACEUTICALS USA, INC. and | ) |
| TEVA PHARMACEUTICAL INDUSTRIES | ) |
| LIMITED | ) |
| | ) |
| Defendants. | ) |

Civil Action No. 04-171-KAJ

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Teva Pharmaceuticals

USA, Inc., and, Teva Pharmaceutical Industries Limited caused copies of (1) Defendant's First

Interrogatory to be served on February 10, 2006, on the following counsel of record in the

manner indicated:

**BY HAND DELIVERY**

Francis DiGiovanni, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Brian P. Murphy, Esquire
Morgan Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

DB01:1529633.1

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on February 10, 2006, upon the following counsel of record in the manner indicated:

**BY E-FILING AND HAND DELIVERY**

Francis DiGiovanni, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Thomas Puppa, Esquire
Morgan Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

_____
Adam W. Poff (No. 3990)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
apoff@ycst.com

OF COUNSEL:

Mark D. Schuman
Ronald A. Daignault
Jeffer Ali
John M. Berns
Merchant & Gould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 332-5300

Dated: February 10, 2006

DB01:1529633.1                                          2