IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LIMITED | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TEVA PHARMACEUTICALS USA, INC. and | ) |
| TEVA PHARMACEUTICAL INDUSTRIES | ) |
| LIMITED | ) |
| | ) |
| Defendants. | ) |

Civil Action No. 04-171-KAJ

## **NOTICE OF SERVICE**

The undersigned, counsel for Teva Pharmaceuticals USA, Inc. and Teva

Pharmaceutical Industries Limited, hereby certifies that John M. Berns, Esquire of Merchant &

Gould LLC, 3200 IDS Center, 80 South 8th Street, Minneapolis, Minnesota caused copies of

Defendants' First Set of Interrogatories to be served on March 20, 2006 on the following counsel

of record in the manner indicated:

**By Overnight Federal Express**

Francis DiGiovanni, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801

Thomas Puppa, Esquire
Morgan Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

Additionally, the undersigned certifies that copies of this Notice of Service were

caused to be served on March 24, 2006 upon the following counsel of record in the manner

indicated:

**BY E-FILING and HAND DELIVERY**

Francis DiGiovanni, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

**BY E-MAIL**

Thomas Puppa, Esquire
Morgan Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

Josy W. Ingersoll (# 1088)
Adam W. Poff (# 3990)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
jingersoll@ycst.com

OF COUNSEL:

Mark D. Schuman
Ronald A. Daignault
Jeffer Ali
John M. Berns
Merchant & Gould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 332-5300

Dated:  March 24, 2006