IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
GLAXO GROUP LIMITED                    :
                                        :
                                        :
                     Plaintiff,         :   Civil Action No. 04-171-KAJ
                                        :
     v.                                 :
                                        :
TEVA PHARMACEUTICALS USA, INC. and     :
TEVA PHARMACEUTICAL INDUSTRIES         :
LIMITED                                 :
                     Defendants.        :
                                        :
---------------------------------------------------------------x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document:

**PLAINTIFF'S THIRD SET OF INTERROGATORIES (14-19) TO DEFENDANT TEVA PHARMACEUTICALS USA, INC. and PLAINTIFF'S INTERROGATORY NO. 9 TO DEFENDANT TEVA PHARMACEUTICAL INDUSTRIES LIMITED** were served upon the following attorneys of record in the manner indicated below on April 26, 2006.

**VIA HAND DELIVERY**
Josy W. Ingersoll, Esq.
Young Conway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

**VIA FACSIMILE AND FEDERAL EXPRESS**
Mark D. Schuman, Esq.
Merhant & Grould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141

Attorneys for Plaintiff Glaxo Group Limited

OF COUNSEL:

Brian P. Murphy
Thomas Puppa
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0060
(212) 309-6000

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2006, I electronically filed the **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing and we will hand deliver such filing to the following:

Josy W. Ingersoll, Esq.
Young Conway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

I hereby certify that on April 26, 2006, I have faxed and Federal Express the above stated document to the following non-registered participant:

Mark D. Schuman, Esq.
Merhant & Grould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141

Attorneys for Plaintiff Glaxo Group Limited

461241_1