IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LIMITED,<br><br>          Plaintiff,<br><br>      v.<br><br>TEVA PHARMACEUTICALS USA, INC. and<br>TEVA PHARMACEUTICAL INDUSTRIES<br>LIMITED,<br><br>          Defendants. | Civil Action No. 04-171-KAJ |

## NOTICE OF SERVICE

The undersigned, counsel for Teva Pharmaceuticals USA, Inc. ("Teva USA") and Teva Pharmaceutical Industries Limited ("Teva Israel"), hereby certifies that on April 26, 2006, copies of:

> *Defendant Teva USA's Supplemental Responses to Plaintiff's First Set of Interrogatories to Teva Pharmaceuticals USA, Inc.;*
> and
>
> *Defendant Teva Israel's Supplemental Responses to Plaintiff's First Set of Interrogatories to Teva Pharmaceuticals Industries Limited,*

were served upon the following counsel of record as indicated below:

<u>*By Hand and E-Mail*</u>

Francis DiGiovanni, Esquire
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
fdigiovanni@cblh.com

**_By FedEx and E-Mail_**

Thomas J. Puppa, Esquire
MORGAN LEWIS & BOCKIUS, LLP
101 Park Avenue
New York, NY 10178
tpuppa@morganlewis.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*
_____
Josy W. Ingersoll (# 1088) [jingersoll@ycst.com]
Karen L. Pascale (#2903) [kpascale@ycst.com]
Adam W. Poff (# 3990) [apoff@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600

OF COUNSEL:

Mark D. Schuman
Ronald A. Daignault
Jeffer Ali
Jeffrey C. Brown
MERCHANT & GOULD LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 332-5300

Dated: April 26, 2006

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on April 26, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send e-mail notification that such filing is available for viewing and downloading to the following counsel of record:

> Francis DiGiovanni, Esquire
> CONNOLLY, BOVE, LODGE & HUTZ LLP
> The Nemours Building
> 1007 N. Orange Street
> Wilmington, DE 19801
> fdigiovanni@cblh.com

I further certify that on April 26, 2006, I caused a copy of the foregoing document to be served on the above-listed counsel of record, and on the following non-registered participants, in the manner indicated below:

> *By Hand and E-Mail*
>
> Francis DiGiovanni, Esquire
> CONNOLLY, BOVE, LODGE & HUTZ LLP
> The Nemours Building
> 1007 N. Orange Street
> Wilmington, DE 19801
> fdigiovanni@cblh.com
>
> *By FedEx and E-Mail*
>
> Thomas J. Puppa, Esquire
> MORGAN LEWIS & BOCKIUS, LLP
> 101 Park Avenue
> New York, NY 10178
> tpuppa@morganlewis.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale
_____
Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com

*Attorneys for Defendants, Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals Industries Limited*