# APPENDIX A

# APPENDIX A

| No. | Bates Number(s) | |
|---|---|---|
| 1. | G000001-G000004 (PDX 1) | |
| 2. | G000005-G000110 | |
| 3. | G000111-G000235 | |
| 4. | G000236-G000308 | |
| 5. | G000309-G000460 | |
| 6. | G000461-G000598 | |
| 7. | G000634-G000653 | |
| 8. | G000919 – G000927 | |
| 9. | G000975 – G001083 | |
| 10. | G001556-G001601 | |
| 11. | G001602-G001673 | |
| 12. | G001678-G001732 | |
| 13. | G001733-G001798 | |
| 14. | G001799-G001814 | |
| 15. | G001815-G001830 | |
| 16. | G001831-G001846 | |
| 17. | G001847-G001862 | |
| 18. | G001863-G001879 | |
| 19. | G001880-G001897 | |
| 20. | G001898-G001914 | |
| 21. | G001915-G001968 | |
| 22. | G001969-G002020 | |
| 23. | G002021-G002063 | |

# APPENDIX A

| No. | Bates Number(s) | |
|-----|-----------------|---|
| 24. | G002064-G002100 | |
| 25. | G002101-G002143 | |
| 26. | G002144-G002188 | |
| 27. | G002189-G002268 | |
| 28. | G002600 – G002613 | |
| 29. | G003776-G003814 | |
| 30. | G003815 – G003817 | |
| 31. | G003856 | |
| 32. | G004028 – G004030 | |
| 33. | G003776-G003814 | |
| 34. | G004243-G004344 | |
| 35. | G004370-G004444 | |
| 36. | G004553-G004556 | |
| 37. | G004567-G004588 | |
| 38. | G004730 | |
| 39. | G004806 – G004807 | |
| 40. | G004841-G004883 | |
| 41. | G005150-G005408 | |
| 42. | G006099-G006139 | |
| 43. | G006140-G006476 | |
| 44. | G006477-G006732 | |
| 45. | G006733-G006903 | |
| 46. | G006904-G006996 | |

**APPENDIX A**

| No. | Bates Number(s) | |
|---|---|---|
| 47. | G007120-G007518 | |
| 48. | G007519-G007816 | |
| 49. | G007817-G008056 | |
| 50. | G008057-G008282 | |
| 51. | G008283-G008722 | |
| 52. | G008723-G009140 | |
| 53. | G009144 – G009148 | |
| 54. | G009153 – G009155 | |
| 55. | G09160 | |
| 56. | G009166 – G009171 | |
| 57. | G009206 | |
| 58. | G009271 – G009284 | |
| 59. | G009496 – G009564 | |
| 60. | G009565 – G009568 | |
| 61. | G009574 – G009575 | |
| 62. | G009578 | |
| 63. | G009583 | |
| 64. | G009595 | |
| 65. | G009597 – G009598 | |
| 66. | G009674 – G009681 | |
| 67. | G009697 | |
| 68. | G009705 | |
| 69. | G009710 – G009711 | |

# APPENDIX A

| No. | Bates Number(s) | |
|---|---|---|
| 70. | G009716 – G009718 | |
| 71. | G009721 – G009722 | |
| 72. | G009730 – G009732 | |
| 73. | G009736 | |
| 74. | G009742 – G009746 | |
| 75. | G009750 – G009752 | |
| 76. | G009782 | |
| 77. | G009786 – G009788 | |
| 78. | G009792 | |
| 79. | G009795 | |
| 80. | G009796 – G009798 | |
| 81. | G009802 | |
| 82. | G009816 | |
| 83. | G009819 – G009820 | |
| 84. | G009855 | |
| 85. | G009868 – G009871 | |
| 86. | G009873 | |
| 87. | G009881 | |
| 88. | G009885 | |
| 89. | G009880 – G009890 | |
| 90. | G009916 – G009917 | |
| 91. | G009923 – G009925 | |
| 92. | G009944 – G009945 | |

## APPENDIX A

| No. | Bates Number(s) | |
|---|---|---|
| 93. | G009965-G009966 | |
| 94. | G009995 – G009999 | |
| 95. | G010004 | |
| 96. | G010104 – G010107 | |
| 97. | G010131 – G010132 | |
| 98. | G010184 – G010187 | |
| 99. | G010198 | |
| 100. | G010230 – G010233 | |
| 101. | G010239 | |
| 102. | G010242 – G010243 | |
| 103. | G010248 | |
| 104. | G010258 | |
| 105. | G010260 – G010261 | |
| 106. | G010308 – G010310 | |
| 107. | G010314 | |
| 108. | G010316 | |
| 109. | G010320 | |
| 110. | G010330 – G010331 | |
| 111. | G010360-G010404 | |
| 112. | G010405 – G010714 | |
| 113. | G010715 – G010789 | |
| 114. | G010790 – G010893 | |
| 115. | G010944 – G010947 | |

## APPENDIX A

| No. | Bates Number(s) | |
|---|---|---|
| 116. | G010951 | |
| 117. | G010953 | |
| 118. | G010977 | |
| 119. | G011020 – G011022 | |
| 120. | G011042 | |
| 121. | G011051 – G011055 | |
| 122. | G011120 – G011121 | |
| 123. | G011138 | |
| 124. | G011150 – G011152 | |
| 125. | G011168 | |
| 126. | G011181 – G011183 | |
| 127. | G011198 – G01119999 | |
| 128. | G011211 – G011214 | |
| 129. | G011220 – G011222 | |
| 130. | G011236 | |
| 131. | G011251 – G011252 | |
| 132. | G011268 – G011272 | |
| 133. | G011355 – G011356 | |
| 134. | G011389 – G011391 | |
| 135. | G011398 | |
| 136. | G011407 – G011408 | |
| 137. | G011488 – G011491 | |
| 138. | G011525 – G011527 | |

APPENDIX A

| No. | Bates Number(s) | |
|---|---|---|
| 139. | G013087-G013089 | |
| 140. | G013091-G013092 | |
| 141. | G013126-G013132 | |
| 142. | G013135-G013145 | |
| 143. | G013149-G013155 | |
| 144. | G013161-G013163 | |
| 145. | G013171-G013173 | |
| 146. | G013175-G013179 | |
| 147. | G013197-G013198 | |
| 148. | G013201-G013202 | |
| 149. | G013205-G013236 | |
| 150. | G013488 – G013490 | |
| 151. | G013492 | |
| 152. | G013589 | |
| 153. | G014917-G014949 | |
| 154. | G014952-G014977 | |
| 155. | G016378-G016381 | |
| 156. | G016417-G016437 | |
| 157. | G016441-G016448 | |
| 158. | G016521 | |
| 159. | G016602 | |
| 160. | G017165 – G017313 | |
| 161. | G017317 – G017326 | |

APPENDIX A

| No. | Bates Number(s) | |
|---|---|---|
| 162. | G017494 – G017495 | |
| 163. | G017499 – G017500 | |
| 164. | G017551 – G017552 | |
| 165. | G017560 – G017561 | |
| 166. | G017694 – G017696 | |
| 167. | G017707 | |
| 168. | G017740 – G017742 | |
| 169. | G017754 | |
| 170. | G017786 – G017922 | |
| 171. | G017937 – G017981 | |
| 172. | G018062 – G018074 | |
| 173. | G018378-G018384 | |
| 174. | G018385-G018776 | |
| 175. | G018777-G018990 | |
| 176. | G018991-G019305 | |
| 177. | G019306 – G019516 | |
| 178. | G019517-G019815 | |
| 179. | G019816-G020103 | |
| 180. | G020104-G020415 | |
| 181. | G020416-G020503 | |
| 182. | G020504-G020573 | |
| 183. | G020574-G020888 | |
| 184. | G020889-G021226 | |

APPENDIX A

| No. | Bates Number(s) | |
|---|---|---|
| 185. | G021227-G021493 | |
| 186. | G021494-G021770 | |
| 187. | G021771-G022195 | |
| 188. | G022196-G022558 | |
| 189. | G022559-G022817 | |
| 190. | G022818-G022949 | |
| 191. | G022950-G023315 | |
| 192. | G023316-G023502 | |
| 193. | G024509-G024585 | |
| 194. | G024586-G024658 | |
| 195. | G024659-G024724 | |
| 196. | G024725-G024775 | |
| 197. | G024776-G024827 | . |
| 198. | G026056 – G026127 | |
| 199. | G026714 – G026879 | |
| 200. | G026932 – G026954 | |
| 201. | G027026 – G027027 | |
| 202. | G027241-G027314 | |
| 203. | G027092 – G027093 | |
| 204. | G027097 – G027206 | |
| 205. | G027328 – G027346 | |
| 206. | G028639 | |
| 207. | G028640 – G028644 | |


# APPENDIX A

| No. | Bates Number(s) | |
|---|---|---|
| 208. | G032230-G032268 | |
| 209. | G032269 – G032374 | |
| 210. | G032375 – G032498 | |
| 211. | G032499 – G032505 | |
| 212. | G032506 – G032524 | |
| 213. | G035269 – G035271 | |
| 214. | G035588-G035755 | |
| 215. | G035756-G035777 | |
| 216. | G035778-G035836 | |
| 217. | G035837-G035917 | |
| 218. | G035918-G035919 | |
| 219. | G035920-G035981 | |
| 220. | G036017-G036025 | . |
| 221. | A genuine copy of U.S. Pat. No. 4,521,431 | |
| 222. | A genuine copy of U.S. Pat. No. 4,128,658 | |
| 223. | A genuine copy of U.S. Pat. No. 4,567,178 | |
| 224. | A genuine copy of U.S. Pat. No. 5,068,249 | G001 – G004 |
| 225. | T00001-T00171 (PDX 100) | |
| 226. | T00172-T00535 (PDX 100) | |
| 227. | T00536-T00943 (PDX 100) | |
| 228. | T01254 (PDX 12) | |
| 229. | T01268 | |
| 230. | T01313 – T01317 (PDX 55) | |

APPENDIX A

| No. | Bates Number(s) | |
|---|---|---|
| 231. | T01343-T01344 | |
| 232. | T01347-T01348 | |
| 233. | T01351-T01352 (PDX 48) | |
| 234. | T01362 (PDX 49) | |
| 235. | T01364 | |
| 236. | T01392 – T01398 (PDX 57) | |
| 237. | T01424 – T01434 (PDX 58) | |
| 238. | T01534-T01546 (PDX 52) | |
| 239. | T01547-T01551 | |
| 240. | T01553-T01570 | |
| 241. | T01633-T01638 | |
| 242. | T01639-T01640 (PDX 16) | |
| 243. | T01641-T01644 | . |
| 244. | T01645-T01646 (PDX 53) | |
| 245. | T01647-T01675 (PDX 54) | |
| 246. | T01679-T01709 | |
| 247. | T01880-T01881 | |
| 248. | T01885 (PDX 30) | |
| 249. | T01887 | |
| 250. | T01952-T01955 (PDX 105) | |
| 251. | T01956-T01958 (PDX 104) | |
| 252. | T01959 (PDX 25) | |
| 253. | T01960 | |

## APPENDIX A

| No. | Bates Number(s) | |
|---|---|---|
| 254. | T01961-T01965 | |
| 255. | T01966-T01967 | |
| 256. | T01968 | |
| 257. | T01969-T01970 | |
| 258. | T01975-T01976 (PDX 50) | |
| 259. | T01993-T02001 (PDX 11; 32) | |
| 260. | T02004-T02048 (PDX 33) | |
| 261. | T02049 (PDX 10) | |
| 262. | T02050 | |
| 263. | T02051-T02094 (PDX 35) | |
| 264. | T02095 (PDX 103) | |
| 265. | T02109-T02120 | |
| 266. | T02131-T02143 | . |
| 267. | T02585-T02595 (PDX 34) | |
| 268. | T02596-T02597 (PDX 6) | |
| 269. | T03764-T03775 (PDX 59) | |
| 270. | T04246-T04255 (PDX 23) | |
| 271. | T04382-T04392 (PDX 26) | |
| 272. | T04570-T04580 (PDX 22) | |
| 273. | T04735-T04748 (PDX 60) | |
| 274. | T05052-T05061 (PDX 27) | |
| 275. | T05416-T05423 (PDX 21) | |
| 276. | T05676-T05684 (PDX 29) | |


## APPENDIX A

| No. | Bates Number(s) | |
|---|---|---|
| 277. | T05964-T05974 (PDX 24) | |
| 278. | T06114-T06123 (PDX 28) | |
| 279. | T06284-T06322 (PDX 94) | |
| 280. | T06323-T06340 | |
| 281. | T06453-T06457 | |
| 282. | T06513-T06519 | |
| 283. | T06520 | |
| 284. | T06521-T06532 | |
| 285. | T06533-T06534 | |
| 286. | T06535-T06567 | |
| 287. | T06568-T06571 | |
| 288. | T06572 | |
| 289. | T06573-T06591 (PDX 13) | . |
| 290. | T06624-T06632 (PDX 18) | |
| 291. | T06633 (PDX 14) | |
| 292. | T06634-T06635 (PDX 15) | |
| 293. | T06701-T06729 (PDX 93) | . |
| 294. | T06730-T06742 | |
| 295. | T06743-T06744 | |
| 296. | T06746-T06747 | |
| 297. | T06858-T06892 | |
| 298. | T06900-T06909 | |
| 299. | T06957 (PDX 3) | |

APPENDIX A

| No. | Bates Number(s) | |
|---|---|---|
| 300. | T06975-T06784 | |
| 301. | T07100-T07102 | |
| 302. | T07103-T07105 | |
| 303. | T07128-T07129 | |
| 304. | T07130-T07131 (PDX 75) | |
| 305. | T07132-T07133 (PDX 76) | |
| 306. | T07136-T07164 (PDX 8; 8a) | |
| 307. | T07149-T07150 (PDX 9a) | |
| 308. | T07154-T07155 (PDX 8b) | |
| 309. | T07164 (PDX 68) | |
| 310. | T07166-T07167 (PDX 78) | |
| 311. | T07211-T07220 (PDX 70) | |
| 312. | T07267-T07288 (PDX 7) | . |
| 313. | T07268 (PDX 102) | |
| 314. | T07327-T07328 | |
| 315. | T07362-T07370 (PDX 69) | |
| 316. | T07389-T07403 (PDX 74) | |
| 317. | T07422-T07433 | |
| 318. | T07440-T07445 | |
| 319. | T07446-T07472 (PDX 73) | |
| 320. | T07473-T07516 | |
| 321. | T07517-T07525 (PDX 4) | |
| 322. | T07526-T07569 | |

APPENDIX A

| No. | Bates Number(s) | |
|---|---|---|
| 323. | T07570-T07589 (PDX 5) | |
| 324. | T07610-T07622 (PDX 51) | |
| 325. | T07628-T07660 (PDX 36) | |
| 326. | T07679-T07684 (PDX 86) | |
| 327. | T07713 | |
| 328. | T07714-T07742 (PDX 9) | |
| 329. | T07743-T07774 (PDX 2) | |
| 330. | T07803-T07827 | |
| 331. | T07828-T07839 (PDX 91) | |
| 332. | T07840-T07860 | |
| 333. | T07913-T08057 (PDX 62) | |
| 334. | T08058-T08066 (PDX 61) | |
| 335. | T08067-T08184 (PDX 63) | |
| 336. | T08185-T08197 (PDX 38) | |
| 337. | T08198-T08204 (PDX 37) | |
| 338. | T08211-T08217 (PDX 47) | |
| 339. | T08292-T08293 (PDX 46) | |
| 340. | T08298-T08300 (PDX 45) | |
| 341. | T08316-T08320 (PDX 39) | |
| 342. | T08689 (PDX 64) | |
| 343. | T08704-T08708 (PDX 40) | |
| 344. | T08753-T08754 (PDX 41) | |
| 345. | T08796-T08799 (PDX 42) | |

# APPENDIX A

| No. | Bates Number(s) | |
|---|---|---|
| 346. | T08808-T08814 (PDX 81) | |
| 347. | T08820-T08830 (PDX 83 | |
| 348. | T09516-T09517 (PDX 72) | |
| 349. | T09804-T09806 (PDX 71) | |
| 350. | T10269-T10271 | |
| 351. | T10709-T10711 | |
| 352. | T11152-11160 (PDX 101) | |
| 353. | T11184-11186 (PDX 106) | |
| 354. | T11252-T11266 | |