IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

GLAXO GROUP LIMITED,

          Plaintiff,          Civil Action No. 04-171-KAJ

v.

TEVA PHARMACEUTICALS USA, INC. and
TEVA PHARMACEUTICAL INDUSTRIES
LIMITED,

          Defendants.

---

**STIPULATION AND PROPOSED ORDER**
**FOR MODIFICATION OF SCHEDULING ORDER**

WHEREAS, defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd. have requested a short extension of the Scheduling Order (D.I. 24) and plaintiff Glaxo Group Limited is not opposed to such extension;

WHEREAS, the parties have agreed to, subject to approval by the Court, a modification of certain dates set forth in the Scheduling Order (D.I. 24), as previously modified on November 23, 2004 (D.I. 35), and December 13, 2005 (D.I. 75);

IT IS HEREBY STIPULATED AND AGREED, subject to approval by the Court, that the Scheduling Order (D.I. 24), is amended to read as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Claim Construction Issue List Served (Sched. Order ¶11) | May 15, 2006 | June 15, 2006 |
| Close of Discovery (except as noted below) (Sched. Order ¶ 3.c) | May 26, 2006 | May 26, 2006 |
| Expert Witness Depositions | | June 30, 2006 |

2

| Case Dispositive Motions Filed (Sched. Order ¶ 10) | May 26, 2006 | June 30, 2006 |
| --- | --- | --- |
| Exchange of Claim Construction Briefs (Sched. Order ¶ 12) | May 26, 2006 | June 30, 2006 |
| Case Dispositive Motions – Answ. Briefs (Sched. Order ¶ 10) | June 23, 2006 | July 28, 2006 |
| Exchange of Claim Construction – Answ. Briefs (Sched. Order ¶ 12) | June 23, 2006 | July 28, 2006 |
| Case Dispositive Motions – Reply Briefs (Sched. Order ¶ 10) | July 24, 2006 | August 25, 2006 |
| Hearing on Claim Construction and Summary Judgment (Sched. Order ¶ 13) | August 31, 2006 | September __, 2006 |

The Parties agree, with the Court's approval, that the pretrial and trial management deadlines set forth in the Court's December 13, 2005 Order remain unchanged.

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*fdigiovanni@cblh.com*

*Attorneys for Plaintiff*

Josy W. Ingersoll (# 1088)
Karen E. Keller (#4489)
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600
*jingersoll@ycst.com*

*Attorneys for Defendants*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

DB01:2095716.1                                                                            058956.1011