IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
GLAXO GROUP LIMITED                     :
                                        :
                                        :
                  Plaintiff,            :    Civil Action No. 04-171-KAJ
                                        :
        v.                              :
                                        :
TEVA PHARMACEUTICALS USA, INC. and      :
TEVA PHARMACEUTICAL INDUSTRIES          :
LIMITED                                 :
                  Defendants.           :
                                        :
------------------------------------------------------------x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document:

**PLAINTIFF GLAXO GROUP LIMITED'S NOTICE OF DEPOSITION OF PROFESSOR ARTHUR H. KIBBE** was served upon the following attorneys of record in the manner indicated below on May 10, 2006 via facsimile and Federal Express.

Josy W. Ingersoll, Esq.
Young Conway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Mark D. Schuman, Esq.
Jeffrey C. Brown, Esq.
Merhant & Grould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
ONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141

Attorneys for Plaintiff Glaxo Group Limited

OF COUNSEL:
Brian P. Murphy
Thomas Puppa

Morgan Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0060
(212) 309-6000

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2006, I electronically filed **PLAINTIFF GLAXO GROUP LIMITED'S NOTICE OF DEPOSITION OF PROFESSOR ARTHUR H. KIBBE** with the Clerk of Court using CM/ECF which will send notification of such filing and we will hand deliver such filing to the following:

Josy W. Ingersoll, Esq.
Young Conway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

I hereby certify that on May 11, 2006, I have mailed by U.S. First Class Mail, the document to the following non-registered participant:

Mark D. Schuman, Esq.
Jeffrey C. Brown, Esq.
Merhant & Grould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141

Attorneys for Plaintiff Glaxo Group Limited

464044_1