IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
GLAXO GROUP LIMITED                        :
                                           :
                                           :
                                           :
                Plaintiff,                 :   Civil Action No. 04-171-KAJ
                                           :
    v.                                     :
                                           :
TEVA PHARMACEUTICALS USA, INC. and         :
TEVA PHARMACEUTICAL INDUSTRIES             :
LIMITED                                    :
                Defendants.                :
                                           :
-----------------------------------------------------------x
```

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document: **PLAINTIFF GLAXO GROUP LIMITED'S AMENDED NOTICE OF DEPOSITION OF PROFESSOR ARTHUR H. KIBBE** was served upon the following attorneys of record in the manner indicated below on May 12, 2006 via facsimile and Federal Express.

| | |
|---|---|
| Josy W. Ingersoll, Esq.<br>Young Conway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899 | Mark D. Schuman, Esq.<br>Jeffrey C. Brown, Esq.<br>Merchant & Gould LLC<br>3200 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402 |

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
ONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141

Attorneys for Plaintiff Glaxo Group Limited

OF COUNSEL:
Brian P. Murphy
Thomas Puppa

Morgan Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0060
(212) 309-6000

Case 1:04-cv-00171-GMS    Document 90    Filed 05/12/2006    Page 2 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2006, I electronically filed **PLAINTIFF GLAXO GROUP LIMITED'S AMENDED NOTICE OF DEPOSITION OF PROFESSOR ARTHUR H. KIBBE** with the Clerk of Court using CM/ECF which will send notification of such filing and we will hand deliver such filing to the following:

Josy W. Ingersoll, Esq.
Young Conway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

I hereby certify that on May 12, 2006, I have mailed by U.S. First Class Mail, the document to the following non-registered participants:

Mark D. Schuman, Esq.
Jeffrey C. Brown, Esq.
Merchant & Gould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141

Attorneys for Plaintiff Glaxo Group Limited

464044_1