IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLAXO GROUP LIMITED | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-171-KAJ |
| | ) | |
| TEVA PHARMACEUTICALS USA, INC. and | ) | |
| TEVA PHARMACEUTICAL INDUSTRIES | ) | |
| LIMITED | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Teva Pharmaceuticals USA, Inc. ("Teva USA") and Teva Pharmaceutical Industries Limited ("Teva Israel"), hereby certifies that copies of (1) Teva Israel's Response to Plaintiff's Interrogatory No. 9 and (2) Teva USA's Response to Plaintiff's Third Set of Interrogatories (Nos. 14 – 19) and Supplemental Response to Plaintiff's First Set of Interrogatories were caused to be served on May 26, 2006 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL**

Francis DiGiovanni, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

Thomas Puppa, Esquire
Morgan Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on May 31, 2006 upon the following counsel of record in the manner indicated:

**BY E-FILING AND HAND DELIVERY**

Francis DiGiovanni, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

**BY E-MAIL**

Thomas Puppa, Esquire
Morgan Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

Josy W. Ingersoll (# 1088)
Adam W. Poff (# 3990)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
jingersoll@ycst.com

OF COUNSEL:

Mark D. Schuman
Ronald A. Daignault
Jeffer Ali
John M. Berns
Merchant & Gould LLC
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 332-5300

Dated: May 31, 2006