**THIS DOCUMENT WAS FILED UNDER SEAL**

Case 1:04-cv-00171-GMS    Document 99    Filed 06/30/2006    Page 1 of 1