IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

GLAXO GROUP LIMITED,

        Plaintiff,

v.

TEVA PHARMACEUTICALS USA, INC. and
TEVA PHARMACEUTICAL INDUSTRIES
LIMITED,

        Defendants.

---

Civil Action No. 04-171

## ORDER

IT IS HEREBY ORDERED this _____ day of _____, 2006, that Teva's Motion for Summary Judgment of Non-Infringement is GRANTED.

 

_____
United States District Judge