Glaxo's and Teva's Joint Claim Construction Chart
for U.S. Patent No. 5,068,249

| Claim Element | Glaxo's Position | Teva's Position |
|---|---|---|
|  | evidence quoted and cited in the discussion of claim 1 above. In addition, Glaxo wishes to call the Court's attention to the following intrinsic evidence specifically related to claim 2.<br><br>'249 patent, Col. 1:54-56 (Ex. 1):<br><br>"The amount of ethanol present in the formulation is such that the resulting formulation has the *enhanced stability*. Preferably the amount of ethanol in the composition on a weight/volume basis of the complete formulation, is within the range *2.5 to 10%*, and more particularly is between 5 to 10% w/v, more especially 7-8% w/v." (Emphasis added).<br><br>'249 patent, Col. 2:30-34 (Ex. 1):<br><br>"The amount of ethanol in the formulation for oral administration, expressed as a percentage of the complete formulation on a weight/volume basis, is preferably within the range *2.5 to 10%*, and more particularly between 5 to 10%, more especially 7-8%." (Emphasis added). | containing 7% to 8% weight/volume ethanol based on the complete formulation.<br><br>'249 patent, claim 12 (Ex. 1):<br><br>12. A pharmaceutical composition according to claim 11 wherein said pH is obtained by the use of buffer salts.<br><br>'249 patent, Col. 2:30-34 (Ex. 1):<br><br>"The amount of ethanol in the formulation for oral administration, expressed as a percentage of the complete formulation on a weight/volume basis, is preferably within the range 2.5 to 10%, and more particularly between 5 to 10%, more especially 7-8%."<br><br>'249 patent, Col. 2:53-65 (Ex. 1):<br><br>"Ranitidine oral liquid formulation (150 mg/10ml) expressed as free base<br><br>                                         % w/v<br>Ranitidine hydrochloride        1.68<br>Ethanol                                  7.5<br>Potassium dihydrogen<br>  orthophosphate                    0.095<br>Disodium hydrogen orthophosphate<br>  anhydrous                            0.350<br>Hydroxypropylmethylcellulose    qs |

18

Glaxo's and Teva's Joint Claim Construction Chart
for U.S. Patent No. 5,068,249

| Claim Element | Glaxo's Position | Teva's Position |
|---|---|---|
| | **'249 patent, Col. 2:47-65 (Ex. 1):**<br><br>"An illustrative example of a formulation according to the invention is as follows. . . .<br><br>Ranitidine oral liquid formulation (150 mg/10 ml) expressed as free base<br><br>　　　　　　　　　　　　　　　　　% w/v<br>Ranitidine hydrochloride　　　　　　1.68<br>*Ethanol*　　　　　　　　　　　　　7.5<br>Potassium dihydrogen<br>　orthophosphate　　　　　　　　　0.095<br>Disodium hydrogen orthophosphate<br>　anhydrous　　　　　　　　　　　　0.350<br>Hydroxypropylmethylcellulose　　　qs<br>Preservative　　　　　　　　　　　qs<br>Sweetening agents　　　　　　　　qs<br>Flavour　　　　　　　　　　　　　qs<br>Purified water BP to　　　　　　　100ml."<br>(Emphasis added).<br><br>**'249 prosecution history, Request for Reconsideration dated May 10, 1991 (Ex. 3, G000202-11):**<br><br>"Applicant submits herewith a Declaration of Dr. John Hempenstall which provides convincing evidence that the compositions of the present invention show a quite unexpected advantage over the teachings of GB-A-2142820 *in terms of the stability of the ranitidine in the composition*. In this connection, it is noted that the liquid formulation | Preservative　　　　　　　qs<br>Sweetening agents　　　　qs<br>Flavour　　　　　　　　　qs<br>Purified water BP to　　　100ml." |

19

Glaxo's and Teva's Joint Claim Construction Chart
for U.S. Patent No. 5,068,249

| Claim Element | Glaxo's Position | Teva's Position |
|---|---|---|
| | without ethanol which is used in the Declaration for purposes of comparison is the same as the formulation of Example 3 of Padfield et al. Accordingly, the Declaration presents a direct comparison between a composition according to the present invention and a composition according to the prior art. . . . Applicant acknowledges that ethanol has previously been used in pharmaceutical compositions. However, the purpose for which ethanol has been included has been either as *a solvent or as a preservative against bacterial contamination.* There was, however, no reason to suppose that either of these functions of ethanol would have had any beneficial effects in terms of *limiting the degradation of ranitidine* in aqueous formulations thereof." (5/10/91 Request for Reconsideration, Ex. 3, G000205) (emphasis added).<br><br>'249 prosecution history, Declaration of Dr. John Hempenstall executed April 12, 1991 (Ex. 3, G000208-11):<br><br>"5. In my laboratory it was found that for an aqueous based ranitidine formulation, a significant and *surprising enhancement in the stability of ranitidine* is achieved by the addition of ethanol to the formulation.<br><br>* * *<br><br>6. . . . The acceptable shelf life for an aqueous formulation containing ranitidine hydrochloride is | |

20

Glaxo's and Teva's Joint Claim Construction Chart
for U.S. Patent No. 5,068,249

| Claim Element | Glaxo's Position | Teva's Position |
|---|---|---|
| | considered to be the time at which no more than 5% of the ranitidine present in the formulation has degraded. Accordingly, the figure determined from the stability studies was the time (in months) for 5% ranitidine loss calculated as the lower 95% confidence limit. The results are as follows:<br><br>| | Without Ethanol | | With 7.5% Ethanol | | |<br>|---|---|---|---|---|---|<br>| Temperature | Batch 1 | Batch 2 | Batch 3 | Batch 4 | Batch 5 |<br>| 30°C | 12.5 | 13.6 | 19.5 | 17.0 | 20.8 |<br>| 37°C | 5.4 | 4.7 | 7.8 | 7.1 | 7.5 |<br>| 45°C | 1.8 | 2.3 | 2.9 | 2.9 | 2.8 |<br><br>Thus, the formulation with ethanol has an average shelf life at 30°C of 19 months compared with 13 months when ethanol is excluded from the formulation. This is a highly significant and valuable improvement.<br><br>The stability of oral liquid formulations as described above except containing varying amounts of ethanol was also studied at 37°C and 45°C. The clear advantageous effects of the presence of ethanol can be seen from the following table which gives the time (in months) for 5% ranitidine loss (calculated as the lower 95% confidence limit). | |

21

Glaxo's and Teva's Joint Claim Construction Chart
for U.S. Patent No. 5,068,249

| Claim Element | Glaxo's Position | Teva's Position |
|---|---|---|
| | | |
| | Temperature      % Ethanol <br>                 0    2.5    5.0    7.5    10.0 <br> 37°C       5.9    7.2    7.6    7.7    6.4 <br> 45°C       2.1    2.4    2.4    2.6    2.7 <br><br> 7. The above results clearly show that ethanol has a beneficial effect upon the stability of ranitidine in aqueous based formulations and furthermore I am not aware of any teaching in the art that would lead me to expect such an effect." (5/10/91 Request for Reconsideration, Ex. 3, ¶¶ 5, 6, 7 at G000209-211) (emphasis added). | |
| Claims 3 (dependent on Claim 1) and 11 <br><br> "7% to 8% weight/volume ethanol" | Glaxo's Proposed Construction: 7% to 8% weight/volume ethanol sufficient to enhance the stability of the ranitidine active ingredient in the aqueous formulation for oral administration. <br><br> Intrinsic Evidence: <br><br> '249 patent, claim 1 (Ex. 1): <br><br> "A pharmaceutical composition which is an aqueous formulation for oral administration of an effective amount of ranitidine and/or one or more | Teva's Proposed Construction: 7% to 8% weight/volume ethanol. <br><br> Intrinsic Evidence: <br><br> '249 patent, claim 2 (Ex. 1): <br><br> "2. A pharmaceutical composition according to claim 1 containing 2.5% to 10% weight/volume ethanol based on the complete formulation." |

22

Glaxo's and Teva's Joint Claim Construction Chart
for U.S. Patent No. 5,068,249

| Claim Element | Glaxo's Position | Teva's Position |
|---|---|---|
| | physiological acceptable salts thereof, said formulation comprising *a stabilizing effective amount of ethanol* and said composition having a pH in the range of 6.5 to 7.5." (Emphasis added).<br><br>'249 patent, claim 3 (Ex. 1):<br><br>"A pharmaceutical composition according to claim 1 containing *7% to 8%* weight/volume ethanol based on the complete formulation." (Emphasis added).<br><br>'249 patent, claim 11 (Ex. 1):<br><br>"A pharmaceutical composition which is an aqueous formulation of ranitidine for oral administration containing 150 mg ranitidine per 10 ml dose expressed as a free base, said formulation having a pH in the range of 7.0 to 7.3 and also containing *7% to 8%* weight/volume ethanol based on the complete formulation." (Emphasis added).<br><br>Glaxo incorporates by reference all of the intrinsic evidence cited and quoted in the discussion of claims 1 and 2. In addition, Glaxo wishes to call the Court's attention to the following intrinsic evidence specifically related to claims 3 and 11.<br><br>'249 patent, Col. 1:54-56 (Ex. 1):<br><br>"The amount of ethanol present in the formulation is such that the resulting formulation has the *enhanced stability*. Preferably the amount of ethanol in the | '249 patent, claim 3 (Ex. 1):<br><br>"3. A pharmaceutical composition according to claim 1 containing 7% to 8% weight/volume ethanol based on the complete formulation."<br><br>'249 patent, claim 11 (Ex. 1):<br><br>11. A pharmaceutical composition which is an aqueous formulation of ranitidine suitable for oral administration containing 150 mg ranitidine per 10 ml dose expressed as free base, said formulation having a pH in the range 7.0 to 7.3 and also containing 7% to 8% weight/volume ethanol based on the complete formulation.<br><br>'249 patent, claim 12 (Ex. 1):<br><br>12. A pharmaceutical composition according to claim 11 wherein said pH is obtained by the use of buffer salts.<br><br>'249 patent, Col 2:30-34 (Ex. 1):<br><br>"The amount of ethanol in the formulation for oral administration, expressed as a percentage of the complete formulation on a weight/volume basis, is preferably within the range 2.5 to 10%, and more particularly between 5 to 10%, more especially 7-8%." |

23

**Glaxo's and Teva's Joint Claim Construction Chart
for U.S. Patent No. 5,068,249**

| Claim Element | Glaxo's Position | Teva's Position |
|---|---|---|
| | composition on a weight/volume basis of the complete formulation, is within the range 2.5% to 10%, and more particularly is between 5 to 10% w/v, *more especially 7-8% w/v*." (Emphasis added). <br><br> **'249 patent, Col. 2:47-65 (Ex. 1):** <br><br> "An illustrative example of a formulation according to the invention is as follows. . . . <br><br> Ranitidine oral liquid formulation (150 mg/10ml) expressed as free base <br><br>                                % w/v <br> Ranitidine hydrochloride       1.68 <br> *Ethanol*                         7.5 <br> Potassium dihydrogen <br>   orthophosphate              0.095 <br> Disodium hydrogen orthophosphate <br>   anhydrous                   0.350 <br> Hydroxypropylmethylcellulose    qs <br> Preservative                     qs <br> Sweetening agents             qs <br> Flavour                          qs <br> Purified water BP to         100ml. <br> (Emphasis added). <br><br> **'249 prosecution history, Request for Reconsideration dated May 10, 1991 (Ex. 3, G000202-11):** <br><br> "Applicant submits herewith a Declaration of Dr. John Hempenstall which provides convincing | **'249 patent, Col. 2:53-65 (Ex. 1):** <br><br> "Ranitidine oral liquid formulation (150 mg/10ml) expressed as free base <br><br>                                % w/v <br> Ranitidine hydrochloride       1.68 <br> Ethanol                          7.5 <br> Potassium dihydrogen <br>   orthophosphate              0.095 <br> Disodium hydrogen orthophosphate <br>   anhydrous                   0.350 <br> Hydroxypropylmethylcellulose    qs <br> Preservative                     qs <br> Sweetening agents             qs <br> Flavour                          qs <br> Purified water BP to         100ml." |

24

Glaxo's and Teva's Joint Claim Construction Chart
for U.S. Patent No. 5,068,249

| Claim Element | Glaxo's Position | Teva's Position |
|---|---|---|
| | evidence that the compositions of the present invention show a quite unexpected advantage over the teachings of GB-A-2142820 *in terms of the stability of the ranitidine in the composition.* In this connection, it is noted that the liquid formulation without ethanol which is used in the Declaration for purposes of comparison is the same as the formulation of Example 3 of Padfield et al. Accordingly, the Declaration presents a direct comparison between a composition according to the present invention and a composition according to the prior art. . . . Applicant acknowledges that ethanol has previously been used in pharmaceutical compositions. However, the purpose for which ethanol has been included has been either as *a solvent or as a preservative against bacterial contamination.* There was, however, no reason to suppose that either of these functions of ethanol would have had any beneficial effects in terms of *limiting the degradation of ranitidine* in aqueous formulations thereof." (5/10/91 Request for Reconsideration, Ex. 3, G000205) (emphasis added).<br><br>**'249 prosecution history, Declaration of Dr. John Hempenstall executed April 12, 1991 (Ex. 3, G000208-11):**<br><br>"5. In my laboratory it was found that for an aqueous based ranitidine formulation, a significant and *surprising enhancement in the stability of ranitidine* is achieved by the addition of ethanol to the formulation. | |

25

**Glaxo's and Teva's Joint Claim Construction Chart
for U.S. Patent No. 5,068,249**

| Claim Element | Glaxo's Position | Teva's Position |
|---|---|---|
| * | * | |
| | 6. . . . The acceptable shelf life for an aqueous formulation containing ranitidine hydrochloride is considered to be the time at which no more than 5% of the ranitidine present in the formulation has degraded. Accordingly, the figure determined from the stability studies was the time (in months) for 5% ranitidine loss calculated as the lower 95% confidence limit. The results are as follows: | |

|  | Without Ethanol | | With 7.5% Ethanol | | |
|---|---|---|---|---|---|
| Temperature | Batch 1 | Batch 2 | Batch 3 | Batch 4 | Batch 5 |
| 30°C | 12.5 | 13.6 | 19.5 | 17.0 | 20.8 |
| 37°C | 5.4 | 4.7 | 7.8 | 7.1 | 7.5 |
| 45°C | 1.8 | 2.3 | 2.9 | 2.9 | 2.8 |

Thus, the formulation with ethanol has an average shelf life at 30°C of 19 months compared with 13 months when ethanol is excluded from the formulation. This is a highly significant and valuable improvement.

The stability of oral liquid formulations as described above except containing varying amounts of ethanol was also studied at 37°C and 45°C. The clear advantageous effects of the presence of ethanol can

26

**Glaxo's and Teva's Joint Claim Construction Chart
for U.S. Patent No. 5,068,249**

| Claim Element | Glaxo's Position | Teva's Position |
|---|---|---|
| | be seen from the following table which gives the time (in months) for 5% ranitidine loss (calculated as the lower 95% confidence limit).<br><br>| Temperature | % Ethanol |<br>\|---\|---\|<br>\| | 0   2.5   5.0   7.5   10.0 \|<br>\| 37°C | 5.9   7.2   7.6   7.7   6.4 \|<br>\| 45°C | 2.1   2.4   2.4   2.6   2.7 \|<br><br>7. The above results clearly show that ethanol has a beneficial effect upon the stability of ranitidine in aqueous based formulations and furthermore I am not aware of any teaching in the art that would lead me to expect such an effect." (5/10/91 Request for Reconsideration, Ex. 3, ¶¶ 5, 6 and 7 at G000209-211) (emphasis added). | |
| Claims 1-10<br><br>"aqueous formulation for oral administration" | Glaxo's Proposed Construction:  A water based formulation, wherein water is the solvent (*i.e.*, the liquid present in the formulation in the largest amount), administered orally for gastrointestinal absorption. | Teva's Proposed Construction:  This clause need not and should not be construed, given Teva's judicial admission, as stated during the June 30, 2005 telephone conference with the Court. |

27

Glaxo's and Teva's Joint Claim Construction Chart
for U.S. Patent No. 5,068,249

| Claim Element | Glaxo's Position | Teva's Position |
|---|---|---|
| | Intrinsic Evidence:<br><br>'249 patent, Col. 1:40-44 (Ex. 1):<br><br>"We have now surprisingly found that the stability of ranitidine in aqueous based formulations and more particularly *aqueous based formulations for oral administration* may be substantially enhanced by the addition of ethanol to the formulation." (Emphasis added).<br><br>'249 patent, Col. 2:1-10 (Ex. 1):<br><br>"A preferred embodiment of the invention is an *aqueous formulation for oral administration*. Such a formulation may comprise ranitidine and/or one or more of its physiologically acceptable salts *dissolved in water*, ethanol, a preservative and a viscosity enhancing agent. Preferably the required pH of the formulation is obtained by the use of appropriate buffer salts. Optionally the composition may also contain other conventional excipients such as a sweetener, a flavour and/or flavouring aids." (Emphasis added).<br><br>'249 patent, Col. 2:38-43<br><br>"The aqueous formulations for oral administration are conveniently prepared by mixing an aqueous solution of ranitidine and/or one or more of its physiologically acceptable salts together with ethanol and the excipients, with aqueous solution or | |

28

Glaxo's and Teva's Joint Claim Construction Chart
for U.S. Patent No. 5,068,249

| Claim Element | Glaxo's Position | Teva's Position |
|---|---|---|
| | dispersion of the viscosity enhancing agent." <br><br> **'249 patent, Col. 2:47-65 (Ex. 1):** <br><br> "An illustrative example of a formulation according to the invention is as follows. . . . <br><br> Ranitidine oral liquid formulation (150 mg/10ml) expressed as free base <br><br>           % w/v <br> Ranitidine hydrochloride    1.68 <br> Ethanol          7.5 <br> Potassium dihydrogen <br>  orthophosphate      0.095 <br> Disodium hydrogen orthophosphate <br>  anhydrous        0.350 <br> *Hydroxypropylmethylcellulose*   qs <br> *Preservative*        qs <br> *Sweetening agents*      qs <br> *Flavour*         qs <br> *Purified water BP* to     100ml." <br><br> (Emphasis added). <br><br> **'249 prosecution history, Declaration of Dr. John Hempenstall executed April 12, 1991 (Ex. 3, G000208-11):** <br><br> "5.  In my laboratory it was found that for *an aqueous based ranitidine formulation*, a significant and surprising enhancement in the stability of ranitidine is achieved by the *addition of ethanol to* | |

29

Glaxo's and Teva's Joint Claim Construction Chart
for U.S. Patent No. 5,068,249

| Claim Element | Glaxo's Position | Teva's Position |
|---|---|---|
| | *the formulation.* | |
| | * * * | |
| | 7. The above results clearly show that ethanol has a beneficial effect upon the stability of ranitidine in *aqueous based formulations* and furthermore I am not aware of any teaching in the art that would lead me to expect such an effect." (5/10/91 Request for Reconsideration, Ex. 3, ¶¶ 5 and 7 at G000209, 211) (emphasis added). | |
| Claims 11-12 | | |
| "aqueous formulation of ranitidine suitable for oral administration" | Glaxo's Proposed Construction: A water based formulation of ranitidine, wherein water is the largest solvent (*i.e.*, the liquid present in the formulation in the largest amount), administered orally for gastrointestinal absorption.<br><br>Intrinsic Evidence:<br><br>'249 patent, Col. 1:40-44 (Ex. 1):<br><br>"We have now surprisingly found that the stability of ranitidine in aqueous based formulations and more particularly *aqueous based formulations for oral administration* may be substantially enhanced by the addition of ethanol to the formulation." (Emphasis | Teva's Proposed Construction: This clause need not and should not be construed, given Teva's judicial admission, as stated during the June 30, 2005 telephone conference with the Court. |

30

Glaxo's and Teva's Joint Claim Construction Chart
for U.S. Patent No. 5,068,249

| Claim Element | Glaxo's Position | Teva's Position |
|---|---|---|
| | added). | |
| | '249 patent, Col. 2:1-10 (Ex. 1): "A preferred embodiment of the invention is an *aqueous formulation for oral administration*. Such a formulation may comprise ranitidine and/or one or more of its physiologically acceptable salts *dissolved in water*, ethanol, a preservative and a viscosity enhancing agent. Preferably the required pH of the formulation is obtained by the use of appropriate buffer salts. Optionally the composition may also contain other conventional excipients such as a sweetener, a flavour and/or flavouring aids." (Emphasis added). | |
| | '249 patent, Col. 2:38-43 "The aqueous formulations for oral administration are conveniently prepared by mixing an aqueous solution of ranitidine and/or one or more of its physiologically acceptable salts together with ethanol and the excipients, with aqueous solution or dispersion of the viscosity enhancing agent." | |

31

Glaxo's and Teva's Joint Claim Construction Chart
for U.S. Patent No. 5,068,249

| Claim Element | Glaxo's Position | Teva's Position |
|---|---|---|
|  | **'249 patent, Col. 2:47-65 (Ex. 1):**<br><br>"An illustrative example of a formulation according to the invention is as follows. . . .<br><br>Ranitidine oral liquid formulation (150 mg/10ml) expressed as free base<br><br>　　　　　　　　　　　　　　　% w/v<br>Ranitidine hydrochloride　　　　1.68<br>Ethanol　　　　　　　　　　　　7.5<br>Potassium dihydrogen<br>　orthophosphate　　　　　　　0.095<br>Disodium hydrogen orthophosphate<br>　anhydrous　　　　　　　　　　0.350<br>*Hydroxypropylmethylcellulose*　　*qs*<br>*Preservative*　　　　　　　　　*qs*<br>*Sweetening agents*　　　　　　*qs*<br>*Flavour*　　　　　　　　　　　*qs*<br>*Purified water BP to*　　　　*100ml.*"<br><br>(Emphasis added).<br><br>**'249 prosecution history, Declaration of Dr. John Hempenstall executed April 12, 1991 (Ex. 3, G000208-11):**<br><br>"5. In my laboratory it was found that for *an aqueous based ranitidine formulation, a significant and surprising enhancement in the stability of ranitidine is achieved by the addition of ethanol to the formulation.* |  |

32

Glaxo's and Teva's Joint Claim Construction Chart
for U.S. Patent No. 5,068,249

| Claim Element | Glaxo's Position | Teva's Position |
|---|---|---|
| * | * | * |
|  | 7. The above results clearly show that ethanol has a beneficial effect upon the stability of ranitidine in *aqueous based formulations* and furthermore I am not aware of any teaching in the art that would lead me to expect such an effect." (5/10/91 Request for Reconsideration, Ex. 3, ¶¶ 5 and 7 at G000209, 211) (emphasis added). |  |

33

Dated: June 30, 2006

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ James D. Heisman* | */s/ Adam W. Poff* |
| Francis DiGiovanni (#3189) | Josy W. Ingersoll (#1088) |
| James D. Heisman (#2746) | Karen E. Keller (#4489) |
| The Nemours Building | Adam W. Poff (#3990) |
| 1007 North Orange Street | The Brandywine Building |
| P.O. Box 2207 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899-2207 | P.O. Box 391 |
| (302) 888-6316 | Wilmington, DE 19899 |
| | (302) 571-6600 |
| OF COUNSEL: | OF COUNSEL: |
| Brian P. Murphy | Mark D. Schuman |
| Thomas Puppa | Jeffrey A. Brown |
| Bryan J. Vogel | MERCHANT & GOULD LLC |
| Oren D. Langer | 3200 IDS Center |
| MORGAN LEWIS & BOCKIUS LLP | 80 South 8th Street |
| 101 Park Avenue | Minneapolis, MN 55402 |
| New York, NY 10178-0060 | (612) 332-5300 |
| (212) 309-6000 | |
| Attorneys for Plaintiff Glaxo Group Limited | Attorneys for Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Limited |

34

## CERTIFICATE OF SERVICE

I hereby certify that on June 30 2006, I electronically filed the foregoing **JOINT CLAIM CONSTRUCTION CHART FOR U.S. PATENT NO. 5,068,249** with the Clerk of Court using CM/ECF which will send notification of such filing and we will hand deliver such filing to the following:

>Josy W. Ingersoll, Esq.
>Young Conway Stargatt & Taylor
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899

I hereby certify that on June 30, 2006, I have mailed via Federal Express, the document to the following non-registered participants:

>Mark D. Schuman, Esq.
>Jeffrey C. Brown, Esq.
>Merchant & Gould LLC
>3200 IDS Center
>80 South 8th Street
>Minneapolis, MN 55402

/s/ James D. Heisman
Francis DiGiovanni (#3189)
James D. Heisman (#2746)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141

Attorneys for Plaintiff Glaxo Group Limited