Exhibit 3



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

November 07, 1996

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

APPLICATION NUMBER: *07/344,620*
FILING DATE: *April 28, 1989*
TITLE OF INVENTION:
*PHARMACEUTICAL COMPOSITIONS*
INVENTOR(S):
*LONG, DAVID R.*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

P. SWAIN
Certifying Officer

| SERIAL NUMBER | FILING DATE | CLASS | | PATENT DATE | | PATENT NUMBER | |
|---|---|---|---|---|---|---|---|
| 07/344,620 | 04/28/89 RULE 60 | 514 | SUBCLASS 449 | | GROUP ART UNIT 125 | EXAMINER FRiedm.: | |

APPLICANTS

DAVID R. LONG, ROYSTON, ENGLAND.

**CONTINUING DATA****************************
VERIFIED     THIS APPLN IS A CON OF   07/131,442 12/11/87

**FOREIGN/PCT APPLICATIONS*************
VERIFIED        UNITED KINGDOM     8629781          12/12/86

| Foreign priority claimed ☐yes ☐no 35 USC 119 conditions met ☐yes ☐no Verified and Acknowledged Examiner's Initials | AS FILED → | STATE OR COUNTRY GB2 | SHEETS DRWGS 0 | TOTAL CLAIMS 14 | INDEX CLAIMS 2 | FILING FEE RECEIVED $ 370.00 | ATTORNEY'S DOCKET NO. REF/HA107 |
|---|---|---|---|---|---|---|---|

ADDRESS

RICHARD E. FICHTER
BACON & THOMAS
625 SLATERS LANE, FOURTH FLOOR
ALEXANDRIA, VA 22314

TITLE

PHARMACEUTICAL COMPOSITIONS

U.S. DEPT. of COMM.-Pat. & TM Office—PTO-436L (rev. 10-78)

PARTS OF APPLICATION FILED SEPARATELY

| NOTICE OF ALLOWANCE MAILED | | CLAIMS ALLOWED | |
|---|---|---|---|

ISSUE CLASSIFICATION

G 000112



IMBU (7n)                                                                5068249

8/494394                                    PATENT          5068249
                                            NUMBER

| SERIAL NUMBER | FILING DATE | CLASS | SUB CLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 37/494,804 | 03/14/90 | 514 | 471 / 449 | 125 | |

NOV 26 1991

**APPLICANTS**

DAVID R. LONG, ROYSTON, ENGLAND.

**CONTINUING DATA**
VERIFIED        THIS APPLN IS A CON OF    07/344,620 04/28/89 ABN
DG              WHICH IS AND A CON OF     07/131,442 12/11/87 ABN

**FOREIGN/PCT APPLICATIONS**
VERIFIED        UNITED KINGDOM       86 29781         12/12/86
DG

GBX

| 'm priority claimed ☐ yes ☐ no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met ☐ yes ☐ no verified and Acknowledged Examiner's Initials | | GB2 | 0 | 13 | 2 | $ 370.00 | |

**ADDRESS**

RICHARD E. FICHTER
BACON & THOMAS
625 SLATERS LANE
FOURTH FLOOR
ALEXANDRIA, VA 22314

**TITLE**

~~PHARMACEUTICAL COMPOSITIONS~~ AQUEOUS RANITIDINE COMPOSITIONS STABILIZED
WITH ETHANOL.

U.S. DEPT. of COMM. PAT. & TM OFFICE — PTO-436L (rev. 10-78)

G 000113

PATENT APPLICATION SERIAL NO. 07/344620

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

090   05/03/89   344620

1  101      370.00 CK

-1556
(47)

G 000114

PATENT APPLICATION SERIAL NO. 07/494804

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

050  03/22/90  07494804                    1 101    370.00 CK

PTO-1556
(5/87)

G 000115

07/344620

Docket: REF/P

THE HONORABLE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

Sir:

[X] This is a request for filing a [X] continuation [ ] divisional under
37 CFR 1.60 of pending prior application:

SERIAL NO. 131,442                GROUP ART UNIT: 125
FILED:  December 11, 1987         EXAMINER:  Friedman
INVENTOR:  LONG
TITLE:  PHARMACEUTICAL COMPOSITIONS

[X] Enclosed is a copy of the latest inventor signed prior complete
application as filed including the specification (including claims), drawings,
oath or declaration showing the signature or indication it was signed, and any
amendments referred to in the oath or declaration filed to complete the prior
application. I hereby verify that the attached papers are a true copy of the
latest inventor signed complete prior application Serial No. __131,442__ filed
on __12-11-87__, and that no amendments referred to in the oath
or declaration filed to complete the prior application introduced new matter
therein, and further that all statements made herein of his own knowledge are
true and that all statements made on information and belief are believed to
be true; and further that these statements were made with the knowledge that
willful false statements and the like so made are punishable by fine or
imprisonment, or both, under Section 1001 of Title 18 of the United States Code,
and that such willful false statements may jeopardize the validity of the
application or any patent issuing thereon.

[ ] Cancel in this application original claims _____ of
the prior application before calculating the filing fee.

[ ] A separate Preliminary Amendment is enclosed.

[ ] A verified statement to establish small entity status under 37 CFR
1.9 and 1.27 has been filed in prior application Serial No. _____
filed _____; is enclosed.

[X] The filing fee is calculated as shown below:

| ITEM AS FILED * | NO. EXTRA | SMALL ENTITY | FULL FEE |
|---|---|---|---|
| Basic Fee | | $ 185 | $ 370 |
| Total Claims   14 -20 = | 0 | x $ o = | x $ 12 = |
| Indep. Claims   2 -3 = | 0 | x $18 = | x $36 = |
| Multiple Dep. Cl. in Proper Form Presented: | | ($60) | ($120) |
| | TOTAL | $ | $ 370 |

*Note: All calculations are based on condition of claims after
any Preliminary Amendment made pursuant to this communication.
⊙ If less than 20 filed, enter "0".  ⊙ If less than 3 filed, enter "0".

[X] A check in the amount of $ 370 to cover the filing
fee is enclosed.



07/344620

- 1 -

PHARMACEUTICAL COMPOSITIONS

The present invention relates to a pharmaceutical composition containing as active ingredient the histamine $H_2$ antagonist ranitidine.

Ranitidine, [N-[2-[[[5-(dimethylamino)methyl-2-furanyl]methyl]-thio]ethyl]-N'-methyl-2-nitro-1,1-ethenediamine, and its physiologically acceptable salts are described in British Patent Specification No. 1565966. In that specification there is reference to liquid formulations for oral and parenteral administrations and there is a description of an aqueous based formulation for intravenous use and another of an oral syrup. Both of these formulations contained sufficient hydrochloric acid to achieve a pH of 5.0 and the syrups also contained Sorbitol solution BPC and a flavour as required.

British Patent Application No. GB 2142820A describes aqueous based formulations containing ranitidine and/or one or more of its physiologically acceptable salts thereof having a pH within the range 6.5-7.5. In that specification there is reference to liquid formulations for oral and parenteral administration and there are examples of aqueous formulations for intravenous and oral use. These formulations contain ranitidine hyrochloride and are buffered to a pH of approximately 7 and for intravenous administration the formulations also contain phenol or sodium chloride. For oral administration the formulation also contains hydroxypropylmethyl cellulose as a viscosity enhancing agent, a preservative (parabens), a sweetening agent and a flavour. These compositions have a significantly greater shelf-life over those in British Patent No. 1565966.

We have now surprisingly found that the stability of ranitidine in aqueous based formulations and more particularly aqueous based formulations for oral administration may be substantially enhanced by the addition of ethanol to the formulation.

Thus the present invention provides a pharmaceutical composition which is an aqueous formulation of ranitidine and/or one or more physiologically acceptable salts thereof also containing ethanol. The aqueous formulation is prepared using ingredients of a purity such that it is suitable for administration to patients and will in general

G 000117

- 2 -

contain at least one conventional pharmaceutical excipient in addition to the ethanol and ranitidine and/or physiologically acceptable salts thereof.

5      The amount of ethanol present in the formulation is such that the resulting formulation has the enhanced stability. Preferably the amount of ethanol in the composition on a weight/volume-basis of the complete formulation, is within the range 2.5% to 10%, and more particularly is between 5 to 10% w/v, more especially 7-8% w/v.

10     Preferred compositions according to the invention are those in which the pH of the aqueous formulation is within the range 6.5 to 7.5, particularly 6.8 to 7.4 and more especially 7 to 7.3. The required pH of the formulation is preferably obtained by the use of suitable buffer salts for example, potassium dihydrogen orthophosphate and disodium hydrogen orthophosphate or citric acid and disodium

15    hydrogen orthophosphate.

A preferred embodiment of the invention is an aqueous formulation for oral administration. Such a formulation may comprise ranitidine and/or one or more of its physiologically acceptable salts dissolved in water, ethanol, a preservative and a viscosity enhancing

20    agent. Preferably the required pH of the formulation is obtained by the use of appropriate buffer salts. Optionally the composition may also contain other conventional excipients such as a sweetener, a flavour and/or flavouring aids.

Examples of suitable preservatives include one or more alkyl

25    hydroxybenzoates such as methyl, ethyl, propyl and/or butyl hydroxybenzoates.

Examples of suitable viscosity enhancing agents include Xanthan gum, sorbitol glycerol, sucrose or a cellulose derivative such as carboxymethylcellulose or a salt thereof of a $C_{1-4}$ alkyl and/or a

30    hydroxy-$C_{2-4}$ alkyl ether of cellulose such as methylcellulose, ethylcellulose, hydroxyethylcellulose, hydroxypropylcellulose, hydroxyethylmethylcellulose and hydroxypropylmethylcellulose.

Examples of suitable sweeteners include saccharin sodium, sodium cyclamate, sorbitol and sucrose.

35    Examples of suitable flavouring agents include 'mint' flavours such as peppermint flavouring agents.

- 3 -

The concentration of ranitidine in the oral formulation, expressed as free base, is conveniently within the range 20-400mg per 10ml, for example 20-200 mg per 10ml, more particularly 150mg per 10ml dose.

5    The amount of ethanol in the formulation for oral administration, expressed as a percentage of the complete formulation on a weight/volume basis, is preferably within the range 2.5 to 10%, and more particularly between 5 to 10%, more especially 7-8%.

The amount of viscosity enhancing agent in the formulation will
10    preferably be sufficient to give a solution with a viscosity in the range of 10 to 100 centipoises.

The aqueous formulations for oral administration are conveniently prepared by mixing an aqueous solution of ranitidine and/or one or more of its physiologically acceptable salts together
15    with ethanol and the excipients, with aqueous solution or dispersion of the viscosity enhancing agent.

The aqueous formulations according to the invention are preferably prepared using ranitidine in the form of its hydrochloride salt.

20    An illustrative example of a formulation according to the invention is as follows.  In this example the relative proportions of ranitidine hydrochloride and the buffer salts are such that the formulation has a pH of approximately 7.

25    Ranitidine oral liquid formulation (150mg/10ml) expressed as free base

|  | % w/v |
|---|---|
| Ranitidine hydrochloride | 1.68 |
| Ethanol | 7.5 |
| Potassium dihydrogen orthophosphate | 0.095 |
| Disodium hydrogen orthophosphate anhydrous | 0.350 |
| Hydroxypropylmethylcellulose | qs |
| Preservative | qs |
| Sweetening agents | qs |
| Flavour | qs |
| Purified water BP to | 100ml |

G 000119

- 4 -

## CLAIMS

1. A pharmaceutical composition which is an aqueous formulation of ranitidine and/or one or more physiologically acceptable salts thereof, said formulation also containing ethanol.

2. A pharmaceutical composition according to claim 1 containing 2.5% to 10% weight/volume ethanol based on the complete formulation.

3. A pharmaceutical composition according to claim 1 containing 7% to 8% weight/volume ethanol based on the complete formulation.

4. A pharmaceutical composition according to claim 1 having a pH in the range 6.5 to 7.5.

5. A pharmaceutical composition according to claim 1 having a pH in the range 6.8 to 7.4.

6. A pharmaceutical composition according to claim 1 having a pH in the range 7.0 to 7.3.

7. A pharmaceutical composition according to claim 1 wherein said pH is obtained by the use of buffer salts.

8. A pharmaceutical composition as claimed in claim 1 suitable for oral administration.

9. A pharmaceutical composition as claimed in claim 8 containing 20-400 mg ranitidine per 10 ml dose expressed as free base.

10. A pharmaceutical composition according to claim 8 containing 20-200 mg ranitidine per 10 ml dose expressed as free base.

- 5 -

11. A pharmaceutical composition according to claim 8 containing 150 mg ranitidine per 10 ml dose expressed as free base.

12. A pharmaceutical composition according to claim 1 prepared using ranitidine in the form of the hydrochloride salt.

13. A pharmaceutical composition which is an aqueous formulation of ranitidine suitable for oral administration containing 150 mg ranitidine per 10 ml dose expressed as free base, said formulation having a pH in the range 7.0 to 7.3 and also containing 7% to 8% weight/volume ethanol based on the complete formulation.

14. A pharmaceutical composition according to claim 13 wherein said pH is obtained by the use of buffer salts.

444804

- 6 -

## ABSTRACT

5       The stability of aqueous formulations of ranitidine
or a physiologically acceptable salt thereof is enhanced
by the addition of ethanol.

G 000122

Attorney/Docket No. _____

### DECLARATION FOR PATENT APPLICATION
### AND APPOINTMENT OF ATTORNEY

As a below named inventor, I hereby declare that my residence, post office address and citizenship are as stated below next to my name; I believe that I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention (Design, if applicable) entitled _____

_____ Pharmaceutical Compositions _____

_____

the specification of which (check one):    [ ] is attached hereto; [ ] was filed on _____ as Application Serial No. _____ and was amended on (or amended through) _____ (if applicable); was filed as International Application (PCT) No. _____ and amended _____ (if applicable). I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment(s) referred to above. I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a). I hereby claim foreign priority benefits under Title 35, United States Code §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed.

Prior Foreign Application(s)

| | | | Priority Claimed | |
|---|---|---|---|---|
| 86 29781 | United Kingdom | 12th December, 1986 | (X) | [ ] |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |
| | | | [ ] | [ ] |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |
| | | | [ ] | [ ] |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |
| | | | [ ] | [ ] |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

_____

(Appln. SN) _____    (Filing Date) _____    (Status - Patented, Pending or Abandoned)

_____

(Appln. SN) _____    (Filing Date) _____    (Status - Patented, Pending or Abandoned)

_____

I HEREBY DECLARE THAT ALL STATEMENTS MADE HEREIN OF MY OWN KNOWLEDGE ARE TRUE AND THAT ALL STATEMENTS MADE ON INFORMATION AND BELIEF ARE BELIEVED TO BE TRUE; AND FURTHER THAT THESE STATEMENTS WERE MADE WITH THE KNOWLEDGE THAT WILLFUL FALSE STATEMENTS AND THE LIKE SO MADE ARE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH, UNDER SECTION 1001 OF TITLE 18 OF THE UNITED STATES CODE AND THAT SUCH WILLFUL FALSE STATEMENTS MAY JEOPARDIZE THE VALIDITY OF THE APPLICATION OR ANY PATENT ISSUED THEREON.

7

G 000123

DECLARATION FOR PATENT APPLICATION
AND APPOINTMENT OF ATTORNEY
Page 2

Attorney/Docket No. _____

POWER OF ATTORNEY: I (We) hereby appoint as my (our) attorneys, with full powers of substitution and revocation, to prosecute this application and transact all business in the Patent and Trademark Office connected therewith: J. Ernest Kenney, Reg. No. 19,179; Eugene Mar, Reg. No. 25,893; Richard E. Fichter, Reg. No. 26,382; George M. Wolfe, Jr., Reg. No. 28,680; Bruce H. Troxell, Reg. No. 26,592; Thomas J. Moore, Reg. No. 28,974;

Send correspondence to:     BACON & THOMAS
                            625 Slaters Lane - 4th Floor
                            Alexandria, VA 22314

Telephone Calls to: ____

(703) 683-0500

| Full Name of First or Sole Inventor | Citizenship |
|---|---|
| Dr. David Richard Long, | British |
| RESIDENCE Address - Street | Post Office Address - Street |
| 41, Echo Hill, | 41, Echo Hill, |
| City | City |
| Royston, | Royston |
| State or Country      Zip | State or Country      Zip |
| Hertfordshire, | ENGLAND. |
| Date | Signature |
| 07 Dec. 1987 | DR Long |

| Full Name of Joint Inventor | Citizenship |
|---|---|
| RESIDENCE Address - Street | Post Office Address - Street |
| City | City |
| State or Country      Zip | State or Country      Zip |
| Date | Signature |

| Full Name of Joint Inventor | Citizenship |
|---|---|
| RESIDENCE Address - Street | Post Office Address - Street |
| City | City |
| State or Country      Zip | State or Country      Zip |
| Date | Signature |

| Full Name of Joint Inventor | Citizenship |
|---|---|
| RESIDENCE Address - Street | Post Office Address - Street |
| City | City |
| State or Country      Zip | State or Country      Zip |
| Date | Signature |

(See following page(s) for additional joint inventors)

/Continued......

8

G 000124

07/344620   3, '', 00   Docket: REF/HA107

THE HONORABLE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

Sir:

[X] This is a request for filing a   [X] continuation   [ ] divisional   under
37 CFR 1.60 of pending prior application:

SERIAL NO. 131,442              GROUP ART UNIT: 125
FILED: December 11, 1987        EXAMINER: Friedman
INVENTOR: LONG
TITLE: PHARMACEUTICAL COMPOSITIONS

[X] Enclosed is a copy of the latest inventor signed prior complete application as filed including the specification (including claims), drawings, oath or declaration showing the signature or indication it was signed, and any amendments referred to in the oath or declaration filed to complete the prior application. I hereby verify that the attached papers are a true copy of the latest inventor signed complete prior application Serial No. __131,442__ filed on __12-11-87__, and that no amendments referred to in the oath or declaration filed to complete the prior application introduced new matter therein, and further that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

[ ] Cancel in this application original claims _____ of the prior application before calculating the filing fee.

[ ] A separate Preliminary Amendment is enclosed.

[ ] A verified statement to establish small entity status under 37 CFR 1.9 and 1.27 has been filed in prior application Serial No. _____ filed _____; is enclosed.

[X] The filing fee is calculated as shown below:

| ITEM AS FILED * | | NO. EXTRA | SMALL ENTITY | FULL FEE |
|---|---|---|---|---|
| Basic Fee | | | $ 185 | $ 370 |
| Total Claims | 14 -20 = | 0 | x $ o = | x $ 12 = |
| Indep. Claims | 2 - 3 = | 0 | x $ 18 = | x $ 36 = |
| Multiple Dep. Cl. in Proper Form Presented | | | ($60) | ($120) |
| | | TOTAL | $ | $ 370 |

*Note: All calculations are based on condition of claims after any Preliminary Amendment made pursuant to this communication.
① If less than 20 filed, enter "0". ② If less than 3 filed, enter "0".

[X] A check in the amount of $ __370__ to cover the filing fee is enclosed.

9

G 000125

- 2 -

[X] The Commissioner is hereby authorized to charge payment of any additional filing fees required under 37 CFR 1.16, except claim fees under 1.16(b), (c) or (d) associated with this communication, or credit any overpayment to Deposit Account No. 02-0200. A duplicate copy of this sheet is enclosed.

[ ] Informal Drawings are enclosed.

[X] Amend the specification by inserting before the first line of the sentence: This application is a [X] continuation, [ ] division of application Serial No. 131,442, filed December 11, 1987.

G - 1

[X] Priority is claimed under 35 USC 119 of application(s):
Serial No. 8629781 , filed 12-12-86 in U.K.
Serial No. _____ , filed _____ in _____
Serial No. _____ , filed _____ in _____
Serial No. _____ , filed _____ in _____

[X] The certified copy has been filed in prior application
Serial No. 131,442 filed 12-11-87 .

[X] The prior application is assigned of record to

GLAXO GROUP LIMITED

[ ] Also enclosed

[X] The power of attorney appears in the original papers in the prior application, and the power of attorney in the prior application includes: Richard E. Fichter, Registration No. 26,382, of BACON & THOMAS

[X] Address all future communications to:
Richard E. Fichter
BACON & THOMAS
625 Slaters Lane, Fourth Floor
Alexandria, Virginia 22314

Respectfully submitted,

*Richard E. Fichter*
Richard E. Fichter
Reg. No. 26,382 - 101

BACON & THOMAS
625 Slaters Lane, Fourth Floor
Alexandria, VA 22314
(703) 683-0500

Date: April 28, 1989

10

| Form PTO-875 REV. 3-86 | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 344620 | FILING DATE 4-28-89 |
|---|---|---|---|
| **PATENT APPLICATION FEE DETERMINATION RECORD** | | APPLICANT (FIRST NAMED) *Long* | |

### CLAIMS AS FILED - PART I

| FOR | NO FILED | NO EXTRA | | SMALL ENTITY RATE | FEE | OR | OTHER THAN A SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | | | OR | | |
| TOTAL CLAIMS | | 20 | | x 6 | | OR | x 12 | |
| INDEP CLAIMS | | 3 | | x18 | | OR | x 36 | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | | 60 | | OR | 120 | |
| | | | | TOTAL | | OR | TOTAL | |

### CLAIMS AS AMENDED - PART II

| AMENDMENT A | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NO PREVIOUSLY PAID FOR | PRESENT EXTRA | SMALL ENTITY RATE | ADDIT FEE | OR | OTHER THAN A SMALL ENTITY RATE | ADDIT FEE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 13 | MINUS | 20 | — | x 6 | | | x 12 | |
| INDEP | 2 | MINUS | 3 | — | x 18 | | | x 36 | |
| FIRST PRESENTATION OF MULTIPLE DEP CLAIM | | | | | 60 | | | 120 | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL | |

| AMENDMENT B | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NO PREVIOUSLY PAID FOR | PRESENT EXTRA | SMALL ENTITY RATE | ADDIT FEE | OR | OTHER THAN A SMALL ENTITY RATE | ADDIT FEE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | | MINUS | | | x 6 | | | x 12 | |
| INDEP | | MINUS | | | x 18 | | | x 36 | |
| FIRST PRESENTATION OF MULTIPLE DEP CLAIM | | | | | 60 | | | 120 | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL | |

| AMENDMENT C | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NO PREVIOUSLY PAID FOR | PRESENT EXTRA | SMALL ENTITY RATE | ADDIT FEE | OR | OTHER THAN A SMALL ENTITY RATE | ADDIT FEE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | | MINUS | | | x 6 | | | x 12 | |
| INDEP | | MINUS | | | x 18 | | | x 18 | |
| FIRST PRESENTATION OF MULTIPLE DEP CLAIM | | | | | 60 | | | 60 | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL | |

G 000127



| SER NUMBER | FILING DT | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 07/344,620 | 04/28/89 | 514 | | 125 | |
| | RULE 60 | | | | |

APPLICANTS:
DAVID R. LONG, ROYSTON, ENGLAND.

**CONTINUING DATA*****************
VERIFIED    THIS APPLN IS A CON OF    07/131,442  12/11/87

**FOREIGN/PCT APPLICATIONS***********
VERIFIED    UNITED KINGDOM    8629781    12/12/86

| FORGN PRIORITY CLMD YES/NO | STATE/ | SHEETS | TOTAL | INDEP. | FIL. FEE | ATTORNEY'S |
| 35USC119 COND. MET YES/NO | COUNTRY DRWGS. | | CLAIMS | CLAIMS | RECEIVED | DOCKET NO. |
| | GB2 | 0 | 14 | 2 | $370.00 | REF/HA107 |

ADDRESS:
RICHARD E. FICHTER
BACON & THOMAS
625 SLATERS LANE, FOURTH FLOOR
ALEXANDRIA, VA 22314

TITLE:
PHARMACEUTICAL COMPOSITIONS

13

G 000129



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

07/344,620   04/28/89   LONG                          REF/HAI07

RICHARD E. FICHTER                    EXAMINER
BACON & THOMAS                        FRIEDMAN,S
625 SLATERS LANE, FOURTH FLOOR
ALEXANDRIA, VA  22314                 125          3

                                      DATE MAILED: 06/28/89

☑ This application has been examined    ☐ Responsive to communication filed on _____   ☐ This action is made final.

A shortened statutory period for response to this action is set to expire ___3___ month(s) _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned.   35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☑ Notice of References Cited by Examiner, PTO-892.          2. ☐ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.              4. ☐ Notice of Informal Patent Application, Form PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.   6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☑ Claims ___1-14___ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☑ Claims ___1-14___ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings
   are ☐ acceptable; ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the
    examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed on _____ has been ☐ approved. ☐ disapproved (see explanation).

12. ☑ Acknowledgment is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received
    ☑ been filed in parent application, serial no. ___131,442___ ; filed on ___12/14/87___.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
    accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

                                    14

PTOL-326 (Rev. 8-85)                **EXAMINER'S ACTION**

G 000130

Serial No. 07/344,620                                    -2-

Art Unit 125

Claims 1-10 are rejected under 35 U.S.C. 112,

second paragraph, as being indefinite for failing to

particularly point out and distinctly claim the subject

matter which applicant regards as the invention.

"Also containing ethanol (claim 1) is indefinite as

to what/else is included. The claims should state how the

pH is arrived at.

Claims 1-12 are rejected under 35 U.S.C. 112, first

paragraph, as the disclosure is enabling only for claims

limited in accord with the entire disclosure.  See MPEP

706.03(n) and 706.03(z).

All claims should recite amounts for all

ingredients.

The following is a quotation of 35 U.S.C. 103 which

forms the basis for all obviousness rejections set forth

in this Office action:

A patent may not be obtained though the invention
is not identically disclosed or described as set
forth in section 102 of this title, if the
differences between the subject matter sought to be
patented and the prior art are such that the
subject matter as a whole would have been obvious
at the time the invention was made to a person
having ordinary skill in the art to which said
subject matter pertains.  Patentability shall not
be negatived by the manner in which the invention
was made.

Subject matter developed by another person, which
qualifies as prior art only under subsection (f)
and (g) of section 102 of this title, shall not
preclude patentability under this section where the
subject matter and the claimed invention were, at
the time the invention was made, owned by the same

15

G 000131

Serial No. 07/344,620                                    -3-
Art Unit 125

person or subject to an obligation of assignment to
the same person.

Claims 1-14 are rejected under 35 U.S.C. 103 as
being unpatentable over Chem. Absts. all.

The art teaches the cojoined use of use of
ranicidine and an alcohol (ethanol). The claims also
teach ranitidine and ethanol. The various parameters of
the claims; i.e. pH and amounts are one skilled in the
art. Such parameters have not been demonstrated as being
critical and as such are considered to be within the
skill of the art.

All of the claims are rejected over the claims of
Serial No. 131,42 on the grounds of double patenting (35
USC 101). No second invention is seen to residue in the
instant claims.

Any inquiry concerning this communication or
earlier communications from the examiner should be
directed to Examiner Standley Friedman whose telephone
number is (703) 557-9592.

Any inquiry of a general nature or relating to the
status of this application should be directed to the
Group receptionist whose telephone number is (703)
557-3920.

06/26/89;rbb

Stanley J. Friedman
Primary Examiner
Group Art Unit 12?

1♂

G 000132

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP-APART AND DISCARD CARBON

| FORM PTO-892 (REV. 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 344,620 1,494,804 | GROUP ART UNIT 125 | ATTACHMENT TO PAPER NUMBER 3 |
|---|---|---|---|---|
| **NOTICE OF REFERENCES CITED** | | APPLICANT(S) Long | | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | | | | | | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| X | R | Chem. Abst. (97) — 61014 G (1982). |
|---|---|---|
| X | S | Chem. Abst. (104) — 102280 Z (1986). |
| | T | |
| | U | |

| EXAMINER FRIEDMAN | DATE 1/12/89 | (X) = important. |
|---|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

**97: 61012e** Nitrosourea useful as cytostatic and antitumor agent. Marcel, Richard Fr. Demande FR 2,450,250 (Cl. C07C127/15), 26 Sep 1980, Appl. 79/1,722, 22 Jan 1979; 3 pp.

1-(2-Chloroethyl)-3-(1-cyanocyclohexyl)-1-nitrosourea (I) [82498-58-4], m. 81-3°, can be used orally or parenterally or as suppositories as a cytostatic or antitumor agent.

**97: 61012f** Carbonate diester solutions of PGE-type compounds. Yu, Cheng Der; Bruenner, Ursula (Syntex (U.S.A.), Inc.) U.S. US 4,328,245 (Cl. 424–305; A61K31/215), 04 May 1982, Appl. 234,240, 13 Feb 1981; 6 pp. Prostaglandin E-type

compns. are stabilized by dissolving these compds. in carbonate diester solvents which may contain H₂O up to the soly. limit of the carbonate diester. Thus, dl-Me 9-keto-11α,15α-dihydroxy-16-phenazy-17,18,19,20-tetranorprosta-4,5,13-trans-trienoate (I) [82444-04-8] at 0.5 mg/mL was dissolved in 0.1% H₂O-propylene carbonate [108-32-7] and stored at elevated temps. for up to 90 days. The same amt. of the ester was dissolved in propylene carbonate contg. 5% and 10% H₂O and these solns. stored at 45° for 60 days. The drug was stable in all of these solns.

**97: 61014g** Crystalline ranitidine hydrochloride and pharmaceutical composition containing it. Crookes, Derek Leslie (Glaxo Group Ltd.) Fr. Demande FR 2,491,067 (Cl. C07D307/52), 02 Apr 1982, GB Appl. 80/31,634, 01 Oct 1980; 16 pp.

Cryst. ranitidine-HCl (I–HCl) (form 2) for the treatment of ulcer, allergy, and inflammation cases was prepd. as has improved filtration and drying properties and reduced hygroscopicity by cryst. I–HCl under controlled conditions in the presence of a hydroxylated solvent, e.g. 2-propanol [67-43-0]. Thus, a mixt. of 20 g I in 5.3 mL HCl, 130 mL 2-propanol, and 4 mL H₂O was heated at 50° while adding an addnl. 68 mL 2-propanol, then the mixt. cooled to 10-12° and the cryst'd. product (form 2), m. 139-141°, was sepd. and recrystd. in 2-propanol-H₂O mixt. (66:9). The IR and x-ray spectra of I–HCl are reported.

**97: 61015h** Buffers for the stabilization of eye lotions containing chlorobutanol. Lion Corp. Jpn. Kokai Tokkyo Koho JP 82 62,318 (Cl. A61K9/08), 15 Apr 1982, Appl. 80/137,431, 01 Oct 1980; 5 pp. Eye lotions contg. chlorobutanol [57-15-8] are prepd. with buffering agents such as ε-aminocaproic acid [60-32-2], citric acid [77-92-9], NaH₂PO₄, Na aspartate [17090-93-4], and Na glutamate [16177-21-2] which prevent the hydrolysis of chlorobutanol during storage. Thus, an eye lotion was prepd. by combining propylene glycol 0.5, chlorobutanol 0.3, ε-aminocaproic acid 0.07, citric acid 0.0053%, NaCl (an amt. required to produce an equitonicity with resp. to tears), and water (balance).

**97: 61016j** Transparent eye lotions containing glycyrrhizinates and cationic surfactants. Lion Corp. Jpn. Kokai Tokkyo Koho JP 82 62,319 (Cl. A61K9/08), 15 Apr 1982, Appl. 80/137,432, 01 Oct 1980; 3 pp. A transparent eye lotion contg. bactericidal cationic surfactants and glycyrrhizinate is obtained by adjusting the pH to to 5.9–7.0. Thus, such a soln. was prepd. by combining dl-K glycyrrhizinate [68797-35-3] 0.1, benzalkonium chloride 0.1, H₃PO₄ 1.85, borax 0.032, and water to 100% by wt. The borax concn. produced a pH of 5.9, but less concn. tended to decrease the pH and cause the duration of opacity which decreases the com. value.

**97: 61017k** Topical solutions producing a cool sensation. Lion Corp. Jpn. Kokai Tokkyo Koho JP 82 62,221 (Cl. A61K9/08), 15 Apr 1982, Appl. 80/138,086, 02 Oct 1980; 4 pp. l-Menthol [2216-51-5] low member size and polvalies added to

**97: 61018m** Mesoionic antitumor compositions and methods for using them in the treatment of cancer. Henry, David W.; Ryan, Kenneth J.; Grange, Edward W. U.S. US 4,329,355 (Cl. 424–272; A61K31/42), 11 May 1982, Appl. 16,384, 01 Mar 1979; 5 pp. Antitumor compns. comprise the title compds. I (R²

= Ph or substituted Ph; R¹ = H or Me) and their salts. A tablet formulation containing anhydro-5-(methylamino)-3-phenyl-1,2,3,4-oxatriazolium hydroxide-HCl (II) [82333-27-5] 15, lactose 86, corn starch 45.5, gelatin 2.5, and Mg stearate 1 mg/tablet. II was prepd. by addn. of HCl to 4-methyl-1-phenyl-3-thiosemicarbazide [13207-50-6], followed by addn. of NaNO₂ to the mixt. The biol. activities of various I were demonstrated against lymphocytic leukemia P388 implanted in mice.

**97: 61019w** Radiopaque cyanoacrylate compositions. Krall, Robert E. (Population Research, Inc.) Eur. Pat. Appl. EP 50,457 (Cl. C09J3/14), 28 Apr 1982, US Appl. 198,466, 20 Oct 1980; 19 pp. The title compds., useful in medicinal and industrial application, comprise an alkyl 2-cyanoacrylate monomer and a radiopaque additive such as an org. iodo compd., cyanoacrylate stable inorg. compd., or org. iodo acid. Thus, a compn. contg. sterile redistd. Me 2-cyanoacrylate [137-46-2], iodoform [75-47-8], 2,4,6-triiodophenol [609-23-4] 1.17 mol % each, 250-750 ppm (mole basis) SO₂ as stabilizer and 250 ppm hydroquinone (to decrease light sensitivity) was heated with stirring at 50° for 1 h in the dark. The resulting compn. contg. 7% I atoms can be stored for extended time periods in Al foil. The compn., if exposed to light just prior to use, is stable for 2-3 h and when used as female sterilizing agent the polymer plug formed in the fallopian tube is distinguishable over the pelvic background and an x-ray image.

**97: 61020f** Enhancement of drug absorption from suppositories by saponins. Fujisawa Pharmaceutical Co., Ltd. Jpn. Kokai Tokkyo Koho JP 82 64,610 (Cl. A61K9/02), 19 Apr 1982, Appl. 80/141,345, 08 Oct 1980; 4 pp. Drugs not readily absorbable in the digestive tract are formulated in suppositories in mixts. with saponins, which accelerate absorption from the colon. For example, 100 mg cephazolin Na, 100 mg saponin, and 2 g Miglyol-812 (fatty acid glyceride) were mixed and molded to give a suppository. Cephazolin Na was absorbed rapidly from this suppository in rats, and 70% of the dose was excreted in 24 h; without the saponins, only 18% was excreted in 24 h.

**97: 61021g** Coated acetylsalicylic-acid formulation. Dreher, Dieter; Lehmann, Klaus; Boessler, Heide (Roehm G.m.b.H.) Eur. Pat. Appl. EP 50,191 (Cl. A61K9/28), 28 Apr 1982, DE Appl. 3,039,073, 16 Oct 1980; 17 pp. Acetylsalicylic acid (I

[50-78-2], with a particle size <3mm, is coated in a fluidized bed or a coating pan with an aq. dispersion of a polymer, esp. of an acrylic or methacrylic acid contg. 8-30% COOH groups. The H₂O of the dispersion is evapd. to form the coating. Thus, I crystals (0.3-0.8 mm) contg. 0.01% salicylic acid were coated with 2.5% by wt. of a pH 2.5, 30% aq. dispersion of a copolymer of Et acrylate 62, Me methacrylate 37, and methacrylic acid 1%, contg. 2% Na lauryl sulfate and 6% polyoxyethylene sorbitan monooleate as emulsifiers. The inlet and exit air temps. were 40 and 30°, resp. The product contained 0.21% H₂O and 0.01% salicylic acid. The coatings inhibited hydrolysis in storage.

**97: 61022b** Pharmaceutical compositions with an antiepileptic and antineuralgic effect. Mondadori, Cesare; Schmutz, Markus (Ciba-Geigy A.-G.) Eur. Pat. Appl. EP 50,359 (Cl. A61K31/55), 28 Apr 1982, CH Appl. 80/7,775, 17 Oct 1980; 23 pp. Pharmaceuticals for treating epilepsy and neuralgia

1-Et: R³ = Me or iso-Pr; X = O or S; Y = CH₂ or CH₃S(CH₂)₃; Z = O, S, NCN, or CHNH₂; II; R¹ = CH₂R, M, iso-Pr, cyclopentyl, cyclohexyl, 4-chlorophenyl, etc.; R² = M or (CH₂)₃O(CH₂); X = O or S] were prepd. in several steps starting 4-(2-mercaptoethyl)imidazole [872-82-2] or diethylacetal [645-36-3]. I and II were tested for antiulcer activity isolated guinea pig atria, and anticholinergic activity in mice. Compds. exhibiting substantial antiulcer potency at the None of the compds. showed anticholinergic, antihistaminic or significant gastric antisecretory action (tested for only a few compds.). Some structure–activity relations are considered.

104: 102274a Effects of verapamil and propranolol on the perfused guinea pig lung. Trockle, G.; Catau, G.; Febvre, M. Kalt, C.; Jacque, M. (Lab. Pharmacodyn., Fac. Sci. Pharm. Biol., F 54001 Nancy, Fr.) J. Pharmacol. 1985, 16(4), 454–8 (Fr). The bronchoconstriction caused by perfusion of the isolated guinea pig lung with leukotriene D₄ [73836–78–9] (0.2 × 10⁻⁴M) was prevented by preperfusion with verapamil [52–53–9]. However, at not related to its Ca²⁺-blocking properties. The constrictor effects of leukotriene were not stimulated by perfusion with propranolol [525–66–6], contrary to previous results in vivo.

104: 102275b Cimetidine inhibition of dimaprit-induced writhing in the rat. Scarpignato, Carmelo; Del Soldato, Piero (Inst. Pharmacol., Univ. Parma, I–43100 Parma, Italy). Dimaprit (i.p.)–induced writhing, a model of H₂-receptor–mediated abdominal discomfort, was dose-de pendently blocked by cimetidine (I) [51481–61–5] (3, 10, or 30 obsd. in rats injected i.v. with dimaprit. No writhing was H₂-receptor agonist acts as peripheral nociceptive terminals in the peritoneum. These results are discussed in terms of the specific H₂-receptor–related analgesic effect of I in relieving epigastric pain of duodenal ulcer patients.

104: 102276c Effect of cimetidine on immune response. Aoike, Akira; Hosokawa, Tomohide; Kawai, Keiichi (Dep. Sidelato, Kyoto Prefect. Univ. Med., Kyoto, Japan 602). Ipeku no kyumi an immune response was studied in vitro. The no. of anti-SRBC-PFC of cimetidine [51481–61–5] in mice spleen was increased significantly with 10⁻³–10⁻¹ M of cimetidine. The anti-DNP-ficoll antibody response did not change with 10⁻³–10⁻⁴ M of cimetidine. It appears that cimetidine increases the immune response by modulating T-cell responses.

104: 102277d The effect of verapamil is reduced in isolated airway smooth muscle preparations lacking the epithelium. Raeburn, David; Hay, Douglas W. P.; Robinson, Victor A.; Farmer, Stephen G.; Fleming, William W.; Fedan, Jeffrey S. (Div. Respir. Dis. Stud., Natl. Inst. Occup. Saf. Health, Morgantown, WV USA). Life Sci. 1986, 38(9), 809–16 (Eng). The effect of epithelium removal on the reactivity of rabbit airway smooth muscle was studied in vitro, using prepns. from several levels within the respiratory tree, i.e. trachea, primary (1°) and secondary (2°) bronchus. Methacholine [55–92–5] contracted tissues from all 3 levels of the airway. Histamine [51–45–6] contracted strips from 2° bronchus, had an inconsistent action in strips from 1° bronchus and was without effect on tracheal prepns. K⁺ contracted tissues from tranchea and 1° bronchus, and had a mixed action in 2° bronchial taps. Removal of the epithelial cell layer variably affected the Reactivity of the smooth muscle to the 3 agents studied. In

104: 102278e Effects of ranitidine and cimetidine on plasma lipoproteins in healthy subjects. Howden, C. W.; Fletcher, C. D.; Walsh, E.; Reid, J. L. (Dep. Mater. Med., Stobhill Gen. Hosp., Glasgow, UK G21 3UW). J. Clin. Pharmacol. 1986, 26(2), 97–9 Serum lipoproteins were monitored in 24 healthy subjects receiving either ranitidine [66357–35–5] or cimetidine [51481–61–9] Ranitidine produced a significant redn. in high-d High-density-lipoprotein (HDL)–cholesterol [57–88–5] in both men and women. ranitidine caused a nonsignificant increase in HDL–cholesterol redn. in LDL–cholesterol that was significant only in women. As drugs had opposite effects on HDL–cholesterol levels, the chanism of action is unlikely to be mediated by H₂-receptor

104: 102278f Augmented postprandial gastric acid secretion due to exposure to ranitidine in healthy subjects. Frislid, Karin; Aadland, E.; Berstad, A. (Med. Dep. Lovisenberg Hosp., Norway). Scand J. Gastroenterol. 1986, 21(1), 119–22 (Eng). was significantly increased 60–64 h after cessation of 4 wk of ranitidine [66357–35–5] treatment as compared with the response before treatment. Four to 6 wk after discontinuation of treatment the acid secretory response to the meal had returned to values not significantly different from those seen before treatment. There was no change in pepsin [9001–75–6] output owing to ranitidine treatment.

104: 102280c Effect of ranitidine on meal-induced gastric pepsin and acid secretion and the influence of adding ethanol to the meal. Frislid, Karin; Berstad, A. (Med. Dep., Lovisenberg Hosp., Oslo, Norway). Scand. J Gastroenterol. 1986, 21(1), 123–8 (Eng). The effect of ranitidine [66357–35–5] on meal-stimulated pepsin [9001–75–6] and acid secretion 3–4 after administration of the drug was compared in 10 healthy volunteers. The results showed reduced by 78.5%, demonstrating the difference in response of the chief and parietal cells to an H₂-receptor antagonist. Adding EtOH [64–17–5] to the meal did not reduce the acid-inhibiting effect of ranitidine.

104: 102281h Effect of theophylline on membrane potential and contractile force in hamster diaphragm muscle in vitro. Esau, Sharon (Dep. Intern. Med., Univ. Virginia, Charlottesville, VA 22908 USA). Clin. Invest. 1986, 77(2), 638–44 (Eng). The effect of theophylline [58–55–9] on resting membrane potential and tension in hamster diaphragm cells was studied. Resting membrane potential was 76 mV in Krebs soln. and increased to –85 mV with added theophylline. Tension increased from 5% (at 100 Hz) to 20% (at 10 Hz) with theophylline. Hyperpolarization indicates an increase in intracellular to extracellular K⁺ concn. Not to become depolarized with each contraction, causing the cell membrane to fatigue. The hyperpolarization of the skeletal muscle cell membrane obsd. with theophylline may play an important role in prolonging time to fatigue.

104: 102282b Effect of a dihydroquinoline-type antioxidant microsome fraction of the rat and mouse. Anna, Blazovics; Dezso, Ambrus; Aniko, Somogyi; Istvan, Lang; Janos, Feher tocsoport, Budapest, Hung.). Kiserl. Orvostud. 1985, 37(5), 488–92 (Hung). The antioxidant CH–402 (I) [75903–70–7] inhibited

ascorbate-induced lipid peroxidn. in brain homogenates and subcellular fractions from brains of rats and mice. The inhibition was concn.-dependent at 10⁻⁵–10⁻¹ M. Lipid peroxidn. was detd. by measurement of malondialdehyde [542–78–9] prodn.

104: 102283c Pantethine and pantethine esters with hypoli pidemic nicotinic acid derivatives. Piccinia, G.; Calvi, E.; Ravenna, F.; Gentili, P.; Manzardo, S.; Riva, M. (Dep Res., Maggioni Farmaceutici S.p.A. I–20133 Milan, Italy). Arzneim.-Forsch. 1985, 35(12), 1765–71 (Eng). Several esters of pantetheine

[496–61–3] and pantethine [16816–67–4] were prepd., resp., with 3-pyridineacetic acid [501–81–5] and with 3-(3-pyridinedimethoxy carbonyl)propionic acid [34663–38–2], and these products were tested for their capacity to lower serum nonesterified fatty acids and triglycerides in normal rats. Among the products tested, MG 26362 (I) [96932–60–4] had marked hypolipidemic activity, the action being of uncommonly long duration.

104: 102284d Pharmacological study of a new hypolipidemic drug of prolonged activity, the tetraester of pantethine with Manzardo, S.; Riva, M. (Dep. Pharmacol. Maggioni Farmaceutici 1772–7 (Eng). The hypolipidemic activity of the title compd., MG 26362 (I) [96932–60–4], was assessed under various exptl. conditions nicotinic acid, and pantethine tetranicotinate. In the normolipidemic rat, MG 26362 causes a more prolonged redn. of nonesterified fatty acids (NEFA) and serum triglycerides than the ref. products. NEFA values return slowly to pretreatment levels without the EtOH-induced hypertriglyceridemia, MG 26362 showed more pronounced and sustained activity than the ref. products. It is also more effective against Triton-induced hyperlipidemia and against diet-induced hypercholesterolemia; in the latter test, MG 26362 caused no triglyceride accumulation in the liver. Even at high dosage levels,

G 000135

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application Serial No.: 07/344,620

Applicant:  David R. LONG                    Group Art Unit:  125

Filing Date:  April 28, 1989                 Examiner:  Friedman

For:  PHARMACEUTICAL COMPOSITIONS

PETITION FOR EXTENSION OF TIME

Honorable Commissioner of Patents
    and Trademarks
Washington, DC 20231

Sir:

    Applicant requests that the time for taking action in this case be extended pursuant to 37 CFR 1.136 (a) for:

[X] one month                    [ ] three months
[ ] two months                   [ ] four months

    The fee set in 37 CFR 1.17 for the extension of time is $ 62.00 .

[X] Fee enclosed. Please charge any additional fee required for this extension of time to Deposit Account No. 02-0200 . A duplicate copy of this paper is enclosed.

[ ] Charge fee to Deposit Account No. _____ . A duplicate copy of this paper is enclosed.

[ ] Applicant is a small entity entitled to pay reduced fees in this application. A verified small entity statement:

[ ] has been filed           [ ] is enclosed

Also enclosed is a:

[X] Response        [ ] Notice of Appeal        [ ] Appeal Brief

[X] PTO Form 1449 with attached reference cited therein

Respectfully submitted,

_Richard E. Fichter_
Richard E. Fichter
Reg. No. 26,382

BACON & THOMAS
625 Slaters Lane - Fourth Floor
Alexandria, Virginia 22314
(703) 683-0500

Date:  October 30, 1989

G 000136

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application Serial No.: 07/344,620

Applicant:  David R. LONG

Filing Date:   April 28, 1989

For:   PHARMACEUTICAL COMPOSITIONS

Group Art Unit:  125

Examiner:  Friedman

PETITION FOR EXTENSION OF TIME

Honorable Commissioner of Patents
  and Trademarks
Washington, DC 20231

Sir:

Applicant requests that the time for taking action in this case be extended pursuant to 37 CFR 1.136 (a) for:

[X] one month          [ ] three months

[ ] two months        [ ] four months

The fee set in 37 CFR 1.17 for the extension of time is $ 62.00

[X] Fee enclosed. Please charge any additional fee required for this extension of time to Deposit Account No. 02-0200 . A duplicate copy of this paper is enclosed.

[ ] Charge fee to Deposit Account No. _____ . A duplicate copy of this paper is enclosed.

[ ] Applicant is a small entity entitled to pay reduced fees in this application. A verified small entity statement:

[ ] has been filed          [ ] is enclosed

Also enclosed is a:

[X] Response     [ ] Notice of Appeal     [ ] Appeal Brief

[X] PTO Form 1449 with attached reference cited therein

Respectfully submitted,

Richard E. Fichter
Reg. No. 26,382

BACON & THOMAS
625 Slaters Lane - Fourth Floor
Alexandria, Virginia 22314
(703) 683-0500

Date:   October 30, 1989

G 000137

- 2 -

[X] The Commissioner is hereby authorized to charge payment of any additional filing fees required under 37 CFR 1.16, except claim fees under 1.16(b), (c) or (d) associated with this communication, or credit any overpayment to Deposit Account No. 02-0200. A duplicate copy of this sheet is enclosed.

[ ] Informal Drawings are enclosed.

[X] Amend the specification by inserting before the first line the sentence:  This application is a  [X]  continuation,  [ ]  division of application Serial No.  131,442, filed December 11, 1987.

[X] Priority is claimed under 35 USC 119 of application(s):
Serial No.  8629781 , filed  12-12-86 _____ in  U.K. _____
Serial No.  _____ , filed _____ in _____
Serial No.  _____ , filed _____ in _____
Serial No.  _____ , filed _____ in _____

[X] The certified copy has been filed in prior application
Serial No.  131,442  filed  12-11-87

[X] The prior application is assigned of record to

GLAXO GROUP LIMITED

[ ] Also enclosed

[X] The power of attorney appears in the original papers in the prior application, and the power of attorney in the prior application includes: Richard E. Fichter, Registration No. 26,382, of BACON & THOMAS

[X] Address all future communications to:
Richard E. Fichter
BACON & THOMAS
625 Slaters Lane, Fourth Floor
Alexandria, Virginia 22314

Respectfully submitted,

Richard E. Fichter
Reg. No. 26,382

BACON & THOMAS
625 Slaters Lane, Fourth Floor
Alexandria, VA  22314
(703) 683-0500

Date:  April 28, 1989 _____

G 000138