Serial No. 07/494,804

Applicant is in the process of preparing a Declaration to substantiate the unexpected effect of ethanol in enhancing the stability of ranitidine in aqueous oral formulations. However, Applicant does not believe that the Declaration will be available for filing at the Patent Office for another six weeks. Applicant is making every effort to expedite preparation of the Declaration; however, due to circumstances beyond the control of the Applicant, there have been unexpected delays in obtaining the executed Declaration.

Applicant at this time wishes to direct the attention of the Examiner to additional information which may be material to the prosecution of the present application. This information is listed on attached form PTO-1449 and copy of each will be submitted to the Examiner as soon as copies are available.

Both of the listed publications were cited in connection with the corresonding applications in France and Belgium. FR-A-2,547,727 is another equivalent to GB-A-2,142,820 (of record).

French application 2,501,206 relates to novel compounds which are structurally different from ranitidine. Inasmuch as it discloses pharmaceutical formulations, this reference refers only to prior art formulation techniques and applies these to the novel compounds which are disclosed. There is no teaching in this reference whatever that the stability of ranitidine in aqueous solution (or indeed the stability of the novel compounds with which the reference is concerned) can be enhanced by the addition of ethanol.

5

61

Serial No. 07/494,804

In view of the above comments and amendments to the claims, favorable reconsideration and allowance of all claims now present in the application are believed to be in order and are most respectfully requested.

Respectfully submitted,

*Richard E Fichter*

RICHARD E. FICHTER
Registration No. 26,382

Date: October 31, 1990

BACON & THOMAS
625 Slaters Lane, 4th Floor
Alexandria, Virginia 22314

Telephone: (703) 683-0500

LO494804

6

G 000178

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Application Serial No.:   07/494,804

Applicant:   David R. LONG

Filing Date:   03/14/90

For:   PHARMACEUTICAL COMPOSITIONS

Group Art Unit:   125

Examiner:   FRIEDMAN

PETITION FOR EXTENSION OF TIME

Honorable Commissioner of Patents
and Trademarks
Washington, DC  20231

Sir:

Applicant requests that the time for taking action in this case be extended pursuant to 37 CFR 1.136 (a) for:

☐ one month          ☒ three months

☐ two months         ☐ four months

The fee set in 37 CFR 1.17 for the extension of time is $ 430.00

☒ Fee enclosed.  Please charge any additional fee required for this extension of time to Deposit Account No.   02-0200   . A duplicate copy of this paper is enclosed.

☐ Charge fee to Deposit Account No.   _____  . A duplicate copy of this paper is enclosed.

☐ Applicant is a small entity entitled to pay reduced fees in this application.  A verified small entity statement:

☐ has been filed          ☐ is enclosed

Also enclosed is a:

☐ Response      ☐ Notice of Appeal      ☐ Appeal Brief

☐ _____

Respectfully submitted,

_Richard E. Fichter_
Richard E. Fichter
Reg. No. 26,382

BACON & THOMAS
625 Slaters Lane – Fourth Floor
Alexandria, Virginia  22314
(703) 683-0500
REF/er

Date:   October 31, 1990

G 000179

−3−

___X___  The certified copy has been filed in prior application Serial No. __07/131,442__ filed _Dec. 11, 1987_.

___X___  The prior application is assigned of record to

_____GLAXO GROUP LIMITED_____

___X___  Also enclosed  _Petition for one month extension of time w/$62_

_____

___X___  The power of attorney appears in the original papers in the prior application, and the power of attorney in the prior application includes:
Richard E. Fichter, Reg. No. 26,382 of Bacon & Thomas

It is understood that secrecy under 35 U.S.C. 122 is hereby waived to the extent that if information or access is available to any one of the applications in the file wrapper of a 37 C.F.R. 1.62 application, be it either this application or a prior application in the same file wrapper, the Patent and Trademark Office may provide similar information or access to all the other applications in the same file wrapper.

___X___  Address all future communications to:

      Richard E. Fichter
      BACON & THOMAS
      625 Slaters Lane, Fourth Floor
      Alexandria, Virginia  22314

                    Respectfully submitted,

                    Richard E. Fichter
                    Registration No. 26,382
                    Attorney of Record

BACON & THOMAS
625 Slaters Lane
Fourth Floor
Alexandria, VA  22314
(703) 683-0500

Date:    March 14, 1990

G 000180

Sheet 1 of 1

| FORM PTO–1449 | U.S. DEPARTMENT OF COMMERCE | ATTY. DOCKET NO. | SERIAL NO. |
|---|---|---|---|
| (Rev. 2–32) | PATENT AND TRADEMARK OFFICE | REF/Long/804 | 07/494,804 |

INFORMATION DISCLOSURE
STATEMENT BY APPLICANT

(Use several sheets if necessary)

| APPLICANT | |
|---|---|
| David R. LONG | |
| FILING DATE | GROUP |
| 03/14/90 | 125 |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| DG | FR-A-2,547,727 | 12/84 | France | A01K | 31/04 | | |
| DG | GB-A-2,142,820 | 1/85 | Great Britain | A01K | 31/04 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| EXAMINER | DATE CONSIDERED |
|---|---|
| Lucille Guerdner | 1-17-91 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

G 000181

(19) RÉPUBLIQUE FRANÇAISE

INSTITUT NATIONAL
DE LA PROPRIÉTÉ INDUSTRIELLE

— PARIS —

(11) N° de publication : **2 547 727**
(à n'utiliser que pour les commandes de reproduction)

(21) N° d'enregistrement national : **84 07305**

(51) Int Cl² : A 61 K 31/34.

# DEMANDE DE BREVET D'INVENTION    A1

(22) Date de dépôt : 11 mai 1984.

(30) Priorité : GB, 13 mai 1983, n° 83 13217.

(43) Date de la mise à disposition du public de la demande : BOPI « Brevets » n° 52 du 28 décembre 1984.

(60) Références à d'autres documents nationaux apparentés :

(71) Demandeur(s) : *GLAXO GROUP LIMITED.* — GB.

(72) Inventeur(s) : John Malcolm Padfield et Ian Keith Winterborn.

(73) Titulaire(s) :

(74) Mandataire(s) : Regimbeau, Corre, Martin, Schrimpf, Warcoin et Ahner.

(54) Compositions pharmaceutiques.

(57) L'invention a pour objet des compositions aqueuses de ranitidine et/ou d'un ou plusieurs de ses sels physiologiquement acceptables.

On constate que la durée de conservation est nettement prolongée lorsqu'on règle le pH de la composition entre 6,5 et 7,5.

Compositions aqueuses appropriées pour injections, par administration intraveineuse ou intramusculaire, par perfusions continues ou par voie orale sous forme d'un sirop, dans le cadre d'un traitement anti-histaminique.

FR 2 547 727 – A1

G 000182

2547727

1

La présente invention concerne une composition pharmaceutique contenant, à titre d'ingrédient actif, une ranitidine antagoniste à l'histamine H .

La ranitidine (N-/2-/[[5-(diméthylamino) méthyl-2-furanyl/méthyl/thio/éthyl/-N'-méthyl-2-nitro-1,1-éthène-diamine) et ses sels physiologiquement acceptables sont décrits dans le brevet GB 1.565.966. Dans ce brevet il est question de compositions liquides pour administration par voie orale ou parentérale et on donne une description d'une composition à base aqueuse pour administration par voie intraveineuse et d'une autre pour un sirop à usage oral. Ces deux compositions contiennent suffisamment d'acide chlorhydrique pour avoir un pH de 5,0. En outre, les compositions injectables sont décrites par Padfield et al (The Chemical Use of Ranitidine, Medicine Publishing Foundation Symposium Series 5, Oxford : Medicine Publishing Formulation 1982 pp 18-22) sous forme d'une simple solution aqueuse de chlorhydrate de ranitidine et à son pH naturel, c'est-à-dire d'environ 5,5. Alors que de telles compositions contenant la ranitidine et/ou ses sels physiologiquement acceptables sont thérapeutiquement efficaces, elles présentent l'inconvénient d'une durée de conservation relativement brève par suite de la rupture de la ranitidine.

La Demanderesse a maintenant trouvé de façon surprenante qu'on peut prolonger notablement la durée de conservation des compositions à base aqueuse contenant la ranitidine et/ou un ou plusieurs de ses sels physiologiquement acceptables si on règle le pH de la composition entre 6,5 et 7,5.

Ainsi, la présente invention fournit une composition pharmaceutique qui est une composition aqueuse de la ranitidine et/ou d'un ou plusieurs de ses sels physiologiquement acceptables, ayant un

G 000183

2547727

2

pH de 6,5 à 7,5. On prépare la composition aqueuse
en utilisant des ingrédients d'une pureté telle que la
composition soit à l'état permettant son administra-
tion à des patients.

5      Les compositions de ranitidine à base aqueuse
selon l'invention sont particulièrement stables par
comparaison avec des compositions d'un plus faible pH.
Ainsi par exemple, dans le cas d'une solution injecta-
ble de chlorhydrate de ranitidine (25mg/ml) tamponnée

10     au pH approprié avec des phosphates et soumise à une
conservation à 20°C, la rupture de la ranitidine est
d'environ 10 fois plus rapide quand la solution est
tamponnée à pH 5,5 que lorsque la solution est tamponnée
à pH 7,0.

15     Commodément, on règle le pH de la composition
selon l'invention au stade de sa fabrication dans
l'intervalle de 6,5 à 7,5 en utilisant pour cela des
sels-tampons convenables, par exemple le dihydrogéno-o-
phosphate potassique et l'hydrogéno-o-phosphate disodique

20     ou l'acide citrique et l'hydrogéno-o-phosphate disodique.
Les compositions préférées selon l'invention
sont celles dont le pH est de 6,7 à 7,3, par exemple
de 6,8 à 7,1.

Un mode de réalisation préféré de l'invention
25     est une composition aqueuse pour administration parenté-
rale. Une telle composition peut comprendre de l'eau
pour injections dans laquelle on a dissous la ranitidine
et/ou un ou plusieurs de ses sels physiologiquement
acceptables et des sels appropriés de tamponnement. De
30     préférence, on règle la solution à tonicité par l'addi-
tion d'excipients classiques appropriés, par exemple de

G 000184

2547727

3

chlorure de sodium. Facultativement, la composition
peut aussi contenir un agent de préservation anti-
microbien tel que le phénol.

5      La concentration de ranitidine dans des
compositions injectables, par exemple par voie
intraveineuse ou intramusculaire, est comprise nor-
malement entre 10 et 100 mg/ml et est, par exemple,
de l'ordre de 25 mg/ml, exprimée en base libre. Eventuelle-
ment on peut diluer la solution avant emploi avec,
10     par exemple, une solution saline isotonique ou une
solution de dextrose. Les solutions convenant pour
une perfusion lente continue peuvent présenter une
concentration de ranitidine de 0,1 à 2,0 mg/ml
de préférence de 0,5 à 1,0 mg/ml, exprimée en base libre.
15     Les solutions pour perfusion continue lente peuvent
être présentées sous cette forme, par exemple en
flacons de 50 à 100 ml ou elles peuvent être présen-
tées sous une forme plus concentrée, c'est-à-dire de
10 à 100 mg/ml, par exemple 25 mg/ml, en vue d'une
20     dilution ultérieure avant utilisation, par exemple
avec une solution saline isotonique ou une solution
de dextrose.

On prépare commodément les compositions aqueuses
pour administration parentérale en dissolvant la raniti-
25     dine et/ou un ou plusieurs de ses sels physiologiquement
acceptables et des excipients dans une eau appropriée
pour injection. La solution dans laquelle on a commodé-
ment diffusé un gaz inerte tel que l'azote, est
stérilisée, de préférence par filtration et ensuite condi-
30     tionnée sur un mode aseptique dans des récipients conve-
nables tels que des ampoules, des fioles ou des récipients
pour perfusion, sous une atmosphère d'azote. En
variante, on peut stériliser la composition en fin de
traitement, par exemple par chauffage.
35     Un autre mode de réalisation préféré de l'in-
vention est une composition aqueuse pour administration

G 000185

2547727

4

orale. Une telle composition peut comprendre la rani-
tidine et/ou un ou plusieurs de ses sels physiologiquement
acceptables dissous dans l'eau, ensemble avec des sels
tampons, un agent de conservation et un agent de
5    rehaussement de la viscosité. Facultativement, la com-
position peut contenir d'autres excipients classiques
tels qu'un édulcorant, un agent de saveur et/ou des
adjuvants d'aromatisation.

        Parmi les sels-tampons convenables pour des
10    compositions orales on peut citer le dihydrogéno-o-
phosphate de potassium et l'hydrogéno-o-phosphate
disodique ou l'acide citrique et l'hydrogéno-o-
phosphate disodique.

        Comme exemples d'agents de rehaussement de la
15    viscosité, on peut citer la gomme de xanthane, le sorbitol,
le glycérol, le saccharose ou un dérivé cellulosique
tel que la carboxyméthylcellulose ou un éther de cette
dernière tel qu'un éther alkylique et/ou hydroxyalkylique
de cellulose comme, par exemple, l'hydroxypropylcellulose.
20        Comme agents de conservation appropriés, on
peut citer les hydroxybenzoates d'alkyle tels que les
hydroxybenzoates de méthyle, éthyle, propyle et/ou
butyle.

        Les édulcorants convenables sont la saccharine
25    sodique, le cyclamate de sodium, le sorbitol et le
saccharose.

        La concentration de ranitidine dans la
composition orale exprimée en base libre est commodément
de 20 à 400 mg par 10 ml, par exemple de 20 à 200 mg
30    par 10 ml et plus particulièrement 150 mg par dose de
10 ml.

        On prépare commodément les compositions aqueuses
pour administration par voie orale en ajoutant une
solution aqueuse de ranitidine et/ou d'un ou plusieurs
35    de ses sels ensemble avec les autres excipients à une

70

G 000186

2547727

5

solution ou dispersion aqueuse de l'agent de rehaussement
de la viscosité.

Les compositions aqueuses selon l'invention
sont préparées, de préférence, avec la ranitidine
sous forme de son chlorhydrate.

Les exemples suivants servent à illustrer
l'invention sans aucunement en limiter la portée. Dans
ces exemples les proportions relatives de chlorhydrate
de ranitidine et de sels-tampons sont telles
que le pH de la composition soit d'environ 7.

Injection de ranitidine pour administration intraveineuse
(25 mg/ml)

EXEMPLE 1

|  | mg/ml |
|---|---|
| Chlorhydrate de ranitidine | 28 |
| Dihydrogéno-o-phosphate de potassium | 0,96 |
| Hydrogéno-o-phosphate disodique anhydre | 2,4 |
| Phénol Codex | 5 |
| Eau q.s.p 1 ml pour injection Codex | |

On dissout dans l'eau d'injection le chlorhydrate
de ranitidine, les sels-tampons et le phénol. On diffuse
de l'azote dans la solution, on stérilise par filtration
et ensuite on conditionne de façon aseptique dans des
fioles sous atmosphère d'azote et on ferme hermétiquement
à l'aide d'un dispositif de fermeture convenable.

EXEMPLE 2

|  | mg/ml |
|---|---|
| Chlorhydrate de ranitidine | 28 |
| Dihydrogéno-o-phosphate de potassium | 0,96 |
| Hydrogéno-o-phosphate disodique anhydre | 2,4 |
| Chlorure de sodium Codex | 1,6 |
| Eau q.s.p 1 ml pour injection Codex | |

On prépare une solution aqueuse de chlorhydrate
de ranitidine, de sels tampons et de chlorure de sodium
en utilisant l'eau pour injection. On diffuse dans la
solution de l'azote, on stérilise par filtration et on
conditionne de façon aseptique dans des ampoules sous

71

G 000187

2547727

6

atmosphère d'azote.

Composition liquide de ranitidine pour administration par voie orale (150 mg/10 ml

EXEMPLE 3

| | %pds/vol. |
|---|---|
| Chlorhydrate de ranitidine | 1,68 |
| hydroxypropyl méthylcellulose | q.s |
| parabènes (agents de conservation) | q.s |
| dihydrogéno-o-phosphate de potassium | 0,095 |
| hydrogéno-o-phosphate disodique anhydre | 0,350 |
| agent (s) édulcorant (s) | q.s |
| agent de saveur | q.s |
| eau purifiée Codex q.s.p 100 ml | |

On ajoute avec mélange une solution de chlor-hydrate de ranitidine ensemble avec les autres excipients à l'exception de    l'hydroxypropylméthylcellulose, dans l'eau purifiée à une dispersion de l'hydroxypropyl-méthylcellulose dans l'eau purifiée.

Compositions de ranitidine pour perfusion intraveineuse lente

| | Exemple 4 Pour une perfusion de 50 ml mg/ml | Exemple 5 Pour une perfu-sion de 100 ml mg/ml |
|---|---|---|
| Chlorhydrate de ranitidine | 1,12 | 0,56 |
| Acide citrique Codex | 0,3 | 0,3 |
| Hydrogéno-o-phosphate disodique anhydre | 1,8 | 1,8 |
| Chlorure de sodium Codex | 4,5 | 4,5 |
| Eau pour injections Codex | q.s.p  50,0 ml | q.s.p 100,0 ml |

On prépare une solution aqueuse du chlorhydrate de ranitidine, des sels-tampons et du chlorure de sodium en utilisant l'eau pour injections. On diffuse de l'azote dans la solution, on remplit des récipients appropriés pour administrer la solution par perfusion intraveineuse lente, et on stérilise en autoclave.

72

G 000188

2547727

7

## REVENDICATIONS

1.- Composition pharmaceutique, caractérisée en ce qu'elle est une composition aqueuse de ranitidine et/ou d'un ou plusieurs de ses sels physiologiquement accepta-bles, le pH de la composition étant compris entre 6,5 et 7,5.

2.- Composition selon la revendication 1, carac-térisée en ce que son pH est de 6,7 à 7,3.

3.- Composition selon la revendication 1, carac-térisée en ce que son pH est de 6,8 à 7,1.

4.- Composition selon l'une quelconque des reven-dications 1 à 3, caractérisée en ce que le pH est réglé au moyen de sels-tampons appropriés.

5.- Composition selon la revendication 4, carac-térisée en ce que les sels tampons sont le dihydrogéno-o-phosphate de potassium et l'hydrogéno-o-phosphate disodi-que ou l'acide citrique et l'hydrogéno-o-phosphate diso-dique.

6.- Composition selon l'une quelconque des reven-dications 1 à 5, caractérisée en ce qu'elle est appropriée pour une administration parentérale.

7.- Composition selon la revendication 6, carac-térisée en ce qu'elle est appropriée pour des injections et contient de 10 à 100 mg/ml de ranitidine, exprimée en base libre.

8.- Composition selon la revendication 6, carac-térisée en ce qu'elle est sous une forme appropriée pour perfusion lente continue et contient 0,1 à 2,0 mg/ml de ranitidine, exprimée en base libre.

9.- Composition selon l'une quelconque des reven-dications 1 à 5, caractérisée en ce qu'elle est sous une forme appropriée pour administration par voie orale.

73

G 000189

2547727

8

10.- Composition selon la revendication 9, caractérisée en ce qu'elle contient de 20 à 400 mg de ranitidine par dose de 10 ml.

11.- Composition selon l'une quelconque des revendications 1 à 10, caractérisée en ce qu'elle contient de la ranitidine sous forme de son chlorhydrate.

12.- Procédé de production d'une composition pharmaceutique selon l'une quelconque des revendications 1 à 11, caractérisé en ce qu'on traite les divers composants pour obtenir une composition aqueuse pouvant être administrée aux patients.

13.- Procédé selon la revendication 12 servant à la production d'une composition pour administration parentérale, caractérisé en ce qu'on dissout la ranitidine et/ou un ou plusieurs de ses sels physiologiquement acceptables et les composants restants dans l'eau appropriée pour injection, puis on stérilise.

14.- Procédé selon la revendication 12 pour la production d'une composition pour administration par voie orale, caractérisé en ce qu'on ajoute une solution aqueuse de ranitidine et/ou un ou plusieurs de ses sels physiologiquement acceptables à une solution ou dispersion aqueuse d'un agent d'amélioration de la viscosité.

14

G 000190

(12) **UK Patent Application** (19) GB (11) **2 142 820 A**

(43) Application published 30 Jan 1985

(21) Application No 8412108

(22) Date of filing 11 May 1984

(30) Priority data
(31) 8313217    (32) 13 May 1983    (33) GB

(71) Applicant
Glaxo Group Limited (United Kingdom),
Clarges House, 6/12 Clarges Street, London
W1Y 8DH

(72) Inventors
John Malcolm Padfield
Ian Keith Winterborn

(74) Agent and/or Address for Service
Elkington and Fife,
High Holborn House, 52/54 High Holborn, London
WC1V 6SH

(51) INT CL³
A61K 31/34

(52) Domestic classification
A5B 180 444 446 44Y 451 45Y 540 54Y 565 56Y
823 H L N
U1S 1318 A5E

(56) Documents cited
None

(58) Field of search
A5B

(54) **Aqueous compositions of ranitidine**

(57) Aqueous formulations of ranitidine have been found to have enhanced shelf life provided that they are formulated with a pH in the range 6.5–7.5. Suitable aqueous formulations include injections for intravenous and intramuscular administration, continuous infusions and oral preparations such as syrups.

GB 2 142 820 A

75

G 000191

1                                                                          GB 2 142 820A      1

SPECIFICATION

Pharmaceutical compositions

5  The present invention relates to a pharmaceutical composition containing as active ingredient      5
the histamine H₂ antagonist ranitidine.
Ranitidine [N-[2-[[[5-(dimethylamino)methyl-2-furanyl]methyl]thio]ethyl]-N′-methyl-2-nitro-1,1-
ethene-diamine] and its physiologically acceptable salts are described in British Patent Specifica-
tion No. 1565966. In that specification there is reference to liquid formulations for oral and
10  parenteral administrations and there is a description of an aqueous based formulation for      10
intravenous administration and another of an oral syrup. Both of these formulations contain
sufficient hydrochloric acid to achieve a pH of 5.0. In addition injection formulations are
described by Padfield et al (The Chemical Use of Ranitidine, Medicine Publishing Foundation
Symposium Series 5, Oxford:Medicine Publishing Formulation 1982 pp 18–22) in the form of
15  a simple aqueous solution of ranitidine hydrochloride at is natural pH, i.e. about 5.5. Whilst      15
such formulations containing ranitidine and/or its physiologically acceptable salts are therapeuti-
cally effective they suffer from the disadvantage of having a relatively short shelf life due to the
breakdown of the ranitidine.
We have now surprisingly found that the shelf life of aqueous based formulations containing
20  ranitidine and/or one or more of its physiologically acceptable salts may be significantly      20
enhanced if the pH of the formulation is adjusted within the range of 6.5–7.5.
Thus the present invention provides a pharmaceutical composition which is an aqueous
formulation of ranitidine and/or one or more physiologically acceptable salt thereof, having a pH
within the range of 6.5–7.5. The aqueous formulation is prepared using ingredients of a purity
25  such that it is suitable for administration to patients.      25
The aqueous based ranitidine formulations according to the invention are particularly stable
when compared with formulations at a lower pH. Thus for example, in the case of a 25 mg/ml
ranitidine hydrochloride injection solution buffered to the appropriate pH with phosphate salts
and subjected to storage at 20°C, the rate of breakdown of the ranitidine is about ten times
30  faster for a solution buffered to pH 5.5 than for a solution buffered to pH 7.0.      30
Conveniently the pH of the formulation according to the invention is adjusted on manufacture
within the range 6.5–7.5 by means of the use of suitable buffer salts, for example, potassium
dihydrogen orthophosphate and disodium hydrogen orthophosphate or citric acid and disodium
hydrogen orthophosphate.
35  Preferred formulations according to the invention are those wherein the pH is within the range      35
6.7 to 7.3, for example 6.8 to 7.1.
A preferred embodiment of the invention is an aqueous formulation for parenteral administra-
tion. Such a formulation may comprise water suitable for injections in which is dissolved
ranitidine and/or one or more of its physiologically acceptable salts and suitable buffer salts.
40  Preferably the solution is adjusted to tonicity by the addition of the appropriate conventional      40
excipients e.g. sodium chloride. Optionally the composition may also contain an antimicrobial
preservative, for example phenol.
The concentration of ranitidine in formulations suitable for injection, e.g. intravenous or
intramuscular injection is conveniently within the range 10–100 mg/ml, for example 25
45  mg/ml, expressed as free base. If desired, the solution may be diluted prior to use with, for      45
example, an isotonic saline solution or a dextrose solution. Solutions suitable for continuous
infusion may have a concentration of ranitidine of 0.1–2.0 mg/ml, preferably 0.5–1.0 mg/ml,
expressed as free base. The solutions for continuous infusion may be presented in this form, for
example in packs of 50–100 ml, or may be presented in a more concentrated form, i.e.
50  10–100 mg/ml, e.g. 25 mg/ml, for subsequent dilution before use, with, for example, an      50
isotonic saline solution or a dextrose solution.
The aqueous formulations for parenteral administration are conveniently prepared by dissolv-
ing ranitidine and/or one or more of its physiologically acceptable salts and the excipients in
water suitable for injections. The solution, which conveniently is sparged with an inert gas such
55  as nitrogen, is sterilised preferably by filtration and then aseptically packed into suitable      55
containers, e.g. ampoules, vials or containers for infusion, under an atmosphere of nitrogen.
Alternatively the formulation may be terminally sterilized, for example by heating.
A further preferred embodiment of the invention is an aqueous formulation for oral
administration. Such a formulation may comprise ranitidine and/or one or more of its
60  physiologically acceptable salts dissolved in water, together with buffer salts, a preservative and      60
a viscosity enhancing agent. Optionally the composition may also contain other conventional
excipients such as a sweetener, a flavour and/or flavouring aids.
Suitable buffer salts for the oral formulation include potassium dihydrogen orthophosphate
and disodium hydrogen orthophosphate or citric acid and disodium hydrogen orthophosphate.
65  Examples of suitable viscosity enhancing agents include Xanthan gum, sorbitol, glycerol,      65

G 000192

2

GB 2 142 820 A    2

sucrose or a cellulose derivative such as carboxymethyl cellulose or an ether thereof such as an alkyl and/or a hydroxyalkyl ether of cellulose as for example hydroxypropyl methyl-cellulose.

Suitable preservatives include the alkyl hydroxybenzoates, such as methyl, ethyl, propyl and/or butyl hydroxybenzoates.

5   Suitable sweeteners include saccharin sodium, sodium cyclamate, sorbitol and sucrose.    5

The concentration of ranitidine in the oral formulation, expressed as free base is conveniently within the range of 20–400 mg per 10 ml, for example 20–200 mg per 10 ml, more particularly 150 mg per 10 ml dose.

The aqueous formulations for oral administration are conveniently prepared by adding an
10   aqueous solution of ranitidine and/or one or more of its salts together with the other excipients    10
to an aqueous solution or dispersion of the viscosity enhancing agent.

The aqueous formulations according to the invention are preferably prepared using ranitidine in the form of its hydrochloride salt.

Illustrative examples of formulations according to the invention are as follows. In these
15   examples the relative proportions of ranitidine hydrochloride and buffer salts are such that each    15
formulation has a pH of approximately 7.

Raniditine Injection for Intravenous administration

20   (25 mg/ml)    20

Example 1

| Ranitidine hydrochloride | mg/ml |
|---|---|
| | 28 |
25 | Potassium dihydrogen orthophosphate | 0.96 |    25
| Disodium hydrogen orthophosphate, anhydrous | 2.4 |
30 | Phenol BP | 5 |    30
| Water Suitable for Injections BP to | 1 ml |

35   Ranitidine hydrochloride, the buffer salts and the phenol were dissolved in Water for Injection.    35
The solution was sparged with nitrogen, sterilised by filtration and then aseptically packed into vials under an atmosphere of nitrogen and sealed with a suitable closure.

40   Example 2

| Ranitidine hydrochloride | mg/ml |
|---|---|
| | 28 |    40
| Potassium dihydrogen orthophosphate | 0.96 |
45 | Disodium hydrogen orthophosphate, anhydrous | 2.4 |    45
| Sodium chloride BP | 1.6 |
50 | Water Suitable for Injections BP to | 1 ml |    50

An aqueous solution of the ranitidine hydrochloride, the buffer salts and sodium chloride was prepared using Water for Injection. The solution was sparged with nitrogen, sterilised by
55   filtration and then aseptically packed into ampoules under an atmosphere of nitrogen.    55

G 000193

3                                  GB 2 142 820A    3

## Ranitidine oral liquid formulation (150 mg/10 ml)

### Example 3

| | % w/v |
|---|---|
| 5 Ranitidine hydrochloride | 1.68 |
| Hydroxypropyl methylcellulose | q.s. |
| Parabens (preservative) | q.s. |
| 10 Potassium dihydrogen orthophosphate | 0.095 |
| Disodium hydrogen orthophosphate, anhydrous | 0.350 |
| 15 Sweetening agent(s) | q.s. |
| Flavour | q.s. |
| Purified Water BP to | 100 ml |

20     A solution of the ranitidine hydrochloride together with the other excipients, except hydroxy-propyl methylcellulose, in purified water was added with mixing to a dispersion of the hydroxypropyl methylcellulose in purified water.

## Ranitidine formulations for intravenous infusion.

| | Example 4 | Example 5 |
|---|---|---|
| | For a 50 ml | For a 100 ml |
| | Infusion | Infusion |
| | mg/ml | mg/ml |
| Ranitidine hydrochloride | 1.12 | 0.56 |
| 35 Citric acid BP | 0.3 | 0.3 |
| Disodium hydrogen ortho-phosphate, anhydrous | 1.8 | 1.8 |
| 40 Sodium chloride BP | 4.5 | 4.5 |
| Water Suitable for Injections BP | to 50.0 ml | to 100.0 ml |

45     An aqueous solution of the ranitidine hydrochloride, the buffer salts and the sodium chloride is prepared using Water for Injections. The solution is sparged with nitrogen, filled into containers suitable for administering the solution by intravenous infusion, and sterilised by autoclaving.

## CLAIMS

50     1.    A pharmaceutical composition which is an aqueous formulation of ranitidine and/or one or more physiologically acceptable salts thereof, the formulation having a pH within the range 6.5–7.5.
    2.    A pharmaceutical composition as claimed in claim 1 having a pH in the range 6.7 to 7.3.
    3.    A pharmaceutical composition as claimed in claim 1 having a pH in the range 6.8 to 7.1.
55     4.    A pharmaceutical composition as claimed in any of claims 1 to 3 in which the pH is adjusted by means of suitable buffer salts.
    5.    A pharmaceutical composition as claimed in claim 4 in which the buffer salts are potassium dihydrogen orthophosphate and disodium hydrogen orthophosphate or citric acid and disodium hydrogen orthophosphate.
60     6.    A pharmaceutical composition as claimed in any of claims 1 to 5 in a form suitable for parenteral administration.
    7.    A pharmaceutical composition as claimed in claim 6 in a form suitable for injection and containing 10 to 100 mg/ml ranitidine, expressed as free base.
    8.    A pharmaceutical composition as claimed in claim 6 in a form suitable for continuous
65 infusion and containing 0.1–2.0 mg/ml ranitidine, expressed as free base.

4

GB 2 142 820 A    4

9. A pharmaceutical composition as claimed in any of claims 1 to 5 in a form suitable for oral administration.

10. A pharmaceutical composition as claimed in claim 9 containing 20–400 mg per 10 ml dose.

5    11. A pharmaceutical composition as claimed in any of claims 1 to 10, containing ranitidine in the form of its hydrochloride salt.    5

12. A process for the production of a pharmaceutical composition as claimed in any of claims 1 to 11 which comprises processing the various components to provide an aqueous formulation suitable for administration to patients.

10    13. A process as claimed in claim 12 for the production of a composition suitable for parenteral administration, which comprises dissolving ranitidine and/or one or more physiologi-    10
cally acceptable salts thereof and the remaining constituents in water suitable for injection, followed by sterilisation.

14. A process as claimed in claim 12 for the production of a composition suitable for oral
15    administration which comprises adding an aqueous solution of ranitidine and/or one or more    15
physiologically acceptable salts thereof to an aqueous solution or dispersion of a viscosity enhancing agent.

Printed in the United Kingdom for Her Majesty's Stationery Office, Dd 8818935, 1985, 4235.
Published at The Patent Office, 25 Southampton Buildings, London, WC2A 1AY, from which copies may be obtained.

G 000195

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of                    :

David R. LONG                           :     Examiner:  FRIEDMAN

Serial No.:  07/494,804                 :     Group Art Unit:  ~~125~~

Filed:  March 14, 1990                  :

For:    PHARMACEUTICAL COMPOSITIONS :

LETTER OF TRANSMITTAL

Honorable Commissioner of
    Patents and Trademarks
Washington, D.C.  20231

SIR:

     Applicants submit herewith a copy of the documents referred to
in the Amendment filed October 31, 1990 and which are identified on
the Form PTO-1449 attached to the October 31, 1990 Amendment.

     Reconsideration and allowance of all the claims now present in
the application in view of the Amendment filed October 31, 1990 is
most respectfully requested.

                              Respectfully submitted,

                              *Richard E. Fichter*
                              Richard E. Fichter
                              Registration No. 26,382

BACON & THOMAS
625 Slaters Lane - Fourth Floor
Alexandria, Virginia  22314
Telephone:  (703) 683-0500

REF/er

Date:  January 9, 1991

Sheet 1 of 1

| FORM PTO-1449 U.S. DEPARTMENT OF COMMERCE | | ATTY. DOCKET NO. | SERIAL NO. |
| (Rev. 2-32) PATENT AND TRADEMARK OFFICE | | REF/Long/804 | 07/494,804 |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | APPLICANT David R. LONG | |
| (Use several sheets if necessary) | | FILING DATE 03/14/90 | GROUP 125 |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| DG | FR-A-2,547,727 | 12 84 | France | A61K | 31 34 | — | |
| DG | GB-A-2,142,820 | 1 85 | Great Britain | A61K | 31 34 | — | |
| | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| | |
| | |
| | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| *[signature]* | Jan. 17, 1991 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

81

G 000197

*Law*



**UNITED STATEs DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

07/494,804    03/14/90    LONG                                    D

                                                GARDNER,D

RICHARD E. FICHTER
BACON & THOMAS
625 SLATERS LANE                                      125      *14*
FOURTH FLOOR
ALEXANDRIA, VA 22314
                                                         01/22/91

☒ This application has been examined    ☒ Responsive to communication filed on _1-10-91_    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire __3__ month(s), __∅__ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.          2. ☐ Notice re Patent Drawing, PTO-948.
3. ☒ Notice of Art Cited by Applicant, PTO-1449.              4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.   6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☒ Claims _1-3, 5-7, 12-17_ are pending in the application.

Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims _1-3, 5-7, 12-17_ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings
        are ☐ acceptable; ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____, has (have) been ☐ approved by the
        examiner; ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved; ☐ disapproved (see explanation).

12. ☐ Acknowledgement is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received
        ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
        accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

                                                         *gr*

PTOL-326 (Rev.2-89)                    **EXAMINER'S ACTION**

G 000198

Serial No. 07/494804                           -2-

Art Unit   125


The following Office Action is a result of the telephone
conversation conducted between Richard Fichter and myself on
1/17/91.  Claims 1-3, 5-7 and 12-17 are pending at this time.

Rejections presented by Examiner Friedman in the Office Action
dated 5/4/90 are deemed to be overcome by the amendment filed on
10/31/90.

However, new rejections must now be presented as a result of
the additional documents which were filed on 1/10/91.

The following is a quotation of 35 U.S.C. § 103 which forms
the basis for all obviousness rejections set forth in this Office
action:

A patent may not be obtained though the invention is not
identically disclosed or described as set forth in section 102
of this title, if the differences between the subject matter
sought to be patented and the prior art are such that the
subject matter as a whole would have been obvious at the time
the invention was made to a person having ordinary skill in
the art to which said subject matter pertains.  Patentability
shall not be negatived by the manner in which the invention
was made.

Subject matter developed by another person, which qualifies as
prior art only under subsection (f) or (g) of section 102 of
this title, shall not preclude patentability under this
section where the subject matter and the claimed invention
were, at the time the invention was made, owned by the same
person or subject to an obligation of assignment to the same
person.

The following is a quotation of the appropriate paragraphs of
35 U.S.C. § 102 that form the basis for the rejections under this
section made in this Office action:

A person shall be entitled to a patent unless --
(a) the invention was known or used by others in this country,

$B^3$

G 000199

Serial No. 07/494804                                    -3-

Art Unit    125

or patented or described in a printed publication in this or
a foreign country, before the invention thereof by the
applicant for a patent.

(b) the invention was patented or described in a printed
publication in this or a foreign country or in public use or
on sale in this country, more than one year prior to the date
of application for patent in the United States.

Claims 1-3, 5-7 and 12-17 are rejected under 35 U.S.C.
§ 102(a) and (b) as anticipated by or, in the alternative, under 35
U.S.C. § 103 as obvious over Padfield et al.   (GB 2142820).
Padfield et al. teach the enhanced stability of aqueous
compositions of ranitidine formulated at a pH in the range of 6.5
to 7.5.   The applicant's invention is directed to aqueous
compositions of ranitidine formulated at a pH in the rage of 6.5 to
7.5 and with the addition of ethanol. It has not been demonstrated
in the record, by means of experimental data, that the applicant's
invention produces any unexpected results.   The disclosure, as
presented, is insufficient to overcome the prior art without the
aid of experimental data to show a definite improvement over the GB
patent.   Since the GB patent teaches an aqueous composition of
ranitidine, it is considered well within the state of the art to
choose ethanol as an additive which would be considered
pharmaceutically acceptable when formulating this composition.
Absent evidence to the contrary, the addition of ethanol is
considered merely to be a choice among known conventional
excipients.

No claims area allowed.

94

G 000200

Serial No. 07/494804                    -4-

Art Unit   125


It is noted that the amendment dated 10/31/90 stated that a
new Declaration was in the process of being prepared.  This paper
has not yet been received.


Any inquiry concerning this communication should be directed
to Diane Gardner at telephone number (703) 308-3727.

FREDERICK E. WADDELL
EXAMINER
GROUP ART UNIT 125


Diane Gardner
January 17, 1990


85

G 000201

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application Serial No.:  07/494,804

Applicant:    David R. LONG                          Group Art Unit:    125

Filing Date:    March 14, 1990                      Examiner:    GARDNER

For:    PHARMACEUTICAL COMPOSITIONS

## PETITION FOR EXTENSION OF TIME

Honorable Commissioner of Patents
        and Trademarks
Washington, DC  20231

Sir:

    Applicant requests that the time for taking action in this case be
extended pursuant to 37 CFR 1.136 (a) for:

[X] one month                    [ ] three months

[ ] two months                   [ ] four months

$ __100.00__ The fee set in 37 CFR 1.17 for the extension of time is

[X] Fee enclosed.  Please charge any additional fee required for this
    extension of time to Deposit Account No.    02-0200    . A
    duplicate copy of this paper is enclosed.

[ ] Charge fee to Deposit Account No.                          . A
    duplicate copy of this paper is enclosed.

[ ] Applicant is a small entity entitled to pay reduced fees in this
    application.  A verified small entity statement:

    [ ] has been filed            [ ] is enclosed

Also enclosed is a:

[ ] Response      [ ] Notice of Appeal      [ ] Appeal Brief

[X]  Request for Reconsideration
      Declaration of John Hempenstall

                              Respectfully submitted,

                              _Richard E. Fichte_
                              Richard E. Fichter
                              Reg. No. 26,382

BACON & THOMAS
625 Slaters Lane – Fourth Floor
Alexandria, Virginia  22314
(703) 683-0500
REF/er

Date:    May 10, 1991

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application Serial No.:     07/494,804

Applicant:    David R. LONG                     Group Art Unit:    125

Filing Date:    March 14, 1990                  Examiner:    GARDNER

For:    PHARMACEUTICAL COMPOSITIONS

PETITION FOR EXTENSION OF TIME

Honorable Commissioner of Patents
        and Trademarks
Washington, DC  20231

Sir:

        Applicant requests that the time for taking action in this case be
extended pursuant to 37 CFR 1.136 (a) for:

[X] one month                    [ ] three months

[ ] two months                   [ ] four months

        The fee set in 37 CFR 1.17 for the extension of time is
$    100.00

    [X] Fee enclosed.  Please charge any additional fee required for this
        extension of time to Deposit Account No.    02-0200    .  A
        duplicate copy of this paper is enclosed.

    [ ] Charge fee to Deposit Account No.    _____    .  A
        duplicate copy of this paper is enclosed.

    [ ] Applicant is a small entity entitled to pay reduced fees in this
        application.  A verified small entity statement:

        [ ] has been filed          [ ] is enclosed

Also enclosed is a:

    [ ] Response          [ ] Notice of Appeal          [ ] Appeal Brief

    [X]  Request for Reconsideration
         Declaration of John Hempenstall

                                            Respectfully submitted,

                                            _Richard E. Fichter_

                                            Richard E. Fichter
                                            Reg. No. 26,382

BACON & THOMAS
625 Slaters Lane - Fourth Floor
Alexandria, Virginia  22314
(703) 683-0500
REF/er

Date:  May 10, 1991

G 000203

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of            :

David R. LONG                   :   Examiner:  Gardner

Serial No.:  07/494,804         :   Group Art Unit:  125

Filed:  March 14, 1990          :

For:  PHARMACEUTICAL COMPOSITIONS :

REQUEST FOR RECONSIDERATION

Honorable Commissioner of
  Patents and Trademarks
Washington, D.C.  20231

Sir:

This is in response to the Official Action dated January 22, 1991, the period for response to which has been extended to expire on May 22, 1991, by the filing herewith of a petition for a one month extension of time and payment of the required fee.

The outstanding Official Action sets forth a rejection of all of the claims under 35 U.S.C. §102(a) and (b) as anticipated by, or, in the alternative, under 35 U.S.C. §103 as obvious over Padfield et al. (Great Britain 2142820). The Official Action maintains that the Padfield et al. publication teaches the enhanced stability of aqueous compositions of ranitidine formulated at a pH in the range of 6.5 to 7.5. Applicant's invention is directed to aqueous compositions of ranitidine formulated at a pH in the range of 6.5 to 7.5 with the addition of ethanol.

The Official Action urges that it has not been demonstrated in the record by means of experimental data that Applicant's invention produces any unexpected results. In addition, it is stated that, absent evidence to the contrary, the addition of

Serial No.:  07/494,804

ethanol is considered merely to be a choice among known conventional excipients. These rejections, having been carefully considered, are most respectfully traversed.

Applicant submits herewith a Declaration of Dr. John Hempenstall which provides convincing evidence that the compositions of the present invention show a quite unexpected advantage over the teachings of GB-A-2142820 in terms of the stability of the ranitidine in the composition.  In this connection, it is noted that the liquid formulation without ethanol which is used in the Declaration for purposes of comparison is the same as the formulation of Example 3 of Padfield et al.  Accordingly, the Declaration presents a direct comparison between a composition according to the present invention and a composition according to the prior art.

The Official Action bases the rejection of the present application under 35 U.S.C. §103 on a statement that the use of ethanol is considered merely to be a choice among known conventional excipients. Applicant acknowledges that ethanol has previously been used in pharmaceutical compositions.  However, the purpose for which ethanol has been included has been either as a solvent or as a preservative against bacterial contamination.  There was, however, no reason to suppose that either of these functions of ethanol would have had any beneficial effects in terms of limiting the degradation of ranitidine in aqueous formulations thereof.

2

Serial No.:  07/494,804

For this reason, there would have been no motivation whatever for one of ordinary skill in the art to include ethanol in an aqueous ranitidine formulation. Ranitidine is very soluble in water and ethanol is quite unnecessary to assist in the dissolution of ranitidine in the formulation. In addition, other and better preservatives are available.

Furthermore, there is a clear disincentive against the use of ethanol in aqueous formulations.  Thus, an important use of ranitidine is in the treatment of peptic ulcers and related conditions, and it is well known that alcohol (i.e., ethanol) can aggravate such conditions.  In fact, the amount of ethanol required for use according to the present invention is at such a low level that no adverse effects are observed as a result of the presence of ethanol, but fairly clear and beneficial effects on drug stability are evident.

However, the fact that ethanol has a known effect in aggravating one of the main conditions that the compositions according to the invention are intended to treat would be a clear disincentive to including ethanol without knowledge of the beneficial effects on stability.  This knowledge is, of course, provided only by the present invention.  Thus, there was no motivation whatever for one of ordinary skill in the art to include ethanol in aqueous ranitidine formulations and the beneficial effects obtained by the use of ethanol were most definitely unexpected.

3

G 000206

Serial No.: 07/494,804

Applicant notes that a claim for priority of United Kingdom Application No. 8629781 was made in the Declaration of the grandparent application Serial No. 07/131,442, and a certified copy of the priority document was filed in the grandparent application. Accordingly, it is most respectfully requested that the Examiner acknowledge the claim for priority and the filing of the priority document in the next Official Action in the present application.

In view of the above comments and of the submission of the Declaration of Dr. Hempenstall, favorable reconsideration and allowance of all claims now present in the application are believed to be in order and are most respectfully requested.

Respectfully submitted,

Richard E. Fichter
Registration No. 26,382

BACON & THOMAS
625 Slaters Lane - Fourth Floor
Alexandria, Virginia 22314
Telephone: (703) 683-0500

REF/er

Date: May 10, 1991

LO494804.A2

4

G 000207

- 1 -

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of

David R Long

Serial No. 07/494804                    Group Art Unit: 125

Filed: 14 March 1990                    Examiner Gardner

For: PHARMACEUTICAL COMPOSITION

### DECLARATION

I, JOHN HEMPENSTALL, A British subject and a resident of 49 Seymour Road, St. Albans, Hertfordshire, England, do hereby declare as follows:-

1. I am a Research Leader in the Pharmacy Division of Glaxo Group Research Limited, a subsidiary of Glaxo Group Limited.

2. I obtained the degree of Bachelor of Science (Pharmacy), with honours, in 1977 at the University of Aston in Birmingham and a Doctorate in Pharmaceutical Sciences at the same University in 1982. I am a member of the Royal Pharmaceutical Society of Great Britain. I joined the Pharmacy Division of Glaxo Group Research in 1982 and was appointed to my present position in 1988.

3. Ranitidine is a highly effective therapeutic agent in man for the treatment of gastric and duodenal ulcers. It is administered to the patient in several forms including parenteral and oral administration.

4. In the development of any pharmaceutical presentation it is necessary to ensure that the drug substance is stable within the formulation for as long a time period as is practical, so that the

G 000208

- 2 -

patient is receiving the correct dosage and also that he or she is not receiving significant amounts of breakdown products arising from the degradation of the drug substance in the formulation. This latter point is particularly important since it is not always possible to fully identify all the breakdown products that can occur and consequently one cannot determine the chronic toxicity of all the various compounds arising from the breakdown of the drug substance.

5. In my laboratory it was found that for an aqueous based ranitidine formulation, a significant and surprising enhancement in the stability of the ranitidine is achieved by the addition of ethanol to the formulation. The advantageous effect resulting from the addition of ethanol to an aqueous based ranitidine formulation can readily be determined by comparing the stability of the ranitidine in a formulation according to the present invention and the same formulation but without the added ethanol.

6. In US Serial No. 07/494804 there is provided an example of a typical ranitidine oral liquid formulation according to the invention.

Stability studies were carried out comparing this formulation with a formulation that was identical except that it did not contain ethanol. Samples of each formulation were stored at $30^0$C, $37^0$C and $45^0$C for approximately 3 years and the ranitidine content measured by high performance liquid chromatography (h.p.l.c.) against a standard, which was the corresponding formulations stored at $4^0$C. At each temperature 2 samples of the formulation without ethanol, identified as Batches 1 and 2 were analysed along with 3 samples of the formulation with ethanol identified as Batches 3, 4 and 5. The specific formulations used in the study were as follows:-

G 000209

- 3 -

<u>Ranitidine oral liquid formulation (150mg/10ml expressed as free base)</u>

|  | With Ethanol % w/v | Without Ethanol % w/v |
|---|---|---|
| Ranitidine hydrochloride | 1.68 | 1.68 |
| Ethanol | 7.5 | |
| Potassium dihydrogen orthophosphate | 0095 | 0.095 |
| Disodium hydrogen orthophosphate anhydrous | 0.350 | 0.350 |
| Hydroxypropylmethylcellulose | qs | qs |
| Preservative | qs | qs |
| Sweetening agents | qs | qs |
| Flavour | qs | qs |
| Purified water BP to | 100ml | 100ml |

The acceptable shelf life for an aqueous formulation containing ranitidine hydrochloride is considered to be the time at which no more than 5% of the ranitidine present in the formulation has degraded. Accordingly, the figure determined from the stability studies was the time (in months) for 5% ranitidine loss calculated as the lower 95% confidence limit. The results are as follows:

| | Without Ethanol | | With 7.5% Ethanol | | |
|---|---|---|---|---|---|
| Temperature | Batch 1 | Batch 2 | Batch 3 | Batch 4 | Batch 5 |
| $30^0$C | 12.5 | 13.6 | 19.5 | 17.0 | 20.8 |
| $37^0$C | 5.4 | 4.7 | 7.8 | 7.1 | 7.5 |
| $45^0$C | 1.8 | 2.3 | 2.9 | 2.9 | 2.8 |

94

G 000210

- 4 -

Thus the formulation with ethanol has an average shelf life at $30^0$C of 19 months compared with 13 months when ethanol is excluded from the formulation. This is a highly significant and valuable improvement.

The stability of oral liquid formulations as described above except containing varying amounts of ethanol was also studied at $37^0$C and $45^0$C. The clear advantageous effects of the presence of ethanol can be seen from the following table which gives the time (in months) for 5% ranitidine loss (calculated as the lower 95% confidence limit).

| Temperature | % Ethanol | | | | |
|---|---|---|---|---|---|
| | 0 | 2.5 | 5.0 | 7.5 | 10.0 |
| $37^0$C | 5.9 | 7.2 | 7.6 | 7.7 | 6.4 |
| $45^0$C | 2.1 | 2.4 | 2.4 | 2.6 | 2.7 |

7. The above results clearly show that ethanol has a beneficial effect upon the stability of ranitidine in aqueous based formulations and furthermore I am not aware of any teaching in the art that would lead me to expect such an effect.

8. I declare further that all statements made herein to my knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that wilful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that each wilful false statement may jeopardise the validity of the application or any patent issuing thereon.

JOHN HEMPENSTALL

Date: 12th April 1991

15

G 000211



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/494,804 | 03/14/90 | LONG | |

RICHARD E. FICHTER
BACON & THOMAS
625 SLATERS LANE
FOURTH FLOOR
ALEXANDRIA, VA 22314

EXAMINER
GARDNER, D

ART UNIT     PAPER NUMBER
17/ E
125          XP
DATE MAILED:        6/3/91
06/03/91

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☒ This communication is responsive to ___papers filed on May 10, 1991___

2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.

3. ☒ The allowed claims are ___1-3, 5-7, 12-17 ; now 1-3, 4-6 7, 11, 12, 8, 9, 10___

4. ☐ The drawings filed on _____ are acceptable.

5. ☒ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received, [_] not been received, ☒ been filed in parent application Serial No. ___07/131442___ filed on ___12-11-87___

6. ☒ Note the attached Examiner's Amendment.

7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.

8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.

9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.

10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.

   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____. CORRECTION IS REQUIRED.

   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.

   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.

   d. ☐ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
☒ Examiner's Amendment
_ Examiner Interview Summary Record, PTOL- 413
_ Reasons for Allowance
_ Notice of References Cited, PTO-892
_ Information Disclosure Citation, PTO-1449

_ Notice of Informal Application, PTO-152
_ Notice re Patent Drawings, PTO-948
_ Listing of Bonded Draftsmen
_ Other

Frederick E. Waddell
Supervisory Patent Examiner
Group 120

9 6

G 000212

Serial No. 07/494804                           -2-
Art Unit  125

An Examiner's Amendment to the record appears below.  Should
the changes and/or additions be unacceptable to applicant,  an
amendment may be filed as provided by 37 C.F.R. § 1.312. To ensure
consideration of such an amendment, it MUST be submitted no later
than the payment of the Issue Fee.

Claim 1 is amended as follows:

1. (Twice amended)  A pharmaceutical composition which is an
aqueous formulation for oral administration of an effective amount
of ranitidine and/or one or more physiologically acceptable salts
thereof, said formulation comprising a stabilizing effective amount
of ethanol and said composition having a pH in the range of 6.5-
7.5.

Any inquiry concerning this communication should be directed
to Diane Gardner at telephone number (703) 308-4610.

Frederick E. Waddell
Supervisory Patent Examiner
Group 120

Gardner:dlg
May 30, 1991

91

G 000213



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address:  Box  ISSUE FEE
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

RICHARD E. FICHTER
BACON & THOMAS
625 SLATERS LANE
FOURTH FLOOR
ALEXANDRIA, VA 22314

**NOTICE OF ALLOWANCE
AND ISSUE FEE DUE**

| | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/494,804 | 03/14/90 | 012 | GARDNER, D | 125 | 06/03/91 |

LONG,          DAVID R.

AQUEOUS RANITIDINE COMPOSITIONS STABILIZED WITH ETHANOL
(AS AMENDED)

| ATTY'S DOCKET NO | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 1 | 514-471.000 | Q09 | UTILITY | NO | $1050.00 | 09/03/91 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**
**PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED.  THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

## HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY Status shown above.

If the SMALL ENTITY is shown as YES, verify your
current SMALL ENTITY status:

A. If the Status is changed, pay twice the amount of the
FEE DUE shown above and notify the Patent and
Trademark Office of the change in status, or

B. If the Status is the same, pay the FEE DUE shown
above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with,
payment of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE.
Even if the ISSUE FEE has already been paid by a charge to deposit account, Part B should be completed and returned.
If you are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

III. All communications regarding this application must give series code (or filing date), serial number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
maintenance fees.**

93

PTOL-85 (REV 12-88)(OMB Clearance is pending)          PATENT AND TRADEMARK OFFICE COPY

G 000214



PTO UTILITY GRANT
Paper Number _____

### The Commissioner of Patents and Trademarks

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

### United States Patent

*Grants to the person or persons having title to this patent the right to exclude others from making, using or selling the invention throughout the United States of America for the term of seventeen years from the date of this patent, subject to the payment of maintenance fees as provided by law.*

Harry F. Manbeck, Jr.

*Commissioner of Patents and Trademarks*

*Attest*

The United States of America

PTO-1584

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Application Serial No.:   07/344,620

Applicant:   David R. LONG

Group Art Unit:   125

Filing Date:   April 28, 1989

Examiner:   Friedman

For: PHARMACEUTICAL COMPOSITIONS

## PETITION FOR EXTENSION OF TIME

Honorable Commissioner of Patents
      and Trademarks
Washington, DC 20231

Sir:

    Applicant requests that the time for taking action in this case be extended pursuant to 37 CFR 1.136 (a) for:

[x] one month        [ ] three months

[ ] two months       [ ] four months

    The fee set in 37 CFR 1.17 for the extension of time is

$ 62

[x] Fee enclosed. Please charge any additional fee required for this extension of time to Deposit Account No. 02-0200 . A duplicate copy of this paper is enclosed.

[ ] Charge fee to Deposit Account No. _____ . A duplicate copy of this paper is enclosed.

[ ] Applicant is a small entity entitled to pay reduced fees in this application. A verified small entity statement:

    [ ] has been filed      [ ] is enclosed

Also enclosed is a:

[ ] Response    [ ] Notice of Appeal    [ ] Appeal Brief

[x] Rule 1.62 File Wrapper Continuation Application w/$370

Respectfully submitted,

Richard E. Fichter
Registration No. 26,382

BACON & THOMAS
625 Slaters Lane - Fourth Floor
Alexandria, Virginia 22314
(703) 683-0500

March 14, 1990

G 000216



071 _494804_

**A. PTO form(s) 892 and/or 1449** ✋
- ☑ 1. At least one form is in file.
- ☑ 2. U.S. entries include patent number, name of reference, month and year
- ☑ 3. Foreign entries include publication number, country, month and year
- ☑ 4. Class and subclass boxes have classification entered or lined through

**B. Amendments** 🖐
- ☑ 1. Amendments have been entered as instructed
- ☑ 2. Claims have been renumbered as indicated by Examiner

**C. Abstract** ✋
- ☑ 1. Abstract is on separate page
- ☑ 2. Serial number is present and correct
- ☑ 3. Contains 250 words or less
- ☑ 4. No more than 1 paragraph

**D. Specification** 🖐
- ☑ 1. Continuing data is mentioned in the first paragraph or an insert before the first paragraph
- ☑ 2. Continuing data has been updated
- ☑ 3. Continuing data agrees with face of file
- ☑ 4. There are no unclear words because of holes at top of any page
- ☑ 5. Pencil notations erased
- ☑ 6. Foreign priority on face of file agrees with Oath/Declaration
- N/A 7. Certified copy of foreign priority document present
- ☑ 8. Examiner has acknowledged foreign priority
- N/A 9. On reissues, original grant is enclosed

**E. Claims** 🖐 🖐 🖐
- ☑ 1. All claims are either renumbered or cancelled
- ☑ 2. Total number in "Index of Claims" corresponds to "Claims Allowed"
- ☑ 3. Total number in "Index of Claims" corresponds with PTOL 37 and 85

**F. Issue Classification Slip** 🖐
- ☑ 1. Issue classification slip affixed to Staple Area
- ☑ 2. Serial number present and correct
- ☑ 3. Applicant's name present and correct
- ☑ 4. Signed by Primary Examiner
- ☑ 5. Assistant Examiner box is either signed or lined through

**G. Right Outside File Jacket** ✋
- ☑ 1. "Searched" box is completed
- ☑ 2. "Interference Searched" box is completed
- ☐ 3. An issue fee authorization stamp is present

Signature _Irene Patterson_        Date _6/26/91_

PART B - ISSUE FEE TRANSMITTAL                    1050 - 142 - B

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate.
All further correspondence including the Issue Fee Receipt, the Patent, advanced orders and notification of maintenance fees will be mailed to addressee
entered in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate
"FEE ADDRESS" for maintenance fee notifications with the payment of Issue Fee or thereafter. See reverse for Certificate of Mailing.

1. CORRESPONDENCE ADDRESS

Box ISSUE FEE
Commissioner of Patents and Trademarks
Washington, D.C. 20231

RICHARD E. FICHTER
BACON & THOMAS
625 SLATERS LANE
FOURTH FLOOR
ALEXANDRIA, VA 22314

2. INVENTOR(S) ADDRESS CHANGE (Complete only if there is a change)

INVENTOR'S NAME

Street Address

City, State and ZIP Code

CO-INVENTOR'S NAME

Street Address

City, State and ZIP Code

☐ Check if additional changes are on reverse side

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/494,804 | 03/14/90 | 012 | GARDNER, D | 125 | 06/03/91 |

First Named Applicant: LONG, DAVID R.

TITLE OF INVENTION: AQUEOUS RANITIDINE COMPOSITIONS STABILIZED WITH ETHANOL
(AS AMENDED)

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 514-471.000 | | | UTILITY | NO | $1050.00 | 09/03/91 |

3. Further correspondence to be mailed to the following:

Richard E. Fichter
BACON & THOMAS
625 Slaters Lane – 4th Floor
Alexandria, Virginia 22314

4. For printing on the patent front
page, list the names of not more than
3 registered patent attorneys or
agents OR alternatively, the name of a
firm having as a member a registered
attorney or agent. If no name is
listed, no name will be printed.

1  BACON & THOMAS

2

3

080 BF 09/04/91 07494804          DO NOT USE THIS SPACE
                                  1 142   1,050.00 CK

5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT (print or type)

(1) NAME OF ASSIGNEE:
GLAXO GROUP LIMITED          03

(2) ADDRESS: (City & State or Country)
London, England          GB2

(3) STATE OF INCORPORATION, IF ASSIGNEE IS A CORPORATION

A. ☐ This application is NOT assigned.

☐ Assignment previously submitted to the Patent and Trademark Office.

☐ Assignment is being submitted under separate cover. Assignments should be
directed to Box ASSIGNMENTS.

**PLEASE NOTE:** Unless an assignee is identified in Block 5, no assignee data will appear
on the patent. Inclusion of assignee data is only appropriate when an assignment has been
previously submitted to the PTO or is being submitted under separate cover. Completion of
this form is NOT a substitute for filing an assignment.

6a. The following fees are enclosed:
☒ Issue Fee   ☐ Advanced Order - # of Copies _____

6b. The following fees should be charged to:          (Minimum of 10)
DEPOSIT ACCOUNT NUMBER   02-0200
(Enclose Part C)
☐ Issue Fee   ☐ Advanced Order - # of Copies _____
☒ Any Deficiencies in Enclosed Fees                 (Minimum of 10)

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to
apply the Issue Fee to the application identified above.

(Signed at party in interest of assignee)          (Date)

Richard E. Fichter, Reg. No. 26,382          8-29-91

NOTE: The Issue Fee will not be accepted from anyone other than the
applicant; a registered attorney or agent; or the assignee or other party
in interest as shown by the records of the Patent and Trademark Office.

PTOL-85B (REV 12-89)(OMB Clearance is pending)

TRANSMIT THIS FORM WITH FEE-CERTIFICATE OF MAILING ON REVERSE

G 000218

US-CL-CURRENT: 514/212, 319, 322, 324, 397; 540/603; 546/112, 168; 548/336

US PAT NO:     4,918,080                               L5: 6 of 26
TITLE:         Imidazollyl containing ketone derivatives

ABSTRACT:
The present invention provides ketones of the general formula (I):
##STR1## and physiologically acceptable salts and solvates thereof,
W hydrogen atom or a
C.sub.1-6 alkyl, C.sub.3-7 cycloalkyl, C.sub.3-6 alkenyl, phenyl or
phenyl C.sub.1-3 alkyl group, and each or the other two groups, which may
be the same or different, represents a hydrogen atom or a C.sub.1-6 alkyl
group; and an aromatic or heteroaromatic group as defined in the
specification.
The compounds are potent and selective antagonists of the effect of 5-HT
at 5-HT.sub.3 receptors and are useful, for example, in the treatment of
psychotic disorders, anxiety and nausea and vomiting.
US-CL-CURRENT: 514/300, 397; 540/524; 546/112, 168; 548/336, 342


US PAT NO:     4,853,636                               L5: 7 of 26
TITLE:         Film coated tablet of **ranitidine** HCl

ABSTRACT:
This invention relates to an improved polymeric film coating for a
**ranitidine** Hydrochloride (HCl) tablet in which the plasticizer
triacetin had been added to the polymeric film coating medium. A tablet
of this invention has been found to have great **stability** than a
tablet coating with a polymeric film which does not contain triacetin.
US-CL-CURRENT: 4rage molecular
weight hydroxypropylmethylcellulose, a high number average molecular
weight hydroxypropylmethylcellulose, and a beneficial drug.
US-CL-CURRENT: 424/488, 451, 464, 470


US PAT NO:     4,959,662                               L5: 9 of 26
TITLE:         Tetrahydro-imidazolylmethylcarbazolones and analogs
               thereof for treating 5-HT function disturbances

ABSTRACT:
The invention relates to compounds of the general formula (I): ##STR1##
wherein Im represents an imidazolyl group of the formula ##STR2## and
the various substituents are defined hereinbelow. The compounds are
potent and selective antagonists of the effect of 5-HT at 5-HT.sub.3
receptors and are useful, for example, in the treatment of psychotic
disorders, anxiety, and nausea and vomiting.
US-CL-CURRENT: 514/212, 323, 397; 540/603; 546/200; 548/336


US PAT NO:     4,851,228 [IMAGE AVAILABLE-            L5: 10 of 26
TITLE:         Multiparticulate controlled porosity osmotic

ABSTRACT:
The instant invention is directed to a multiparticulate osmotic pump, for
the controlled release of a pharmaceutically active agent to an
environment of use, said pump comprising:
(i) a carrier medium which does not maintain its ideal
    solubility in the external fluid with an osmotically effective solute
    that is soluble in the fluid, which exhibit an osmotic pressure
    gradient across the wall against the external fluid surrounded by
(B) a rate controlling water insoluble wall, having a fluid permeability
    of 1.96.times.10.sup.-13 to 1.96.times.10.sup.-14 cm.sub.3 sec/g and a
    reflection coefficient of less than 0.5, prepared from:
(i) a polymer permeable to water but impermeable to solute and
(ii) 0.1 to 60% by weight, based on the total weight of (i) and (ii), of
     at least one pH insensitive pore forming additive dispersed throughout
     said wall.

102