REDACTED VERSION – PUBLICLY FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

GLAXO GROUP LIMITED,

        Plaintiff,

v.

TEVA PHARMACEUTICALS USA, INC. and
TEVA PHARMACEUTICAL INDUSTRIES
LIMITED,

        Defendants.

---

Civil Action No. 04-171

**CONFIDENTIAL
FILED UNDER SEAL**

# APPENDIX SUPPORTING TEVA'S OPENING BRIEF IN SUPPORT OF ITS CLAIM CONSTRUCTION

YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Josy Ingersoll (# 1088)
Adam W. Poff (# 3990)
Karen E. Keller (# 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600

MERCHANT & GOULD LLC
Mark D. Schuman
Ronald A. Daignault
Jeffer Ali
Jeffrey C. Brown
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

*Teva Pharmaceuticals USA, Inc. and Teva
Pharmaceutical Industries, Ltd.*

Dated: June 30, 2006

| Exhibit Number | Appendix Number | Description |
|---|---|---|
| A | M001–M002 | Transcript of June 30, 2005 Hearing at 1-8, *Glaxo v. Teva*, No. 04-171 (KAJ) |
| B | M003-M006 | Hawley's Condensed Chemical Dictionary 477-478 (N. Irving Sax & Richard J. Lewis, Sr. revs., 11th ed. 1987) |
| C | M007-M010 | Webster's New Collegiate Dictionary 27, 392 (Henry Bosely Woolf et al. eds., 1973) |
| D | M011-M015 | Handbook of Chemistry and Physics C-296 (Robert C. Weast, Ph.D. & Melvin J. Astle, Ph.D. eds., 59th ed. 1978-1979) |
| E | M016-M022 | Bradley D. Anderson, Ph.D., Fed. R. Civ. P. 26(a)(2) Expert Witness Report Concerning The Issue of Infringement of Glaxo's '249 Patent, ¶¶ 34, 44 and 74 |
| F | M023-M025 | Bradley D. Anderson, Ph.D., Fed. R. Civ. P. 26(a)(2) Rebuttal Expert Witness Report, ¶ 27 |

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on June 30, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Francis DiGiovanni Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE 19801

I further certify that on June 30, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Brian P. Murphy, Esquire
> Thomas Puppa, Esquire
> Morgan Lewis & Bockius, LLP
> 101 Park Avenue
> New York, NY 10178-0060

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com
*Attorneys for Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Indusstries, Ltd.*

DB01:1593524.1

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on July 10, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Francis DiGiovanni, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE 19801

I further certify that on June 30, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>Brian P. Murphy, Esquire
>Thomas Puppa, Esquire
>Morgan Lewis & Bockius, LLP
>101 Park Avenue
>New York, NY 10178-0060

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>Adam W. Poff (No. 3990)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>apoff@ycst.com
>*Attorneys for Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd.*

DB01:2137690.1                                                                                               058956.1011