REDACTED VERSION – PUBLICLY FILED

# EXHIBIT A

SHEET 1

**Page 1**

```
                    IN THE UNITED STATES DISTRICT COURT

                    IN AND FOR THE DISTRICT OF DELAWARE

                              - - -

GLAXO GROUP LIMITED,                :

          Plaintiff,                :     CIVIL ACTION

     v.                             :

TEVA PHARMACEUTICALS USA, INC.      :
and TEVA PHARMACEUTICALS
INDUSTRIES LIMITED,                 :     NO. 04-171 (KAJ)

          Defendants.               :
                              - - -

                    Wilmington, Delaware
            Thursday, June 30, 2005 at 11:30 a.m.
                  TELEPHONE CONFERENCE

                              - - -

BEFORE:   HONORABLE KENT A. JORDAN, U.S.D.C.J.
                              - - -

APPEARANCES:

     CONNOLLY BOVE LODGE & HUTZ, LLP
     BY:  FRANCIS DiGIOVANNI, ESQ.

                  -and-

     MORGAN LEWIS & BOCKIUS, LLP
     BY:  BRIAN P. MURPHY, ESQ.,
          JASON LIEF, ESQ., and
          THOMAS J. PUPPA, ESQ.
          (New York, New York)

          Counsel for Glaxo Group Limited




                        Brian P. Gaffigan
                        Official Court Reporter
```

**Page 2**

```
APPEARANCES (Continued):


     YOUNG CONAWAY STARGATT & TAYLOR, LLP
     BY:  KAREN E. KELLER, ESQ.

                  -and-

     MERCHANT & GOULD
     BY:  MARK D. SCHUMAN, ESQ., and
          JOHN M. BERNS, ESQ.
          (Minneapolis, Minnesota)

          Counsel for Teva Pharmaceuticals USA,
          Inc. and Teva Pharmaceuticals
          Industries, LTD.

                     - oOo -

              P R O C E E D I N G S

          (Telephone conference began at 11:30 a.m.)

          THE COURT:  Hi, this is Judge Jordan.  Who do I
have on the line?

          THE TELEPHONE OPERATOR:  I'm sorry?

          THE COURT:  I said this is Judge Jordan.  Who do
I have the on the line, please?

          THE TELEPHONE OPERATOR:  Just a moment.  I'm
going to bring you in the conference.

          Excuse me.  This is the operator.  I'm joining
Judge Jordan to the conference call.

          THE COURT:  Good morning.  I need to know who is
on the line.  Please identify yourself and who you represent
for the record.
```

**Page 3**

MR. DiGIOVANNI: Your Honor, Frank DiGiovanni from Connolly Bove, local counsel for plaintiff Glaxo. Also on the line is Brian Murphy who can introduce himself.

MR. MURPHY: Good morning, Your Honor. This is Brian Murphy from Morgan Lewis & Bockius on behalf of the plaintiff Glaxo. With me also is Jason Lief and Tom Puppa.

THE COURT: All right. Good morning.

For the defense?

MS. KELLER: Good morning, Your Honor. This is Karen Keller from Young Conaway on behalf of Teva. I also have with me on the phone Mark Schuman from Merchant & Gould and John Berns is with him and Isabella Polsky (phonetic) from Teva.

THE COURT: All right. Good morning.

MR. SCHUMAN: Good morning, Your Honor.

THE COURT: I have the letters from counsel related to the dispute that brings us here this morning. Actually, it looks like broadly speaking three categories of dispute.

And I'm puzzled by the first one which is a retread of something that we did months ago. On the one hand, I have the plaintiff saying, "hey, we had an agreement and they were supposed to memorialize it" and, on the other hand, I have the defendants saying, "we did memorialize it. They just don't like our answer."

**Page 4**

Now, I've read what you guys sent to me so I don't need to you repeat what you said. But this is the question I have for the plaintiffs. I went back and I read the transcript again and I said, at the request of Mr. Murphy, "will you give something in writing which memorializes the statement on the record that we're talking about here, the one matter in dispute, that is, this substitution of ethanol for propylene glycol, if I've got it straight?" And the response, well, the specific thing Mr. Murphy asked for, "we want that formalized in a stip or an answer," meaning an answer referring back to contention interrogatory number six. And they said "fine." So the defense says "we did that." So you wanted something in writing and you had agreed that contention interrogatory number six being answered ought to do it.

What is your issue, Mr. Murphy?

MR. MURPHY: Yes, Your Honor. The issue we have is simply that it's not an evidentiary, it's not for evidentiary admission in order to complete the agreement, which was to avoid all discovery on all of the claim elements except for the so-called ethanol limitation. And I think there is an agreement in spirit. I think it's a question of process.

THE COURT: Well, let's cut through the process then.

EXHIBIT

A

REDACTED VERSION – PUBLICLY FILED

SHEET 2

**5**

1    Mr. Schuman.
2    MR. SCHUMAN: Yes.
3    THE COURT: In the letter I got from your
4    corresponding counsel, it's reiterated that you are not
5    contesting any other claim limitation in this case. That's
6    the single point at issue. Have I misread you?
7    MR. SCHUMAN: You have not, Your Honor. And I
8    think maybe I can cut this to the chase, too. Our client is
9    interested in doing this quickly and cheaply and I have a
10   stipulation I'm prepared to read on the record if this will
11   help anything. And I think it might actually do it.
12   THE COURT: Go ahead.
13   MR. SCHUMAN: Here it is. Teva admits that the
14   ranitidine oral solution described in ANDA 76-937 contains
15   all the elements of Claims 1 through 11 of U.S. Patent No.
16   5,068,249 except the following:
17   (1), "a stabilizing effective amount of ethanol"
18   in Claims 1 through 10;
19   (2), "2.5 percent to 10 percent weight/volume
20   ethanol" in claim 2;
21   (3), "7 percent to 8 percent weight/volume
22   ethanol" in Claims 3, 11 and 12.
23   THE COURT: All right. Does that do it for you,
24   Mr. Murphy?
25   MR. MURPHY: That's does it, Your Honor.

**6**

1    THE COURT: All right.
2    MR. MURPHY: Thanks, Mark.
3    MR. SCHUMAN: You're welcome. I think it wasn't
4    a meeting of the minds on the language but anyway, that does
5    it.
6    THE COURT: All right. Good enough. Then we're
7    done with that.
8    Let's turn to the second point which appears to
9    be in dispute which has to do with the request by Glaxo for
10   Novopharm formulation documents. And in this instance, the
11   response that I get back from the folks at Teva is that they
12   don't have any documents related to the selection of
13   propylene glycol for use in its formation.
14   MR. SCHUMAN: We have some, Your Honor.
15   THE COURT: Maybe I misread this. I thought I
16   read on page three of the June 29, 2005 letter, "Glaxo
17   demands documents that explain Novopharm's decision to
18   select propylene glycol for use in its formulation. Teva
19   has found no such documents."
20   MR. SCHUMAN: I'm sorry, Your Honor. The word
21   "decision" I didn't catch when you were reading it. That's
22   the sticker there.
23   THE COURT: Okay. Well, why don't, since you
24   haven't had a chance to say anything in response to this
25   June 29th letter, Mr. Murphy, why don't you tell me what's

**7**

1    left at issue once they say we don't have anything
2    corresponding to it. Is the way they frame that too
3    narrow? What is the issue left?
4    MR. MURPHY: Yes, it is. It's extremely narrow
5    and our position has been and remains from the beginning of
6    this case that they're hiding behind an artificial
7    construct.
8    Briefly, Your Honor, Novopharm is a Canadian
9    company that started the formulation work for this product
10   and there is only one product at issue -- not two, one
11   product, and it's always been one product. And Novopharm
12   began the formulation work many years ago in Canada when
13   they were not part of Teva. Novopharm first we know
14   formulated ranitidine oral solution containing ethanol. We
15   also know that Novopharm later formulated a series of
16   different solutions with different concentrations of
17   propylene glycol as a substitute for ethanol. And we
18   believe, of course, that that was in light of our patent
19   claim.
20   Novopharm filed an ANDA or Abbreviated New Drug
21   Application for the propylene glycol formulation also many
22   years ago, I think in '98 or thereabouts, and they withdrew
23   it after the Pharmadyne decision by Judge Davis.
24   Several years later, Teva acquired the Novopharm
25   company and Novopharm put together a package of information

**8**

1    and transferred all of the technology to their new parent
2    company, and Novopharm is a wholly owned subsidiary of Teva.
3    Teva took that final propylene glycol formulation and filed
4    a new ANDA which is the subject of this dispute. So it's
5    exactly the same formulation, it's one product, it's always
6    been one product and all of the Novopharm documents are
7    within the control of Teva.
8    To give you an example of why I think they are
9    intentionally casting the issue very narrowly is because I
10   know that they must have laboratory notebooks and
11   development reports from the original ethanol formulation
12   and all of the different propylene glycol formulations and
13   we have specifically identified in the record where we have
14   been able to find reference to each of the different, each
15   of the different batch numbers at least of the propylene
16   glycol formulation. And we have also tried to identify
17   specific references to many notebooks wherever possible.
18   And so, for example, the information package
19   that was put together is called a reformulation information
20   package that Novopharm wants to give to Teva don't have it.
21   We'll repeatedly ask for it. They say they can't find it.
22   I don't believe it. We've asked for a Novopharm development
23   report on ranitidine oral solution and its propylene glycol
24   form. They say they're looking for it, can't find it. We
25   identified several places where it's referenced to different

REDACTED VERSION – PUBLICLY FILED

# EXHIBIT B

# Hawley's
# Condensed Chemical
# Dictionary

*ELEVENTH EDITION*

*Revised by*

N. Irving Sax
and
Richard J. Lewis, Sr.

VNR VAN NOSTRAND REINHOLD
_____ New York

EXHIBIT

B

M003

REDACTED VERSION – PUBLICLY FILED

Copyright © 1987 by Van Nostrand Reinhold

Library of Congress Catalog Card Number 86-23333
ISBN 0-442-28097-1

All rights reserved. Certain portions of this work copyright © 1930, 1920, 1919 by
The Chemical Catalog Co., Inc. and 1981, 1977, 1971, 1966, 1956, 1950 by Van Nostrand
Reinhold. No part of this work covered by the copyright hereon may be
reproduced or used in any form or by any means—graphic, electronic, or
mechanical, including photocopying, recording, taping, or information storage
and retrieval systems—without permission of the publisher.

Printed in the United States of America

Van Nostrand Reinhold
115 Fifth Avenue
New York, New York 10003

Chapman & Hall
2-6 Boundary Row
London SE1 8HN, England

Thomas Nelson Australia
102 Dodds Street
South Melbourne, Victoria 3205, Australia

Nelson Canada
1120 Birchmount Road
Scarborough, Ontario M1K 5G4, Canada


15 14 13 12 11 10 9 8 7 6 5



Library of Congress Cataloging-in-Publication Data

Condensed chemical dictionary.
    Hawley's condensed chemical dictionary.

    Rev. ed. of: The Condensed chemical dictionary.
10th ed./rev. by Gessner G. Hawley, 1981.
    I. Chemistry—Dictionaries.  I. Hawley, Gessner
Goodrich, 1905–    II. Sax, N. Irving (Newton Irving)
III. Lewis, Richard J., Sr.  IV. Title.
QD5.C5  1987    540′.3′21    86-23333
ISBN 0-442-28097-1

M004

in water; bp 77C; vap press 73 mm (20C); fp −83.6C; bulk density 0.8945 g/ml (25C); flash p 24F (−4.4C); autoign temperature 800F (426C).
Derivation: By heating acetic acid and ethyl alcohol in presence of sulfuric acid and distilling.
Grade: Commercial 85–88%, 95–98%, 99%, NF (99%), FCC.
Hazard: Toxic by inhalation and skin absorption; irritant to eyes and skin. Flammable; dangerous fire and explosion risk, flammable limits in air 2.2–9%. TLV: 400 ppm in air.
Use: General solvent in coatings and plastics, organic synthesis, smokeless powders, pharmaceuticals, synthetic fruit essences.

**ethyl acetate, anhydrous.** ethyl acetate, grade 99%.

**ethyl-o-acetate.** $CH_3C(OC_2H_5)_3$.
Properties: Colorless liquid, bp 144–148C, refr index 1.395 (25C), insoluble in water, soluble in alcohol and ether, flash p 131F (55C). Combustible.
Hazard: Moderate fire risk.
Use: Intermediate.

**ethyl acetic acid.** See butyric acid.

**ethyl acetoacetate.** (diacetic ester; acetoacetic ester). $CH_3COCH_2COOC_2H_5$ (keto form), $CH_3C(OH){:}CHCOOC_2H_5$ (enol form).
This compound is a tautomer at room temperature consisting of about 93% keto form and 7% enol form.
Properties: Colorless liquid, fruity odor, soluble in water and common organic solvents, d 1.0250 (20/4C), fp (enol) -80C (keto) -39C, bp 180–181C, bulk d 8.5 lb/gal, vap press 0.8 mm (20C), flash p 185F (85C) (COC), coefficient of expansion 0.00101/C. Combustible.
Derivation: Action of metallic sodium on ethyl acetate with subsequent distillation.
Grade: Technical, 98%.
Hazard: Toxic by ingestion and inhalation; irritant to skin and eyes.
Use: Organic synthesis, antipyrine, lacquers, dopes, plastics, manufacture of dyes, pharmaceuticals antimalarials, vitamin B; flavoring.

**ethyl acetone.** See methyl propyl ketone.

**ethylacetylene.** (1-butyne). CAS: 107-00-6.
$C_2H_5C{\equiv}CH$.
Properties: Available as liquefied gas, bp 8.3C, d 0.669 (0/0C), fp −130C, flash p less than 20F (−6.6C) (TOC), specific volume 7.2 cu/ft/lb (21.2C), insoluble in water.

Hazard: Flammable, dangerous fire risk.
Use: Specialty fuel, chemical intermediate.

**ethyl-n-acetyl-α-cyanoglycine.** See ethyl acetamidocyanoacetate.

**ethyl acrylate.** CAS: 140-88-5.
$CH_2{:}CHCOOC_2H_5$.
Properties: Colorless liquid, bp 99.4C, fp −72.0C, d 0.9230 (20/20C), refr index 1.4037 (25C), bulk d 7.6 lb/gal (20C), soluble in alcohol and ether, readily polymerized, flash p 60F (15.5C) (open cup).
Derivation: (a) Ethylene cyanohydrin, ethyl alcohol, and dilute sulfuric acid; (b) Oxo reaction of acetylene, carbon monoxide, and ethyl alcohol in the presence of nickel or cobalt catalyst.
Grade: Technical (inhibited, usually with hydroquinone or its monomethyl ether), pure uninhibited.
Hazard: Toxic by ingestion, inhalation, skin absorption; irritant to skin and eyes. Flammable, dangerous fire and explosion hazard. TLV: 5 ppm in air.
Use: Monomer for acrylic resins.
See also acrylate and acrylic resin.

**ethyl alcohol.** (alcohol; grain alcohol; ethanol; EtOH). CAS: 64-17-5. $C_2H_5OH$.
Properties of pure 100% absolute alcohol (dehydrated): Colorless, limpid, volatile liquid. Bp 78.3C, fp −117.3C, ethereal vinous odor, pungent taste. Miscible with water, methanol, ether, chloroform, and acetone. Properties: (95%) Refr index 1.3651 (15C), surface tension 22.3 dynes/cm (20C), viscosity 0.0141 poise (20C), vap press 43 mm (20C), specific heat 0.618 cal/g (23C), flash p 55F (12.7C), d 0.816 (15.56C), bp 78C, fp −114C, autoign temperature 793F (422C).
Derivation: (a) From ethylene by direct catalytic hydration or with ethyl sulfate as intermediate; (b) fermentation of biomass, especially agricultural wastes; (c) enzymatic hydrolysis of cellulose (see also cellulase).
Grade: USP (95% by volume), absolute, pure, completely denatured, specially denatured, industrial, various proofs (one-half the proof number is the percentage of alcohol by volume).
Hazard: Is classified as a depressant drug. Though it is rapidly oxidized in the body and is therefore noncumulative, ingestion of even moderate amounts causes lowering of inhibitions, often succeeded by dizziness, headache, or nausea. Larger intake causes loss of motor nerve control, shallow respiration, and in extreme cases unconsciousness and even death. Degree of intoxication is determined by concentration of alcohol in the brain. Of primary importance is the fact that intake of even moderate amounts together with

**ETHYL α-ALLYL**          478

barbiturates or similar drugs is extremely danger-
ous and may even be fatal. Flammable, danger-
ous fire risk; flammable limits in air 3.3–19%.
TLV: 1000 ppm in air.
Use: Solvent for resins, fats, fatty acids, oils, hy-
drocarbons; extraction medium; manufacture of
acetaldehyde, acetic acid, ethylene, butadiene,
2-ethyl hexanol, dyes, pharmaceuticals, elastom-
ers, detergents, cleaning preparations, surface
coatings, cosmetics, explosives; antifreeze, bever-
ages, antisepsis, gasohol, yeast-growth medium,
octane booster in gasoline.
See also alcohol, denatured; industrial alcohol,
biomass.
*Note:* Ethanol from fermentation of biomass and
hydrolysis of cellulose is a significant alternate
energy source, especially as an automotive fuel.
Its use in gasoline will continue to increase. Fur-
ther information can be obtained from the Na-
tional Alcohol Fuels Information Center, 1617
Cole Blvd., Golden, Colorado, 80401.

**ethyl α-allylacetoacetate.**
  $CH_3COCH(CH_2CH:CH_2)COOC_2H_5$.
  Properties: Water-white liquid, d 0.989 (20C),
  bulk density 8.24 lb/gal (20C). Combustible.
  Use: Intermediate for pharmaceuticals, perfumes,
  fungicides, insecticides, fine chemicals.

**ethyl aluminum dichloride.** (EADC).
  $C_2H_5AlCl_2$.
  Properties: Clear, yellow, pyrophoric liquid. Bp
  (extrapolated) 194C, fp 32C, d 1.222, bulk d
  10.28 lb/gal (25C).
  Derivation: Reaction of aluminum chloride with
  ethyl aluminum sesquichloride.
  Hazard: Ignites on contact with air, dangerous
  fire risk, reacts violently with water. Skin irritant.
  Use: Catalyst for olefin polymerization, aromatic
  hydrogenation; intermediate.

**ethyl aluminum sesquichloride.** (EASC).
  $(C_2H_5)_3Al_2Cl_3$.
  Properties: Clear, yellow, pyrophoric liquid. Bp
  204C, fp −50C, d 1.08.
  Derivation: Reaction of ethyl chloride and alumi-
  num.
  Grade: Commercial.
  Hazard: Ignites on contact with air, dangerous
  fire risk, reacts violently with water.
  Use: Catalyst for olefin polymerization, aromatic
  hydrogenation; intermediate.

**ethylamine.** (monoethylamine; aminoethane).
  CAS: 75-04-7.    $CH_3CH_2NH_2$.
  Properties: Colorless, volatile liquid (or gas). Am-
  monia odor, strong alkaline reaction, bp 16.6C,
  fp −81.2C, d 0.689 (liquid 15/15C), bulk d 5.7
  lb/gal (20C), flash p approximately 0F (−17.7C)

(OC), autoign temperature 723F (383C). Misci-
ble with water, alcohol, and ether.
Derivation: From ethyl chloride and alcoholic am-
monia under heat and pressure.
Grade: Technical (anhydrous and 70% aqueous
solution), pure 98.5% min.
Hazard: Strong irritant. Flammable, dangerous
fire risk, flammable limits in air 3.5–14%. TLV:
10 ppm in air.
Use: Dye intermediate, solvent extraction, petro-
leum refining, stabilizer for rubber latex, deter-
gents, organic synthesis.

**ethylamine hydrobromide.**   $C_2H_5NH_2 \cdot HBr$.
  Properties: White, almost odorless granules; mp
  158–161C; very soluble in water.
  Use: Intermediate (where liquid ethylamine or liq-
  uid hydrobromic acid cannot be used).

**ethyl-o-aminobenzoate.**   See ethyl anthranilate.

**ethyl-p-aminobenzoate hydrochloride.** (anesthe-
sol; benzocaine; procaine hydrochloride).
  CAS: 51-05-8.    $C_6H_4NH_2CO_2C_2H_5 \cdot HCl$.
  Properties: White, crystalline, odorless, tasteless
  powder; stable in air; mp 88–92C; soluble in di-
  lute acids; less soluble in chloroform, ether, and
  alcohol; very slightly soluble in water.
  Derivation: Ethylation of p-nitrobenzoic acid fol-
  lowed by reduction.
  Grade: Technical, pure, NF (as benzocaine).
  Hazard: Toxic by ingestion.
  Use: Medicine (local anesthetic), suntan prepara-
  tions.

**ethylaminoethanol.**   See ethylethanolamine.
  Mixed ethylaminoethanols (sold in up to tank car
  lots) may also contain diethylaminoethanol.

**2-ethylamino-4-isopropylamino-6-methylthio-s-tri-
azine.**   $C_2H_5HNC_3N_3(SCH_3)NHCH(CH_3)_2$.
  Properties: White, crystalline powder; mp 84–85C;
  slightly soluble in water; soluble in organic sol-
  vents.
  Hazard: Toxic by ingestion.
  Use: Weed-killing agent in pineapple and sugar
  cane.

**ethyl-1-(p-aminophenyl)-4-phenylisonipecotate.**
  See anileridine.

**ethyl amyl ketone.** (EAK; 5-methyl-3-hepta-
none).    CAS: 541-85-5.
  $CH_3CH_2CO(CH_2)_4CH_3$.
  Properties: Colorless liquid, pungent odor, insolu-
  ble in water, soluble in 4 volumes of 60% alcohol,
  bp 157C, bulk d 83 lb/gal, d 0.819–0.824, refr
  index 1.416, flash p 138F (58C). Combustible.

Hazard
fire ris
Use: Pe
nyl res

**n-ethylar**
  $C_2H_5N$
  Properti
  exposu
  in wat
  index
  cup). (
  Derivati
  in pres
  tillation
  Hazard:
  absorp:
  Use: Or;

**o-ethylan**
  $C_6H_4($
  Properti
  bp 214
  in alcol
  bustible
  Hazard:
  absorp:
  Use: Inte
  pestici

**ethyl ant**
  CAS: 8
  Properti
  refr ind
  propyle
  Grade: T
  Use: Perl
  thranila

**2-ethylbu**
  Properti
  Use: Syn

**"Ethyl"** A
  ries of f
  ages of t
  ene dicl
  All are t
  tor fuels

**"Ethyl"** A
  line anti
  butyl pl
  and pero
  decompo
  used for
  to retard
  in gasoli

REDACTED VERSION – PUBLICLY FILED

# EXHIBIT C

REDACTED VERSION – PUBLICLY FILED

# New Collegiate Dictionary



A Merriam-Webster®

G. & C. MERRIAM COMPANY
Springfield, Massachusetts, U.S.A.



# WEBSTER'S

M007



EXHIBIT

C

REDACTED VERSION – PUBLICLY FILED

Copyright © 1973 by G. & C. Merriam Co.

Philippines Copyright 1973 by G. & C. Merriam Co.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's new collegiate dictionary.

   "Based on Webster's third new international
dictionary."
   "A Merriam-Webster."
   Editions for 1898–1948 have title: Webster's collegiate
dictionary; 1949–61 and 1973 editions have title:
Webster's new collegiate dictionary; 1963–72 editions
have title: Webster's seventh new collegiate dictionary.
   1. English language—Dictionaries.
PE1628.W4M4   1973      423      72-10966
ISBN 0-87779-308-5 (plain)
        0-87779-309-3 (indexed)
        0-87779-310-7 (Buksyn)


COLLEGIATE is a registered trademark.

*All rights reserved. No part of this work covered by the
copyrights hereon may be reproduced or copied in any
form or by any means—graphic, electronic, or mechan-
ical, including photocopying, recording, taping, or infor-
mation and retrieval systems—without written permission
of the publisher.*

Made in the United States of America

4

M008

Case 1:04-cv-00171-GMS    Document 109-2    Filed 07/10/2006    Page 12 of 31

REDACTED VERSION – PUBLICLY FILED

perception of imminent danger **4** : a warning notice *syn* see FEAR
*ant* assurance, composure

²**alarm** *also* **alarum** *vt* **1** : to give warning to : put on the alert
**2** : to strike with fear : TERRIFY **3** : DISTURB, EXCITE — **alarm-ing-ly** \'lär-miŋ-lē\ *adv*

**alarm clock** *n* : a clock that can be set to sound an alarm at a
desired time

**alarm-ism** \ə-'lär-ˌmiz-əm\ *n* **1** : the often unwarranted exciting of
fears or warning of danger — **alarm-ist** \-məst\ *n or adj*

**alarm reaction** *n* : the complex of reactions of an organism to
stress (as by increased hormonal activity)

**alarums and excursions** *n pl* **1** : martial sounds and the
movement of soldiers across the stage — used as a stage direction
in Elizabethan drama **2** : clamor, excitement, and feverish or
disordered activity

**alas** \ə-'las\ *interj* [ME, fr. OF, fr. *a* ah + *las* weary, fr. L *lassus*
— more at LET] — used to express unhappiness, pity, or concern

**Alas-kan malemute** \ə-'las-kən\ *n* : any of a breed of powerful
heavy-coated deep-chested dogs of Alaskan origin with erect ears,
heavily cushioned feet, and plumy tail

**Alaska time** \ə-'las-kə-\ *n* : the time of the 10th time zone west
of Greenwich that includes central Alaska

**alate** \ˈā-ˌlāt\ *also* **alat-ed** \-ˌlāt-əd\ *adj* [L *alatus*, fr. *ala*] : having
wings or a winglike part — **ala-tion** \ā-'lā-shən\ *n*

**alb** \'alb\ *n* [ME *albe*, fr. OE, fr. ML *alba*, fr. L fem. of *albus*
white] : a full-length white linen vestment with long sleeves that
is gathered at the waist with a cincture and worn by a priest at Mass
— see VESTMENT illustration

**Alb** *abbr* Albania; Albanian

**al-ba-core** \'al-bə-ˌkō(ə)r, -kō(ə)r\ *n, pl* **-core** *or* **-cores** [Pg
*albacor*, fr. Ar *al-bakūrah* the albacore] **1** : a large pelagic tuna
(*Thunnus alalunga*) with long pectoral fins that is a source of
canned tuna; *broadly* : any of various tunas (as a bonito) **2**
: any of several carangid fishes

**Al-ba-nian** \al-'bā-nē-ən, -nyən\ *also* òl-\ *n* **1** : a native or
inhabitant of Albania **2** : the Indo-European language of the
Albanian people — see INDO-EUROPEAN LANGUAGES table — **Al-banian** *adj*

**al-ba-tross** \'al-bə-ˌtrós, -ˌträs\
*n, pl* **-tross** *or* **-tross-es** [prob.
alter. of *alcatras* (water bird), fr.
Pg or Sp *alcatraz* pelican]) : any
of various large web-footed sea-
birds (family Diomedeidae) that
are related to the petrels and
include the largest seabirds



albatross

**al-be-do** \al-'bēd-(ˌ)ō\ *n, pl* **-dos**
[LL, whiteness, fr. L *albus*]
: reflective power; *specif* : the
fraction of incident light or elec-
tromagnetic radiation that is
reflected by a surface or body
(as the moon or a cloud)

**al-be-it** \òl-'bē-ət, al-\ *conj* [ME,
lit., all though it be] : conceding the fact that : even though *syn*
see THOUGH

**Al-bi-gen-ses** \ˌal-bə-'jen-ˌsēz\ *n pl* [ML, pl. of *Albigensis*,
inhabitant of Alb, fr. Albiga (Albi), France] : members of a
Catharistic sect of southern France between the 11th and 13th
centuries — **Al-bi-gen-sian** \-'jen-chən, -'jen(t)-sē-ən\ *adj or n* —
**Al-bi-gen-sian-ism** \-iz-əm\ *n*

**al-bi-nism** \'al-bə-ˌniz-əm, al-'bī-\ *n* : the condition of an albino

**al-bi-no** \al-'bī-(ˌ)nō\ *n, pl* **-nos** *often attrib* [Pg, fr. Sp, fr. *albo*
white, fr. L *albus*] : an organism exhibiting deficient pigmentation;
*esp* : a human being or lower animal that is congenitally deficient
in pigment and usu. has a milky or translucent skin, white or
colorless hair, and eyes with pink or blue iris and deep-red pupil —
**al-bin-ic** \-'bin-ik\ *adj*

**al-bi-not-ic** \ˌal-bə-'nät-ik\ *adj* [*albino* + *-tic* (as in *melanotic*)] **1**
: of, relating to, or affected with albinism **2** : tending toward
albinism

**Al-bi-on** \'al-bē-ən\ *n* [L] **1** : Great Britain **2** : England

**al-bite** \'al-ˌbīt\ *n* [Sw *albit*, fr. L *albus*] : a triclinic usu. white
feldspar consisting of a sodium aluminum silicate NaAlSi₃O₈ — **al-bit-ic** \al-'bit-ik\ *adj*

**al-bum** \'al-bəm\ *n* [L, a white tablet, fr. neut. of *albus*] **1 a**
: a book with blank pages for autographs, stamps, or photographs
**b** : a paperboard container for a phonograph record **c** : ONE
: one or more long-playing phonograph records or tape recordings
produced as a single unit <a 2-record ~> **2** : a collection usu. in
book form of literary selections, musical compositions, or pictures
: ANTHOLOGY

**al-bu-men** \al-'byü-mən\ *n* [L, fr. *albus*] **1** : the white of an egg
— see EGG illustration **2** : ALBUMIN

**al-bu-min** \al-'byü-mən\ *n* [ISV *albumen* + *-in*]: any of numer-
ous simple heat-coagulable water-soluble proteins that occur in
blood plasma or serum, muscle, the whites of eggs, milk, and other
animal substances and in many plant tissues and fluids

**al-bu-min-oid** \-'mə-ˌnòid\ *adj* **1** : resembling albumin : PROTEIN
**2** : PROTEIN **2** : SCLEROPROTEIN

²**albuminoid** *n* **1** : PROTEIN **2** : SCLEROPROTEIN

**al-bu-min-ous** \al-'byü-mə-nəs\ *adj* : relating to, containing, or
having the properties of albumen or albumin : PROTEIN

**al-bu-min-uria** \(ˌ)al-ˌbyü-mə-ˈn(y)ùr-ē-ə\ *n* [NL]: the presence of
albumin in the urine often symptomatic of kidney disease — **al-bu-min-uric** \-'n(y)ù(ə)r-ik\ *adj*

**al-bu-mose** \'al-byə-ˌmōs, -ˌmōz\ *n* [F, fr. *albumine* albumen +
*-ose*]: any of various products of enzymatic protein hydrolysis

**al-bur-num** \al-'bər-nəm\ *n* [L, fr. *albus* white] : SAPWOOD

**alc** *abbr* alcohol

**al-ca-ic** \al-'kā-ik\ *adj, often cap* [LL *Alcaicus* of A
*Alkaikos*, fr. *Alkaios* Alcaeus, *fl ab* 600 B.C. Gk poet
or written in a verse or strophe marked by complic
of a dominant iambic pattern — **alcaic** *n*

**al-cai-de** *or* **al-cay-de** \al-'kīd-ē\ *n* [Sp *alcaide*, fr. Ar *al-qā'id* the
captain] : a commander of a castle or fortress (as among Spaniards,
Portuguese, or Moors)

**al-cal-de** \al-'käl-dē\ *n* [Sp. fr. Ar *al-qadi* the judge] : the chief
administrative and judicial officer of a Spanish town

**al-ca-zar** \al-'käz-ər, -'kaz-\ *n* [Sp *alcázar*, fr. Ar *al-qaşr* the castle]
: a Spanish fortress or palace

**Al-ces-tis** \al-'ses-təs\ *n* [L, fr. Gk *Alkēstis*] : the wife of Admetus
who dies for her husband and is restored to him by Hercules

**al-che-mist** \'al-kə-məst\ *n* : one who studies or practices alchemy
— **al-che-mis-tic** \ˌal-kə-'mis-tik\ *or* **al-che-mis-ti-cal** \-ti-kəl\
*adj*

**al-che-mize** \'al-kə-ˌmīz\ *vt* **-mized; -miz-ing** : to change by
alchemy : TRANSMUTE

**al-che-my** \'al-kə-mē\ *n* [ME *alkamie*, *alquemie*, fr. MF *or* ML;
MF *alquemie*, fr. ML *alkimia*, fr. Ar *al-kīmiyā'*, fr. *al* the +
*kīmiyā'* alchemy, fr. LGk *chēmeia*] **1** : a medieval chemical
science and speculative philosophy aiming to achieve the transmu-
tation of the base metals into gold, the discovery of a universal cure
for disease, and the discovery of a means of indefinitely prolonging
life **2** : a power or process of transforming something common
into something precious — **al-chem-ic** \al-'kem-ik\ *or* **al-chem-i-cal** \-i-kəl\ *adj* — **al-chem-i-cal-ly** \-i-k(ə-)lē\ *adv*

**Alc-me-ne** \alk-'mē-nē\ *n* [Gk *Alkmēnē*] : the mother of Hercules
by Zeus in the form of her husband Amphitryon

**al-co-hol** \'al-kə-ˌhòl\ *n* [NL, fr. ML, powdered antimony, fr. OSp,
fr. Ar *al-kuḥul* the powdered antimony] **1** : a colorless volatile
flammable liquid C₂H₅O that is the intoxicating agent in fermented
and distilled liquors and is used also as a solvent — called also *ethyl
alcohol* **2** : any of various compounds that are analogous to ethyl
alcohol in constitution and that are hydroxyl derivatives of
hydrocarbons **3** : liquor (as beer, wine, or whiskey) containing
alcohol

¹**al-co-hol-ic** \ˌal-kə-'hòl-ik, -'hàl-\ *adj* **1 a** : of, relating to, or
caused by alcohol **b** : containing alcohol **2** : affected with
alcoholism — **al-co-hol-i-cal-ly** \-i-k(ə-)lē\ *adv*

²**alcoholic** *n* : one affected with alcoholism

**al-co-hol-ism** \'al-kə-ˌhò-ˌliz-əm\ *n* **1** : continued excessive or
compulsive use of alcoholic drinks **2** : poisoning by alcohol; *esp*
: a complex chronic psychological and nutritional disorder as-
sociated with excessive and usu. compulsive drinking

**al-co-hol-ize** \-ˌlīz\ *vt* **-ized; -iz-ing** **1** : to treat or saturate with
alcohol

**al-co-hol-om-e-ter** \ˌal-kə-hò-'läm-ət-ər\ *n* [F *alcoolomètre*, fr.
*alcool* alcohol + *-o-* + *-mètre* *-meter*] : a device for determining
the alcoholic strength of liquids — **al-co-hol-om-e-try** \-'läm-ə-trē\ *n*

**Al-co-ran** \ˌal-kə-'ran\ *n* [ME, fr. OF or ML; MF & ML, fr. Ar
*al-qur'ān*, lit., the reading] *archaic* : KORAN

**al-cove** \'al-ˌkōv\ *n* [F *alcôve*, fr. Sp *alcoba*, fr. Ar *al-gubbah* the
arch] **1 a** : a small recessed section of a room : NOOK **b** : an
arched opening (as in a wall) : NICHE **2** : SUMMERHOUSE — **al-coved** \-ˌkōvd\ *adj*

**Al-cy-o-ne** \al-'sī-ə-(ˌ)nē\ *n* [L, fr. Gk *Alkyonē*] : the brightest star
in the Pleiades

**ald** *abbr* alderman

**Al-deb-a-ran** \al-'deb-ə-rən\ *n* [Ar *al-dabarān*, lit., the follower]
: a red star of the first magnitude that is seen in the eye of Taurus
and is the brightest star in the Hyades

**al-de-hyde** \'al-də-ˌhīd\ *n* [G *aldehyd*, fr. NL *al. dehyd.*; abbr. of
*alcohol dehydrogenatum* dehydrogenated alcohol] : ACETALDE-
HYDE; *broadly* : any of various highly reactive compounds typified
by acetaldehyde and characterized by the group CHO — **al-de-hy-dic** \ˌal-də-'hīd-ik\ *adj*

**al-der** \'òl-dər\ *n* [ME, fr. OE *alor*; akin to OHG *elira* alder, L
*alnus*] : any of a genus (*Alnus*) of toothed-leaved trees or shrubs
of the birch family growing in moist ground and having wood used
by turners and bark used in dyeing and tanning

**al-der-man** \'òl-dər-mən\ *n* [ME, fr. OE *ealdorman*, fr. *ealdor*
parent (fr. *eald* old) + *man* — more at OLD] **1** : a person
governing a kingdom, district, or shire as viceroy for an Anglo-
Saxon king **2** : a magistrate ranking next below the mayor in an
English or Irish city or borough **3** : a member of a city legislative
body — **al-der-man-ic** \ˌòl-dər-'man-ik\ *adj*

**al-dol** \'al-dòl, -ˌdōl\ *n* [ISV *aldehyde* + *-ol*] : a colorless
beta-hydroxy aldehyde C₄H₈O₂ used esp. in organic synthesis;
*broadly* : any of various similar aldehydes — **al-dol-iza-tion** \ˌal-də-lə-'zā-shən, -ˌdōl-\ *n*

**al-dol-ase** \'al-də-ˌlās, -ˌlāz\ *n* [*aldol* + *-ase*] : a crystalline enzyme
that occurs widely in living systems and catalyzes reversibly the
cleavage of a fructose ester into triose sugars

**al-dose** \'al-ˌdōs, -ˌdōz\ *n* [ISV *aldehyde* + *-ose*] : a sugar
containing one aldehyde group per molecule

**al-do-ste-rone** \al-'dòs-tə-ˌrōn, ˌal-də-stə-'rōn\ *n* [*aldehyde* + *-o-*
+ *sterol* + *-one*] : a steroid hormone C₂₁H₂₈N₂O of the adrenal
cortex that functions in the regulation of the salt and water balance
of the body

**al-do-ste-ron-ism** \al-'dòs-tə-rō-ˌniz-əm, -'rō-\ *n* : a condition that is
characterized by excessive production and excretion of aldosterone
and typically by loss of body potassium, muscular weakness, and
elevated blood pressure

**al-drin** \'òl-drən, 'al-\ *n* [Kurt *Alder* †1958 G chemist + E *-in*]
: an exceedingly poisonous cyclodiene insecticide C₁₂H₈Cl₆

**ale** \'ā(ə)l\ *n* [ME, fr. OE *ealu*; akin to ON *öl* ale, L *alumen* alum]
**1** : a fermented liquor brewed esp. by rapid fermentation from an

kitten  ər further  a back  ā bake  ä cot, cart
ch chin  e less  ē easy  g gift  i trip  ī life
iŋ sing  ō flow  ò flaw  òi coin  th thin  th this
ü loot  ù foot  y yet  yü few  yù furious  zh vision

**estradiol ● Ethiopic**　　　　　　　　　　　　　　　　　　392

es·tra·di·ol \ˌes-trə-ˈdī-ˌȯl, -ˌōl\ n [ISV estra- (fr. estrin) + di- + -ol] : an estrogenic hormone that is a phenolic steroid alcohol $C_{18}H_{24}O_2$ usu. made synthetically and that is often used combined as an ester esp. in treating menopausal symptoms

es·tral \ˈes-trəl\ adj [estrus] : ESTROUS

estral cycle n : ESTROUS CYCLE

es·trange \is-ˈtrānj\ vt es·tranged; es·trang·ing [MF estranger, fr. ML extraneare, fr. L extraneus strange — more at STRANGE] 1 : to remove from customary environment or associations 2 : to arouse esp. mutual enmity or indifference in where there had formerly been love, affection, or friendliness : ALIENATE — es·trange·ment \-ˈtrānj-mənt\ n — es·trang·er n
  syn ESTRANGE, ALIENATE, DISAFFECT, WEAN shared meaning element : to cause one to break a bond of affection or loyalty ant reconcile

1es·tray \is-ˈtrā\ vi [MF estraier] archaic : STRAY

2estray n 1 : STRAY 1

es·trin \ˈes-trən\ n [NL estrus] : an estrogenic hormone; esp : ESTRONE

es·tri·ol \ˈes-ˌtrē-ˌȯl, e-ˈstrī-, -ˌōl\ n [estrin + tri- + -ol] : a crystalline estrogenic hormone that is a glycol $C_{18}H_{24}O_3$ usu. obtained from the urine of pregnant women

es·tro·gen \ˈes-trə-jən\ n [NL estrus + ISV -o- + -gen] : a substance (as a sex hormone) tending to promote estrus and stimulate the development of secondary sex characteristics in the female

es·tro·gen·ic \ˌes-trə-ˈjen-ik\ adj 1 : promoting estrus 2 : of, relating to, or caused by an estrogen — es·tro·gen·i·cal·ly \-i-k(ə-)lē\ adv

es·trone \ˈes-ˌtrōn\ n [ISV, fr. estrin] : an estrogenic hormone that is a ketone $C_{18}H_{22}O_2$ is usu. obtained from the urine of pregnant females, and is used similarly to estradiol

es·trous \ˈes-trəs\ adj 1 : of, relating to, or characteristic of estrus 2 : being in heat

estrous cycle n : the correlated phenomena of the endocrine and generative systems of a female mammal from the beginning of one period of estrus to the beginning of the next — called also estral cycle

es·tru·al \ˈes-trə-wəl\ adj : ESTROUS

es·trus \ˈes-trəs\ or es·trum \-trəm\ n [NL, fr. L oestrus gadfly, frenzy, fr. Gk oistros — more at IRE] 1 a : a regularly recurrent state of sexual excitability during which the female of most mammals will accept the male and is capable of conceiving : HEAT b : a single occurrence of this state 2 : ESTROUS CYCLE

es·tu·ar·i·al \ˌes-chə-ˈwer-ē-əl\ adj : ESTUARINE

es·tu·a·rine \ˈes(h)-chə-wə-ˌrīn, -wər-ən\ adj : of, relating to, or formed in an estuary <~ currents> <~ animals> <~ environment>

es·tu·ary \ˈes(h)-chə-ˌwer-ē\ n, pl -ar·ies [L aestuarium, fr. aestus boiling, tide; akin to L aestas summer — more at AESTIVAL] : a water passage where the tide meets a river current; esp : an arm of the sea at the lower end of a river

ESU abbr electrostatic unit

esu·ri·ence \i-ˈsùr-ē-ən(t)s, -ˈzùr-\ n : the quality or state of being esurient

esu·ri·en·cy \-ən-sē\ n : ESURIENCE

esu·ri·ent \-ənt\ adj [L esurient-, esuriens, prp. of esurire to be hungry] : HUNGRY, GREEDY — esu·ri·ent·ly adv

ESV abbr earth satellite vehicle

et \ˈet\ dial past of EAT

Et symbol ethyl

ET abbr eastern time

-et \ˈet, et, ət, it\ n suffix [ME, fr. OF -et, masc., & -ete, fem., fr. LL -itus & -ita] 1 : small one <baroner> <cellaret> 2 : group <octer>

eta \ˈāt-ə, ˈēt-ə\ n [LL, fr. Gk ēta, of Sem origin; akin to Heb hēth heth] : the 7th letter of the Greek alphabet — see ALPHABET table

ETA abbr estimated time of arrival

éta·gère or éta·gere \ˌā-tä-ˈzhe(ə)r, ˌāt-ə-\ n [F étagère] : an elaborate whatnot often with a large mirror at the back and sometimes with an enclosed cabinet as a base



étagère

et al \et-ˈal, -ˈäl\ abbr [L et alii (masc.), et aliae (fem.), or et alia (neut.)] and others

et·amine \ˈet-ə-ˌmēn\ n [F étamine] : a light cotton or worsted fabric with an open mesh

état \ā-ˈtä(t)\ n [F] État fr. [F étatisme] : STATE SOCIALISM — état·ist \-ˈtät-əst\ adj

etc \ən-ˈsō-(ˌ)fōrth, -ˈfōrth; et-ˈset-ə-rə, -ˈse-trə\ abbr et cetera

et·cet·era n 1 : a number of unspecified additional persons or things 2 pl : unspecified additional items : ODDS AND ENDS

et cet·era \et-ˈset-ə-rə, -ˈse-trə\ [L] and others esp. of the same kind : and so forth

1etch \ˈech\ vb [D etsen, fr. G ätzen, lit., to feed, fr. OHG azzen; akin to OHG ezzan to eat — more at EAT] vt 1 a : to produce esp. on metal or glass by the corrosive action of an acid b : to subject to such etching 2 : to delineate or impress clearly <scenes that are indelibly ~ed in our minds> ~ vi : to practice etching — etch·er n

2etch n 1 : the action or effect of an etching acid on a surface 2 : a chemical agent used in etching

etch·ing n 1 a : the art or process of etching b : the art of producing pictures or designs by printing from an etched metal plate 2 a : an etched design b : an impression from an etched plate

ETD abbr estimated time of departure

1eter·nal \i-ˈtərn-əl\ adj [ME, fr. MF, fr. LL aeternalis, fr. L aeternus eternal; akin to L aevum age, eternity — mo

a : having infinite duration : EVERLASTING b : of or relating to eternity c : characterized by abiding fellowship with God <good teacher, what must I do to inherit ~ life? —Mk 10:17 (RSV)> 2 a : continued without intermission : PERPETUAL b : seemingly endless 3 archaic : INFERNAL 4 : valid or existing at all times : TIMELESS <~ verities> — eter·nal·ize \-i-ˌlīz\ vt — eter·nal·ly \-ē-ē\ adv — eter·nal·ness n

2eternal n : something eternal

eterne \i-ˈtərn\ adj [ME, fr. MF, fr. L aeternus] : ETERNAL

eter·ni·ty \i-ˈtər-nət-ē\ n, pl -ties [ME eternite, fr. MF eternité, fr. L aeternitat-, aeternitas, fr. aeternus] 1 : the quality or state of being eternal 2 : infinite time 3 pl : AGES 4 : the state after death : IMMORTALITY 5 : a seemingly endless or immeasurable time <he posed motionless for a seeming ~ as the crowd roared with laughter and encouragement —J.W. Cross>

eter·nize \i-ˈtər-ˌnīz\ or -nized; -niz·ing 1 a : to make eternal b : to prolong indefinitely 2 : IMMORTALIZE — eter·ni·za·tion \ˌi-ˌtər-nə-ˈzā-shən\ n

ete·sian \i-ˈtē-zhən\ adj, often cap [L etesius, fr. Gk etēsios, fr. etos year — more at WETHER] : recurring annually — used of summer winds that blow over the Mediterranean — etesian n, often cap

eth \ˈeth\ var of EDH

eth- or etho- comb form [ISV] : ethyl <ethaldehyde> <ethochloride>

1-eth \əth, ith\ or -th \th\ vb suffix [ME, fr. OE -eth, -ath, -th; akin to OHG -it, -ōt, -ēt, 3d sing. ending, L -t, -it] — used to form the archaic third person singular present of verbs <goeth> <doth>

2eth — see -TH

eth·a·cryn·ic acid \ˌeth-ə-ˌkrin-ik-\ n [perh. fr. eth- + acetic + butyryl + phenol] : a diuretic $C_{13}H_{12}O_4Cl_2$ used esp. in the treatment of edema

eth·am·bu·tol \eth-ˈam-byü-ˌtȯl, -ˌtōl\ n [ethylene + amine + butanol] : a compound $C_{10}H_{24}N_2O_2$ used esp. in the treatment of tuberculosis

eth·ane \ˈeth-ˌān\ n [ISV, fr. ethyl] : a colorless odorless gaseous hydrocarbon $C_2H_6$ found in natural gas and used esp. as a fuel

eth·a·nol \ˈeth-ə-ˌnōl, -ˌnȯl\ n : ALCOHOL 1

eth·a·nol·amine \ˌeth-ə-ˈnäl-ə-ˌmēn, -ˈnōl-\ n : a colorless liquid amino alcohol $C_2H_7NO$ used esp. as a solvent and in scrubbing gases

eth·ene \ˈeth-ˌēn\ n : ETHYLENE

ethene \ˈē-thər\ n [ME, fr. L aether, fr. Gk aithēr, fr. aithein to ignite, blaze] 1 a : the rarefied element formerly believed to fill the upper regions of space b : the upper regions of space : HEAVENS 2 a : a medium that in the undulatory theory of light permeates all space and transmits transverse waves b : the medium that transmits radio waves 3 a : a light volatile flammable liquid $C_4H_{10}O$ used chiefly as a solvent and anesthetic b : any of various organic compounds characterized by an oxygen atom attached to two carbon atoms — ether·ish \-tho-rish\ adj — ether-like \-thor-ˌlīk\ adj

ethe·re·al \i-ˈthir-ē-əl\ adj 1 a : of or relating to the regions beyond the earth b : CELESTIAL, HEAVENLY c : UNWORLDLY, SPIRITUAL 2 a : lacking material substance : IMMATERIAL, INTANGIBLE b : marked by unusual delicacy and refinement <this smallest, most ~, and daintiest of birds —William Beebe> 3 : relating to, containing, or resembling a chemical ether — ethe·re·al·i·ty \-ˌthir-ē-ˈal-ət-ē\ n — ethe·re·al·iza·tion \-ē-ə-lə-ˈzā-shən\ n — ethe·re·al·ize \-ˈthir-ē-ə-ˌlīz\ vt — ethe·re·al·ly \-ē-ə-lē\ adv — ethe·re·al·ness n

ether extract n : the part of a complex organic material that is soluble in ether and consists chiefly of fats and fatty acids

ethe·ric \i-ˈther-ik, -ˈthir-\ adj : ETHEREAL

ether·ize \ˈē-tho-ˌrīz\ vt -ized; -iz·ing 1 : to treat or anesthetize with ether 2 : to make numb as if by anesthetizing — ether·iza·tion \ˌē-tho-rə-ˈzā-shən\ n — ether·iz·er n

eth·ic \ˈeth-ik\ n [ME ethik, fr. MF ethique, fr. L ethice, fr. Gk ēthikē, fr. ēthikos] 1 pl but sing or pl in constr : the discipline dealing with what is good and bad and with moral duty and obligation 2 a : a set of moral principles or values b : a theory or system of moral values <the present-day materialistic ~> c pl but sing or pl in constr : the principles of conduct governing an individual or a group <professional ~>

1eth·i·cal \ˈeth-i-kəl\ also eth·ic \-ik\ adj [ME ethik, fr. L ethicus, fr. Gk ēthikos, fr. ēthos character] 1 : of or relating to ethics 2 : conforming to accepted professional standards of conduct 3 of a drug : restricted to sale only on a doctor's prescription syn see MORAL ant unethical — eth·i·cal·i·ty \ˌeth-ə-ˈkal-ət-ē\ n — eth·i·cal·ly \ˈeth-i-k(ə-)lē\ adv — eth·i·cal·ness \-kəl-nəs\ n

2ethical n : an ethical drug

ethi·cian \e-ˈthish-ən\ n : ETHICIST

eth·i·cist \ˈeth-ə-səst\ n : a specialist in ethics

eth·i·on \ˈeth-ē-ˌän\ n [blend of eth- and thion-] : an organophosphate $C_9H_{22}O_4P_2S_4$ used as a pesticide

eth·i·on·amide \ˌeth-ē-ˈän-ə-ˌmīd\ n [eth- + thion- + amide] : a compound $C_8H_{10}N_2S$ used against mycobacteria (as in tuberculosis and leprosy)

ethi·o·nine \e-ˈthī-ə-ˌnēn\ n [eth- + thion- + -ine] : an amino acid $C_6H_{13}NO_2S$ that is the ethyl homologue of methionine and is biologically antagonistic to methionine

Ethi·op \ˈē-thē-ˌäp\ n or Ethi·ope \-ˌōp\ n [ME Ethiope, fr. L Aethiops, fr. Gk Aithiops] archaic : ETHIOPIAN

1Ethi·o·pi·an \ˌē-thē-ˈō-pē-ən\ n 1 : a member of any of the mythical or actual peoples usu. described by the ancient Greeks as dark-skinned and living far to the south 2 : NEGRO 3 : a native or inhabitant of Ethiopia

2Ethiopian adj 1 : of, relating to, or characteristic of the inhabitants or the country of Ethiopia 2 : of, relating to, or being the biogeographic region that includes Africa south of the Sahara, southern Arabia, and sometimes Madagascar and the adjacent islands

ip-ik, -ˈō-pik\ adj 1 : ETHIOPIAN 2 a : of, relating iting Ethiopic b : of, relating to, or constituting a ed Semitic languages spoken in Ethiopia

REDACTED VERSION – PUBLICLY FILED

# EXHIBIT D

REDACTED VERSION – PUBLICLY FILED



*CRC*

# HANDBOOK
## *of*
# CHEMISTRY
## *and*
# PHYSICS

## 59TH
### EDITION
### 1978 – 1979

*CRC* PRESS

EXHIBIT
D

M011

# CRC Handbook

## OF

# Chemistry and Physics

A Ready-Reference Book of Chemical and Physical Data



HANDBOOK OF CHEMISTRY AND PHYSICS

1978-1979

## 59th

EDITION

C.R.C. PRESS, INC.

EDITOR

ROBERT C. WEAST, Ph.D.

*Vice President, Research, Consolidated Natural Gas Service Company, Inc.*
*Formerly Professor of Chemistry at Case Institute of Technology*

ASSOCIATE EDITOR

MELVIN J. ASTLE, Ph.D.

*Formerly Professor of Organic Chemistry at Case Institute of Technology*
*and*
*Manager of Research at Glidden-Durkee Division of SCM Corporation*

In collaboration with a large number of professional chemists and physicists
whose assistance is acknowledged in the list of general collaborators and in
connection with the particular tables or sections involved.



M012

CRC PRESS, Inc.
Boca Raton, Florida 33431

REDACTED VERSION – PUBLICLY FILED

© 1974, 1975, 1976, 1977, 1978 by CRC Press, Inc.

© 1964, 1965, 1966, 1967, 1968, 1969, 1970, 1971, 1972, 1973 by THE CHEMICAL RUB-BER CO.

Copyright 1918, 1920 by The Chemical Rubber Company (Copyright renewed 1946, 1948 by Chemical Rubber Publishing Company)

Copyright 1922 (Copyright renewed 1950), 1925 (Copyright renewed 1953), 1926 (Copyright renewed 1954), 1927 (Copyright renewed 1955), 1929 (Copyright renewed 1957), 1936, 1937 (Copyright renewed 1965 by The Chemical Rubber Co.), 1939, 1940 (Copyright renewed 1968 by The Chemical Rubber Co.), 1941 (Copyright renewed 1969 by The Chemical Rubber Co.), 1942 (Copyright renewed 1970 by The Chemical Rubber Co.), 1943 (Copyright renewed 1971 by The Chemical Rubber Co.), 1944 (Copyright renewed 1972 by The Chemical Rubber Co.), 1945 (Copyright renewed 1973 by The Chemical Rubber Co.), 1947, 1949, 1950, 1951, 1952, 1953, 1954, 1955, 1956 by Chemical Rubber Publishing Company

© 1957, 1958, 1959, 1960, 1961, 1962 by Chemical Rubber Publishing Company

Second Printing, 1979

*All Rights Reserved*
Library of Congress Card No. 13-11056
PRINTED IN U.S.A.
ISBN-0-8493-0459-8

M013

## PHYSICAL CONSTANTS OF ORGANIC COMPOUNDS (Continued)

| No. | Name | Synonyms and Formula | Mol. wt. | Color, crystalline form, specific rotation and $\lambda_{\max}$ (log $\varepsilon$) | m.p. °C | b.p. °C | Density | $n_D$ | Solubility | | | | | | Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | w | al | eth | ace | bz | other solvents | |
| | **1,1,2,2-Ethanetetracarboxylic acid** | | | | | | | | | | | | | | |
| Ω c326 | —, tetraethyl ester*. | Ethyl dimalonate. $(C_2H_5O_2C)_2CHCH(CO_2C_2H_5)_2$ | 318.33 | tetr pr (al-peth) | 77 | 305d | 1.064⁸⁰ | 1.4105⁴⁰ | | | | | | li g i | B2¹, 699 |
| c327 | —, tetramethyl ester* | Methyl dimalonate. $(CH_3O_2C)_2CHCH(CO_2CH_3)_2$ | 262.22 | cr (eth, al, bz) | 138 | | | | | v* | δ | | s* | li g i | B2¹, 699 |
| Ω c328 | Ethanethiol*. | Ethyl hydrosulfide. Ethyl mercaptan. Ethyl thioalcohol. $C_2H_5SH$ | 62.13 | | −144.4 | 35¹⁴⁰ | 0.83912⁰ | 1.43105¹⁸ | δ | s | s | | s | dil alk s | B1¹, 341 |
| c329 | —, sodium salt. | Sodium thioethylate. $C_2H_5SNa$ | 84.12 | wh cr 2⁰ 195 (3.15), 225 sh (2.2) | d | | | | | v | s | | | dil HCl v | B4¹, 431 |
| Ω c330 | —, 2-amino-*. | Cysteamine. $H_2NCH_2CH_2SH$ | 77.15 | cr (sub) | 99–100 | sub (vac) 113¹⁴⁸ | | 1.18261⁵ | 1.4929¹⁶ | s | v | v | | | diox v | B1³, 1381 |
| c331 | —, 2-chloro-*. | $ClCH_2CH_2SH$ | 96.58 | | | 199–200 | 1.0222⁷ | 1.5593¹⁸ | | s | s | | s | | B6¹, 445 |
| Ω c332 | —, 1-phenyl-(l)*. | $CH_3CH(C_6H_5)SH$ | 138.23 | [a]⁵ −89 (al, c = 6) | | 199–200 83¹⁰ | | | | s | s | | | | B2¹, 2026 |
| c333 | 1,1,1-Ethanetricarboxylic acid* | $CH_3C(CO_2H)_3$ | 162.10 | pr | 159d | | | | | s | v | v | | δ | | B2¹, 681 |
| c334 | 1,1,2-Ethanetricarboxylic acid* | Carboxysuccinic acid. $HO_2CCH_2CH(CO_2H)_2$ | 162.10 | pr (w) | 178d | | | | | s | v | v | | δ | | B3, 586 |
| c335 | —, 1,2-dihydroxy-*. | Desotalic acid. $HO_2CCH(OH)CH(OH)(CO_2H)$ | 194.10 | hyg (+1w) | 45d | | | v | d* | v | | δ | | | | |
| | Ethanoic acid*. | see Acetic acid | | | | | | | | | | | | | |
| Ω c336 | Ethanol*. | Alcohol. Ethyl alcohol. Methyl carbinol. $C_2H_5OH$ | 46.07 | λ¹⁹ 181 (2.51) | −117.3 (−112.3) | 78.5 4¹⁸ | 0.78932⁰ | 1.3611²⁰ | ∞ | ∞ | ∞ | ∞ | ∞ | chl, aa ∞ | B1¹, 1223 |
| | —(−d−). | o-Deuteroethanol. Deuteroxyethane. $C_2H_5OD$ | 47.08 | | | 78.8⁷⁴⁸ | 0.8012³ | 1.3610¹⁸ | ∞ | ∞ | s | | s | aa ∞ | B1¹, 1287 |
| Ω c338 | —, 2-allyloxy-*. | Allyl cellosolve. Glycol monoallyl ether. $CH_2=CHCH_2OCH_2CH_2OH$ | 102.13 | | | 159¹¹² 64¹³ | 0.9580²⁰ | 1.4358¹⁸ | ∞ | ∞ | s | | s | MeOH, $CCl_4$ s | B1, 468 |
| c339 | —, 1-amino-*. | Acetaldehyde-ammonia. $CH_3CH(OH)NH_2$ | 61.09 | rh (eth-al) | 97 | 110 dd | | | s | ∞ | ∞ | | | $CS_2$, 10081 | |
| Ω c340 | —, 2-amino-*. | Colamine. Ethanolamine. $H_2NCH_2CH_2OH$ | 61.09 | | 10.3 | 170⁷⁴⁹ 58² | 1.0180J⁰ | 1.4541²⁰ | ∞ | ∞ | δ | | v | glycerol ∞ chl s lig δ | B4¹, 717 |
| | —, 2-amino-1,3,4-dihydroxy-phenyl-(l)* | see Noradrenaline (l) | | | | | | | | | | | | | |
| Ω c341 | —, 1-amino-1-phenyl-*. | $H_2NCH(OH)C_6H_5$ | 137.18 | nd (al-eth-peth) | 56–7 (40) | 160¹³ | | | v | s | v | | | | B13³, 361 |
| c342 | —, 1-amino-2,2,2-trichloro-*. | Chloral-ammonia. $Cl_3CCH(OH)NH_2$ | 164.42 | nd (al) | 72–4 | 100d | | | δ | v | v | | v | | B1², 681 |
| c343 | —, 2(2-amino-ethylamino)-*. | $H_2NCH_2CH_2NHCH_2CH_2OH$ | 104.15 | hyg liq | | 238– 40⁷¹² (corr) 91.2⁵ | 0.95561⁵ | 1.4860¹⁸ | ∞ | ∞ | v | | δ | | B4, 286 |
| | —, 2(2-amino-phenyl)-*. | | 137.18 | ye in air | | 152–3⁴ | | 1.5849¹⁹ | | s | | | | | B13³, 362 |
| c345 | —, 2(4-amino-phenyl)-*. | | 137.18 | nd (al) | 108 | | | | s | δ | s* | | | | B6², 413 |
| c346 | —, 2-benzyloxy-*. | Glycol monobenzyl ether. $C_6H_5CH_2OCH_2CH_2OH$ | 152.20 | | < −75 | 256¹⁴⁸ 138¹³ | 1.0640⁰ | 1.5233²³ | | δ | s* | | s | | B6², 413 |
| c347 | —, 1,1-bis(4-chlorophenyl)-*. | 4,4'-Dichloro-α-methylbenzhydrol. Dimite. | 267.16 | cr (al-w) 240 (3.8), 325 (4.2), 370 sh (3.5), 450 (4.9), 500 sh (3.01) | 69–70 | | | | | i | i | s | | | | Am 73, 1856 |
| Ω c347 | —, 2-bromo-*. | Ethylene bromohydrin. $BrCH_2CH_2OH$ | 124.97 | | | 149– 50⁷²⁹ 51¹⁴ | 1.7629¹⁵ | 1.4915¹⁸ | ∞ | ∞ | ∞ | | | oos v lig δ | B1², 337 |
| Ω c348 | —, 2-butoxy-*. | Glycol monobutyl ether. $CH_3(CH_2)_3OCH_2CH_2OH$ | 118.18 | | | 171¹⁴⁸ 50⁷ | 0.90151⁵ | 1.4198²⁰ | ∞ | ∞ | ∞ | | | | B1², 519 |
| Ω c349 | —, 2-butylamino-*. | $C_4H_9NHCH_2CH_2OH$ | 117.19 | | | 199– 200⁷⁹⁸ 91–2¹¹ | 0.8907²⁵ | 1.4437²⁰ | v | v | ∞ | | | | B4, 283 |
| Ω c350 | —, 2-chloro-*. | Ethylene chlorohydrin. $ClCH_2CH_2OH$ | 80.52 | | −67.5 | 128¹⁴⁸ 44²⁸ | 1.2002²² | 1.4418⁹⁴ | ∞ | ∞ | δ | | | os ∞ | B1², 333 |
| c351 | —, 2-chloro-1-phenyl-*. | Styrene chlorohydrin. $C_6H_5CH(OH)CH_2Cl$ | 156.61 | | | 128¹³ 180–85 | | 1.4505¹⁷ | v | s | s | | | | B6³, 446 |
| Ω c352 | —, 2(2-chloroethoxy)-*. | β-Chloroethyl cellosolve. $ClCH_2CH_2OCH_2CH_2OH$ | 124.57 | | | 91–2²³ | 0.9250¹⁵ | 1.4677²⁶ | v | v | v | | | | B6², 27 |
| Ω c353 | —, 1-cyclohexyl-*. | Methylcyclohexylcarbinol. | 128.22 | λ¹⁹ 255 (3.8) | | 189 81–2¹³ | 0.9250¹⁵ | 1.4677²⁶ | v | v | s | | | | B6², 27 |
| Ω c354 | —, 2-cyclohexyl-*. | | 128.22 | | | 207–9²³³ 97–9¹³ | 0.9229¹⁵ | 1.4641¹⁹ | δ | s | s | | | | B6³, 27 |
| Ω c355 | —, 2-cyclopentyl-*. | | 114.19 | | | 183–4¹¹⁹ 96–7²⁴ | 0.9180²⁵ | 1.4577²⁵ | i | s | s | | | | B6², 25 |
| Ω c356 | —, 2,2-dichloro-*. | $Cl_2CHCH_2OH$ | 114.96 | | | 146¹⁴⁸ 37–8⁵ | 1.4040²² | 1.4626²³ | δ | s | s | | s | | B1, 338 |
| | —, 2,2-diethoxy-*. | see Acetaldehyde, 2-hydroxy-, diethyl acetal | | | | | | | | | | | | | |

For explanations, symbols and abbreviations see beginning of table. For structural formulas see end of table.

## PHYSICAL CONSTANTS OF ORGANIC COMPOUNDS (Continued)

| No. | Name | Synonyms and Formulas | Mol. wt. | Color, crystalline form, specific rotation and $\lambda_{max}$ (log ε) | m.p. °C | b.p. °C | Density | $n_D$ | w | al | eth | ace | bz | other solvents | Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **1-Propanearsonic acid** | | | | | | | | | | | | | | |
| Ω p1231 | 1-Propanearsonic acid* | $CH_3CH_2CH_2AsO_3H_2$ | 168.03 | nd (al), pl (w) | 134.6-5.2 | | | | v | v | i | | | | B4³, 997 |
| p1232 | 1-Propaneboronic acid* | n-Propylboric acid. $CH_3CH_2CH_2B(OH)_2$ | 87.92 | wh nd | 107 | d | | | s | s | s | | | | B4³, 1023 |
| p1233 | ...,2-methyl-* | Isobutylboric acid. $(CH_3)_2CHCH_2B(OH)_2$ | 101.94 | lo pl (w), cr (ClCH₂CH₂Cl) | 112 | | | | δ | s | s | | | | B4³, 1965 |
| — | Propanedioic acid* | see Malonic acid | | | | | | | | | | | | | |
| Ω p1234 | 1,2-Propanediol* | Propylene glycol. $CH_3CH(OH)CH_2OH$ | 76.11 | | | 189 96-8²¹ | 1.0361²⁶ | 1.4324²⁰ | ∞ | ∞ | s | | s | | B1³, 2142 |
| Ω p1235 | ...,carbonate. | 4-Methyl-1,3-dioxolan-2-one. $CH_3CO_2CH(CH_3)CH_2OCH_3$ | 102.09 | | −48.8 | 240 110¹⁸ | 1.2041²⁶ | 1.4189²⁶ | v | v | v | | v | | C49, 12303 |
| p1236 | ...,diacetate. | | 160.17 | | | 190-1¹⁸³ | 1.0592⁶ | 1.4173²⁶ | v | s | | | | | B2³, 312 |
| p1243 | ...,sulfite. | | 122.14 | | < −60 | 175 85¹³ | 1.2960⁶ | 1.4370¹⁰ | v | v | v | | AcOEt v | | C51, 1036 |
| Ω p1244 | 1,3-Propanediol* | Trimethylene glycol. $HOCH_2CH_2CH_2OH$ | 76.11 | | | 213.5⁷⁴⁶ 110¹³ | 1.0597²⁶ | 1.4398²² | ∞ | ∞ | v | | δ s⁴ | | B1³, 540 |
| p1245 | ...,diacetate. | $CH_3CO_2CH_2CH_2CH_2O_2CCH_3$ | 160.17 | | | 209-10¹⁰⁶ 84.5¹⁰ | 1.070¹⁴ | 1.4192 | v | s | | | | | B2³, 156 |
| Ω p1250 | ...,2-amino-2-ethyl-* | $CH_3CH_2C(CH_2OH)_2NH_2$ | 119.17 | ye | 37.5-8.5 | 143-5¹⁰ | 1.0992⁶ | 1.490²⁰ | | v | | | | | C34, 1305 |
| Ω p1251 | ...,2-amino-2(hydroxymethyl)-* | $H_2NC(CH_2OH)_3$ | 121.14 | nd of fil (MeOH) | 170.5-1.5 | 219-20¹⁸ (230-4¹⁴) | | | v | | | | | MeOH s⁴ | C49, 1357 |
| Ω p1252 | ...,2-amino-2-methyl-* | | 105.14 | | 109-11 | 151.2¹⁸ | | | v | | | | | | C34, 1305 |
| Ω p1253 | ...,2-butyl-2-ethyl-* | $CH_3(CH_2)_3C(C_2H_5)(CH_2OH)_2$ | 160.26 | wh | 43.8 | 262 123¹² | 0.929⁵⁵ | 1.4587²³ | δ | s | | | | | Am 70, 3121 |
| Ω p1254 | 1,3-Propanediol, 3-chloro-* | α-Chlorohydrin. $ClCH_2CH(OH)CH_2OH$ | 110.54 | yesh liq | | 213d 116¹⁴ | 1.326¹⁴ | 1.4809²⁰ | s | s | s | | | | B1³, 2150 |
| p1255 | ...,—,diacetate. | $ClCH_2CH(O_2CCH_3)CH_2O_2CCH_3$ | 194.62 | | | 245 116¹² | 1.199²⁰ | 1.4407²⁰ | v | s | s | | | | B2³, 313 |
| p1256 | 1,3-Propanediol, 2-chloro-* | $HOCH_2CHClCH_2OH$ | 110.54 | | | 146¹⁸ | 1.3219²⁸ | 1.4831²⁶ | v | v | v | | | | B1³, 542 |
| p1257 | 1,3-Propanediol, 3-chloro-2-methyl-* | $ClCH_2C(OH)(CH_3)CH_2OH$ | 124.57 | | | 114-7²⁶ 80¹·⁴ | 1.2362⁶ | 1.4748²⁰ | ∞ | ∞ | | | | | B1³, 2188 |
| — | ...,3,3-diethoxy-* | see Glyceraldehyde, diethyl acetal | | | | | | | | | | | | | |
| Ω p1258 | 1,3-Propanediol, 2,2-diethyl-* | $HOCH_2C(C_2H_5)_2CH_2OH$ | 132.21 | wh | 61.3–6 | 240-1 131¹³ | 1.052²³ | | v | v | v | | | oss lig i | Am 70, 946 |
| p1259 | 1,2-Propanediol, 3(diethylamino)-* | $(C_2H_5)_2NCH_2CH(OH)CH_2OH$ | 147.22 | syr | | 233-5 | | | s | s | s | | | chl s | B4, 302 |
| Ω p1260 | 1,3-Propanediol, 2,2-dimethyl-* | $HOCH_2C(CH_3)_2CH_2OH$ | 104.15 | nd (bz) | 130 | 206¹⁴² 120-30¹¹ | | | v | v | v | | s⁴ | | B1³, 2199 |
| p1261 | 1,3-Propanediol, 3(dimethylamino)-* | $(CH_3)_2NCH_2CH(OH)CH_2OH$ | 119.17 | | | 220¹⁴⁹ | | | s | s | s | | | chl s | B4, 302 |
| p1262 | 1,3-Propanediol, 2,2-dinitro-* | $HOCH_2C(NO_2)_2CH_2OH$ | 166.09 | wh pl (bz) | 142 | | | | s⁴ | s⁴ | | | i | dioa, PhNO₂ s⁴ | C45, 9473 |
| Ω p1263 | 1,3-Propanediol, 2-ethyl-2-hydroxymethyl)-* | T.M.P. Trimethylolpropane. $CH_3CH_2C(CH_2OH)_3$ | 134.18 | wh pw or pl | 58 | 160¹ | | | v | v | | | i | CCl₄ i | C54, 2177 |
| Ω p1264 | 1,2-Propanediol, 2-nitro-* | $CH_3C(NO_2)(CH_2OH)_2$ | 149.15 | nd (w) 2¹⁷ 280 sh (1.61) | 57-8 | d | | | | | | | | | B1, 483 |
| — | 1,2-Propanediol, 3-hexadecyloxy-* | see Glycerol, 1-hexadecyl ether | | | | | | | | | | | | | |
| Ω p1265 | 1,2-Propanediol, 3(hydroxy methyl)-2-methyl-* | Pentaglycerol. Trimethylol-ethane. $CH_3C(CH_2OH)_3$ | 120.15 | wh pw or nd (al) | 204 | 135-7¹⁵ | | | ∞ | ∞ | i | | i | za v⁴ | B1³, 2348 |
| Ω p1266 | ...,2(hydroxymethyl)-2-nitro-* | $O_2NC(CH_3OH)_3$ | 151.12 | nd or pr | 165 (144) | | | | v | v | v | | | | B1³, 596 |
| p1267 | 1,3-Propanediol, 3-mercapto-* | 1-Thioglycerol. $HSCH_2CH(OH)CH_2OH$ | 108.17 | visc | | 100-11 | 1.2455²⁰ | 1.5268³³ | δ | δ | δ | | δ | | B1³, 2339 |
| p1268 | ...,2-methyl-* | Isobutylene glycol. $(CH_3)_2C(OH)CH_2OH$ | 90.12 | | | 176¹⁶⁰ 79-80²¹² | 1.0024¹⁰ | 1.4350²⁰ | s | s | v | | | | B1³, 2187 |
| p1269 | 1,3-Propanediol, 2-methyl-2-nitro-* | $CH_3C(NO_2)(OH)CH_2OH$ | 135.12 | ncl | 149-50 | d | | | v | v | | | | | B1³, 2190 |
| Ω p1270 | ...,2-methyl-2-propyl-* | 2,2-bis(hydroxymethyl)pentane. $(HOCH_2)_2C(CH_3)(CH_2)_2CH_3$ | 132.21 | cr (hx) | 62–3 | 234 | | | s | | v | | | oss hx s⁴ | Am 72, 3716 |
| — | 1,2-Propanediol, 3-octadecyloxy-* | see Glycerol, 1-octadecyl ether | | | | | | | | | | | | | |
| p1271 | 1,3-Propanedione, 2,2-dibromo-1,3-diphenyl-* | $C_6H_5COCBr_2COC_6H_5$ | 382.06 | pr (eth) | 95 | | | | δ | s⁴ | | | os δ | | B7, 772 |

For explanations, symbols and abbreviations see beginning of table. For structural formulas see end of table.

C-450

M015

REDACTED VERSION – PUBLICLY FILED

# EXHIBIT E

REDACTED VERSION – PUBLICLY FILED

CONTAINS CONFIDENTIAL INFORMATION
UNDER PROTECTIVE ORDER

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

GLAXO GROUP LIMITED,

                    Plaintiff,

        v.                                    Civil Action No. 04-171-KAJ

TEVA PHARMACEUTICALS
USA, INC. AND
TEVA PHARMACEUTICAL
INDUSTRIES LIMITED,

                    Defendants.

BRADLEY D. ANDERSON, Ph.D.
FED. R. CIV. P. 26(a)(2) EXPERT WITNESS REPORT CONCERNING
THE ISSUE OF INFRINGEMENT OF GLAXO'S '249 PATENT



EXHIBIT
E

M016

REDACTED VERSION – PUBLICLY FILED

Redacted

11

M017

REDACTED VERSION – PUBLICLY FILED

Redacted

12

M018

REDACTED VERSION – PUBLICLY FILED

Redacted

.

M019

REDACTED VERSION – PUBLICLY FILED

Redacted

REDACTED VERSION – PUBLICLY FILED

Redacted

M021

REDACTED VERSION – PUBLICLY FILED

101.  I may supplement or amend my opinions expressed in this Expert Witness Report

if new or additional information is provided to me or becomes available from

Teva or Teva's expert witnesses. I understand that expert reports may be

provided by Teva. I reserve the right to respond to all matters raised by Teva and

to testimony and opinions offered by Teva's witnesses.


Date:  March __, 2006

Bradley D. Anderson, Ph.D.

38

**M022**

REDACTED VERSION – PUBLICLY FILED

# EXHIBIT F

REDACTED VERSION – PUBLICLY FILED

CONTAINS CONFIDENTIAL INFORMATION
UNDER PROTECTIVE ORDER

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LIMITED,<br><br>         Plaintiff,<br>    v.<br><br>TEVA PHARMACEUTICALS<br>USA, INC. AND<br>TEVA PHARMACEUTICAL<br>INDUSTRIES LIMITED,<br><br>         Defendants. | Civil Action No. 04-171-KAJ |

**BRADLEY D. ANDERSON, Ph.D.**
**FED. R. CIV. P. 26(a)(2) REBUTTAL EXPERT WITNESS REPORT**

**M023**

EXHIBIT
F

REDACTED VERSION – PUBLICLY FILED

Redacted

M024

REDACTED VERSION – PUBLICLY FILED

Redacted

75.    I may supplement or amend my opinions expressed in this Expert Witness

Report if new or additional information is provided to me or becomes

available from Teva or Teva's expert witnesses.  I reserve the right to

respond to all matters raised by Teva and to testimony and opinions

offered by Teva's witnesses.


Date: April 24th, 2006                                    Bradley D. Anderson, Ph.D.

29     M025