REDACTED VERSION – PUBLICLY FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

GLAXO GROUP LIMITED,

        Plaintiff,

v.

TEVA PHARMACEUTICALS USA, INC. and
TEVA PHARMACEUTICAL INDUSTRIES
LIMITED,

        Defendants.

---

Civil Action No. 04-171

**CONFIDENTIAL
FILED UNDER SEAL**

## APPENDIX SUPPORTING TEVA'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Josy Ingersoll (# 1088)
Adam W. Poff (# 3990)
Karen E. Keller (# 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600

MERCHANT & GOULD LLC
Mark D. Schuman
Ronald A. Daignault
Jeffer Ali
Jeffrey C. Brown
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

*Teva Pharmaceuticals USA, Inc. and Teva
Pharmaceutical Industries, Ltd.*

Dated: June 30, 2006

| Exhibit Number | Appendix Number | Description |
|---|---|---|
| 1 | A001-A006 | Excerpts from the Expert Report of Bradley D. Anderson, Ph. D., dated March 16, 2006 |
| 2 | A007-A009 | Excerpts from Powerpoint presentation on Ranitidine Oral Solution, Deposition Exhibit 11, production numbers T01993-94 and T01996 |
| 3 | A010 | Package Information, production number T02051 |
| 4 | A011-A013 | Excerpts from Novopharm RD Scale Up Logbook, Deposition Exhibit 7, production numbers T07267 and T07269-70 |
| 5 | A014-A016 | Excerpts from Novopharm notebook, Deposition Exhibit 8, production numbers T07136, T07149 and T07162 |
| 6 | A017-A025 | Selected Glaxo responses to Teva's Requests for Admissions dated March 20, 2005 |
| 7 | A026-A031 | Selected pages from Teva ANDA showing formulation comparision, production numbers T00154-T00159 |
| 8 | A032-A041 | Excerpts from Dr. Long's trial testimony in *Pharmadyne*, production numbers G027622-7, G027648-49 and G027685 |
| 9 | A042-A043 | Pages from Dr. Long's notebook, production numbers G026730-31 |
| 10 | A044-A048 | Pages from Dr. Long's notebook, production numbers G005295-5299 |
| 11 | A049-A053 | Padfield patent GB 2,142,820 |
| 12 | A054-A062 | Bird memorandum on effect of ethanol on the stability of ranitidine syrup, production numbers G000919-927 |
| 13 | A063-A065 | Excerpts from the Rebuttal Expert Report of Bradley D. Anderson dated April 24, 2006 |
| 14 | A066-A071 | Excerpts from the deposition of Bradley D. Anderson taken June 8, 2006 |

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on June 30, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Francis DiGiovanni Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE 19801

I further certify that on June 30, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Brian P. Murphy, Esquire
>Thomas Puppa, Esquire
>Morgan Lewis & Bockius, LLP
>101 Park Avenue
>New York, NY 10178-0060

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com
*Attorneys for Teva Pharmaceuticals USA, Inc. and
Teva Pharmaceutical Indusstries, Ltd.*

DB01:1593524.1

**CERTIFICATE OF SERVICE**

I, Adam W. Poff, Esquire, hereby certify that on July 10, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Francis DiGiovanni, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE 19801

I further certify that on June 30, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

> Brian P. Murphy, Esquire
> Thomas Puppa, Esquire
> Morgan Lewis & Bockius, LLP
> 101 Park Avenue
> New York, NY 10178-0060

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com
*Attorneys for Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd.*