REDACTED VERSION – PUBLICLY FILED

# EXHIBIT 1

REDACTED VERSION – PUBLICLY FILED

CONTAINS CONFIDENTIAL INFORMATION
UNDER PROTECTIVE ORDER

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

GLAXO GROUP LIMITED,

Plaintiff,

v.

TEVA PHARMACEUTICALS
USA, INC. AND
TEVA PHARMACEUTICAL
INDUSTRIES LIMITED,

Defendants.

Civil Action No. 04-171-KAJ

**BRADLEY D. ANDERSON, Ph.D.**
**FED. R. CIV. P. 26(a)(2) EXPERT WITNESS REPORT CONCERNING**
**THE ISSUE OF INFRINGEMENT OF GLAXO'S '249 PATENT**



EXHIBIT
1

REDACTED VERSION – PUBLICLY FILED

Redacted

REDACTED VERSION – PUBLICLY FILED

Redacted

**A003**

REDACTED VERSION – PUBLICLY FILED

Redacted

**A004**

REDACTED VERSION – PUBLICLY FILED

Redacted

27

REDACTED VERSION – PUBLICLY FILED

03/16/2006    16:56    UK ASTECC 257-2489 → 912123096001P4511758H                NO.498    P002

101.    I may supplement or amend my opinions expressed in this Expert Witness Report

if new or additional information is provided to me or becomes available from

Teva or Teva's expert witnesses.  I understand that expert reports may be

provided by Teva.  I reserve the right to respond to all matters raised by Teva and

to testimony and opinions offered by Teva's witnesses.


Date:  March _15_, 2006

Bradley D. Anderson, Ph.D.

REDACTED VERSION – PUBLICLY FILED

# EXHIBIT 2

REDACTED VERSION – PUBLICLY FILED

Confidential
T 01993

# Ranitidine Oral Solution USP, 15mg/mL

## Team Leader: Angelique Masucci



A007



REDACTED VERSION – PUBLICLY FILED

Confidential
T 01994

Redacted

REDACTED VERSION – PUBLICLY FILED

Confidential
T 01996

Redacted

**A009**

REDACTED VERSION – PUBLICLY FILED

# EXHIBIT 3

REDACTED VERSION – PUBLICLY FILED

Information Package: Ranitidine HCl Syrup
Revision: April 22, 2003

Redacted

EXHIBIT

3

A010

Confidential
T 02051

REDACTED VERSION – PUBLICLY FILED

# EXHIBIT 4

REDACTED VERSION – PUBLICLY FILED

Confidential
T 07267

Redacted

PRE-SCALE-UP LOGBOOK

*novopharm*

Date Printed:   Apr 08/04



REDACTED VERSION – PUBLICLY FILED

Redacted

Confidential
T 07269

REDACTED VERSION – PUBLICLY FILED

Redacted

Confidential
T 07270

REDACTED VERSION – PUBLICLY FILED

# EXHIBIT 5



Redacted





Confidential
T 07136

A014

REDACTED VERSION – PUBLICLY FILED

Confidential
T 07149

Redacted

REDACTED VERSION – PUBLICLY FILED

Redacted

Confidential
T 07162

REDACTED VERSION – PUBLICLY FILED

# EXHIBIT 6

REDACTED VERSION – PUBLICLY FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------x
GLAXO GROUP LIMITED                      :
                                         :
                                         :
                                         :
              Plaintiff,                 :     Civil Action No. 04-171-KAJ
                                         :
      v.                                 :
                                         :
TEVA PHARMACEUTICALS USA, INC. and       :
TEVA PHARMACEUTICAL INDUSTRIES           :
LIMITED                                  :
              Defendants.                :
                                         :
---------------------------------------------------------x
```

## PLAINTIFF GLAXO GROUP LIMITED'S OBJECTIONS AND RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION NOS. 1-15, 26, 27, 83-99, 101, 105 and 108-115

Pursuant to Rule 36 of the Federal Rules of Civil Procedure Plaintiff Glaxo Group Limited ("Glaxo") respond to Defendants', Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. (collectively "Teva"), First Set of Requests For Admission Nos. 1-15, 26, 27, 83-99, 101, 105 and 108-115.

## GENERAL OBJECTIONS

1.          Glaxo objects to the Requests to the extent they seek information protected from disclosure by the attorney-client privilege, the work product immunity, and/or any other applicable privilege or protection. Inadvertent production of information shall not be deemed a waiver of any privilege or immunity.

1-NY/2016300.1

EXHIBIT
6

A017

<u>Response</u>

Denied.

<u>Request No. 4</u>

Admit that propylene glycol is an alcohol.

<u>Response</u>

Glaxo admits that in the context of the '249 patent, propylene glycol and ethanol are both organic compounds comprising a lower aliphatic hydrocarbon group with at least one -OH group, and that propylene glycol is an equivalent alcohol to the extent both are used in a stabilizing effective amount to stabilize ranitidine, otherwise denied.

<u>Request No. 5</u>

Admit that propylene glycol is an aliphatic alcohol.

<u>Response</u>

Glaxo admits that in the context of the '249 patent, propylene glycol and ethanol are both organic compounds comprising a lower aliphatic hydrocarbon group and at least one -OH group, and that propylene glycol is an equivalent alcohol to the extent both are used in a stabilizing effective amount to stabilize ranitidine, otherwise denied.

<u>Request No. 6</u>

Admit that propylene glycol is a lower aliphatic alcohol.

<u>Response</u>

Glaxo admits that in the context of the '249 patent, propylene glycol and ethanol are both organic compounds comprising a lower aliphatic hydrocarbon group with at least one -OH group, and that propylene glycol is an equivalent alcohol to the extent both are used in a stabilizing effective amount to stabilize ranitidine, otherwise denied.

5

**A018**

4,567,178 during prosecution of the patent applications that issued as U.S. Patent No. 5,068,249

or that there was any reason to submit the patent for consideration by the U.S. Patent and

Trademark Office, and therefore denies the request and leaves defendants to their proof.

**Request No. 85**

  Admit the Teva's accused ranitidine formulation does not contain a "stabilizing effective

amount of ethanol" as claimed in claims 1 through 10 of U.S. Patent No. 5,068,249.

**Response**

  Denied.

**Request No. 86**

  Admit the Teva's accused ranitidine formulation does not contain a "7% to 8%

weight/volume ethanol based on the complete formulation" as claimed in claims 11 and 12 of

U.S. Patent No. 5,068,249.

**Response**

  Denied.

**Request No. 87**

  Admit the Teva's accused ranitidine formulation does not literally infringe any claim of

U.S. Patent No. 5,068,249.

**Response**

  Glaxo admits that Teva's accused ANDA product, Ranitidine Oral Solution USP, 15

mg/ml does not literally contain "ethanol" as stated in the '249 patent claims, but Teva's accused

ANDA product otherwise literally satisfies the claim elements in claims 1-12 of the '249 patent,

and it satisfies the "ethanol" claim element by the equivalent substitution of a stabilizing

effective amount of propylene glycol in place of the ethanol.

Administration ("FDA") a Notice of Claimed Investigational Exemption for a New Drug for

Zantac® (ranitidine hydrochloride) Syrup" (*Glaxo v. Pharmadyne*, 32 F. Supp. 2d at 277), and

that Judge Davis' statement must be put in the proper context of the entire opinion and

testimony, including his finding that the use of propylene glycol in Pharmadyne's ranitidine oral

solution product was the functional equivalent of ethanol in Glaxo's '249 patent, that

Pharmadyne infringed the '249 patent claims and that the '249 patent claims were not invalid or

unenforceable. (*Id.* at 287, 293, 303 and 313).

**Request No. 90**

   Admit that the original formulation for Zantac® syrup included a preservative system

composed of three parabens: methylparaben, propylparaben and butylparaben, but it did not

contain any alcohol, and that Dr. Long noticed there was a decrease in the concentration of one

of the parabens as reported in *Glaxo v. Pharmadyne*, 32 F. Supp. 2d 265 at 278.

**Response**

   Glaxo admits only those facts to which Dr. Long testified at the trial of the *Glaxo v.*

*Pharmadyne* action (see Trial Transcript pages 277-278 and PTX 63), which Judge Davis

referred to in his opinion: "that the original formulation for Zantac® syrup included a

preservative system composed of three parabens: methylparaben, propylparaben and

butylparaben, but it did not contain any alcohol, and that Dr. Long noticed there was a decrease

in the concentration of one of the parabens" (*Glaxo v. Pharmadyne*, 32 F. Supp. 2d at 277), and

that Judge Davis' statement must be put in the proper context of the entire opinion and

testimony, including his finding that the use of propylene glycol in Pharmadyne's ranitidine oral

solution product was the functional equivalent of ethanol in Glaxo's '249 patent, that

Pharmadyne infringed the '249 patent claims and that the '249 patent claims were not invalid or

unenforceable. (*Id.* at 287, 293, 303 and 313).

**Request No. 91**

    Admit that Dr. Long was surprised at this decrease because there was data from a study

of the formulation in sealed bottles showing there was little change in the product over a two

year period as reported in *Glaxo v. Pharmadyne*, 32 F. Supp. 2d 265 at 278.

**Response**

    Glaxo admits only those facts to which Dr. Long testified at the trial of the *Glaxo v.

Pharmadyne* action (see Trial Transcript pages 280-281), which Judge Davis referred to in his

opinion: "Dr. Long was surprised at this decrease because there was data from a study of the

formulation in sealed bottles showing there was little change in the product over a two year

period" (*Glaxo v. Pharmadyne*, 32 F. Supp. 2d at 278), and that Judge Davis' statement must be

put in the proper context of the entire opinion and testimony, including his finding that the use of

propylene glycol in Pharmadyne's ranitidine oral solution product was the functional equivalent

of ethanol in Glaxo's '249 patent, that Pharmadyne infringed the '249 patent claims and that the

'249 patent claims were not invalid or unenforceable. (*Id.* at 287, 293, 303 and 313).

**Request No. 92**

    Admit that the degradation of the paraben concentration did not fit any known law of

degradation of parabens as reported in *Glaxo v. Pharmadyne*, 32 F. Supp. 2d 265 at 278.

**Response**

    Glaxo admits only those facts to which Dr. Long testified at the trial of the *Glaxo v.

Pharmadyne* action (see Trial Transcript page 281), which Judge Davis referred to in his

opinion: "the degradation of the paraben concentration did not fit any known law of degradation

15

**A021**

of parabens" (*Glaxo v. Pharmadyne*, 32 F. Supp. 2d at 278), and that Judge Davis' statement

must be put in the proper context of the entire opinion and testimony, including his finding that

the use of propylene glycol in Pharmadyne's ranitidine oral solution product was the functional

equivalent of ethanol in Glaxo's '249 patent, that Pharmadyne infringed the '249 patent claims

and that the '249 patent claims were not invalid or unenforceable. (*Id.* at 287, 293, 303 and 313).

**Request No. 93**

Admit that Dr. Long had the product analyzed by Glaxo microbiologists who discovered

that it contained a microbial named *pseudomonas cepacia* as reported in *Glaxo v. Pharmadyne*,

32 F. Supp. 2d 265 at 278.

**Response**

Glaxo admits only those facts to which Dr. Long testified at the trial of the *Glaxo v.

Pharmadyne* action (see Trial Transcript pages 281-283 and PTX 239), which Judge Davis

referred to in his opinion: "Dr. Long had the product analyzed by Glaxo microbiologists who

discovered that it contained a microbial named *pseudomonas cepacia*" (*Glaxo v. Pharmadyne*,

32 F. Supp. 2d at 178), and that Judge Davis' statement must be put in the proper context of the

entire opinion and testimony, including his finding that the use of propylene glycol in

Pharmadyne's ranitidine oral solution product was the functional equivalent of ethanol in

Glaxo's '249 patent, that Pharmadyne infringed the '249 patent claims and that the '249 patent

claims were not invalid or unenforceable. (*Id.* at 287, 293, 303 and 313).

**Request No. 94**

Admit that to combat the contamination problem, Dr. Long devised a strategy that

included the exploration of the use of ethanol, chlorhexidine, phenoxyethanol, benzalkonium

chloride, and propylene glycol as reported in *Glaxo v. Pharmadyne*, 32 F. Supp. 2d 265 at 278.

**Request No. 110**

Admit that U.S. Pat. No. 4,521,431 has expired.

**Response**

Glaxo admits that the patent term of U.S. Patent No. 4,521,431 expired on June 4, 2002,

but that Glaxo received the benefit of FDA pediatric exclusivity for Zantac® syrup until

December 4, 2002.

**Request No. 111**

Admit the claims of U.S. Pat. No. 4,521,431 were not enforceable on or after December

9, 2003.

**Response**

Denied.

**Request No. 112**

Admit that U.S. Pat. No. 4,672,133 has expired.

**Response**

Glaxo admits that the term of U.S. Patent No. 4,672,133 expired on June 9, 2004.

**Request No. 113**

Admit the claims of U.S. Pat. No. 4,672,133 were not enforceable on or after

December 9, 2003.

**Response**

Denied.

**Request No. 114**

Admit that U.S. Pat. No. 4,585,790 has expired.

REDACTED VERSION – PUBLICLY FILED

<u>Response</u>

Glaxo admits that the patent term of U.S. Patent No. 4,585,790 expired on May 11, 2004 but that Glaxo received the benefit of FDA pediatric exclusivity for Zantac® syrup until November 11, 2004.

<u>Request No. 115</u>

Admit the claims of U.S. Pat. No. 4,585,790 were not enforceable on or after December 9, 2003.

<u>Response</u>

Denied.

**A024**

REDACTED VERSION – PUBLICLY FILED

Dated:  March 20, 2005                 CONNOLLY BOVE LODGE & HUTZ LLP

                                       Francis DiGiovanni (#3189)
                                       The Nemours Building
                                       1007 North Orange Street
                                       P.O. Box 2207
                                       Wilmington, DE 19899-2207
                                       (302) 888-6316
                                       Attorneys for Plaintiff Glaxo Group Limited

OF COUNSEL:

Brian P. Murphy
Thomas Puppa
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0060
(212) 309-6000

Attorneys for Plaintiff Glaxo Group Limited
453950_1

23

**A025**

REDACTED VERSION – PUBLICLY FILED

# EXHIBIT 7

REDACTED VERSION – PUBLICLY FILED

 *Ranitidine Oral Solution USP, 15 mg/mL     Abbreviated New Drug Application*

# SECTION VI.4

## BIOAVAILABILITY/BIOEQUIVALENCE:
### Formulation Comparison

This section contains:

- Statement of Composition of the TEVA Pharmaceuticals USA Product

- Percent Composition of the TEVA Pharmaceuticals USA Product

- Qualitative Formulation Comparison with Reference Listed Drug

- Functional Summary of Ingredients

- IIG Comparison



84

**A026**

Confidential
T 00154

REDACTED VERSION – PUBLICLY FILED

Redacted

85

**A027**

Confidential
T 00155

REDACTED VERSION – PUBLICLY FILED

TE*/1*     *Ranitidine Oral Solution USP, 15 mg/mL*          *Abbreviated New Drug Application*

Redacted

86

**A028**

Confidential
T 00156

REDACTED VERSION – PUBLICLY FILED

TEVA *Ranitidine Oral Solution USP, 15 mg/mL     Abbreviated New Drug Application*

Redacted

**A029**

Confidential
T 00157

REDACTED VERSION – PUBLICLY FILED

RANITIDINE ORAL SOLUTION USP, 15 mg/mL
EXCIPIENT FUNCTION

Redacted

8 8

**A030**

Confidential
T 00158

REGULATORY AFFAIRS
DOCUMENT
AUDITED ES
10·30·03

REDACTED VERSION – PUBLICLY FILED

Redacted

89

**A031**

Confidential
**T 00159**

REDACTED VERSION – PUBLICLY FILED

# EXHIBIT 8

201

```
 1                    Trial Day 1
                     Volume 2 of 2
 2                   November 12, 1997

 3
            IN THE UNITED STATES DISTRICT COURT
 4            FOR THE DISTRICT OF MARYLAND
                    NORTHERN DIVISION
 5
    _____
 6                                   )
    GLAXO WELLCOME INC., et al.      )
 7                                   )
            Plaintiffs              )   Civil Docket No. AMD-96-455
 8                                   )   And
          v.                        )   Civil Docket No. AMD-96-1853
 9                                   )        (Consolidated)
    PHARMADYNE CORPORATION, et al.   )
10                                   )
            Defendants              )
11  _____)

12                                      Baltimore, Maryland
                                        November 12, 1997
13                                      2:00 p.m.

14
         The above-entitled matter came on for trial before
15              The Honorable Andre M. Davis

16
                    A P P E A R A N C E S
17
         On behalf of the Plaintiffs:
18           Stephen Judlowe, Esquire
             John Henry Lewin, Jr., Esquire
19           Brian P. Murphy, Esquire
             Robert Gibbons, Esquire
20           Regina Ambery, Esquire
             Jason Lief, Esquire
21
         On behalf of the Defendants:
22           James Rubin, Esquire
             Alan H. Bernstein, Esquire
23           Robert S. Silver, Esquire
             John M. Seeberger, Esquire
24           Deborah K. Besche, Esquire

25  Reported by:  Betty Lou Walls, RPR
```

**EXHIBIT**

8

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020    FAX 410-728-9024

## A032

CONFIDENTIAL UNDER PROTECTIVE ORDER          G027547

REDACTED VERSION – PUBLICLY FILED

276

Redacted

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020    FAX 410-728-9024

A033

CONFIDENTIAL UNDER PROTECTIVE ORDER          G027622

REDACTED VERSION – PUBLICLY FILED

277

Redacted

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020     FAX 410-728-9024

A034

CONFIDENTIAL UNDER PROTECTIVE ORDER

G027623

REDACTED VERSION – PUBLICLY FILED

278

Redacted

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020     FAX 410-728-9024

A035

CONFIDENTIAL UNDER PROTECTIVE ORDER

G027624

REDACTED VERSION – PUBLICLY FILED

279

Redacted

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020    FAX 410-728-9024

A036

CONFIDENTIAL UNDER PROTECTIVE ORDER

G027625

REDACTED VERSION – PUBLICLY FILED

280

Redacted

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020    FAX 410-728-9024

A037

CONFIDENTIAL UNDER PROTECTIVE ORDER    G027626

REDACTED VERSION – PUBLICLY FILED

281

Redacted

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020    FAX 410-728-9024

A038

CONFIDENTIAL UNDER PROTECTIVE ORDER

G027627

408

Redacted

CONFIDENTIAL UNDER PROTECTIVE ORDER          G027648

409

Redacted

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020     FAX 410-728-9024

A040

CONFIDENTIAL UNDER PROTECTIVE ORDER          G027649

REDACTED VERSION – PUBLICLY FILED

445

Redacted

CONFIDENTIAL UNDER PROTECTIVE ORDER          G027685

REDACTED VERSION – PUBLICLY FILED

# EXHIBIT 9

REDACTED VERSION – PUBLICLY FILED

Redacted



GLAXO WELLCOME INC. AND GLAXO GROUP LIMITED v. PHARMADYNE CORPORATION
CIVIL ACTION NO. AND 96-455 HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER

Y084325

A042

CONFIDENTIAL UNDER PROTECTIVE ORDER          G026730

REDACTED VERSION – PUBLICLY FILED

Redacted

GLAXO WELLCOME INC. AND GLAXO GROUP LIMITED v. PHARMADYNE CORPORATION
CIVIL ACTION NO. AND 96-455 HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER

Y084326

A043

CONFIDENTIAL UNDER PROTECTIVE ORDER

G026731

REDACTED VERSION – PUBLICLY FILED

# EXHIBIT 10



Redacted

EXHIBIT

10

A044

CONFIDENTIAL UNDER PROTECTIVE ORDER

REDACTED VERSION – PUBLICLY FILED

Redacted

A045

CONFIDENTIAL UNDER PROTECTIVE ORDER

REDACTED VERSION – PUBLICLY FILED

Redacted

A046

CONFIDENTIAL UNDER PROTECTIVE ORDER

REDACTED VERSION – PUBLICLY FILED

DENTAL HEALTH
# Sugar-free medicines

By M. BRANDON, BPharm, MPhil, MPS, and E. B. SADLER, BSc, MPS

THERE is irrefutable evidence that chronic administration of liquid medicines sweetened with sucrose or other fermentable sugars, such as glucose or fructose, increases the incidence of dental disease in children[1]. Many of these children may, because of their underlying illness, have serious problems with dental disease. It may, for example, lead to an increased number of dental extractions in children who present a poor anaesthetic risk[2]. It has been suggested that frequency of sugar intake is more important than the total amount ingested. Sucrose is probably the most cariogenic sugar but glucose and fructose are also highly potent. There is no evidence that the "artificial sweeteners" or sorbitol, mannitol and xylitol are cariogenic[3].

Concern has been expressed by various authorities regarding the adverse effects of the regular use of sugar-sweetened paediatric medicines and a number of pharmaceutical companies has now formulated its products with sugar-free diluents. The table below indicates those products which are sugar-free. We are grateful to the manufacturers for assistance in preparing the list and their permission for publication. If it is not possible to supply a sugar-free liquid formulation or a tablet, the pharmacist should advise the parents of children receiving "sugary" medicines to rinse the child's mouth well and to brush the child's teeth after dosing.

REFERENCES

1. *Pharmaceutical Journal*, 1981, 227, 695.
2. Roberts, I. F. and Roberts, G. J., British Medical Journal, 1979, 2, 14
3. Hobson, P., *Community Dental Health*, 1985, 2, 57

▶ Mr Brandon is principal pharmacist, East Anglian Regional Drug Information Service, Ipswich hospital, and Mrs Sadler is staff pharmacist, North Western Regional Drug Information Service, St Mary's hospital, Manchester

## Society joins in campaign against sugar in medicines

THE Pharmaceutical Society has joined with the British Dental Association in writing to the Department of Health and other influential bodies to express concern about the presence of sugar in children's medicines.

A letter was sent on June 20, voicing concern about the "adverse effects of the long-term use of sugar-based medicines on the teeth of sick children". It says that at a joint meeting at the Pharmaceutical Society in 1981 the pharmaceutical industry was urged to produce a greater range of medicines containing non-cariogenic sweeteners for use by children. Although a small number of manufacturers has taken a lead and is now producing sugar-free medicines, "the majority" of children's medicines still contain sugar. The letter suggests that the use of sugar in children's medicines should be discontinued.

The letter was sent by the BDA on behalf of its dental health and science committee, the Pharmaceutical Society, the British Association for the Study of Community Dentistry, the British Paediatric Society, the British Paedodontic Society and the Health Education Council.

## Two types of Nystan

SQUIBB says that it believes that many pharmacists and doctors are unaware of the availability of Nystan granules for suspension, a product which is sugar-free, and also free of lactose and corn starch.

The product is reconstituted with water to provide an oral suspension containing 100,000 units nystatin per ml. It is available in bottles of 24 doses, at a trade price of £1.67. The standard Nystan oral suspension does contain sugar.

Table: Sugar-free medicines

| ANALGESICS AND ANTI-INFLAMMATORIES | | |
|---|---|---|
| Aspirin | Aspro Clear | Amphotericin | Fungilin suspension |
| | Claradin | Ampicillin and Cloxacillin | Ampiclox Neonatal suspension |
| | Disprin | Cotrimoxazole | Septrin dispersible tablets |
| | Junior Disprin | Demeclocycline | Ledermycin syrup |
| Aspirin and Codeine | Antoin | Erythromycin | Vibramycin suspension |
| | Codis | Nalidixic | Negram suspension |
| | | Natamycin | Pimafucin 1 per cent suspension |
| Aspirin, Paracetamol and Codeine | Myolgin | Nitrofurantoin | Furadantin suspension |
| | | Nystatin | Nystan granules for suspension |
| | | Phenethicillin | Pondocillin suspension |
| Benorylate | Benoral suspension | Trimethoprim | Ipral Paediatric suspension |
| Indomethacin | Indocid suspension | | Monotrim suspension |
| Paracetamol | Panadol Soluble | | Trimopan suspension |
| Paracetamol and Codeine | Panadeine Soluble | | |
| | Paracodol | CARDIOVASCULAR AGENTS | |
| | Solpadeine | | |
| | Solpadeine Forte | Bumetanide | Burinex liquid |
| Piroxicam | Feldene dispersible | Probenecid | Lasix Paediatric liquid |
| | | Potassium chloride | Kay-Cee-L syrup |
| ANTACIDS | | | |
| Aluminium and Magnesium Compounds | Gelusil suspension | CNS AGENTS | |
| | Maalox Concentrate suspension | Amitriptyline | Tryptizol syrup |
| | Maalox suspension | Chlormethiazole | Heminevrin syrup |
| | Mucogel | Clemastine | Tavegil elixir |
| Aluminium and Magnesium Compounds with Dimethicone | Andursil | Diazepam | Valium syrup |
| | Asilone liquid | Droperidol | Droleptan liquid |
| | Asilone gel | | |
| | Asilone Infant suspension | Haloperidol | Haldol liquid 2mg/ml |
| | Asilone suspension | | Haldol liquid 10mg/ml |
| | Diovol suspension | | Serenace liquid |
| | Maalox Plus suspension | Nortriptyline | Aventyl liquid |
| | Polycrol gel | Pizotifen | Sanomigran elixir |
| Aluminium and Magnesium Compounds with Alginate | Infant Gaviscon | Trazodone | Molipaxin liquid |
| | | Trifluoperazine | Stelazine syrup |
| Hydrotalcite | Altacite | | |
| | Altacite Plus | RESPIRATORY AGENTS | |
| ANTICONVULSANTS | | Bromhexine | Bisolvon elixir |
| Carbamazepine | Tegretol syrup | Brompheniramine and Decongestants | Dimotapp elixir |
| Valproate | Epilim liquid | | Dimotapp elixir paediatric |
| | | Ephedrine and Chlorpheniramine | Expurhin decongestant |
| ANTIDIARRHOEAL, ANTIEMETIC, LAXATIVES, ETC | | Ondansetrine | |
| Adsorbents and Atropine | Lomotil liquid | Orciprenaline and Bromhexine | Alupent syrup |
| Diphenidol | Lomotil suspension | Phenylpropanolamine and Diphenhydramine | Rynacrom allergant mixture |
| | | Phenylpropanolamine and Paracetamol | Eskornade syrup |
| Ispaghula | Fybogel | Prochlorperazine | Dimotane plus liquid |
| | Isogel | | |
| | | Prochlorperazine | Triogesic elixir |
| Kaolin | Kaopectate | Prochlorperazine and Papaverine | Dia-Tuss |
| Liquid Paraffin and Phenolphthalein | Agarol | | Photommed Diabetic linctus |
| | | | Photomed Forte Diabetic linctus |
| Loperamide | Imodium syrup | | Pinacot-D |
| Mebeverine | Colofac liquid | Prochlorperazine and Phenylbutazone | Phensic |
| Methylcellulose | Celigel | Pseudoephedrine and Paracetamol | Bronchodil elixir |
| Metoclopramide | Maxolon syrup | Salbutamol | Salbulin syrup |
| | Maxolon Paediatric liquid | | Ventolin syrup |
| | Primperan syrup | Terbutaline | Bricanyl syrup |
| Metoclopramide and Paracetamol | Paramax sachets | Theophylline and Ephedrine | Tedral elixir |
| Piperazine and Dimethicone | Pripsen | | |
| Sodium Picosulphate | Laxoberal | VITAMINS AND IRON SUPPLEMENTS | |
| Sterculia and Frangula | Normacol Standard SF Formula | Alfacalcidol | One-Alpha drops |
| | | Folate | Lexpec syrup |
| ANTI-INFECTIVES | | Iron Edetate | Sytron |
| Aciclovir | Zovirax suspension | Iron Polysaccharide Complex | Niferex elixir |
| Amoxycillin | Amoxil dispersible tablets | Vitamins B and C | Abidec with C elixir |
| Amoxycillin and Clavulanate | Augmentin dispersible tablets | Vitamins A, B and D | Ketovite (supplement) liquid |
| | Augmentin Junior suspension | Vitamins A, B, C and D | Vitavel |
| | Augmentin Paediatric suspension | | |

NB: It should be noted that some manufacturers have other liquid oral preparations with similar names to those listed, which are usually not sugar-free. The list is based on information supplied by manufacturers and the majority of sugar-free liquid preparations are included. Formulations may be altered from time to time; if in doubt, contact the manufacturer.

824

A047

CONFIDENTIAL UNDER PROTECTIVE ORDER                    G005298

REDACTED VERSION – PUBLICLY FILED

MEMORANDUM

RECEIVED

11 JUL 1985

DATE:  9 July 1985

Redacted

**A048**

CONFIDENTIAL UNDER PROTECTIVE ORDER

G005299

REDACTED VERSION – PUBLICLY FILED

# EXHIBIT 11

(12) UK Patent Application (19) GB (11) 2 142 820 A

(43) Application published 30 Jan 1985

(21) Application No 8412108

(22) Date of filing 11 May 1984

(30) Priority data
(31) 8313217     (32) 13 May 1983     (33) GB

(71) Applicant
Glaxo Group Limited (United Kingdom),
Clarges House, 6/12 Clarges Street, London
W1Y 8DH

(72) Inventors
John Malcolm Padfield
Ian Keith Winterborn

(74) Agent and/or Address for Service
Elkington and Fife,
High Holborn House, 52/54 High Holborn, London
WC1V 6SH

(51) INT CL³
A61K 31/34

(52) Domestic classification
A5B 180 444 446 44Y 451 45Y 540 54Y 565 56Y
623 H L N
U1S 1318 A5E

(58) Documents cited
None

(58) Field of search
A5B

(54) Aqueous compositions of ranitidine

(57) Aqueous formulations of ranitidine have been found to have enhanced shelf life provided that they are formulated with a pH in the range 6.5–7.5. Suitable aqueous formulations include injections for intravenous and intramuscular administration, continuous infusions and oral preparations such as syrups.



073

GB 2 142 820 A

A049

G 000078

REDACTED VERSION – PUBLICLY FILED

GB 2 142 820A     1

## SPECIFICATION

## Pharmaceutical compositions

The present invention relates to a pharmaceutical composition containing as active ingredient the histamine $H_2$ antagonist ranitidine.

Ranitidine [N-[2-[[[5-(dimethylamino)methyl-2-furanyl]methyl]thio]ethyl]-N'-methyl-2-nitro-1,1-ethene-diamine] and its physiologically acceptable salts are described in British Patent Specification No. 1565966. In that specification there is reference to liquid formulations for oral and parenteral administration and there is a description of an aqueous based formulation for intravenous administration to achieve a pH of 5.0. In addition injection formulations are described by Padfield et al (The Chemical Use of Ranitidine, Medicine Publishing Foundation Symposium Series 5, Oxford:Medicine Publishing Formulation 1982 pp 18–22) in the form of a simple aqueous solution of ranitidine hydrochloride at is natural pH, i.e. about 5.5. Whilst such formulations containing ranitidine and/or its physiologically acceptable salts are therapeutically effective they suffer from the disadvantage of having a relatively short shelf life due to the breakdown of the ranitidine.

We have now surprisingly found that the shelf life of aqueous based formulations containing ranitidine and/or one or more of its physiologically acceptable salts may be significantly enhanced if the pH of the formulation is adjusted within the range of 6.5–7.5.

Thus the present invention provides a pharmaceutical composition which is an aqueous formulation of ranitidine and/or one or more physiologically acceptable salt thereof, having a pH within the range of 6.5–7.5. The aqueous formulation is prepared using ingredients of a purity such that it is suitable for administration to patients.

The aqueous based ranitidine formulations according to the invention are particularly stable when compared with formulations at a lower pH. Thus for example, in the case of a 25 mg/ml ranitidine hydrochloride injection solution buffered to the appropriate pH with phosphate salts and subjected to storage at 20°C, the rate of breakdown of the ranitidine is about ten times faster for a solution buffered to pH 5.5 than for a solution buffered to pH 7.0.

Conveniently the pH of the formulation according to the invention is adjusted on manufacture within the range 6.5–7.5 by means of the use of suitable buffer salts, for example, potassium dihydrogen orthophosphate and disodium hydrogen orthophosphate or citric acid and disodium hydrogen orthophosphate.

Preferred formulations according to the invention are those wherein the pH is within the range 6.7 to 7.3, for example 6.8 to 7.1.

A preferred embodiment of the invention is an aqueous formulation for parenteral administration. Such a formulation may comprise water suitable for injections in which is dissolved ranitidine and/or one or more of its physiologically acceptable salts and suitable buffer salts. Preferably the solution is adjusted to tonicity by the addition of the appropriate conventional excipients e.g. sodium chloride. Optionally the composition may also contain an antimicrobial preservative, for example phenol.

The concentration of ranitidine in formulations suitable for injection, e.g. intravenous or intramuscular injection is conveniently within the range 10–100 mg/ml, for example 25 mg/ml, expressed as free base. If desired, the solution may be diluted prior to use with, for example, an isotonic saline solution or a dextrose solution. Solutions suitable for continuous infusion may have a concentration of ranitidine of 0.1–2.0 mg/ml, preferably 0.5–1.0 mg/ml, expressed as free base. The solutions for continuous infusion may be presented in this form, for example in packs of 50–100 ml, or may be presented in a more concentrated form, i.e. 10–100 mg/ml, e.g. 25 mg/ml, for subsequent dilution before use, with, for example, an isotonic saline solution or a dextrose solution.

The aqueous formulations for parenteral administration are conveniently prepared by dissolving ranitidine and/or one or more of its physiologically acceptable salts and the excipients in water suitable for injections. The solution, which conveniently is sparged with an inert gas such as nitrogen, is sterilised preferably by filtration and then aseptically packed into suitable containers, e.g. ampoules, vials or containers for infusion, under an atmosphere of nitrogen. Alternatively the formulation may be terminally sterilized, for example by heating.

A further preferred embodiment of the invention is an aqueous formulation for oral administration. Such a formulation may comprise water, ranitidine and/or one or more of its physiologically acceptable salts dissolved in water, together with buffer salts, a preservative and a viscosity enhancing agent. Optionally the composition may also contain other conventional excipients such as a sweetener, a flavour and/or flavouring aids.

Suitable buffer salts for the oral formulation include potassium dihydrogen orthophosphate and disodium hydrogen orthophosphate or citric acid and disodium hydrogen orthophosphate. Examples of suitable viscosity enhancing agents include Xanthan gum, sorbitol, glycerol,

074

A050

—

2

GB 2 142 820A     2

sucrose or a cellulose derivative such as carboxymethyl cellulose or an ether thereof such as an
alkyl and/or a hydroxyalkyl ether of cellulose as for example hydroxypropyl methyl-cellulose.
    Suitable preservatives include the alkyl hydroxybenzoates, such as methyl, ethyl, propyl
and/or butyl hydroxybenzoates.

5   Suitable sweeteners include saccharin sodium, sodium cyclamate, sorbitol and sucrose.        5
    The concentration of ranitidine in the oral formulation, expressed as free base is conveniently
within the range of 20–400 mg per 10 ml, for example 20–200 mg per 10 ml, more
particularly 150 mg per 10 ml dose.
    The aqueous formulations for oral administration are conveniently prepared by adding an

10  aqueous solution of ranitidine and/or one or more of its salts together with the other excipients   10
to an aqueous solution or dispersion of the viscosity enhancing agent.
    The aqueous formulations according to the invention are preferably prepared using ranitidine
in the form of its hydrochloride salt.
    Illustrative examples of formulations according to the invention are as follows. In these

15  examples the relative proportions of ranitidine hydrochloride and buffer salts are such that each   15
formulation has a pH of approximately 7.

Raniditine Injection for Intravenous administration

20  (25 mg/ml)                                                                                          20

Example 1

Ranitidine hydrochloride                    mg/ml

25  Potassium dihydrogen                     28
orthophosphate

Disodium hydrogen                            0.96                                                       25
orthophosphate, anhydrous

30  Phenol BP                                2.4

Water Suitable for                           5                                                          30
Injections BP to
                                             1 ml

35  Ranitidine hydrochloride, the buffer salts and the phenol were dissolved in Water for Injection.
The solution was sparged with nitrogen, sterilised by filtration and then aseptically packed into   35
vials under an atmosphere of nitrogen and sealed with a suitable closure.

40  Example 2                                                                                           40

Ranitidine hydrochloride                    mg/ml

Potassium dihydrogen                         28
orthophosphate

45  Disodium hydrogen                        0.96
orthophosphate, anhydrous                                                                              45

Sodium chloride BP                           2.4

                                             1.6
50  Water Suitable for
Injections BP to                            1 ml                                                       50

An aqueous solution of the ranitidine hydrochloride, the buffer salts and sodium chloride was
prepared using Water for Injection. The solution was sparged with nitrogen, sterilised by
55  filtration and then aseptically packed into ampoules under an atmosphere of nitrogen.              55

075

A051

GB 2 142 820A    3

Ranitidine oral liquid formulation (150 mg/10 ml)

Example 3

| | % w/v |
|---|---|
| Ranitidine hydrochloride | 1.68 |
| Hydroxypropyl methylcellulose | q.s. |
| Parabens (preservative) | q.s. |
| Potassium dihydrogen orthophosphate | 0.095 |
| Disodium hydrogen orthophosphate, anhydrous | 0.350 |
| Sweetening agent(s) | q.s. |
| Flavour | q.s. |
| Purified Water BP to | 100 ml |

A solution of the ranitidine hydrochloride together with the other excipients, except hydroxy-propyl methylcellulose, in purified water was added with mixing to a dispersion of the hydroxypropyl methylcellulose in purified water.

Ranitidine formulations for intravenous infusion.

| | Example 4 | Example 5 |
|---|---|---|
| | For a 50 ml Infusion mg/ml | For a 100 ml Infusion mg/ml |
| Ranitidine hydrochloride | 1.12 | 0.56 |
| Citric acid BP | 0.3 | 0.3 |
| Disodium hydrogen ortho-phosphate, anhydrous | 1.8 | 1.8 |
| Sodium chloride BP | 4.5 | 4.5 |
| Water Suitable for Injections BP | to 50.0 ml | to 100.0 ml |

An aqueous solution of the ranitidine hydrochloride, the buffer salts and the sodium chloride is prepared using Water for Injections. The solution is sparged with nitrogen, filled into containers suitable for administering the solution by intravenous infusion, and sterilised by autoclaving.

CLAIMS

1. A pharmaceutical composition which is an aqueous formulation of ranitidine and/or one or more physiologically acceptable salts thereof, the formulation having a pH within the range 6.5–7.5.

2. A pharmaceutical composition as claimed in claim 1 having a pH in the range 6.7 to 7.3.

3. A pharmaceutical composition as claimed in claim 1 having a pH in the range 6.8 to 7.1.

4. A pharmaceutical composition as claimed in any of claims 1 to 3 in which the pH is adjusted by means of suitable buffer salts.

5. A pharmaceutical composition as claimed in claim 4 in which the buffer salts are potassium dihydrogen orthophosphate and disodium hydrogen orthophosphate or citric acid and disodium hydrogen orthophosphate.

6. A pharmaceutical composition as claimed in any of claims 1 to 5 in a form suitable for parenteral administration.

7. A pharmaceutical composition as claimed in claim 6 in a form suitable for injection and containing 10 to 100 mg/ml ranitidine, expressed as free base.

8. A pharmaceutical composition as claimed in claim 6 in a form suitable for continuous infusion and containing 0.1–2.0 mg/ml ranitidine, expressed as free base.

076

A052

4

GB 2 142 820 A    4

9.  A pharmaceutical composition as claimed in any of claims 1 to 5 in a form suitable for oral administration.

10.  A pharmaceutical composition as claimed in claim 9 containing 20–400 mg per 10 ml dose.

11.  A pharmaceutical composition as claimed in any of claims 1 to 10, containing ranitidine in the form of its hydrochloride salt.

12.  A process for the production of a pharmaceutical composition as claimed in any of claims 1 to 11 which comprises processing the various components to provide an aqueous formulation suitable for administration to patients.

13.  A process as claimed in claim 12 for the production of a composition suitable for parenteral administration, which comprises dissolving ranitidine and/or one or more physiologically acceptable salts thereof and the remaining constituents in water suitable for injection, followed by sterilisation.

14.  A process as claimed in claim 12 for the production of a composition suitable for oral administration which comprises adding an aqueous solution of ranitidine and/or one or more physiologically acceptable salts thereof to an aqueous solution or dispersion of a viscosity enhancing agent.

Printed in the United Kingdom for Her Majesty's Stationery Office, Dd 8818036, 1985, 4236.
Published at The Patent Office, 25 Southampton Buildings, London, WC2A 1AY, from which copies may be obtained.

077

A053

G 000082

REDACTED VERSION – PUBLICLY FILED

# EXHIBIT 12

REDACTED VERSION – PUBLICLY FILED

Subject: EFFECT OF ETHANOL ON THE STABILITY OF RANITIDINE SYRUP

Redacted

EXHIBIT
12

A054

CONFIDENTIAL UNDER PROTECTIVE ORDER

G000919

Table 1. The effect of ethanol on the stability of Penticine Syrup
(UK ingredients, glass bottles)

Redacted

**A055**

CONFIDENTIAL UNDER PROTECTIVE ORDER          G000920

REDACTED VERSION – PUBLICLY FILED

Table 2    The effect of ethanol on the stability of Ranitidine Syrup
            (USA ingredients, glass bottles)

Redacted

A056

CONFIDENTIAL UNDER PROTECTIVE ORDER

G000921

REDACTED VERSION – PUBLICLY FILED

Table 3. The effect of ethanol concentration* on the stability of Ranitidine Syrup

Redacted

A057

CONFIDENTIAL UNDER PROTECTIVE ORDER

REDACTED VERSION – PUBLICLY FILED

Table 4   The effect of ethanol on the stability of Ranitidine Solutions (PH 7)

Redacted

**A058**

CONFIDENTIAL UNDER PROTECTIVE ORDER

G000923

REDACTED VERSION – PUBLICLY FILED

EFFECT OF ETHANOL CONCENTRATION ON THE
STABILITY OF RANITIDINE SYRUP

Redacted

**A059**

CONFIDENTIAL UNDER PROTECTIVE ORDER                    G000924

REDACTED VERSION – PUBLICLY FILED

EFFECT OF ETHANOL ON THE STABILITY OF
OF RANITIDINE SYRUP (UK INGREDIENTS)

Redacted

A060

CONFIDENTIAL UNDER PROTECTIVE ORDER         G000925

REDACTED VERSION – PUBLICLY FILED

EFFECT OF ALCOHOL ON THE STABILITY OF

RANITIDINE SYRUP (USA INGREDIENTS)

Redacted

A061

CONFIDENTIAL UNDER PROTECTIVE ORDER          G000926

REDACTED VERSION – PUBLICLY FILED

EFFECT OF INCLUDING ETHANOL ON THE
STABILITY OF RANITIDINE SOLUTIONS

Redacted

A062

CONFIDENTIAL UNDER PROTECTIVE ORDER          G000927

REDACTED VERSION – PUBLICLY FILED

# EXHIBIT 13

REDACTED VERSION – PUBLICLY FILED

CONTAINS CONFIDENTIAL INFORMATION
UNDER PROTECTIVE ORDER

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

GLAXO GROUP LIMITED,

              Plaintiff,

    v.

TEVA PHARMACEUTICALS
USA, INC. AND
TEVA PHARMACEUTICAL
INDUSTRIES LIMITED,

              Defendants.

Civil Action No. 04-171-KAJ

BRADLEY D. ANDERSON, Ph.D.
FED. R. CIV. P. 26(a)(2) REBUTTAL EXPERT WITNESS REPORT



EXHIBIT
13

A063

REDACTED VERSION – PUBLICLY FILED

Redacted

**A064**

REDACTED VERSION – PUBLICLY FILED

Redacted

75.    I may supplement or amend my opinions expressed in this Expert Witness
Report if new or additional information is provided to me or becomes
available from Teva or Teva's expert witnesses. I reserve the right to
respond to all matters raised by Teva and to testimony and opinions
offered by Teva's witnesses.


Date: April 24ᵗʰ 2006

Bradley D. Anderson, Ph.D.

29    **A065**

REDACTED VERSION – PUBLICLY FILED

# EXHIBIT 14

COPY

1

1   IN THE UNITED STATES DISTRICT COURT

2   FOR THE DISTRICT OF DELAWARE

3   ----------------------------------------X

4   GLAXO GROUP LIMITED,

5                      Plaintiff,

6         - against -

7   TEVA PHARMACEUTICALS USA, INC.,

8   and TEVA PHARMACEUTICAL INDUSTRIES

9   LIMITED,

10                     Defendants.

11  Civil Action No. 04-171

12  ----------------------------------------X

13                  101 Park Avenue
                    New York, New York
14
                    June 8, 2006
15                  9:05 a.m.

16

17

18          Videotaped Deposition of Expert Witness,

19  BRADLEY ANDERSON, Ph.D, taken pursuant to Agreement

20  before Rita Persichetty, a Notary Public of the

21  State of New York.

22

23          ELLEN GRAUER COURT REPORTING CO. LLC
               126 East 56th Street, Fifth Floor
24              New York, New York 10022
                   212-750-6434
25                 REF: 80918

EXHIBIT
14

A066

REDACTED VERSION – PUBLICLY FILED

59

ANDERSON

Redacted

REDACTED VERSION – PUBLICLY FILED

60

ANDERSON

Redacted

A068

REDACTED VERSION – PUBLICLY FILED

61

ANDERSON

Redacted

REDACTED VERSION – PUBLICLY FILED

62

ANDERSON

Redacted

A070

REDACTED VERSION – PUBLICLY FILED

63

ANDERSON

**Redacted**

A071