**CONNOLLY BOVE LODGE & HUTZ LLP**
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 888-6316
Francis DiGiovanni (#3189)

**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
(212) 309-6000
Brian P. Murphy, Esq. *pro hac vice*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
GLAXO GROUP LIMITED

           Plaintiff,

    v.

TEVA PHARMACEUTICALS USA, INC. and
TEVA PHARMACEUTICAL INDUSTRIES
LIMITED

           Defendants.
---------------------------------------------------------------x

**REDACTED VERSION**
**D.I. # 98**

Civil Action No. 04-171-KAJ

### DECLARATION OF BRADLEY D. ANDERSON, PH.D., IN SUPPORT OF PLAINTIFF GLAXO GROUP LIMITED'S OPENING CLAIM CONSTRUCTION BRIEF ON U.S. PATENT NO. 5,068,249

I, Bradley D. Anderson, Ph.D., declare as follows:

1. I have been retained by Morgan, Lewis & Bockius LLP to testify on behalf of Plaintiff, Glaxo Group Limited ("Glaxo"), as an expert in the field of organic chemistry, drug product stability, and stability testing.

2. My qualifications as an expert in this field are established in my *curriculum vitae*,

1

attached as Exhibit 1 to my affirmative expert report entitled "Bradley D. Anderson, Ph.D., Fed. R. Civ. P. 26(a)(2) Expert Witness Report Concerning The Issue of Infringement of Glaxo's '249 Patent." My affirmative report and corresponding exhibits are attached hereto as Exhibit A.

3.  My rebuttal expert report entitled "Bradley D. Anderson, Ph.D., Fed. R. Civ. P. 26(a)(2) Rebuttal Expert Witness Report" and corresponding exhibits are attached hereto as Exhibit B.

4.  My first supplemental expert report entitled "Bradley D. Anderson, Ph.D., Fed. R. Civ. P. 26(a)(2) Supplemental Expert Witness Report Responsive to Prof. Kibbe's Deposition Testimony" is attached hereto as Exhibit C.

5.  My second supplemental expert report entitled "Bradley D. Anderson, Ph.D., Fed. R. Civ. P. 26(a)(2) Second Supplemental Expert Witness Report" is attached hereto as Exhibit D.

6.  I offer this declaration in support of Plaintiff Glaxo Group Limited's Opening Claim Construction Brief on U.S. Patent No. 5,068,249 to be filed with the Court on June 30, 2006.

7.  In my opinion, "oral administration" is traditionally used by those of ordinary skill in the art to indicate administration through the mouth and into the stomach for gastrointestinal absorption.

8.  The opinions and bases therefore, expressed herein and in my attached expert reports, are those which I would offer if called to testify at a hearing or at a trial in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 2%, 2006

_____
Bradley, D. Anderson, Ph.D.