# EXHIBITS A THROUGH D TO

# ANDERSON DECLARATION

# FULLY REDACTED