**3**

201

```
                    Trial Day 1
                   Volume 2 of 2
                  November 12, 1997


        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND
                  NORTHERN DIVISION


GLAXO WELLCOME INC., et al.   )
                              )
          Plaintiffs          )   Civil Docket No. AMD-96-455
                              )   And
     v.                       )   Civil Docket No. AMD-96-1853
                              )        (Consolidated)
PHARMADYNE CORPORATION, et al.)
                              )
          Defendants          )
_____)

                                    Baltimore, Maryland
                                    November 12, 1997
                                    2:00 p.m.

     The above-entitled matter came on for trial before
          The Honorable Andre M. Davis


                    A P P E A R A N C E S

On behalf of the Plaintiffs:
     Stephen Judlowe, Esquire
     John Henry Lewin, Jr., Esquire
     Brian P. Murphy, Esquire
     Robert Gibbons, Esquire
     Regina Ambery, Esquire
     Jason Lief, Esquire

On behalf of the Defendants:
     James Rubin, Esquire
     Alan H. Bernstein, Esquire
     Robert S. Silver, Esquire
     John M. Seeberger, Esquire
     Deborah K. Besche, Esquire

Reported by:  Betty Lou Walls, RPR
```

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020     FAX 410-728-9024

**CONFIDENTIAL UNDER PROTECTIVE ORDER**    G027547

| WITNESS: | DIRECT | VOIR DIRE | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|---|
| John R. Wood | 203 | | 209 | | |
| Joel Bernstein | 229 | | 254 | | |
| David R. Long | 262 | | | | |

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020     FAX 410-728-9024

CONFIDENTIAL UNDER PROTECTIVE ORDER          G027548

```
 1   solution, Ilube eye drops and Zantac capsules.
 2   Q    Focusing if you will, Doctor, on the time period from
 3   1985 through 1986, can you tell us what your responsibilities
 4   with Glaxo were?
 5   A    I was research leader leading a team responsible for a
 6   number of projects, one of which would have been Zantac
 7   Syrup.
 8   Q    How many years experience have you had with the
 9   formulas of pharmaceuticals?
10   A    17 years I have been with Glaxo, plus two years before
11   that doing drug formulation studies at the University of Bath
12   in the UK.
13   Q    Based on that 19 years of experience with formulating
14   pharmaceuticals can you give the Court some idea of the
15   primary considerations a formulation scientist is concerned
16   with in formulating a product?
17   A    Yes.  First and foremost is the safety, efficacy and
18   quality.
19   Q    Can you define those terms for the Court?
20   A    The safety is to make sure we do no harm to the
21   patient, the quality to ensure that the product is of a high
22   quality, one that we will be proud of and will be suitable
23   for a patient to use and feel confident in with the right
24   specifications, the controls, the manufacturing controls in
25   place, and efficacy to ensure that the product works, does
```

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020      FAX 410-728-9024

**CONFIDENTIAL UNDER PROTECTIVE ORDER**    G027611

1   plaintiffs' trial exhibit 63.
2           MR. GIBBONS:  That is excerpted, Your Honor, that
3   is not the full document.
4   Q    Dr. Long, can you identify plaintiffs' trial exhibit
5   number 63?
6   A    Yes.  This is a Notice for Claimed Investigational
7   Exemption for a New Drug, also known as an IND, for Zantac
8   Syrup.
9   Q    I ask you to direct your attention to production number
10  71598 thereof.  Do you have that, Dr. Long?
11  A    Yes, thank you, yes.
12  Q    Under section 2 point 1, ranitidine syrup, active
13  ingredient, focusing in on active ingredient and other
14  ingredients, to your knowledge, does this document accurately
15  set forth the components of the original Zantac Syrup
16  formulation for the U.S.?
17  A    Yes, it does.
18  Q    And am I correct when I note that the first three --
19  excuse me, the second, third and fourth components under
20  other ingredients are the parabens to which you referred
21  earlier?
22  A    They are.  To explain, the hydroxybenzoate is the term
23  used in the UK.  Methyl hydroxybenzoate in the UK is
24  equivalent to methyl hydroxyparabens in the U.S.
25  Q    Those are the parabens?

                    WALLS REPORTING, INC.
              714 PARK AVENUE, BALTIMORE, MD 21201
                410-728-9020     FAX 410-728-9024

```
 1   A     Yes.
 2   Q     They constitute the original preservative system for
 3   the Zantac Syrup?
 4   A     The original antimicrobial preservative system, yes.
 5   Q     Directing your attention to 71655, production page, the
 6   next page, paragraph 5.8.1, can you review that for a moment,
 7   Doctor?
 8   A     Yes, thank you.
 9   Q     Based on your review and your knowledge, can you
10   confirm that the original formulation for the Zantac Syrup
11   was based on that for the Zantac injection?
12   A     Yes, it was.
13   Q     Turning to 71656 of plaintiffs' trial exhibit 63, the
14   paragraph that proceeds the heading package, could you
15   review, that, please?
16         (Pause for document examination.)
17   A     Yes.
18   Q     Based on your review and your knowledge, Doctor, can
19   you confirm that the original Zantac Syrup formulation met
20   the qualifications of the United States Pharmacopeia for
21   microorganisms?
22   A     Yes, it was, samplings of the syrup were subjected to
23   the APE tests, abbreviation for antimicrobial preservatives
24   effectiveness test, and the samples were found to comply.
25   Q     Directing your attention to page 71676 of plaintiffs'
```

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020        FAX 410-728-9024

**CONFIDENTIAL UNDER PROTECTIVE ORDER**    G027624

```
 1  trial exhibit 63, could you review the paragraph 5.8.4
 2  entitled Proposed Shelf-Life, Dr. Long?
 3  A    Yes.  We had limited stability data at that time and,
 4  therefore, the shelf-life was very conservative, three months
 5  at controlled room temperature, and in certain parts of the
 6  distribution chain they say it was stored in a refrigerator.
 7  Q    Now I'm going to ask you to turn your attention to
 8  plaintiffs' trial exhibit 244.
 9       Doctor, in Exhibit 244, could you turn your
10  attention to page number Y076348 and would you review that?
11            (Pause for document examination.)
12  A    Yes, this page describes an amendment to the original
13  IND and it describes how the preservative system was changed
14  after we performed further work and discovered the problem
15  with a particular microorganism, Pseudomonas cepacia.
16  Q    Is it correct to say, Dr. Long, that although the
17  paraben preservative system of the original Zantac Syrup
18  formulation was sufficient to meet the conditions set forth
19  in the United States Pharmacopeia, another microorganism was
20  subsequently detected?
21  A    Yes, it was detected at a later stage after the initial
22  work.
23  Q    What is the name of that microorganism?
24  A    Pseudomonas cepacia.
25  Q    Did anything happen as a result of Glaxo's discovery of
```

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020        FAX 410-728-9024

**CONFIDENTIAL UNDER PROTECTIVE ORDER**              G027625