# EXHIBIT 4 TO

# LANGER DECLARATION

# FULLY REDACTED