# EXHIBIT 5 TO

# LANGER DECLARATION

# FULLY REDACTED