**7**

> Jean/Peter    File
> Zantac syrup    Ranbd Syrup
> These yellowing pages
> from my own file
> — I was the
> nearest to being a
> writer
>         Dave
>         20/1/87

GLAXO WELCOME INC. AND GLAXO GROUP LIMITED v. PHARMADYNE CORPORATION
CIVIL ACTION NO. AND 96-465 HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER

Y010984


DEFENDANT'S EXHIBIT 4
6 Feb. 1997


PLAINTIFF'S TRIAL EXHIBIT 242

Present: MMS, IKW, IR, JV, DL, DEwd, A.Dawe, Mzz, ...

**Zantac Syrup Options** as I see them 16/8/85

UK ① Launch c 4° storage restriction
   Adv. — Earliest launch
   Disadv. less convenient to use
           May get ranitidine undeserved reputation for instability
                                                     — can we lower it?
   ② **Check EtOH is OK** — medically
                          — stability ← 2-3 wks
   Check whether EtOH + preservation on market form?
   ③ If EtOH OK put up stability batches
     Say mid Sept
     3m take off + analysis = early Jan
     Target ISC tight for Jan, O.K. for Feb '86

   Either
USA ① Put in NDA as is with 4° storage restriction
    ② Advise Glaxo Inc that formula is O.K. for consumer pack

    or
    **Put EtOH formulation on stability** (would need more
    bottles/cap esp PET)
                                                    done.

- Chlorhexidine ?? Try to kill it. ICI oral toxicity.
- Phenoxyethanol it is designed to kill Ps aeg. Unknown activ pH 7.
  (look 80°/10 min)

- Look at 2 levels. Taste? Stability? Add to
  Benzalk. [Taste | Micro] Analytical Stringent. Toxicity
              ①      ②       ③        ④         ⑤
  Summary Propyl + Butyl Formul =                    Low = PET
  5% Ethanol # paper by AED 3% + 1%,    get packs
  Phenoxyethanol at two level.           (4 3-4 weeks)
  BKC              0.5  1.0              u. why does phenol trick y below 0.1%?

GLAXO WELCOME INC. AND GLAXO GROUP LIMITED v. PHARMADYNE CORPORATION
CIVIL ACTION NO AMD 96-455 HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER

Y010985

**CONFIDENTIAL UNDER PROTECTIVE ORDER**                          G026881

4/10/85
JK Long

Points

1. Formulation proposed for marketing is effective against Ps cepacia when propyl and butyl are at check spec lower limit 70% provided 5% EtOH is included.

2. EtOH 3% and EtOH 1% only prevent proliferation – do not kill.

3. Need to check that EtOH 5% does not have significant effect on rate of hydrolysis of paraben or transesterification (knock 65° due off 11/10/85). If it does, we would have to avoid EtOH and go to phenoxyethanol (see 6).

4. Need confirmation that EtOH 5% is medically and commercially acceptable.

5. Need challenge at 6%, 4.5% EtOH with a check assay: 80-110%.

6. The effect of ethanol concentration 5, 3, 1% is also seen with the preliminary (methyl, propyl and butylhydroxybenzoate) formulation and with ethyl, propyl and butylhydroxybenzoate formulation.

7. Phenoxyethanol at acceptable concⁿ for taste, 0.25% w/v, is
   – as effective as 5% EtOH when added to form proposed for marketing.
   – chemically compatible = acid⁻
   – without precedent for oral use but many say this is because of taste.

8. Phenol at acceptable concⁿ for taste 0.005% is ineffective.

9. Returning to the methyl formulation but increasing the concⁿ to new satⁿ at 4° gives no improvement.

– Do 7.5% – rates / taste / clarity

GLAXO WELCOME INC. AND GLAXO GROUP LIMITED v. PHARMADYNE CORPORATION
CIVIL ACTION NO. AMD 96-455 HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER

Y010986

CONFIDENTIAL UNDER PROTECTIVE ORDER                G026882