**8**

<3



GLAXO WELLCOME INC. AND GLAXO GROUP LIMITED v. PHARMADYNE CORPORATION
CIVIL ACTION NO. AMD 96-455 HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER

Y084309



CONFIDENTIAL UNDER PROTECTIVE ORDER

G026714

11

Samples removed from stability program PR2657 - after storage at 37°/50%RH for 16-17 months. This is considered approx equivalent to 2 years at 30°. Syrup batch no. BSS/84.

NTH - 300mL. Approx fill volume = 303mL.
  add 15.15g absolute alcohol to give a 5% w/v addition of Absolute Alcohol (AR (99.7%) B/N PSS4/33 ... ethanol

Inoculum - 10⁶/ml Ps. cepacia. Start date - 6/8/85.
for testing 2 x 200ml bottles, 8/7/85 used. 15/8/85.
10.1g EtOH for 5.0% w/v in 200ml bottle of syrup. B.No Alcohol - PSS4/

RESULTS.                                              do complete
                                                      JW 2/9/85.

          Inoc/ml    Ohr    6hr    D2    D7    D21
NTH       1.9×10⁶    3×10³   zero
(PR2607)                           <10   <10   <10   <10

This formulation is successful against challenge with Ps. cepacia 10⁶/ml

9/9/85
A sample was obtained from B-lab for ARD to examine for hydroxybenzoate and ethanol concentrations. J Wilson. see page 33.

==Stability of ranitidine in the presence of 5% w/v alcohol==

  so far
ARD have shown that 5% alcohol in the formulation does not affect the stability of ranitidine.
  An investigation into the stability of the hydroxybenzoates in the presence of alcohol will be made. See page 31.
                                                                    and P52.    J Wilson
                                                                                4/9/85.

GLAXO WELLCOME INC. AND GLAXO GROUP LIMITED v. PHARMADYNE CORPORATION
CIVIL ACTION NO. AMD 96-455 HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER

Y084324

CONFIDENTIAL UNDER PROTECTIVE ORDER         G026729

==5.0% w/v, 3.0% w/v and 1.0% w/v Ethanol in Zantac Syrup containing Propyl hydroxybenzoate and Butyl hydroxybenzoate at 70% of their target concs.==

Introduction

It has already been demonstrated that ==5% w/v EtOH in Zantac== syrup (Prelim. formulation containing methyl paraben) inhibits proliferation of Ps. cepacia PS90/11. After 6hrs no bugs are detected. The alcohol in some way potentiates the action of the hydroxybenzoates.

The formulation without methyl must be tested in this way. A 300ml bottle of the syrup containing 5% EtOH as well as reduced levels of alcohol will also be examined by B-lab.

==Results.==

==5% w/v EtOH.==

| | Inoc | 0hr | 6hrs | 2 days | 7 days |
|---|---|---|---|---|---|
| sent 21/8/85 | 5.9×10$^6$ | 5.2×10$^4$ | 6.7×10$^4$ | 6.0×10$^3$ | 4×10$^1$ |
| | | | 14 | 21 | 28 |
| | | | <10 | <10 | <10 |

9/9/85    ==* This formulation is effective against Ps. cepacia.==

Sample supplied to ARD for analysis of preservative and ethanol concentrations. see page 33.    J Wilson.


==3% w/v EtOH.==

| | | 0hr | 6hrs | 2 days | 7 days |
|---|---|---|---|---|---|
| sent 21/8/85 | " | 9.4×10$^4$ | 8.3×10$^4$ | 6.4×10$^4$ | 1.5×10$^5$ |
| | | D14 | D21 | D28 | |
| | | 3.5×10$^5$ | 1.6×10$^5$ | 4.5×10$^5$ | |

Conclusion — Ineffective against the organism Ps cepacia. Not proceeded any further.


| | | 0hr | 6hrs | 2 days | 7 days |
|---|---|---|---|---|---|
| 1% w/v EtOH | " | 5.1×10$^4$ | 6.4×10$^4$ | 4.9×10$^5$ | 5.4×10$^5$ |
| sent 22/8/85 | | 14 Days | 21 Days | 28 Days | |
| | | 2.9×10$^5$ | 2.8×10$^5$ | 2.0×10$^5$ | |

Conclusion — Ineffective against Ps. cepacia. Not proceeded any further.

GLAXO WELLCOME INC. AND GLAXO GROUP LIMITED v. PHARMADYNE CORPORATION
CIVIL ACTION NO. AND 96-455 HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER

Y084337

**CONFIDENTIAL UNDER PROTECTIVE ORDER**    G026742

5.3 (FORMAT = ORIGIN)

RANITIDINE SYRUP CONTAINING 7.5% w/v Ethanol

The formulation 'proposed for marketing' is to be progressed further. Meeting on 7/10/85 decided that 7.5% w/v EtOH should be included in the formulation. This should ensure that a minimum of 5.0% w/v will remain at the end of life of the product.

To examine the method of manufacture and determine whether 7.5% w/v EtOH has no detrimental effects on the stability of the HPMC etc a small scale batch is to be prepared prior to manufacture of stability batches of 100L or so.

| Formula | | % w/v | 1.0 L | B/No. |
|---|---|---|---|---|
| Ranitidine HCl | | 1.68 | 16.8 g ✓ | 3755 & 8783 |
| Propyl hydroxybenzoate | B.P. | 0.015 | 0.15 g ✓ | NA0297 |
| Butyl hydroxybenzoate | B.P. | 0.0075 | 0.075 g ✓ | N14878 |
| Absolute Alcohol | B.P. | 7.5 | 75.0 g ✓ | P554/33 |
| HPMC 2910 USP Visc Type 4,000 cp | | 0.45 | 4.5 g ✓ | QP8204160SE |
| KH$_2$PO$_4$ | N.F | 0.095 | 0.95 g ✓ | 9284420D |
| Na$_2$HPO$_4$ | USP | 0.35 | 3.5 g ✓ | 9236000 SKE6US |
| NaCl | B.P. | 0.10 | 1.0 g ✓ | SK8845 |
| Sacch Na | B.P. | 0.03 | 0.3 g ✓ | W85147 |
| Sorbitol Solution | B.P.C. | 10.0 | 100.0 g ✓ | E154E |
| Mint Flavour IFF 17.42.3632 | | 0.5 | 5.0 g ✓ | 12261 |
| Distilled Water to | | 100 mL | 1.0 L ✓ | — |

The pH of the syrup was measured as:-

LAST PRODUCT: H25852 9-10    CLEANED BY: A.S.    CLEANED

GLAXO WELLCOME INC. AND GLAXO GROUP LIMITED v. PHARMADYNE CORPORATION
CIVIL ACTION NO. AMD 96-455 HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER

Y084402

CONFIDENTIAL UNDER PROTECTIVE ORDER    G026807

93                    6/5/86 00886

## Arrhenius Equation Calculations in the Stability of Zantac Syrup.

### Introduction

Numerous ranitidine syrup stability programmes are under way but at present only limit data are available. Hence to predict the shelf-life resume must be made to the Arrhenius equation.

### Programmes

Details of the programmes analysed are as follow.

| PR No. | Formula | Batch no. | Container | EtHanol? | Time point |
|--------|---------|-----------|-----------|----------|------------|
| 2713 | UK | B332/84 | 300ml Glass | No | 12 months |
| 2714 | UK | B332/84 | 200ml Glass | No | 12 |
| 2828 | UK | B272/85 | 300ml Glass | Yes | 6 |
| 2829 | UK | B273/85 | 300ml Glass | Yes | 6 |
| 2738 | USA | B12/85 | 16oz Glass | No | 12 |
| 2739 | USA | B514/85 | 16oz Glass | No | 12 |
| 2833 | USA | B289/85 | 16oz PET | Yes | 6 |
| 2835 | USA | B270/85 | 16oz PET | Yes | 6 |
| 2839 | USA | B291/85 | 16oz PET | Yes | 6 |
| 2729 | USA | B13/85 | 16oz PET | No | 12 |
| 2730 | USA | B15/85 | 16oz PET | No | 12 |
| 2834 | USA | B289/85 | 16oz Gram | Yes | 3 |
| 2836 | USA | B270/85 | 16oz Gram | Yes | 7 |
| 2840 | AUS | B291/85 | 16oz Gram | Yes | 3 |

T. Parker

GLAXO WELLCOME INC. AND GLAXO GROUP LIMITED v. PHARMADYNE CORPORATION
CIVIL ACTION NO. AND 96-455 HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER

Y084460

**CONFIDENTIAL UNDER PROTECTIVE ORDER**          G026865

93

Calculations:-

① At each time point the 4°C assay value is taken as 100% (new assay value) and the ranitidine content expressed as a percentage of this.

② The $t_{5\%}$ values (time for 5% loss of ranitidine to occur) at each temperature are calculated from a plot of $\ln(\%\ ranitidine)$ vs time (months). The 4 week time point is taken at 0.9 months. The data are force fitted through the time origin at a ranitidine content of 100%. The best fit line is calculated and used to give the time for $t_{5\%}$ at each temperature.

③ The data from ② when then plotted as $\ln(t_{5\%})$ vs $T^{-1}$ (where T is absolute temperature) and used to predict the $t_{5\%}$ values at 20, 25, 30, 37 and 45°C from the best fit line. Data @ 20°C from ② was not used due to high variability.

Results

Programme Number

PR 2713  2713  2714  2828  2829  2738  2739  2833  2835  2834

| Temp°C | Time |
|---|---|
| 20 | 3 |
| 20 | 6 |
| 20 | 12 |
| 30 | 3 |
| 30 | 6 |
| 30 | 12 |
| 37 | 3 |
| 37 | 6 |
| 37 | 12 |
| 45 | 3 |
| 45 | 6 |
| 45 | 12 |

P.T.O

GLAXO WELLCOME INC. AND GLAXO GROUP LIMITED v. PHARMADYNE CORPORATION
CIVIL ACTION NO. AMD 96-455 HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER

Y084461

CONFIDENTIAL UNDER PROTECTIVE ORDER                    G026866