**9**



# Glaxo

Glaxo Group Research Limited
Ware, Hertfordshire, SG12 0DJ

Telephone Ware 3993
STD Code 0920
Telex 817897
Fax: Ware 3172

Mr. Baba Chitnis,
Glaxo Inc
Zebulon

28th August, 1985

### ZANTAC SYRUP

The problem of microbial contamination and proliferation during use of Zantac Syrup appears to have been overcome by the addition of up to 5% w/v ethyl alcohol in the formulation given in my fax to you of 25th July 1985.

We have some further investigative work to complete to define the concentration of alcohol and we need confirmation that its inclusion in this product is medically acceptable. We will then have to set up more stability programmes which will require USA - sourced Alcohol USP XXI. Could you please arrange for me to be sent 25L of this material together with a certificate of analysis and inform me of when delivery could be expected. I will be contacting Bruce Cohen for supplies of more containers.

Regards

DRLong

Dave Long
Pharmaceutical Research Department

Company registered in England no 836139 Registered office Clarges House 6-12 Clarges Street London W1Y 8DH England
A member of the Glaxo Group



GLAXO WELLCOME INC. AND GLAXO GROUP LIMITED v. PHARMADYNE CORPORATION
CIVIL ACTION NO. AND 96-465 HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER

Y011617

CONFIDENTIAL UNDER PROTECTIVE ORDER        G026879