# EXHIBIT 11 TO

# LANGER DECLARATION

# FULLY REDACTED