# EXHIBIT 12 TO

# LANGER DECLARATION

# FULLY REDACTED