**15**

```
                        Trial Day 2
                        Volume 1 of 1
                      November 13, 1997


              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
                       NORTHERN DIVISION


  GLAXO WELLCOME INC., et al.  )
                               )
              Plaintiffs       )
                               )   Civil Docket No. AMD-96-455
         v.                    )   And
                               )   Civil Docket No. AMD-96-1853
  PHARMADYNE CORPORATION, et al.)      (Consolidated)
                               )
              Defendants       )
                               )


                                      Baltimore, Maryland
                                      November 13, 1997
                                      10:10 a.m.

        The above-entitled matter came on for trial before
               The Honorable Andre M. Davis.


                    A P P E A R A N C E S

  On behalf of the Plaintiffs:
      Stephen Judlowe, Esquire
      John Henry Lewin, Jr., Esquire
      Brian P. Murphy, Esquire
      Robert Gibbons, Esquire
      Regina Ambery, Esquire
      Jason Lief, Esquire

  On behalf of the Defendants:
      James Rubin, Esquire
      Alan H. Bernstein, Esquire
      Robert S. Silver, Esquire
      John M. Seeberger, Esquire
      Deborah K. Besche, Esquire

  Reported by:  Betty Lou Walls, RPR




                    WALLS REPORTING, INC.
           714 PARK AVENUE, BALTIMORE, MD 21201
              410-728-9020      FAX 410-728-9024
```

**CONFIDENTIAL UNDER PROTECTIVE ORDER**            G027641

402

```
                              I N D E X
                                      VOIR
WITNESS:              DIRECT   DIRE    CROSS   REDIRECT   RECROSS
David R. Long          403             428
Paul E. Wray           469
```

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020      FAX 410-728-9024

CONFIDENTIAL UNDER PROTECTIVE ORDER      G027642

```
 1  the examiner's rejection, and toward the bottom of the page,
 2  again, this was referenced earlier in Dr. Long's testimony,
 3  the applicant states, quote: However, the purpose for which
 4  ethanol has been included has been either as a solvent or as
 5  a preservative against bacterial contamination. There was,
 6  however, no reason to suppose that either of these functions
 7  of ethanol would have had any beneficial effect in terms of
 8  limiting the degradation of ranitidine in aqueous
 9  formulations thereof. Close quote.
10          Do you agree with that statement?
11  A   Yes, I agree. It's consistent with my experience also.
12  Q   There was reference earlier to Tagamet syrup. What is
13  the active ingredient in Tagamet?
14  A   The active ingredient in Tagamet is the chemical entity
15  Cimetidine.
16  Q   It's not ranitidine hydrochloride, right?
17  A   No, it's dissimilar.
18  Q   It's a free-based salt?
19  A   That's correct.
20  Q   As of the effective date of the filing this
21  application, which is December 12, 1986, the date that Dr.
22  Long files his very first application in the United Kingdom,
23  as of that date are you aware of any publication prior to
24  that date that discloses the purpose of why ethanol was added
25  to Tagamet?
```

502

1  A    No, I'm not aware.

2  Q    And prior to that date, December 12, 1986, are you
3  aware of any publication suggesting that adding ethanol to
4  Tagamet syrup would enhance the chemical stability of the
5  solution?

6  A    No, I'm not.

7  Q    Are you aware of any publication prior to that date
8  suggesting that adding ethanol to any pharmaceutical
9  formulation would enhance chemical stability of the solution?

10 A    No, I'm not.

11 Q    Dr. Wray, based on this filing, did the examiner
12 ultimately allow all of the claims in the patent application?

13 A    He did allow all the claims ultimately. I think there
14 was data submitted -- oh, yes, there was data submitted at
15 this time to this rejection, and it was allowed after that,
16 yes.

17 Q    Thank you, Dr. Wray. You may set aside that exhibit
18 and I would like to change topics now and discuss the
19 defendants' development of generic ranitidine oral solution.

20      Dr. Wray, you indicated earlier that you have read
21 the UDL Laboratory notebooks and document reports pertaining
22 to UDL's development of ranitidine oral solution?

23 A    Yes, I did.

24 Q    You read all the notebooks of Dr. Gullapalli which
25 contain description of his experiments?

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020     FAX 410-728-9024

CONFIDENTIAL UNDER PROTECTIVE ORDER          G027742

```
                    Trial Day 13
                    Volume 1 of 2                        Page 4801
                    December 18, 1997
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

---

GLAXO WELLCOME INC., et al.    )
                               )
        Plaintiffs             )
                               )
                               )   Civil Docket No. AMD-96-455
    v.                         )   and
                               )   Civil Docket No. AMD-96-1853
                               )       (Consolidated)
PHARMADYNE CORPORATION, et al. )
                               )
        Defendants             )
                               )

---

Baltimore, Maryland
December 18, 1997
10:00 a.m.

The above-entitled matter was continued on for trial before
The Honorable Andre M. Davis

**A P P E A R A N C E S**

On Behalf of the Plaintiffs:
Stephen Judlowe, Esquire
John Henry Lewin, Jr., Esquire
Brian P. Murphy, Esquire
Robert G. Gibbons, Esquire
Regina Ambery, Esquire
Jason Lief, Esquire

On Behalf of the Defendants:
James Rubin, Esquire
Alan H. Bernstein, Esquire
Robert S. Silver, Esquire
John M. Seeberger, Esquire
Deborah K. Besche, Esquire

Sharon Cook, Official Court Reporter, U.S. District Court

Page 4812

1  Q  Is there anywhere in this reference where it discloses why
2  alcohol was added?
3  A  No.
4  Q  Dr. Wray, you have been here for the entire trial, and you
5  have heard all or just about all of the testimony; is that
6  right?
7  A  Yes.
8  Q  You were here for Dr. Long's testimony?
9  A  Yes.
10 Q  Did Glaxo use ethanol in their original formulation for
11 ranitidine hydrochloride oral solution?
12 A  No, they did not.
13 Q  At that time, did Glaxo know about, based on the evidence
14 that you heard, Tagamet syrup containing alcohol or ethanol?
15 A  Yes. They must have known.
16 Q  Can you tell us why, in your opinion, based on the
17 evidence, Glaxo did not use ethanol at least in its original
18 formulation for Zantac oral solution?
19 A  I believe they did not include ethanol because they felt
20 they did not need it.
21 Q  With respect to the active ingredient in the Tagamet syrup,
22 specifically ranitidine, is that, in your opinion, chemically
23 the same kind of compound as ranitidine?
24 A  No, it is not. It's quite different.
25 Q  Can you explain the differences, please?

Sharon Cook, Official Court Reporter, U.S. District Court

Page 4813

1  A    Well, the ranitidine hydrochloride is considered an
2  enamine, which has a specific chemical structure. And the
3  cimetidine is a guanidine product. Specifically, it's a
4  cyano-derivative of guanidine. They have totally different
5  ring structures in addition to these differences in the side
6  chains.
7  Q    Is either ranitidine or cimetidine considered an amide?
8  A    No, they are not.
9  Q    Dr. Wray, I am going to put up on the easel a couple of
10 exhibits. Specifically, I am going to start with claim 1 of
11 the '249 patent, and I am going to put up Plaintiffs' Exhibit
12 Number 419.
13      (Pause in the proceeding.)
14 Q    Dr. Wray, when I began your examination this morning, I
15 asked you if you had made a comparison of the prior references
16 to the claims of the '249 patent, and you indicated that you
17 did; is that correct?
18 A    Yes, I did.
19 Q    Does Plaintiffs' Exhibit 419, which is on the left-hand
20 easel, accurately reflect your opinion and analysis of the
21 prior references cited by defendants in connection with the
22 '249 patented invention?
23 A    Yes, it does.
24 Q    Beginning with Plaintiffs' Exhibit 419 and, where
25 appropriate, making reference to the '249 patent claim 1, which

Sharon Cook, Official Court Reporter, U.S. District Court