**23**

# Merchant & Gould

An Intellectual Property Law Firm

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

A Professional Corporation

Direct Contact    | 612.336.4764
                  | jpizzala@merchant-gould.com

December 6, 2005

*VIA FACSIMILE*

Thomas J. Puppa, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Re:    **Glaxo Group Limited v. Teva Pharmaceuticals USA, Inc. and
       Teva Pharmaceutical Industries Limited, Civil Action No. 04-171
       Our File: M&G 14577.6-US-ZA**

Dear Thomas:

Teva has produced to Glaxo under separate cover confidential documents T008800 through T010711 pursuant to the protective order in the above-captioned case. These documents were sent to you directly from our vendor K&B Copy Services via Federal Express for today's delivery.

Very truly yours,

Jody B. Pizzala
Senior Paralegal

JBP

cc: John Berns, Esq.

Minneapolis/St. Paul
Denver
Seattle
Atlanta
Washington, DC