# EXHIBIT 24 TO

# LANGER DECLARATION

# FULLY REDACTED