# EXHIBIT 25 TO

# LANGER DECLARATION

# FULLY REDACTED