# EXHIBIT 26 TO

# LANGER DECLARATION

# FULLY REDACTED