# EXHIBIT 27 TO

# LANGER DECLARATION

# FULLY REDACTED