# EXHIBIT 28 TO

# LANGER DECLARATION

# FULLY REDACTED