# EXHIBIT 29 TO

# LANGER DECLARATION

# FULLY REDACTED