# EXHIBIT 30 TO

# LANGER DECLARATION

# FULLY REDACTED