# EXHIBIT 31 TO

# LANGER DECLARATION

# FULLY REDACTED