# EXHIBIT 32 TO

# LANGER DECLARATION

# FULLY REDACTED