# EXHIBIT 33 TO

# LANGER DECLARATION

# FULLY REDACTED