# EXHIBIT 35 TO

# LANGER DECLARATION

# FULLY REDACTED