# EXHIBIT 36 TO

# LANGER DECLARATION

# FULLY REDACTED