# EXHIBIT 37 TO

# LANGER DECLARATION

# FULLY REDACTED