# EXHIBIT 38 TO

# LANGER DECLARATION

# FULLY REDACTED