# EXHIBIT 39 TO

# LANGER DECLARATION

# FULLY REDACTED