# EXHIBIT 40 TO

# LANGER DECLARATION

# FULLY REDACTED