# EXHIBIT 41 TO

# LANGER DECLARATION

# FULLY REDACTED