# EXHIBIT 42 TO

# LANGER DECLARATION

# FULLY REDACTED