**44**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GLAXO WELLCOME, INC. and :
GLAXO GROUP LIMITED, :
   Plaintiffs :
 :
v. :    CIVIL NO. AMD 96-455
 :
PHARMADYNE CORPORATION, et al., :
   Defendants :
 :

...oOo...

## JUDGMENT ORDER

In accordance with the foregoing FINDINGS OF FACT AND CONCLUSIONS OF LAW, it is this 30th day of September, 1998, by the United States District Court for the District of Maryland, ORDERED, ADJUDGED, DECREED and DECLARED:

(1) The plaintiffs' motion for summary judgment is GRANTED, and all claims related to the '431 patent are DISMISSED WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION; and it is further ORDERED

(2) JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFFS AS TO ALL OTHER ISSUES, TO WIT: U.S. PATENT NOS. 4,585,790 and 5,068,249 ARE VALID, ENFORCEABLE AND INFRINGED BY DEFENDANTS' ANDA 74-794; and it is further ORDERED

(3) The CLERK shall CLOSE THIS CASE and PROVIDE copies of this Judgment Order and the foregoing FINDINGS AND CONCLUSIONS to all counsel appearing in this action.

*[signature: Andre M. Davis]*
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE