**45**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GLAXO WELLCOME, INC. and
GLAXO GROUP LIMITED,
    Plaintiffs

v.

PHARMADYNE CORPORATION, et al.,
    Defendants

CIVIL NO. AMD 96-455

...oOo...

## AMENDED JUDGMENT ORDER

In accordance with the FINDINGS OF FACT AND CONCLUSIONS OF LAW filed on September 30, 1998, this AMENDED JUDGMENT ORDER is hereby entered this 5th day of October, 1998.

It is ORDERED, ADJUDGED, DECREED and DECLARED:

(1) The plaintiffs' motion for summary judgment is GRANTED, and all claims related to the '431 patent are DISMISSED WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION; and it is further ORDERED

(2) JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFFS AS TO ALL OTHER ISSUES, TO WIT: U.S. PATENT NOS. 4,585,790 and 5,068,249 ARE NOT INVALID, ARE ENFORCEABLE AND ARE INFRINGED BY DEFENDANTS' ANDA 74-794; and it is further ORDERED

(3) The CLERK shall PROVIDE copies of this Amended Judgment Order to all counsel appearing in this action.

ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

FRANK L. MONGE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

OCT 7 1998

Deputy