# EXHIBIT 46 TO

# LANGER DECLARATION

# FULLY REDACTED