# EXHIBIT 47 TO

# LANGER DECLARATION

# FULLY REDACTED