IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LIMITED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TEVA PHARMACEUTICALS USA, INC. )<br>and TEVA PHARMACEUTICAL )<br>INDUSTRIES LIMITED, )<br>)<br>Defendants. ) | Civil Action No. 04-171-KAJ |

## ORDER

At Wilmington this **17th** day of **July, 2006**,

IT IS ORDERED that the hearing for claim construction and summary judgment presently set for **September 7, 2006 at 2:00 p.m.** is hereby rescheduled to **September 8, 2006 at 2:00 p.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE