IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
GLAXO GROUP LIMITED                          :
                                             :
       Plaintiff,                           :   Civil Action No. 04-171-KAJ
                                             :
       v.                                   :
                                             :
TEVA PHARMACEUTICALS USA, INC. and           :   **STIPULATION AND ORDER**
TEVA PHARMACEUTICAL INDUSTRIES               :
LIMITED                                      :
       Defendants.                          :
                                             :
---------------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Glaxo Group Limited ("Glaxo") and Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. (together, "Teva") as follows:

    1.    Teva shall not offer for sale, sell and/or distribute in the United States and/or import into the United States, Ranitidine Oral Solution USP, 15 mg/mL, as described in Abbreviated New Drug Application ("ANDA") No. 76-937, from the date of this Stipulation and Order until at least August 15, 2006 when the Court will conduct a teleconference on the issue concerning the expiration of the 30-month stay of FDA approval raised in Glaxo's letter of July 26, 2006, if the parties have not been able to resolve the issue without the Court's intervention by that time.

1-NY/2069557.1

| | |
|---|---|
| Dated: July 27, 2006 | Dated: July 27, 2006 |
| For Plaintiff GLAXO GROUP LIMITED | For Defendants TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LIMITED |
| By: __/s/ James D. Heisman_____<br>Francis DiGiovanni (#3189)<br>James D. Heisman (#2746)<br>CONNOLLY BOVE LODGE<br> & HUTZ LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899-2207<br>(302) 888-6316<br><br>OF COUNSEL:<br>Brian P. Murphy<br>Thomas J. Puppa<br>Bryan J. Vogel<br>Oren D. Langer<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY  10178-0060<br>(212) 309-6000<br><br>*Attorneys for Plaintiff Glaxo Group Limited* | By: __/s/ Josy W. Ingersoll_____<br>Josy W. Ingersoll (#1088)<br>YOUNG CONAWAY STARGATT<br> & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391<br>(302) 571-6600<br><br>OF COUNSEL:<br>Mark D. Schuman<br>Jeffrey C. Brown<br>MERCHANT & GOULD<br>3200 IDS Center<br>80 South 8th Street<br>Minneapolis, MN  55402<br>(612) 332-5300<br><br>*Attorneys for Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Limited* |

SO ORDERED this ____ day of _____ 2006.

_____
HON. KENT A. JORDAN
UNITED STATES DISTRICT JUDGE