# EXHIBIT 1 TO SUPPLEMENTAL DECLARATION OF LANGER

# FULLY REDACTED