# EXHIBIT 2 TO SUPPLEMENTAL DECLARATION OF LANGER

# FULLY REDACTED