3



P500

GLAXO GROUP RESEARCH LTD.

PHARMACEUTICAL RESEARCH DEPT.

**Archive Loan**
This data is on loan from the GWR&D Records Centre and should be returned within one month from the date of retrieval.



PLAINTIFF'S TRIAL EXHIBIT
238

GLAXO WELLCOME INC. AND GLAXO GROUP LIMITED v. PHARMADYNE CORPORATION
CIVIL ACTION NO. AMD 96-455 HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER

Y084309

CONFIDENTIAL UNDER PROTECTIVE ORDER        G026714

14 25/7/83
S.W.

SUMMARY OF PRESENT SITUATION:

The following strategy is being adopted ~~progressed~~:-

1. Other manufacturers sugar-free syrups.  (from P.T. 20/28/85)

Observing the abilities of sugar-free syrups of other manufacturers to prevent proliferation of Ps. cepacia. If two or more could cope with this contamination, decision must be made, whether it is acceptable to launch Zantac syrup on the basis of "everybody else has the same problem". See page 3 for details.

2. Interim Solution

Challenge the syrup proposed for marketing with Ps. cepacia (cultivated in Zantac syrup) and store at 4°. If these results prove satisfactory could launch in UK with 4° storage in-use. A reformulated product would be introduced ASAP.

For the USA a decision is required. a) is 4° storage acceptable?
b) wait for reformulation?
c) go for creamer pack only with the formulation having most supporting data ie propyl/butyl only

3. Resurrect the Original Formulation

Challenge the syrup containing methyl, propyl and butyl paraben (after 37°/17m storage ≡ 30°/2yr), with Ps. cepacia at room temp. If results satisfactory, get analysis done and submit another P.L. application. For the USA, new stability programmes will have to be set up to cover PET.

4. Minor Reformulation

4.1 Use the same bottle: as in 2, but include 5% w/v EtOH and challenge with Ps. cepacia. If this is satisfactory (and 1, 2, 3 are not) then:-

GLAXO WELLCOME INC. AND GLAXO GROUP LIMITED v. PHARMADYNE CORPORATION
CIVIL ACTION NO. AMD 96-455 HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER

Y084329

CONFIDENTIAL UNDER PROTECTIVE ORDER          G026734

 (a) check acceptability of EtOH inclusion
 (b) check syrup acceptable in all other respects, as well as USP/BP challenge.
 (c) Put up more UK stability batches for PL
        USA                              for NDA

4.2  Repeat 4.1 with 2.5% w/v propylene glycol.

4.3  Repeat 4.1 with 0.1% w/v phenol.

Submissions for 4.1, 4.2, 4.3, would probably need to be self-supporting

Pros and Cons of Propylene Glycol + Ethanol

| | Propylene Glycol | Ethanol |
|---|---|---|
| Acceptable daily intake | 25 mg/kg | Lower |
| For 20 kg subject | 500 mg | |
| Acceptable conc. in 20 ml syrup | 2.5% w/v | |
| Anti-microbial activity | mould growth inhib similar → | |
| Medical acceptability | | |
| Stability of ranitidine | Presumed OK from flavour | Probably OK |
| Safe post manufacture | thought high flash point | 14° flash point |
| Volatility glass/R4 | | |
| Facilitates manufacture to dissolve parabens | ✓ | ✓ |
| Density | 1.04 | 0.8 |
| B.P. | 185–189 | 78° |
| Taste (neat) | slightly sweet | burning taste |

GLAXO WELLCOME INC. AND GLAXO GROUP LIMITED v. PHARMADYNE CORPORATION
CIVIL ACTION NO. AMD 96-455 HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER

Y084330

CONFIDENTIAL UNDER PROTECTIVE ORDER          G026735

5   Major Reformulation to Ho dates trod. costs?

In addition to the in-use contamination problem
there are other less-than-perfect properties of the syrup:
- strong development on storage
- flavour per se
- mint flavour haze (at 0.5% v/v)
- parabens hydrolysis enhanced by ionic conc.
These aspects should be considered at reformulation.

5.1 Preservative * Lit. search in hand (complete 2/8/85)

Possible:- { 5% Ethanol *                            USP/BP } Antimicrobial action
          { 2.5% Propylene Glycol (in flavour) USP/BP } - Precedents
          { 0.1% Phenol *                                  } - Medical acceptability
combined with { Ethylhydroxybenzoate USNF                  } - Stability of ranitidine
parabens.    { Benzyl alcohol USP/BP *                     } - Stability of preservative
             { Phenethyl alcohol USP/BP *                  } - OK in PeA
             { Phenoxyethanol   B.P. only                  } - Cellulose compatibility
             { Bronopol                                    } - Clarity
             { 50% Sucrose    USP/BP                       }
             { Benzalkonium Chloride USP/BP                }
             Out date

Unsatisfactory
    Chlorbutol  - 25°/pH7/½ life 0.2yr (Martindale)
    Benzoic acid - ineffective pH > 5
    Sorbic acid  - "
    Phenylmercurics - Hg.

5.2 Ionic strength
    Reduce to reduce parabens hydrolysis (phosphates and NaCl)

GLAXO WELLCOME INC. AND GLAXO GROUP LIMITED v. PHARMADYNE CORPORATION
CIVIL ACTION NO. AMD 96-455 HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER

Y084331

CONFIDENTIAL UNDER PROTECTIVE ORDER                          G026736

5.3. H.P.M.C.
Can't or change conc. or change grade. Sucrose?

5.4 Sorbitol.
Please conc. to kitchen, Sucrose? Diarrhoea? Lycasin?

5.5 Flavour.
Horrible flavour but at least compatible with ranitidine. Could be a lot of work. Saccharin in/out/up/down.

5.6. Oil based formulation.
- cf ceporex Syrup/Ceporex veg. oil Suspn.
- useful for taste masking.

J Wilson
August '85

GLAXO WELLCOME INC. AND GLAXO GROUP LIMITED v. PHARMADYNE CORPORATION
CIVIL ACTION NO. AMD 96-455 HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER

Y084332

CONFIDENTIAL UNDER PROTECTIVE ORDER          G026737