FILE
Zantac Syrup — In use
ELLE ALDIE
DRLong 24/7/85
①

The following strategy is being adopted:

1. Assess the ability of sugar-free syrup of other manufacturers to prevent proliferation of Ps. capacia. If few or none would cope with contamination, a decision must be made whether it is acceptable to launch Zantac syrup on the basis if everybody else has the same problem.

| Syrup | Manufacturer | Measured pH | |
|---|---|---|---|
| Ventolin | Glaxo | 3.6 | |
| Brufen | Boots | 4.0 | may be elucidated by informed enquiries |
| Bricanyl | Astra | 3.9 | |
| Alupent | Boehringer | 3.3 | |
| Tagamet | SKF | 6.0 | |
| Inocid | Lederle | H.8 | |
| Valium | Roche | 5.0 | |
| Mandax | Beecham | 3.2 | |

2. Interim solution
   Challenge the syrup (controls + Zantac syrup) for matching with Ps. capacia I and store at 4° to with 4° storage is in-use. A re-formulated product would be introduced ASAP. For the CPA a decision is required as:
   a) 4° storage acceptable?
   b) wait for reformulation?
   c) go for cream pack only with reformulation having most supporting data?
   ie. PMF/1 etc/ atone.

[signatures]



Reviewed the original formulation

3.) Challenge the syrup containing methyl & ethyl and butyl paraben (after storage @ 30°/2yr) with Ps... aeruginosa at room temp. If results satisfactory, get analysis done and submit matter PL application for the USA. More stability programmes will have to be set up to cover PL.

4. Major Reformulation
We use the same bottles as in 2 but include STOP/EtOH and challenge with Ps. aeruginosa. (If this is satisfactory (and 1, 2 and 3 are not) then:

4.1
a) Check acceptability of EtOH in solution as well
b) Put up new UK stability bottles for PL

Submission for 4.1, 4.2, 4.3 would probably need to be self-supporting

4.2 Repeat 4.1 with 2.5%w/v propylene glycol.
4.3 Repeat 4.1 with 0.1%w/v phenol.

Acceptable daily intake
for 20kg subject
Acceptable conc. in 20ml syrup
Medical acceptability
Antimicrobial activity

   25mg/kg   ✓
   500 mg    Lower
   2.5%w/v

4.4 Pros and cons of propylene glycol and ethanol

Stability of residual phenol 0.1%      probably OK
Flavour
Flameproof manufacture? flange type flash point 16° flash point
Volatility, glass/PET
Facilities nonexistent to dissolve paraben
Davit,
Q.P.
taste test

0.6 L
(85-128g ——— 7.8.
slightly sweet (limit)

CONFIDENTIAL UNDER PROTECTIVE ORDER

G005296

Major Reformulation — No data from prod. cost?

In addition to the in-use contamination problem there are other less-than-perfect properties of the syrup:
- strong development on storage
- flavour per se
- must flavour mask (at 0.5% w/v)
- parabens hydrolysis enhanced by tonic acid

These aspects should be considered

\* = (at peak is bad (complete 2/8/85)
Antimicrobial action
- medical acceptability
- stability of parabens
- stability of flavour
- O.K. in PET
- cellulose compatibility
- clarity

Preservatives:
5.1 Possible Shift and possibly 2.5 mg/100g glycerin (powder) * USP/BP
    oil/plant                                                  USP/BP
    Ethylhydroxybenzoate *                                     USNF
    Phenylethyl alcohol *                                      USP/BP  with parabens combined
    Flavour gel and                                            BP only
    Bron opal                                                  —
    50% Sucrose                                                USP/BP
    Benzalkonium chloride                                      USP/BP
    Unsatisfactory -

Unsatisfactory —
Chlorbutol — 25°/pH 7 / 21p  0.2g/100ml
Benzoic acid — ineffective pH > 5
Sorbic acid    "   "
Phenylmercuric — Hg

5.2 Ionic Strength
reduce to reduce paraben hydrolysis (phosphate and NaCl)

5.3 HPMC
Omit or change conc? or change grade. Sucrose?

5.4 Sorbitol
Increase conc? to thicken. Sucrose? Diarrhoea, hygenic?

5.5 Flavour
Harsh flavour but at least compatible with moisture
could be a lot of work. Saccharin in/out up/down
- oil-based formulation
- of Capaxex syrup / Capaxex neg ol syrups : 14 6
- useful for taste masking?



CONFIDENTIAL UNDER PROTECTIVE ORDER

G005297