# EXHIBIT 2 TO LONG DECLARATION

## FULLY REDACTED