3

```
                                    Trial Day 1
                                    Volume 2 of 2
                                    November 12, 1997

              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
                       NORTHERN DIVISION

 1
 2
 3
 4
 5
 6  GLAXO WELLCOME INC., et al.    )
 7                                 )
                Plaintiffs         )  Civil Docket No. AMD-96-455
 8                                 )  And
        v.                         )  Civil Docket No. AMD-96-1853
 9                                 )     (Consolidated)
    PHARMADYNE CORPORATION, et al. )
10                                 )
                Defendants         )
11
12                                    Baltimore, Maryland
                                      November 12, 1997
13                                    2:00 p.m.

14      The above-entitled matter came on for trial before
             The Honorable Andre M. Davis
15
                       A P P E A R A N C E S
16
17  On behalf of the Plaintiffs:
        Stephen Judlowe, Esquire
18      John Henry Lewin, Jr., Esquire
        Brian P. Murphy, Esquire
19      Robert Gibbons, Esquire
        Regina Ambery, Esquire
20      Jason Lief, Esquire

21  On behalf of the Defendants:
        James Rubin, Esquire
22      Alan H. Bernstein, Esquire
        Robert S. Silver, Esquire
23      John M. Seeberger, Esquire
        Deborah K. Besche, Esquire
24

25  Reported by: Betty Lou Walls, RPR
```

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020   FAX 410-728-9024

CONFIDENTIAL UNDER PROTECTIVE ORDER    G027547

201

I N D E X

| WITNESS: | VOIR DIRE | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|---|
| John R. Wood | | 203 | 209 | | |
| Joel Bernstein | | 229 | 254 | | |
| David R. Long | | 262 | | | |

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020    FAX 410-728-9024

202

CONFIDENTIAL UNDER PROTECTIVE ORDER    G027548

```
1    solution, Ilube eye drops and Zantac capsules.
2  Q   Focusing if you will, Doctor, on the time period from
3    1985 through 1986, can you tell us what your responsibilities
4    with Glaxo were?
5  A   I was research leader leading a team responsible for a
6    number of projects, one of which would have been Zantac
7    Syrup.
8  Q   How many years experience have you had with the
9    formulas of pharmaceuticals?
10 A   17 years I have been with Glaxo, plus two years before
11   that doing drug formulation studies at the University of Bath
12   in the UK.
13 Q   Based on that 19 years of experience with formulating
14   pharmaceuticals can you give the Court some idea of the
15   primary considerations a formulation scientist is concerned
16   with in formulating a product?
17 A   Yes. First and foremost is the safety, efficacy and
18   quality.
19 Q   Can you define those terms for the Court?
20 A   The safety is to make sure we do no harm to the
21   patient, the quality to ensure that the product is of a high
22   quality, one that we will be proud of and will be suitable
23   for a patient to use and feel confident in with the right
24   specifications, the controls, the manufacturing controls in
25   place, and efficacy to ensure that the product works, does
```

```
 1        plaintiffs' trial exhibit 63.
 2             MR. GIBBONS:  That is excerpted, Your Honor, that
 3   is not the full document.
 4        Q    Dr. Long, can you identify plaintiffs' trial exhibit
 5   number 63?
 6        A    Yes.  This is a Notice for Claimed Investigational
 7   Exemption for a New Drug, also known as an IND, for Zantac
 8   Syrup.
 9        Q    I ask you to direct your attention to production number
10   71598 thereof.  Do you have that, Dr. Long?
11        A    Yes, thank you, yes.
12        Q    Under section 2 point 1, ranitidine syrup, active
13   ingredient, focusing in on active ingredient and other
14   ingredients, to your knowledge, does this document accurately
15   set forth the components of the original Zantac Syrup
16   formulation for the U.S.?
17        A    Yes, it does.
18        Q    And am I correct when I note that the first three --
19   excuse me, the second, third and fourth components under
20   other ingredients are the parabens to which you referred
21   earlier?
22        A    They are.  To explain, the hydroxybenzoate is the term
23   used in the UK.  Methyl hydroxybenzoate in the UK is
24   equivalent to methyl hydroxyparabens in the U.S.
25        Q    Those are the parabens?
```