```
                                    Trial Day 2
                                   Volume 1 of 1
                                 November 13, 1997

         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND
                NORTHERN DIVISION

 GLAXO WELLCOME INC., et al.      )
                                  )
                 Plaintiffs       )  Civil Docket No. AMD-96-455
                                  )  And
         v.                       )  Civil Docket No. AMD-96-1853
                                  )       (Consolidated)
 PHARMADYNE CORPORATION, et al.   )
                                  )
                 Defendants       )

                                         Baltimore, Maryland
                                         November 13, 1997
                                         10:10 a.m.

    The above-entitled matter came on for trial before
        The Honorable Andre M. Davis.

                     A P P E A R A N C E S

    On behalf of the Plaintiffs:
        Stephen Judlowe, Esquire
        John Henry Lewin, Jr., Esquire
        Brian P. Murphy, Esquire
        Robert Gibbons, Esquire
        Regina Ambery, Esquire
        Jason Lief, Esquire

    On behalf of the Defendants:
        James Rubin, Esquire
        Alan H. Bernstein, Esquire
        Robert S. Silver, Esquire
        John M. Seeberger, Esquire
        Deborah K. Besche, Esquire

 Reported by: Betty Lou Walls, RPR
```

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020    FAX 410-728-9024

```
                           I N D E X

WITNESS:           DIRECT   VOIR    CROSS   REDIRECT   RECROSS
                            DIRE

David R. Long       403             428

Paul E. Wray        469
```

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020    FAX 410-728-9024

1  the '249 patent.
2  Q    Was there ever any question in your mind that you were
3  the inventor of the '249 patent?
4  A    No, there wasn't, in that if I go back to the history
5  of what was happening at that time, as I described yesterday,
6  we had first of all a problem that I lost the parabens
7  preservative and then I immediately wanted to know why was
8  this happening, where had it gone, what was the cause of this
9  mystery. Then I, the breakthrough was when I saw this, as I
10 described yesterday, a cap with a black mark and the strange
11 smell and I instigated the investigation with a
12 microbiological colleague, found the organism, Pseudomonas
13 cepacia, so I got the problem, identified the cause of the
14 problem. And then I was the team leader at that time, the
15 ball was firmly in my court, I wanted to find the solution to
16 cure this problem and in order to do that I looked at the
17 options. It was me that went through how are we going to get
18 over this problem and it was me that came up with the idea
19 that we should use alcohol, amongst other things, to test to
20 see whether we could overcome the problem. I firmly believe
21 I am the inventor, it's mine.
22 Q    Could you describe for the Court the work that is
23 reflected on the second page of Trial Exhibit 242? I believe
24 the date is August 16, 1985; is that correct?
25 A    That's correct. This is a summary on that date of the

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020    FAX 410-728-9024

---

options as I saw them, taking into account the UK situation, the U.S., and the various approaches that we could use. It's a fairly long list because there were several options I was considering.

The first of these, we knew that the organism had restricted growth when it was stored in the refrigerator, cold, so one possibility was to get the show back on the road, having come to a screeching halt. Why don't we launch the product with a four-degree restriction? It would overcome the product with the microbial contamination proliferation. The disadvantage is that, going back to the patient that has to use the product, the patient would have to store it in the refrigerator, less than ideal. Also, it may have given ranitidine an undeserved reputation for instability. The four-degree storage wouldn't have been due to ranitidine, it would be because of the bug problem. Four-degree storage was possible but not favored.

The next option on my list here is with ethanol, ether alcohol. We had at that time done testing to show that the inclusion of alcohol killed the microorganism. But the next stage was to check whether it was medically acceptable. If we have a patient with an ulcer, it's not the best thing to do to add alcohol to the medicine for treating the ulcer. We know that alcohol can irritate ulcers. So that needed to be checked out.

1  Also the stability, if we add another ingredient
2  stability could be compromised, not just the ranitidine, but
3  any other aspect of the formulation.
4       Then we also had to check not just using ethanol
5  but we had a number of different attempts at preserving the
6  syrup. We had the first attempt with three parabens and we
7  had the, later we had the later formulation where one of the
8  preservatives was removed. We had to decide if we go with
9  alcohol, do we go to the original formulation or do we go to
10 the second? That was another consideration.
11      And then, always aware of the fact this project had
12 come to a screeching halt, wanting to get the show back on
13 the road quickly, I had to move fast. So looking at
14 timetables here, if ethanol is okay, we would set up some
15 stability batches in mid-September, analyze after three
16 months storage, report the results, take it to our
17 international standards committee. This is a committee that
18 oversees every new formulation standards that we do for the
19 company to make sure the standards are suitable for the use
20 throughout the Glaxo Wellcome Group, and those standards are
21 commonly in excess of national standards.
22      Then that covers the UK perspective.
23      From the U.S., we had two choices. One was similar
24 to the UK, we could put the NDA in with the four-degree
25 restriction, store in the refrigerator with the same

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020    FAX 410-728-9024