```
 1  advantages and disadvantages I outlined before, and the other
 2  option was to advise our colleagues in the States that we
 3  could go for what is known as a creamer pack. A creamer
 4  pack, I don't know if you're familiar with a creamer pack
 5  commonly used to store milk, where you pour, tear the top off
 6  and tip it into the coffee, individual packs. I don't know
 7  what you call them in the States; we call them creamer packs
 8  in the UK. That package would be what's known as a unit dose
 9  pack. The top is tall and there's one dose in there, whereas
10  the bottle is a multidose pack and during the use of that is
11  the opportunity to remove syrup and get contamination.
12           If we had a creamer pack, the manufacturer could be
13  controlled within the factory and the pack would be used once
14  only, so there isn't the problem of the in-use contamination;
15  take off the top, use the product and discard. So that was
16  an option. However, the marketing requirements for the
17  States were for a multiple-dose product, so we needed to get
18  back to produce a formulation suitable for a bottle for
19  multiple use.
20           The other consideration and option I was looking
21  at, apart from ethanol, there are a range of other
22  antimicrobial preservatives that I considered, bearing in
23  mind that ethanol may have given problems stability-wise,
24  there may have been medical objections to it, so I wanted
25  another few shots in the locker as backups. Listed on this
```

1  page are some of the things that I was thinking of. These
2  are handwritten notes from my own files. One is written, as
3  chlorhexidine, C-H-L-O-R-H-E-X-I-D-I-N-E. I have two
4  question marks against that. I, I indicated that wasn't my
5  suggestion, somebody else said why don't you choose this. My
6  instinctive reaction to that is, I have written here, try to
7  kill it, done, IC toxicity. That's an example of where a
8  possible preservative had been suggested but because it's
9  toxic when taken by mouth it could be immediately thrown out.
10          At this stage I cast a very broad net, very broad
11 net, and acted quickly to work medically to work through the
12 possible preservatives. Some were thrown out very quickly.
13 There is an example there. Another one is phenoxyethanol
14 that is listed here.
15          THE COURT: Spell that.
16 A        P-H-E-N-O-X-Y-E-T-H-A-N-O-L. In the, in reading the
17 literature we discovered this one is specifically designed to
18 kill *Pseudomonas cepacia*, which was obviously very attractive
19 to us. It could be a winner. The question mark here on this
20 one, it had an unknown action at the pH of 7. We didn't know
21 how it would behave at that pH. That's a common factor in
22 any antimicrobial preservative, the efficacy depends on the
23 pH. Some are better at low pH, some are better at high.
24 That really is an underlying thing for this case. The pH
25 runs about 7 for ranitidine stability is one of the worst pHs

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020   FAX 410-728-9024

1  to get a preservative to work. It's a fairly restricted
2  range, which is why we have a history of the problems.
3  So with phenoxyethanol we actually tried it and it
4  did kill the bugs. Then a consideration there was what did
5  it taste like? Always in this operation we're going through
6  was what was the background, has it been used before, does it
7  kill bugs; then we get to secondary considerations, what does
8  it taste like. That comes back to the patient. The most
9  important person in all of this is the patient. It's no use
10 having a wonderfully stable product, the bugs are dead, but
11 the patient doesn't like the taste.
12 So phenoxyethanol did kill the bugs. We kept it in
13 reserve because we then found that ethanol did the job and
14 probably phenoxyethanol could be used even today. We have
15 found no reason for not using it.
16 Some preservatives I looked at, one there, it's
17 benzalkonium chloride, B-E-N-Z-A-L-K-O-N-I-U-M, chloride,
18 this is an example of where I was using imagination. There
19 is no precedent for using this product by mouth, but I have
20 worked on other products where this ingredient was used as a
21 preservative for a product to go into the eye or into the
22 nose, and the product delivered to the eye or the nose, some
23 of it goes down the back of the throat into the digestive
24 system, so there was a tenuous precedent for using
25 benzalkonium chloride. My thought is what does it taste

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020       FAX 410-728-9024

```
 1    like, has anybody tasted benzalkonium chloride?  Does it kill
 2    the microorganism?  We would need extra analytical methods
 3    for this ingredient.  Would it cause, I have written here
 4    stringiness.  This is another factor, another phenomenon that
 5    can occur in this type of product.  The product is thickened
 6    with a cellose and the cellose with certain ingredients can
 7    decide to throw out a solution to form bits of string and
 8    gel, very inelegant.
 9            A final consideration of benzalkonium chloride is
10    what is the toxicology?  How acceptable is it to take this
11    material by mouth?
12            THE COURT:  Doctor, what did you mean by extra
13    analytical study?
14            THE WITNESS:  In common with any ingredient we add,
15    it will have to be analyzed as part of the specification of
16    that product, as part of control.  Because having introduced
17    an ingredient to kill microorganisms, we needed to know at
18    the time of manufacture is there enough in there, is there
19    the right amount in there and also during storage is there
20    still a sufficient level to maintain the quality of the
21    product.
22            THE COURT:  That would have been true about any --
23            THE WITNESS:  It would have been true of any of
24    them, right.  We did try benzalkonium chloride and
25    immediately got a crystalline precipitate.  This is part of
```