1  science, it's part of discovery. We rationalized it
2  afterwards. What happened is the benzalkonium chloride had
3  complexed with the saccharin sodium, which is the sweetening
4  agent. That is a nice example of what I mentioned yesterday
5  where we have eleven ingredients and add a twelfth to this
6  cocktail and anything could happen. It did in this case. If
7  we have an incompatibility between two ingredients, we would
8  discount the one that was being suggested as a new
9  introduction.
10      So the one other is listed here, phenol. Keeping a
11 very broad perspective on this, we knew that phenol was used
12 in the injection, the Zantac injection. That means it's
13 compatible with ranitidine. Two questions: Does it kill the
14 bug and can we take it by mouth? Plus some of the other
15 questions I mentioned before, what did it taste like? And we
16 did an experiment, I believe it was about point 1 percent,
17 with phenol. I believe it did kill the bugs but there was an
18 antiseptic taste of phenol showing through the Zantac Syrup.
19 In that example the question I posed was how low can we take
20 phenol and still kill the bugs, plus is phenol acceptable
21 when given by mouth? There is no precedent for it. We took
22 that no further because by that time we had solved the issue
23 with ethanol.
24      We had something like ten different options
25 bubbling away and ethanol won the race and that describes how

1  we arrived at ether alcohol. To give us comfort in that
2  could we use ethanol in a syrup for the treatment of ulcers,
3  we were well aware of in the public domain that alcohol was a
4  constituent of Tagamet liquid, so we knew, we knew that
5  another manufacturer was including ethanol. We had no idea
6  why, I still don't know why, but there was a precedent. In
7  fact, the concentration in the SmithKline product was 3
8  percent alcohol, and I used that concentration as a starting
9  point for my studies.
10        So I started looking at 3 percent and then I went
11 just under that, 1 percent, just over that, 5 percent.
12 Tested those three against the microorganism and find that 5
13 did the job and 3 and 1 did not. Then starting with the 5,
14 which is successful, and eventually pitched on the 7.5 to
15 allow a safety margin. That's how we arrived at 7.5 ethanol.
16   Q   Is that work, testing those different ranges of
17 ethanol, is that outlined on the following page of
18 plaintiffs' trial exhibit 242?
19   A   Yes, on that following page it covers all the points
20 that I have just discussed. There are some additional points
21 that I listed here that I have not covered previously. For
22 example I'm looking at phenol ethanol. It's without
23 precedent for oral use but the manufacturers say this is
24 because of the taste. So that is an area where we are really
25 getting into a new area. It's not been done before, which is

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020    FAX 410-728-9024

1  were often experiments going on on more than one site and
2  more than one person working on a project at one time, there
3  are frequently more than one book in use at any one time.
4  Q    Dr. Long, is this the project notebook for the Zantac
5  Syrup for this time period?
6  A    It is, yes.
7  Q    Could I direct your attention to page 84337 of trial
8  exhibit 242?
9  A    Yes.
10 Q    Could you please tell the Court what the work is that
11 is reported on this page?
12 A    Yes. The introduction describes the background. It
13 has already been demonstrated that 5 percent ethanol in
14 Zantac Syrup, in brackets it says a preliminary formulation
15 containing methylparaben inhibits the proliferation of the
16 organism. Then it goes on to say that the formulation
17 without methylparaben must also be tested in this way and
18 this page is a description of that experiment.
19      So what was done was the formulation was made up
20 with, containing ethanol at three different concentrations,
21 5, 3 and 1 percent.
22      In addition to that, the other preservatives,
23 propylparaben and butylparaben, were present at 70 percent of
24 their target concentration. Now, this was standard good
25 practice because 70 percent is the lower limit for those

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020      FAX 410-728-9024

1  preservatives and would represent the worst case scenario
2  that they could be at during the shelf-life of those
3  products.
4       So we are testing product, as it were, simulated at
5  the end of its shelf-life in a worst case scenario. In the
6  fullness of time they never actually get down to 70 percent,
7  but that was the lowest we could possibly accept. So we were
8  being thorough in our testing.
9       Then the results are here for 5, 3 and 1 percent
10 ethanol. I won't go through the actual figures but the
11 conclusion is that the formulation with 5 percent ethanol, it
12 says here that formulation is effective against Pseudomonas
13 cepacia. That was a breakthrough. We thought we were back
14 in business, we've killed the bugs.
15      The next level down, 3 percent, ineffective against
16 the organism, not proceeded any further, backed up. Similar
17 pattern, the 1 percent, conclusion, ineffective against
18 Pseudomonas cepacia, not proceeded any further.
19      So with that result we knew we were back in
20 business providing everything else fell into place.
21 Q    Dr. Long, could I now direct your attention to
22 plaintiffs' trial exhibit 241, please? Could you please
23 relate for the Court the conclusions that you reached in this
24 document?
25 A    Yes, this is another note to my colleague in Zebulon,