```
 1   we see no stability effect, we would say there is no
 2   significant change, no significant effect. But in this one
 3   we use slightly different language here. There is no adverse
 4   effect, which isn't going as far as to say there is a
 5   positive effect.
 6              BY MR. GIBBONS:
 7        Q    Dr. Long, was Glaxo being conservative in its
 8   assertions of shelf-life in 1986?
 9        A    We were naturally conservative. Until we had a fuller
10   picture of the data we were being conservative. At this time
11   we had only had 6 months' data on the formulation containing
12   ethanol. So it was a strong suggestion the ethanol was
13   enhancing stability. Strong enough to be a near certainty
14   but not strong enough to overcome our natural
15   conservativeness when putting together an NDA submission.
16        Q    Is it correct, Dr. Long, that the data, stability data,
17   that was collected and assessed under your direction
18   indicated that the addition of alcohol enhanced the stability
19   of aqueous ranitidine syrup formulation?
20        A    Yes, it was, and that was a very surprising finding.
21        Q    Is that discovery accurately reflected in the April to
22   October 1986 event on the trial exhibit 116, which is the
23   '249 patent time line?
24        A    Yes, that's correct.
25        Q    Dr. Long, was a patent eventually filed by Glaxo with
```

```
 1   Q   Dr. Long, in your experience at Glaxo did you ever
 2       consider using propylene glycol as a preservative?
 3   A   Yes, we did.
 4   Q   Did it work as a preservative?
 5   A   It did not work at the, in the experiment we performed.
 6   What we did was to test Zantac Syrup containing propylene
 7   glycol, test against the organism Pseudomonas cepacia, and it
 8   was unsuccessful in dealing with that organism. But the
 9   concentration we used was set by the upper limit that we
10   believed to be acceptable according to recommendations from
11   the World Health Organization for propylene, or propylene
12   glycol. There is a maximum recommended for that material.
13   We used that in conjunction with the volume to be given on a
14   daily basis to a subject in conjunction with the weight of
15   the subject, in this case a 20-kilo subject, being a child,
16   because again we were developing a product potentially for
17   use in children. With all that information we set ourselves
18   a level of 2.5 percent weight and volume and that was
19   inserted to do with the problem of Pseudomonas cepacia.
20   Q   I would like to direct your attention in plaintiffs'
21   trial exhibit 238, specifically to pages Y084325 and 84326,
22   and if you would look at 326 to the conclusion section, which
23   states, quote, the addition of propylene glycol to Zantac
24   Syrup does not enhance the preserving power of the system,
25   close quote. That is the work date you were referring to?
```

445

CONFIDENTIAL UNDER PROTECTIVE ORDER    G027685

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020    FAX 410-728-9024

```
 1   A      That's the work and it's got the year, the qualifier,
 2   2.5 percent, in that conclusion.
 3   Q      I would like to turn your attention back again to
 4   Defendants' Exhibit 20, which is the file history of the '249
 5   patent.
 6                 (Pause for document examination.)
 7   Q      Dr. Long, reviewing Claim 1 of the application as
 8   filed, which you testified to earlier, does that claim state
 9   that the use of ethanol is to kill microbial contamination?
10   A      No, it doesn't, and that is not the basis of the
11   patent.
12   Q      But didn't you indeed add ethanol to the formulation to
13   kill Pseudomonas cepacia?
14   A      Yes, that was the reason for adding ethanol, but it was
15   subsequently with the generation of stability data, the
16   surprising enhancement of stability became known.
17   Q      In any of the documents in Defendants' Exhibit 20 or
18   Exhibit 19, which is the actual '249 patent, do you see
19   anywhere in there where you told the Patent Office that the
20   reason that you added ethanol was to kill Pseudomonas
21   cepacia?
22   A      The answer is no, because I know those words don't
23   occur in the patent, Pseudomonas cepacia, and we would not
24   have seen any reason to have put those words in because
25   that's not the basis of the patent.
```

446

CONFIDENTIAL UNDER PROTECTIVE ORDER

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020       FAX 410-728-9024

G027686