# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

August 15, 2006

**VIA ECF AND HAND DELIVERY**
The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Glaxo Group Limited v. Teva Pharma. USA, Inc., et. al*, Civ. No. 04-171-KAJ

Dear Judge Jordan:

Enclosed is a Stipulation and Order regarding the issue of the expiration of the 30-month stay of FDA approval that was the subject Glaxo's letter to the Court dated July 26, 2006, and the teleconference held on July 27, 2006. The Stipulation and Order has been executed by the parties. The parties believe that the Stipulation and Order obviates the need for the teleconference scheduled for 4:30 p.m. today, and, as confirmed with Chambers earlier today, the teleconference has been taken off the Court's schedule.

Respectfully submitted,

Francis DiGiovanni

FD:
Enclosure

cc:   Clerk of the Court (by ECF)
      Josy W. Ingersoll, Esquire (by hand)
      Brian P. Murphy, Esquire (by e-mail)
      Mark D. Schuman, Esquire (by e-mail)

482009_1