**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
GLAXO GROUP LIMITED                          :
                                             :
        Plaintiff,                          :    Civil Action No. 04-171-KAJ
                                             :
        v.                                 :
                                             :
TEVA PHARMACEUTICALS USA, INC. and           :    **STIPULATION AND ORDER**
TEVA PHARMACEUTICAL INDUSTRIES               :
LIMITED                                      :
        Defendants.                         :
                                             :
---------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Glaxo Group Limited ("Glaxo") and Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. (together, "Teva") as follows:

1. Teva shall not offer for sale, sell and/or distribute in the United States, Ranitidine Oral Solution USP, 15 mg/mL, as described in Abbreviated New Drug Application ("ANDA") No. 76-937, from the date of this Stipulation and Order until at least ten (10) days after Teva provides notice via facsimile to Glaxo's counsel, Brian P. Murphy and Thomas J. Puppa, that Teva has received Food and Drug Administration ("FDA") approval of ANDA No. 76-937; except that the foregoing provision will not apply in the event that the aforementioned FDA approval of ANDA No. 76-937 is obtained after a final judgment disposing of all issues is entered in this action by this Court;

2. Glaxo reserves the right to file a motion pursuant to Fed. R. Civ. P. 65 for a *inter partes* Temporary Restraining Order and/or Preliminary Injunction enjoining Teva from offering for sale, selling and/or distributing in the United States, Ranitidine Oral Solution USP, 15 mg/mL, as described in ANDA No. 76-937,

during the ten (10) days after Glaxo's counsel receives the notice described in paragraph 1. The parties agree to seek an expedited hearing on any such motion by Glaxo as contemplated by Fed. R. Civ. P. 65.

Dated: August 15, 2006

For Plaintiff GLAXO GROUP LIMITED

By: /s/ Francis DiGiovanni
    Francis DiGiovanni (#3189)
    CONNOLLY BOVE LODGE
    & HUTZ LLP
    The Nemours Building
    1007 North Orange Street
    P.O. Box 2207
    Wilmington, DE 19899-2207
    (302) 888-6316

OF COUNSEL:
Brian P. Murphy
Thomas J. Puppa
Bryan J. Vogel
Oren D. Langer
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
(212) 309-6000

*Attorneys for Plaintiff Glaxo Group Limited*

Dated: August 15, 2006

For Defendants TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LIMITED

By: /s/ Josy W. Ingersoll
    Josy W. Ingersoll (#1088)
    YOUNG CONAWAY STARGATT
    & TAYLOR, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE 19899-0391
    (302) 571-6600

OF COUNSEL:
Mark D. Schuman
Jeffrey C. Brown
MERCHANT & GOULD
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 332-5300

*Attorneys for Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Limited*

SO ORDERED this ____ day of _____ 2006.

_____
HON. KENT A. JORDAN
UNITED STATES DISTRICT JUDGE

2