IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| GLAXO GROUP LIMITED | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-171-KAJ |
| | : | |
| v. | : | |
| | : | |
| TEVA PHARMACEUTICALS USA, INC., and | : | |
| TEVA PHARMACEUTICAL INDUSTRIES, LIMITED, | : | |
| | : | |
| Defendants. | : | |

---

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.6 and the attached certification, counsel moves for the admission *pro hac vice* of David Leichtman to represent Plaintiff Glaxo Group Limited in this matter. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, counsel further certifies that the annual fee of $25.00 per admission will be submitted to the Clerk's Office upon the filing of this motion.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
James D. Heisman (#2746)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Plaintiff*

Dated: August 17, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____         _____
                              United States District Judge

482261v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
GLAXO GROUP LIMITED                              :
                                                 :
              Plaintiff,                         :   C.A. No. 04-171-KAJ
                                                 :
v.                                               :
                                                 :
TEVA PHARMACEUTICALS USA, INC., and              :
TEVA PHARMACEUTICAL INDUSTRIES, LIMITED,         :
                                                 :
              Defendants.                        :
------------------------------------------------------------------x

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 8/16/06

_____
David Leichtman
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on August 17, 2006, I electronically filed **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** with the Clerk of Court using CM/ECF which will send notification, and we will hand deliver such filing, to the following:

>Josy W. Ingersoll, Esq.
>Young Conway Stargatt & Taylor
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

I hereby certify that on August 17, 2006, I have served via Federal Express, the document to the following non-registered participants:

>Mark D. Schuman, Esq.
>Jeffrey C. Brown, Esq.
>Merchant & Gould LLC
>3200 IDS Center
>80 South 8th Street
>Minneapolis, MN  55402

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
James D. Heisman (#2746)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801
(302) 658-9141

Attorneys for Plaintiff Glaxo Group Limited

482261v1