IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LIMITED, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-171-KAJ |
| | : |
| TEVA PHARMACEUTICALS USA, INC. | : |
| and TEVA PHARMACEUTICAL | : |
| INDUSTRIES LIMITED, | : |
| | : |
| Defendants. | : |

**ORDER**

At Wilmington this **22ⁿᵈ** day of **August, 2006,**

IT IS ORDERED that the mediation scheduled for Tuesday, September 19, 2006 at 9:00 a.m. is canceled. Counsel shall contact the Magistrate Judge should the parties desire court-assisted ADR in the future.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE