IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLAXO GROUP LIMITED<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LIMITED<br>Defendants. | : | Civil Action No. 04-171-KAJ |

**SECOND STIPULATION REGARDING AUTHENTICITY**
**AND ADMISSIBILITY OF DOCUMENTS AND TESTIMONY**

WHEREAS, Glaxo Group Limited ("Glaxo") and Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Limited (collectively, "Teva") have reached an agreement regarding the authenticity and admissibility of additional documents to those identified in the parties' "Joint Stipulation Regarding Authenticity and Admissibility of Documents and Testimony" entered by the Court on May 12, 2006,

IT IS HEREBY STIPULATED and ORDERED that:

1. The following documents are authentic and admissible evidence in this case. The parties may use any document identified below in dispositive motions or at trial, in whole or in part, subject to the right of the other party to designate and/or admit additional portions of any document for context and completeness.

T011276-T011284
G036066-G036073
LVM 0001-LVM 0028
LVM 0029-LVM0035
LVM 0036-LVM 0038
LVM 0039-LVM 0040

LVM 0041-LVM 0042
LVM 0043-LVM 0050
LVM 0051-LVM 0052

AGREED AS TO FORM AND SUBSTANCE:

Dated: August 30, 2006

For Plaintiff GLAXO GROUP LIMITED

/s/ Francis DiGiovanni .

Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 888-6316

OF COUNSEL:
Brian P. Murphy
Thomas J. Puppa
Bryan J. Vogel
Oren D. Langer
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
(212) 309-6000

*Attorneys for Plaintiff Glaxo Group Limited*

Dated: August 30, 2006

For Defendants TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LIMITED

/s/ Karen L. Pascale .

Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

OF COUNSEL:
Mark D. Schuman
Jeffrey C. Brown
MERCHANT & GOULD
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 332-5300

*Attorneys for Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Limited*

SO ORDERED this ____ day of ____________ 2006.

______________________________
UNITED STATES DISTRICT JUDGE

485075v1