**CONNOLLY BOVE LODGE & HUTZ LLP**
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 888-6316
Francis DiGiovanni (#3189)

**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
(212) 309-6000
Brian P. Murphy, Esq. (5162)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
GLAXO GROUP LIMITED                             :
                                                :   **CONTAINS CONFIDENTIAL**
                                                :   **INFORMATION UNDER**
                                                :   **PROTECTIVE ORDER**
              Plaintiff,                        :
                                                :   **REDACTED**
       v.                                       :   **VERSION**
                                                :
TEVA PHARMACEUTICALS USA, INC. and              :   Civil Action No. 04-171-KAJ
TEVA PHARMACEUTICAL INDUSTRIES                  :
LIMITED                                         :
              Defendants.                       :
                                                :
------------------------------------------------------------x

**SECOND SUPPLEMENTAL DECLARATION OF OREN D. LANGER, ESQ., IN
SUPPORT OF PLAINTIFF GLAXO GROUP LIMITED'S REPLY
MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY
JUDGMENT OF INFRINGEMENT**

I, Oren D. Langer, Esq., declare as follows:

    1.    I am an associate at the law firm of Morgan, Lewis & Bockius LLP, counsel to Plaintiff Glaxo Group Limited ("Glaxo").

1

2. I submit this second supplemental declaration in support of Plaintiff Glaxo Group Limited's Reply Memorandum in Support of its Motion for Summary Judgment of Infringement.

3. Attached as Exhibit 1 is a true and complete highlighted copy of Teva Pharmaceuticals USA, Inc.'s amended response to Glaxo's Interrogatory No. 7 served on March 11, 2005.

4. Attached as Exhibit 2 is a true and complete copy of highlighted portions of the trial testimony of Dr. John M. Hempenstall taken in *Glaxo Wellcome, Inc. v. Pharmadyne Corp.*, 32 F. Supp. 2d 265 (D. Md. 1998), on December 11, 1997.

5. Attached as Exhibit 3 is a true and complete copy of highlighted portions of the deposition of Glaxo expert witness Bradley D. Anderson, Ph.D., taken in this matter June 8, 2006.

6. Attached as Exhibit 4 is a true and complete highlighted copy of a letter, the excerpted attachments of which were marked as Defendants' Deposition Exhibit 9, authored by Frank R. Sisto dated November 29, 1994 amending Glaxo's NDA for Zantac® Syrup, and produced in this matter bearing production number G023189 – G023190.

7. Attached as Exhibit 5 is a true and complete highlighted copy of excerpts from Defendants' Deposition Exhibit 10, marked on June 8, 2006 and produced in this matter bearing production numbers G001831-G001833.

8. Attached as Exhibit 6 is a true and complete highlighted copy of a memorandum from Mrs. F. Bird to Dr. P. J. Rue, with a copy to Dr. J. M. Padfield, and is entitled "Effect of Ethanol on the Stability of Ranitidine Syrup" produced in this matter

and bearing production numbers G00919 – G000927.

9. Attached as Exhibit 7 is a true and complete copy of highlighted portions of the deposition transcript of Arthur H. Kibbe, Ph.D., taken in this matter on May 16, 2006.

10. Attached as Exhibit 8 is a true and complete copy of highlighted excerpts from the Rebuttal Expert Report of Professor Arthur H. Kibbe dated April 24, 2006 and served on Glaxo in this matter.

11. Attached as Exhibit 9 is a true and complete copy of excerpts from the Expert Report of Professor Arthur H. Kibbe dated March 14, 2006 and served on Glaxo in this matter.

12. Attached as Exhibit 10 is a true and complete copy of highlighted portions of the deposition transcript of John Fernandes, taken in this matter on March 3, 2006.

13. Attached as Exhibit 11 is a true and complete copy of highlighted portions of the deposition transcript of Tamas Szederkenyi, taken in this matter on May 19, 2005.

14. Attached as Exhibit 12 is a true and complete copy of highlighted portions of the deposition transcript of Subrata Mazumder, taken in this matter on January 12, 2006.

15. Attached as Exhibit 13 is a true and complete copy of highlighted portions of the deposition transcript of Angelique Massucci, taken in this matter on November 2, 2005.

16. Attached as Exhibit 14 is a true and complete copy of highlighted portions of the deposition transcript of Annette Mattiuz, taken in this matter on November 3, 2005.

17. Attached as Exhibit 15 is a true and complete highlighted copy of a letter from John M. Berns, counsel for defendants, to Thomas J. Puppa, counsel for plaintiff, dated October 4, 2005.

18. Attached as Exhibit 16 is a true and complete copy of Plaintiff's Deposition Exhibit 7, marked on May 19, 2005 and bearing production numbers T07267 – T07288.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 24, 2006

_____
Oren D. Langer, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2006, I filed **SECOND SUPPLEMENTAL DECLARATION OF OREN D. LANGER, ESQ., IN SUPPORT OF PLAINTIFF GLAXO GROUP LIMITED'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT** with the Clerk of Court and will hand deliver such filing to the following:

> Josy W. Ingersoll, Esq.
> Young Conway Stargatt & Taylor
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899

I hereby certify that on August 25, 2006, I have served via Federal Express, the document to the following non-registered participants:

> Mark D. Schuman, Esq.
> Jeffrey C. Brown, Esq.
> Merchant & Gould LLC
> 3200 IDS Center
> 80 South 8th Street
> Minneapolis, MN 55402

**REDACTED VERSION**

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
James D. Heisman (#2746)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
(302) 658-9141

Attorneys for Plaintiff Glaxo Group Limited

479007