

Trial Day 11
Volume 2 of 2
December 11, 1997

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

GLAXO WELLCOME INC., et al.

    Plaintiffs

v.

PHARMADYNE CORPORATION, et al.)

    Defendants

Civil Docket No. AMD-96-455
And
Civil Docket No. AMD-96-1853
(Consolidated)

The above-entitled matter continued on for trial before
The Honorable Andre M. Davis.

Baltimore, Maryland
December 11, 1997
2:40 p.m.

**A P P E A R A N C E S**

On behalf of the Plaintiffs:
    Stephen Judlowe, Esquire
    John Henry Lewin, Jr., Esquire
    Brian P. Murphy, Esquire
    Robert G. Gibbons, Esquire
    Regina Ambery, Esquire
    Jason Lief, Esquire

On behalf of the Defendants:
    James Rubin, Esquire
    Alan H. Bernstein, Esquire
    Robert S. Silver, Esquire
    John M. Seeberger, Esquire
    Deborah K. Besche, Esquire

Reported by:  Betty Lou Walls, RPR

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020          FAX 410-728-9024

**CONFIDENTIAL UNDER PROTECTIVE ORDER**

G028217

4201



CONFIDENTIAL UNDER PROTECTIVE ORDER

G028218

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020    FAX 410-728-9024

```
                                    I N D E X

WITNESS:

John Hempenstall

                DIRECT  VOIR    CROSS  REDIRECT  RECROSS
                        DIRE
                4241            4262   4340       4341
                                       4343

                                                           4202
```