```
 1        is that correct?
 2    A   That is correct.
 3    Q   Which at 45 degrees in Table 1.1, which had the greater
 4        shelf-life, is that with ethanol or that without ethanol?
 5    A   At 45 degrees in Table 1.1?
 6    Q   Yes.
 7    A   There's two 45 degrees.
 8    Q   Okay, the first one.
 9    A   You are asking me to compare --
10    Q   Ethanol versus no ethanol, item B, 45 degrees, I'm
11        asking you which one of those would have the greater
12        shelf-life?
13    A   Based upon the rate constant -- the rate constant for
14        the no ethanol one is lower than the rate constant for the
15        ethanol. But the P value tells me they are not significantly
16        different on statistical analysis because the P value is
17        greater at .05.
18    Q   So you could not draw a conclusion between the ethanol
19        and no ethanol under B; is that correct?
20    A   That's right, they are not different statistically.
21    Q   They are not different statistically?
22    A   When tested to see if they are different or not, there
23        are statistical analyses that you can carry out. When
24        applied to these two figures, the P value, which is a measure
25        of the statistical significance, tells you there is no
```

CONFIDENTIAL UNDER PROTECTIVE ORDER

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020    FAX 410-728-9024

G028333

4317

```
 1   significant difference between the two values.
 2  Q   How about under C?
 3  A   It's different there under C because the analysis of
 4      the ethanol-containing one is 227 and the no ethanol one is
 5      166.
 6  Q   And does the P value indicate they are statistically
 7      significant?
 8  A   It does indicate they are statistically significant.
 9      The qualifier is that is the outlier result from the data
10      that we talked about before.
11  Q   Well, okay. Which of those two has the greater
12      shelf-life based upon the data that is presented there?
13  A   Well, the one that would have the longest shelf-life
14      based upon the data here is the no ethanol. But again that
15      is the outlier.
16  Q   That is the outlier?
17  A   That is the outlier at 45 degrees.
18  Q   It's statistically significant, isn't it?
19  A   It is.
20  Q   Can you explain to me how something that is
21      statistically significant becomes an outlier?
22  A   I have been through this before. If you look in Table
23      1.2 at all the different rate constants for the ethanol
24      studies there is one which is different, and that is the
25      SP88/026, the figure is 226.6 and that is clearly different
```

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020   FAX 410-728-9024

CONFIDENTIAL UNDER PROTECTIVE ORDER

G028334

4318

```
 1   from the figures above, and that indicates to me that it is
 2   an outlier and the statistician tested for that and showed it
 3   to be an outlier.
 4   Q   Can you show me where that occurred in this report?
 5   A   Where the analysis occurred?
 6   Q   Yes, the outlier analysis.
 7   A   Bear with me for a time.
 8   Q   Sure.
 9                (Pause in the proceedings.)
10   A   It's under the, Y009645 under UK ingredients, first
11   paragraph, it talks about a chi-square test and it says there
12   that it is possible to pool the data as long as you exclude
13   the value from program SP88/026 but it's not possible if you
14   include it.
15   Q   That is your definition of an outlier analysis?
16   A   Yes.
17   Q   So the data in Table 1.1 which was considered the most
18   statistically significant is the one that you considered the
19   outlier; is that correct?
20   A   It is for the reasons I gave.
21   Q   Table 1.2, under 45 degrees centigrade, this is still
22   for the UK test, under 45 degrees centigrade which of the
23   mean rates would indicate the greater stability, the no
24   ethanol formulae that were reviewed or the ethanol formulae
25   that were reviewed?
```

CONFIDENTIAL UNDER PROTECTIVE ORDER

WALLS REPORTING, INC.
714 PARK AVENUE, BALTIMORE, MD 21201
410-728-9020    FAX 410-728-9024

G028335

4319

4330

```
 1   A    No.
 2   Q    You were not told the reason for your deposition?
 3   A    I believed that I was going to validate the data I
 4        provided.
 5   Q    Why did you not include the UK data, just generally?
 6              MR. LEWIN:  We've had it generally.  I object.
 7              THE COURT:  This is the last time, Mr. Rubin.  Go
 8        ahead, briefly, Doctor.
 9   A    Having reviewed it, I believed it was unreliable and
10        unrepresentative.  Rather than cherry pick the data at 30
11        degrees and submit it in my declaration, I decided to put it
12        all to one side.
13   Q    Okay.  If you will turn to your declaration, which is
14        also in your documents there, which is Plaintiffs' 250.  Are
15        you there?
16   A    My declaration?
17   Q    Yes.
18   A    Okay.
19   Q    Page 3.  It's the second from the last page of your
20        declaration.
21   A    Okay.
22   Q    Do you see a table at the bottom?
23   A    Yes.
24   Q    And does that table reflect Table 2.3 from the previous
25        exhibit we were looking at?
```