# EXHIBITS 3-8 FULLY REDACTED