# EXHIBITS 10-16 FULLY REDACTED