IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LIMITED,<br><br>           Plaintiff,<br>v.<br><br>TEVA PHARMACEUTICALS USA, INC. and<br>TEVA PHARMACEUTICAL INDUSTRIES<br>LIMITED,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 04-171-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of the following attorney to represent the Defendants in this matter:

> Christopher J. Sorenson
> MERCHANT & GOULD
> 80 South 8th Street
> 3200 IDS Center
> Minneapolis, MN 55402
> Telephone: 612-332-5300

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 is forwarded with this motion.

YOUNG CONAWAY STARGATT & TAYLOR LLP

September 8, 2006

*/s/ Karen L. Pascale*
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600
*Attorneys for Defendants*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Christopher J. Sorenson is GRANTED.

Date: September ____, 2006

_____
United States District Judge