## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on September 8, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Francis DiGiovanni, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE  19801

I further certify that on September 8, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL AND FEDEX**

>Brian P. Murphy, Esquire
>Thomas Puppa, Esquire
>MORGAN LEWIS & BOCKIUS LLP
>101 Park Avenue
>New York, NY 10178-0060

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Karen L. Pascale
>_____
>Karen L. Pascale (No. 2903)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware  19801
>(302) 571-6600
>[kpascale@ycst.com]
>*Attorneys for Teva Pharmaceuticals USA, Inc. and*
>*Teva Pharmaceutical Industries, Ltd.*