IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
GLAXO GROUP LIMITED                                        :
                                                           :
              Plaintiff,                                   :
                                                           :
                                                           :
       v.                                                  :
                                                           :    Civil Action No. 04-171-***
                                                           :
TEVA PHARMACEUTICALS USA, INC. and                         :
TEVA PHARMACEUTICAL INDUSTRIES                             :
LIMITED                                                    :
              Defendants.                                  :
                                                           :
-----------------------------------------------------------x
```

## STIPULATION AND ORDER

WHEREAS, the Honorable Kent A. Jordan has been confirmed by the United States Senate to sit on the Third Circuit Court of Appeals; and

WHEREAS, an order construing the claims of U.S. Patent No. 5,068,249 and otherwise ruling on the parties' respective summary judgment motions has not been issued, which decisions will impact and potentially limit the issues for trial; and

WHEREAS, defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Limited (collectively "Teva") have not yet received approval from the Food and Drug Administration ("FDA") to market their generic Ranitidine Oral Solution USP, 15 mg/mL product, as described in Abbreviated New Drug Application ("ANDA") No. 76-937 which is the subject of this patent infringement action; and

WHEREAS, Teva does not expect to receive approval from the FDA to market its generic Ranitidine Oral Solution USP, 15 mg/mL product as described in ANDA No. 76-937 in the near future; and

WHEREAS, in the interests of judicial economy and the parties' need to prepare the case for trial in an efficient manner;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Teva and plaintiff Glaxo Group Limited, subject to the approval of the Court, that the remaining pretrial and trial deadlines will be provisionally extended by 60 days or until such time as this case is reassigned to another United States District Judge and a final trial schedule entered, as follows:

1. the Final Pretrial Order will be filed with the Court on March 5, 2007;

2. the Pretrial Conference will take place on April ___, 2007; and

3. Trial in this matter will begin on _____, 2007.

Dated: December 19, 2006

For Plaintiff GLAXO GROUP LIMITED

By: ___/s/ Francis DiGiovanni___
 Francis DiGiovanni (#3189)
 CONNOLLY BOVE LODGE
  & HUTZ LLP
 The Nemours Building
 1007 North Orange Street
 P.O. Box 2207
 Wilmington, DE 19899-2207
 (302) 888-6316

OF COUNSEL:
Brian P. Murphy
Thomas J. Puppa
Bryan J. Vogel
Oren D. Langer
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
(212) 309-6000

*Attorneys for Plaintiff Glaxo Group Limited*

Dated: December 19, 2006

For Defendants TEVA
PHARMACEUTICALS USA, INC. and
TEVA PHARMACEUTICAL
INDUSTRIES LIMITED

By: ___/s/ Karen E. Keller___
 Josy W. Ingersoll (#1088)
 Karen E. Keller (#4489)
 YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
 The Brandywine Building
 1000 West Street, 17th Floor
 P.O. Box 391
 Wilmington, DE 19899-0391
 (302) 571-6600

OF COUNSEL:
Mark D. Schuman
Jeffrey C. Brown
MERCHANT & GOULD
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 332-5300

*Attorneys for Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Limited*

SO ORDERED this ___ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE