IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-171-*** |
| | ) |
| TEVA PHARMACEUTICALS USA, INC. | ) |
| and TEVA PHARMACEUTICAL | ) |
| INDUSTRIES LIMITED, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this **1st** day of **November, 2007**,

IT IS HEREBY ORDERED that the parties shall submit a status report to the Court on or before November 13, 2007.

_____
UNITED STATES MAGISTRATE JUDGE