IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| GLAXO GROUP LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-171-GMS-MPT |
| | ) | |
| TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LIMITED, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF CHANGE OF FIRM AFFILIATION OF *PRO HAC VICE* COUNSEL

PLEASE TAKE NOTICE of the change of firm affiliation for the below-listed counsel admitted *pro hac vice* on May 20, 2004 (*see* D.I. 13) to represent the defendants, Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals Industries Limited, in this matter:

> Mark D. Schuman
> Jeffer Ali
> CARLSON, CASPERS, VANDENBURGH & LINDQUIST
> 225 South Sixth Street, Suite 3200
> Minneapolis, MN 55402
> Telephone: (612) 436-9600

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/ Karen L. Pascale*
> _____
> Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
> John W. Shaw (No. 3362) [jshaw@ycst.com]
> Karen L. Pascale (No. 2903) [kpascale@ycst.com]
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899
> Telephone: (302) 571-6600

February 7, 2008

OF COUNSEL:

Mark D. Schuman
Samuel T. Lockner
Jeffer Ali
CARLSON, CASPERS, VANDENBURGH & LINDQUIST
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 436-9600

## **CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on February 7, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Francis DiGiovanni, Esquire [fdigiovanni@cblh.com]
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE 19801

I further certify that on February 7, 2008, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>*By E-Mail*
>
>Brian P. Murphy [bmurphy@morganlewis.com]
>Thomas J. Puppa [tpuppa@morganlewis.com]
>MORGAN LEWIS & BOCKIUS LLP
>101 Park Avenue
>New York, NY 10178-0060

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Karen L. Pascale*
>
>---
>Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
>John W. Shaw (No. 3362) [jshaw@ycst.com]
>Karen L. Pascale (No. 2903) [kpascale@ycst.com]
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899
>Telephone: (302) 571-6600
>*Attorneys for Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd.*