IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXO GROUP LIMITED,<br><br>        Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC. and<br>TEVA PHARMACEUTICAL INDUSTRIES<br>LIMITED,<br><br>        Defendants. | Civil Action No. 04-171-GMS-MPT |

## NOTICE OF WITHDRAWAL OF CERTAIN *PRO HAC VICE* COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the following attorneys withdraw from their representation *pro hac vice* of the defendants, Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals Industries Limited, in this matter:

>Ronald A. Daignault
>John M. Berns
>Jeffrey C. Brown
>Christopher J. Sorenson
>MERCHANT & GOULD P.C.
>3200 IDS Center
>80 South 8th Street
>Minneapolis, MN 55402

The remaining attorneys of record, including Mark D. Schuman and Jeffer Ali (now affiliated with the firm of Carlson, Caspers, Vandenburgh & Lindquist, 225 South Sixth Street, Suite 3200, Minneapolis, MN 55402), continue their representation of the defendants.

February 7, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600

OF COUNSEL:

Mark D. Schuman
Samuel T. Lockner
Jeffer Ali
CARLSON, CASPERS, VANDENBURGH & LINDQUIST
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 436-9600

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on February 7, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Francis DiGiovanni, Esquire [fdigiovanni@cblh.com]
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE 19801

I further certify that on February 7, 2008, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

*By E-Mail*

>Brian P. Murphy [bmurphy@morganlewis.com]
>Thomas J. Puppa [tpuppa@morganlewis.com]
>MORGAN LEWIS & BOCKIUS LLP
>101 Park Avenue
>New York, NY 10178-0060

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

---
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
*Attorneys for Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd.*