IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
                                                                 :
GLAXO GROUP LIMITED                                              :
                                                                 :
                    Plaintiff,                                   :   Civil Action No. 04-171-***
        v.                                                       :
                                                                 :
TEVA PHARMACEUTICALS USA, INC. and                               :
TEVA PHARMACEUTICAL INDUSTRIES                                   :
LIMITED                                                          :
                                                                 :
                    Defendants.                                  :
-----------------------------------------------------------------x
```

## NOTICE OF WITHDRAWAL OF ATTORNEY FROM CASE

PLEASE TAKE NOTICE that pursuant to Local Rule 83.7, defendants hereby notify the Court that <u>David Leichtman, Thomas J. Puppa, and Bryan J. Vogel</u> are hereby withdrawn from representing plaintiff, Glaxo Group Limited.

Dated: February 7, 2008

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
**CONNOLLY BOVE LODGE & HUTZ LLP**
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141

Brian P. Murphy
Oren D. Langer
**MORGAN LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178-0060
Phone (212) 309-60000
Attorneys for Plaintiff
Glaxo Group Limited

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on February 7, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Josy W. Ingersoll
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899

I further certify that on February 7, 2008, I caused a copy of the foregoing document to be served by hand delivery and email on the above-listed counsel of record, and by U.S. Mail and email on the following counsel of record:

> Mark D. Schuman
> Samuel T. Lockner
> Jeffer Ali
> Carlson, Caspers, Vandenburgh & Lindquist
> 225 South Sixth Street, Suite 3200
> Minneapolis, MN 55402

> /s/ Francis DiGiovanni
> Francis DiGiovanni (#3189)
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 N. Orange Street
> Wilmington, DE 19899
> Phone (302) 658-9141