IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
GLAXO GROUP LIMITED, :
:
                              Plaintiff, : Civ. Action No. 04-171 (GMS)
    v. :
:
TEVA PHARMACEUTICALS USA, INC. and :
TEVA PHARMACEUTICAL INDUSTRIES :
LIMITED, :
:
                            Defendants. :
---------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Glaxo Group Limited and Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd., through their undersigned counsel, hereby stipulate to dismissal without prejudice of this entire suit, including all of the claims and counterclaims asserted by both parties in this action, each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| Dated:  February 21, 2008 | Dated:  February 21, 2008 |
| For Plaintiff GLAXO GROUP LIMITED | For Defendants TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LIMITED |
| By: /s/ Francis DiGiovanni<br>   Francis DiGiovanni (#3189)<br>   CONNOLLY BOVE LODGE<br>    & HUTZ LLP<br>   The Nemours Building<br>   1007 North Orange Street<br>   P.O. Box 2207<br>   Wilmington, DE  19899-2207<br>   (302) 888-6316 | By: /s/ Karen L. Pascale<br>   Josy W. Ingersoll (#1088)<br>   Karen L. Pascale (#2903)<br>   YOUNG CONAWAY STARGATT<br>    & TAYLOR, LLP<br>   The Brandywine Building<br>   1000 West Street, 17th Floor<br>   P.O. Box 391<br>   Wilmington, DE  19899-0391<br>   (302) 571-6600 |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Brian P. Murphy | Mark D. Schuman |
| Oren D. Langer | CARLSON, CASPERS, |
| MORGAN, LEWIS & BOCKIUS LLP | VANDENBURGH & LINDQUIST |
| 101 Park Avenue | 225 South Sixth Street, Suite 3200 |
| New York, NY 10178-0060 | Minneapolis, MN 55402 |
| (212) 309-6000 | (612) 436-9600 |
| *Attorneys for Plaintiff Glaxo Group Limited* | *Attorneys for Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Limited* |