CLOSED, PATENT, PaperDocuments, VACANTJUDGESHIP

**U.S. District Court**
**District of Delaware (Wilmington)**
**CIVIL DOCKET FOR CASE #: 1:04-cv-00171-GMS**
**Internal Use Only**

| | |
|---|---|
| Glaxo Group Limited v. Teva Pharma USA Inc., et al | Date Filed: 03/18/2004 |
| Assigned to: Judge Gregory M. Sleet | Date Terminated: 02/21/2008 |
| Demand: $0 | Jury Demand: None |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

Glaxo Group Limited     represented by    **Francis DiGiovanni**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: fdigiovanni@cblh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J. Puppa**
Pro Hac Vice
UNDELIVERABLE E-MAIL
*TERMINATED: 02/07/2008*
*LEAD ATTORNEY*

**Brian P. Murphy**
Pro Hac Vice
Email: bmurphy@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Bryan J. Vogel**
Pro Hac Vice
UNDELIVERABLE E-MAIL
*TERMINATED: 02/07/2008*

**David Leichtman**
Pro Hac Vice
Email: dleichtman@morganlewis.com
*TERMINATED: 02/07/2008*
*ATTORNEY TO BE NOTICED*

**Oren D. Langer**
Pro Hac Vice
Email: olanger@morganlewis.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Teva Pharmaceuticals USA, Inc.     represented by    **Josy W. Ingersoll**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391

        Wilmington, DE 19899-0391
        (302) 571-6600
        Email: jingersoll@ycst.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Adam Wyatt Poff**
        Young, Conaway, Stargatt & Taylor
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE 19899-0391
        (302) 571-6600
        Email: apoff@ycst.com
        *ATTORNEY TO BE NOTICED*

        **John W. Shaw**
        Young, Conaway, Stargatt & Taylor
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE 19899-0391
        (302) 571-6600
        Email: jshaw@ycst.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Teva Pharmaceuticals Industries, LTD.**   represented by  **Josy W. Ingersoll**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Adam Wyatt Poff**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **John W. Shaw**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Teva Pharmaceuticals USA, Inc.**   represented by  **Josy W. Ingersoll**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Glaxo Group Limited**   represented by  **Francis DiGiovanni**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2004 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 135889 (els) (Entered: 03/19/2004) |
| 03/18/2004 |  | SUMMONS(ES) issued for Teva Pharma USA Inc., Teva Industries (els) (Entered: 03/19/2004) |
| 03/18/2004 | 2 | Report to Commissioner of Patents and Trademarks. Exit original. RE: 5,068,249 (els) (Entered: 03/19/2004) |
|  |  |  |

| | | |
|---|---|---|
| 02/22/2005 | 39 | Letter dated 2/22/05 to Judge Jordan from Francis DiGiovanni regarding Discovery Dispute. (SEALED) (rwc, ) (Entered: 02/23/2005) |
| 02/24/2005 | 40 | Letter dated 2/24/05 to Judge Jordan from Kevin M. Baird, Esq., in response to re 39 Letter regarding Discovery Dispute. - (SEALED)(rwc, ) (Entered: 02/24/2005) |
| 02/25/2005 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Telephone Conference Re: Discovery dispute held on 2/25/2005. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 02/28/2005) |
| 02/28/2005 | 41 | STENO NOTES for 2/25/05 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 02/28/2005) |
| 03/01/2005 | 42 | TRANSCRIPT of telephone conference held on 2/25/05 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 03/01/2005) |
| 03/24/2005 | 43 | TRANSCRIPT of teleconference held on 7/27/04 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 03/28/2005) |
| 03/31/2005 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Technology Tutorial held on 3/31/2005. (Court Reporter Brian Gaffigan.) (ntl, ) (Entered: 03/31/2005) |
| 04/01/2005 | 44 | TRANSCRIPT of technology tutorial held on 3/31/05 before Judge Jordan. Court Reporter: Brian Gaffigan. (Transcript on file in Clerk's Office) (ntl, ) (Entered: 04/01/2005) |
| 04/04/2005 | 45 | STENO NOTES for 3/31/05 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 04/04/2005) |
| 04/08/2005 | 46 | NOTICE OF SERVICE of Plaintiff's Second Set of Interrogatories (10-13) to Defendant Teva Pharma USA, Inc; and Plaintiff's First Set of Requests for Admission (1-24) to Defendant Teva Pharma. USA, Inc. by Glaxo Group Limited, Glaxo Group Limited.(DiGiovanni, Francis) (Entered: 04/08/2005) |
| 04/18/2005 | 47 | NOTICE OF SERVICE of Plaintiff's Second Set of Interrogatories (10-13) to Defendant Teva Pharmaceuticals USA, Inc. and Plaintiff's First Set of Requests for Admissions (1-24) to Defendant Teva Pharmaceuticals USA, Inc. by Glaxo Group Limited, Glaxo Group Limited.(DiGiovanni, Francis) (Entered: 04/18/2005) |
| 05/06/2005 | 48 | NOTICE of Service of Document Requests to Plaintiff Glaxo Group Limited. by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD., Teva Pharmaceuticals USA, Inc. (Ingersoll, Josy) (Entered: 05/06/2005) |
| 05/11/2005 | 49 | NOTICE OF SERVICE of Plaintiff Glaxo Group Limited's Objections and Responses to Defendant Teva Pharmaceuticals USA, Inc.'s Document Requests by Glaxo Group Limited, Glaxo Group Limited.(Bilynsky, Oleh) (Entered: 05/11/2005) |
| 05/17/2005 | 50 | NOTICE of Service of Defendants Response to Plaintiff's Second Set of Interrogatories (10-13) and Defendants Answer to Plaintiff's First Set of Requests for Admission (1-24) by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD., Teva Pharmaceuticals USA, Inc. re 46 Notice of Service, (Ingersoll, Josy) (Entered: 05/17/2005) |
| 05/18/2005 | 51 | SUMMONS Returned Executed as to Teva Pharmaceutical Industries Limited on December 29, 2004 (Attachments: # 1 Affidavit Certificate in conformity with article 6 of The Hague Convention# 2 Exhibit Form USM-94 Request for Service Abroad of Judicial or Extrajudicial Documents# 3 Exhibit Form USM-94 Summary of the Document to be Served# 4 Exhibit Complaint for Patent Infringement# 5 Civil Cover Sheet Civil Cover Sheet)(Gottesman, Brian) Modified on 5/18/2005 (rwc, ). (Entered: 05/18/2005) |
| 06/13/2005 | 52 | ORDER, Setting Discovery Teleconference for 6/30/2005 11:30 AM before Honorable Kent A. Jordan. Signed by Judge Kent A. Jordan on 6/13/05. (rwc, ) (Entered: 06/13/2005) |
| 06/28/2005 | 53 | SEALED LETTER to Honorable Kent A. Jordon from Francis DiGiovanni regarding Discovery Issues. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7)(DiGiovanni, Francis) Modified on 6/28/2005 (rwc, ). (Entered: 06/28/2005) |
| 06/28/2005 | 54 | SEALED LETTER to The Honorable Kent A. Jordan from Karen E. Keller regarding discovery issue. (Keller, Karen) Modified on 6/28/2005 (rwc, ). (Entered: 06/28/2005) |
| 06/29/2005 | 55 | Letter to The Honorable Kent A. Jordan from Karen E. Keller regarding discovery issue [FILED UNDER SEAL]. (Keller, Karen) (Entered: 06/29/2005) |
| | | |

| | | |
|---|---|---|
| 06/30/2005 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Discovery Teleconference held on 6/30/2005. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 06/30/2005) |
| 06/30/2005 | 56 | STENO NOTES for 6/30/05 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 06/30/2005) |
| 06/30/2005 | 57 | TRANSCRIPT of teleconference held on 6/30/05 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 06/30/2005) |
| 07/06/2005 | 58 | Letter to REDACTED VERSION DI 53 To: Honorable Kent A. Jordan from Francis DiGiovanni regarding Discovery Issues. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7)(DiGiovanni, Francis) (Entered: 07/06/2005) |
| 07/27/2005 | 59 | ORDER, Telephone Status Conference reset for 10/7/2005 04:30 PM before Honorable Kent A. Jordan. Signed by Judge Kent A. Jordan on 7/27/05. (ntl, ) (Entered: 07/27/2005) |
| 07/29/2005 | 60 | Consent MOTION for Issuance of Letters Rogatory *to the Canadian Judicial Authority of Quebec* - filed by Glaxo Group Limited. (Attachments: # 1 Exhibit 1# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C) (DiGiovanni, Francis) (Entered: 07/29/2005) |
| 07/29/2005 | 61 | Letter to Honorable Kent A. Jordon from Francis DiGiovanni regarding Additional Copies of Exhibit 1 to D.I. 60. (DiGiovanni, Francis) (Entered: 07/29/2005) |
| 08/01/2005 | 62 | REVISED MOTION for Issuance of Letters Rogatory *Request for International Judicial Assistance* - filed by Glaxo Group Limited. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(DiGiovanni, Francis) Modified on 8/1/2005 (rwc, ). (Entered: 08/01/2005) |
| 08/02/2005 | | SO ORDERED, re 62 MOTION for Issuance of Letters Rogatory *Request for International Judicial Assistance* filed by Glaxo Group Limited, . Signed by Judge Kent A. Jordan on 8/2/05. (rwc, ) (Entered: 08/02/2005) |
| 09/14/2005 | 63 | ORDER, resetting Status Teleconference for 10/7/2005 09:30 AM before Honorable Kent A. Jordan. Signed by Judge Kent A. Jordan on 9/14/05. (rwc, ) (Entered: 09/14/2005) |
| 09/21/2005 | 64 | SEALED Letter to The Honorable Kent A. Jordan from Francis DiGiovanni regarding Status Letter. (DiGiovanni, Francis) Modified on 9/22/2005 (rwc, ). (Entered: 09/21/2005) |
| 09/21/2005 | 65 | Letter to The Honorable Kent A. Jordan from Josy W. Ingersoll regarding The status of discovery. (Ingersoll, Josy) (Entered: 09/21/2005) |
| 09/28/2005 | 66 | NOTICE OF SERVICE of Notice of Deposition of Subrata Mazumder and Notice of Deposition of Real Duteau by Glaxo Group Limited, Glaxo Group Limited.(DiGiovanni, Francis) (Entered: 09/28/2005) |
| 09/28/2005 | 67 | NOTICE OF SERVICE of Notice of Deposition of Annette Mattiuz and Notice of 30(b)(6) Deposition by Glaxo Group Limited, Glaxo Group Limited.(DiGiovanni, Francis) (Entered: 09/28/2005) |
| 09/28/2005 | 68 | NOTICE OF SERVICE of Supplemental Initial Disclosures by Glaxo Group Limited, Glaxo Group Limited.(DiGiovanni, Francis) (Entered: 09/28/2005) |
| 09/28/2005 | 69 | REDACTED VERSION *of Letter to Judge Jordan from Francis DiGiovanni regarding Status Report* by Glaxo Group Limited, Glaxo Group Limited. (Attachments: # 1 Telephone Conference Transcript# 2 Letter to J. Berns from T. Puppa# 3 Letter to M. Schuman from B. Murphy# 4 Letter to J. Berns from T. Puppa# 5 Letter to J. Berns from T. Puppa# 6 Letter to J. Berns from T. Puppa# 7 Under Seal# 8 Letter to J. Berns from T. Puppa# 9 Proposed Stipulation to Modify Scheduling Order)(DiGiovanni, Francis) (Entered: 09/28/2005) |
| 10/07/2005 | 70 | STENO NOTES for 10/7/05 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 10/07/2005) |
| 10/07/2005 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Discovery Teleconference held on 10/7/2005. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 10/07/2005) |
| 10/12/2005 | 71 | TRANSCRIPT of teleconference held on 10/7/06 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 10/12/2005) |
| 11/14/2005 | 72 | NOTICE OF SERVICE of Plaintiff's Second Set of Requests for the Production of Documents and Things to Teva Pharmaceutical Industries Limited by Glaxo Group Limited.(DiGiovanni, Francis) (Entered: 11/14/2005) |

| | | |
|---|---|---|
| | | H. Kibbe by Glaxo Group Limited.(DiGiovanni, Francis) (Entered: 05/11/2006) |
| 05/12/2006 | | SO ORDERED, re 87 Stipulation filed by Teva Pharmaceuticals USA, Inc., Glaxo Group Limited, Teva Pharmaceuticals Industries, LTD. Signed by Judge Kent A. Jordan on 5/12/06. (rwc, ) (Entered: 05/12/2006) |
| 05/12/2006 | 90 | NOTICE OF SERVICE of Plaintiff Glaxo Group Limited's Amended Notice of Deposition of Professor Arthur H. Kibbe by Glaxo Group Limited.(DiGiovanni, Francis) (Entered: 05/12/2006) |
| 05/16/2006 | 91 | NOTICE OF SERVICE of Notice of Deposition of Bradley D. Anderson, Ph.D. by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD..(Ingersoll, Josy) (Entered: 05/16/2006) |
| 05/22/2006 | 92 | SECOND AMENDED SCHEDULING ORDER: Dispositive Motions due by 7/28/2006. Claims Construction due by 6/30/2006. Markman Hearing set for 9/7/2006 02:00 PM in Courtroom 6A before Honorable Kent A. Jordan. Pretrial Conference set for 2/5/2007 04:00 PM before Honorable Kent A. Jordan. Bench Trial (10-days) set for 3/5/2007 09:30 PM in Courtroom 6A before Honorable Kent A. Jordan.. Signed by Judge Kent A. Jordan on 5/22/06. (rwc, ) (Entered: 05/22/2006) |
| 05/31/2006 | 93 | NOTICE OF SERVICE of (1) Teva Israel's Response to Plaintiff's Interrogatory No. 9 and (2) Teva USA's Response to Plaintiff's Third Set of Interrogatories (Nos. 14 ? 19) and Supplemental Response to Plaintiff's First Set of Interrogatories re 85 Notice of Service,, 31 Certificate of Service by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. Related document: 85 Notice of Service, filed by Glaxo Group Limited,, 31 Certificate of Service filed by Glaxo Group Limited,. (Ingersoll, Josy) (Entered: 05/31/2006) |
| 06/13/2006 | 94 | ORDER Setting Mediation Conferences: Mediation Conference set for 9/19/2006 09:00 AM in Courtroom 6C before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 6/13/2006. (cab, ) (Entered: 06/13/2006) |
| 06/30/2006 | 95 | SEALED OPENING BRIEF in Support *of its Motion Pursuant to Fed. R. Civ. P. 56 for Summary Judgment of Patent Infringement* filed by Glaxo Group Limited, Glaxo Group Limited.Answering Brief/Response due date per Local Rules is 7/17/2006. (Heisman, James) - Modified on 9/6/2006 (rwc, ). Modified on 9/6/2006 (rwc, ). (Entered: 06/30/2006) |
| 06/30/2006 | 96 | SEALED OPENING BRIEF in Support *of Summary Judgment Dismissing Defendants' Affirmative Defenses and Corresponding Counterclaim Alleging Inequitable Conduct During the Prosecution of U.S. Patent No. 5,068,249* filed by Glaxo Group Limited - (Heisman, James) . Modified on 9/6/2006 (rwc, ). (Entered: 06/30/2006) |
| 06/30/2006 | 97 | SEALED CLAIM CONSTRUCTION OPENING BRIEF *Construing the Disputed Claim Terms of Glaxo's U.S. Patent No. 5,068,249* filed by Glaxo Group Limited, Glaxo Group Limited. (Heisman, James) (Entered: 06/30/2006) |
| 06/30/2006 | 98 | SEALED DECLARATION re 97 Claim Construction Opening Brief *Of Bradley D. Anderson Ph.D., In Support of Glaxo Group Limited's Opening Claim Construction Brief on U.S. Patent No. 5,068,249* by Glaxo Group Limited, Glaxo Group Limited. (Heisman, James) (Entered: 06/30/2006) |
| 06/30/2006 | 99 | SEALED DECLARATION re 95 Opening Brief in Support,, 96 Opening Brief in Support,, 97 Claim Construction Opening Brief *of Oren D. Langer, Esq., in Support of Plaintiff Glaxo Group Limited's Opening Claim Construction Brief and Summary Judgment Motions on U.S. Patent 5,068,249 (Part 1 of 2)* by Glaxo Group Limited, Glaxo Group Limited. (Heisman, James) (Entered: 06/30/2006) |
| 06/30/2006 | 100 | SEALED DECLARATION re 95 Opening Brief in Support,, 98 Declaration,, 96 Opening Brief in Support,, 97 Claim Construction Opening Brief, 99 Declaration, *of Oren D. Langer, Esq., in Support of Plaintiff Glaxo Group Limited's Opening Claim Construction Brief and Summary Judgment Motions on U.S. Patent No. 5,068,249 (Part 2 of 2)* by Glaxo Group Limited, Glaxo Group Limited. (Heisman, James) (Entered: 06/30/2006) |
| 06/30/2006 | 101 | SEALED CLAIM CONSTRUCTION OPENING BRIEF filed by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Poff, Adam) (Entered: 06/30/2006) |
| 06/30/2006 | 102 | SEALED APPENDIX re 101 Claim Construction Opening Brief by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Poff, Adam) (Entered: 06/30/2006) |
| 06/30/2006 | 103 | MOTION for Summary Judgment *of Non-Infringement* - filed by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Attachments: # 1 Text of Proposed Order)(Poff, Adam) (Entered: 06/30/2006) |
| | | |

| | | |
|---|---|---|
| 06/30/2006 | 104 | SEALED OPENING BRIEF in Support re 103 MOTION for Summary Judgment *of Non-Infringement* filed by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD..Answering Brief/Response due date per Local Rules is 7/17/2006. (Poff, Adam) (Entered: 06/30/2006) |
| 06/30/2006 | 105 | SEALED APPENDIX re 104 Opening Brief in Support, *of Motion for Summary Judgment of Non-Infringement* by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Poff, Adam) (Entered: 06/30/2006) |
| 06/30/2006 | 106 | CLAIM Construction Chart (Volume I) by Glaxo Group Limited, Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Heisman, James) Modified on 7/11/2006 (rwc, ). (Entered: 06/30/2006) |
| 06/30/2006 | 107 | CLAIM Construction Chart (Volume II) by Glaxo Group Limited, Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2 part 1# 3 Exhibit Exhibit 2 part 2# 4 Exhibit 3 part 1# 5 Exhibit Exhibit 3 part 2# 6 Exhibit 3 part 3# 7 Exhibit Exhibit 3 part 4)(Heisman, James) Modified on 7/11/2006 (rwc, ). (Entered: 06/30/2006) |
| 06/30/2006 | | MOTION for Summary Judgment of Patent Infringement - - filed by Glaxo Group Limited. (see 95 Opening Brief) (rwc, ) (Entered: 09/06/2006) |
| 06/30/2006 | | MOTION for Summary Judgment Dismissing Defendant's Affirmative Defenses and Corresponding Counterclaim Alleging Inequitable Conduct During the Prosecution of U.S. Patent No. 5,068,249 - filed by Glaxo Group Limited. (see 96 Opening Brief) .(rwc, ) Modified on 9/6/2006 (rwc, ). (Entered: 09/06/2006) |
| 07/10/2006 | 108 | REDACTED VERSION of 101 Claim Construction Opening Brief by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Poff, Adam) (Entered: 07/10/2006) |
| 07/10/2006 | 109 | REDACTED VERSION of 102 Appendix *Supporting Teva's Opening Brief on Claim Construction* by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Attachments: # 1 Exhibit A to F)(Poff, Adam) (Entered: 07/10/2006) |
| 07/10/2006 | 110 | REDACTED VERSION of 104 Opening Brief in Support, *Motion for Summary Judgment of Non-Infringement* by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Poff, Adam) (Entered: 07/10/2006) |
| 07/10/2006 | 111 | REDACTED VERSION of 105 Appendix *Supporting Teva's Motion for Summary Judgment of Non-Infringement* by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Attachments: # 1 Exhibit 1 to 14)(Poff, Adam) (Entered: 07/10/2006) |
| 07/10/2006 | 112 | REDACTED VERSION of 95 Opening Brief in Support, *Motion Pursuant to Fed. R. Civ. P. 56 For Summary Judgment of Patent Infringement* by Glaxo Group Limited. (DiGiovanni, Francis) (Entered: 07/10/2006) |
| 07/10/2006 | 113 | REDACTED VERSION of 96 Opening Brief in Support, *Motion for Summary Judgment Dismissing Defendants' Affirmative Defenses and Corresponding Counterclaim Alleging Inequitable Conduct During the Prosecution of U.S. Patent No. 5,068,249* by Glaxo Group Limited. (DiGiovanni, Francis) (Entered: 07/10/2006) |
| 07/10/2006 | 114 | REDACTED VERSION of 97 Claim Construction Opening Brief *Construing the Disputed Claim Terms of Glaxo's U.S. Patent No. 5,068,249* by Glaxo Group Limited. (DiGiovanni, Francis) (Entered: 07/10/2006) |
| 07/10/2006 | 115 | REDACTED VERSION of 98 Declaration, *of Bradley D. Anderson in Support of Glaxo's Opening Claim Construction Brief on U.S. Patent 5,068,249* by Glaxo Group Limited. (Attachments: # 1 Exhibit A-D)(DiGiovanni, Francis) (Entered: 07/10/2006) |
| 07/10/2006 | 116 | REDACTED VERSION of 99 Declaration, *of Oren D. Langer in Support of Glaxo's Opening Claim Construction Brief and Summary Judgment Motions on U.S. Patent No. 5,068,249* by Glaxo Group Limited. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3 part 1# 4 Exhibit 3 part 2# 5 Exhibit 3 part 3# 6 Exhibit 4# 7 Exhibit 5# 8 Exhibit 6# 9 Exhibit 7# 10 Exhibit 8 part 1# 11 Exhibit 9# 12 Exhibit 10 part 1# 13 Exhibit 10 part 2# 14 Exhibit 10 part 3# 15 Exhibit 11# 16 Exhibit 12# 17 Exhibit 13# 18 Errata 14# 19 Exhibit 15# 20 Exhibit 16 part 1# 21 Exhibit 16 part 2# 22 Exhibit 16 part 3# 23 Exhibit 16 part 4# 24 Exhibit 17# 25 Exhibit 18# 26 Exhibit 20# 27 Exhibit 21# 28 Exhibit 22# 29 Exhibit 23# 30 Exhibit 24# 31 Exhibit 25)(DiGiovanni, Francis) (Entered: 07/10/2006) |
| 07/10/2006 | 117 | REDACTED VERSION of 100 Declaration, *of Oren D. Langer in Support of Glaxo's Opening Claim Construction Brief and Summary Judgment Motions on U.S. Patent No. 5,068,249 (Part 2)* by Glaxo Group Limited. (Attachments: # 1 Exhibit 26# 2 Exhibit 27# 3 Exhibit 28# 4 Exhibit 29# 5 Exhibit |

| | | |
|---|---|---|
| | | 30# 6 Exhibit 31# 7 Exhibit 32# 8 Exhibit 33# 9 Exhibit 34# 10 Exhibit 35# 11 Exhibit 36# 12 Exhibit 37# 13 Exhibit 38# 14 Exhibit 39# 15 Exhibit 40# 16 Exhibit 41# 17 Exhibit 42# 18 Exhibit 43# 19 Exhibit 44# 20 Exhibit 45# 21 Exhibit 46# 22 Exhibit 47# 23 Exhibit 48)(DiGiovanni, Francis) (Entered: 07/10/2006) |
| 07/17/2006 | 118 | ORDER, Markman Hearing reset for 9/8/2006 02:00 PM in Courtroom 6A before Honorable Kent A. Jordan. Signed by Judge Kent A. Jordan on 7/17/06. (rwc, ) (Entered: 07/17/2006) |
| 07/26/2006 | 119 | Letter to Honorable Kent A. Jordan from Francis DiGiovanni regarding Request for Teleconference to Address August 5, 2006 Statutory Deadline (FILED UNDER SEAL). (DiGiovanni, Francis) (Entered: 07/26/2006) |
| 07/27/2006 | 120 | STIPULATION to govern product launch by Glaxo Group Limited. (Heisman, James) (Entered: 07/27/2006) |
| 07/27/2006 | 121 | STENO NOTES for 7/27/06 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 07/27/2006) |
| 07/27/2006 | | SO ORDERED - re 120 Stipulation regarding distribution of Ranitidine Oral Solution USP, 15 mg/ml - filed by Glaxo Group Limited . Signed by Judge Kent A. Jordan on 7/27/06. (rwc, ) (Entered: 07/27/2006) |
| 07/27/2006 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Telephone Conference held on 7/27/2006. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 07/27/2006) |
| 07/28/2006 | 122 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF re 101 Claim Construction Opening Brief filed by Glaxo Group Limited. (DiGiovanni, Francis) (Entered: 07/28/2006) |
| 07/28/2006 | 123 | SEALED ANSWERING BRIEF in Opposition re 103 MOTION for Summary Judgment *of Non-Infringement* filed by Glaxo Group Limited.Reply Brief due date per Local Rules is 8/4/2006. (DiGiovanni, Francis) (Entered: 07/28/2006) |
| 07/28/2006 | 124 | SEALED DECLARATION re 123 Answering Brief in Opposition *of Oren D. Langer* by Glaxo Group Limited. (DiGiovanni, Francis) (Entered: 07/28/2006) |
| 07/28/2006 | 125 | SEALED ANSWERING BRIEF in Opposition *to Glaxo's Motion for Summary Judgment Dismissing Teva's Affirmative Defenses and Corresponding Counterclaim Alleging Inequitable Conduct During the Prosecution of U.S. Patent No. 5,068,249* filed by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD..Reply Brief due date per Local Rules is 8/4/2006. (Keller, Karen) (Entered: 07/28/2006) |
| 07/28/2006 | 126 | SEALED DECLARATION re 123 Answering Brief in Opposition *of David R. Long, Ph.D* by Glaxo Group Limited. (DiGiovanni, Francis) (Entered: 07/28/2006) |
| 07/28/2006 | 127 | SEALED APPENDIX re 125 Answering Brief in Opposition, *Glaxo's Motion for Summary Judgment Dismissing Teva's Affirmative Defenses and Corresponding Counterclaim Alleging Inequitable Conduct During the Prosecution of U.S. Patent No. 5,068,249* by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Keller, Karen) (Entered: 07/28/2006) |
| 07/28/2006 | 128 | SEALED ANSWERING BRIEF in Opposition *to Glaxo's Motion for Summary Judgment of Patent Infringement* filed by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD..Reply Brief due date per Local Rules is 8/4/2006. (Keller, Karen) (Entered: 07/28/2006) |
| 07/28/2006 | 129 | SEALED APPENDIX re 128 Answering Brief in Opposition, *Glaxo's Motion for Summary Judgment of Patent Infringement* by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Keller, Karen) (Entered: 07/28/2006) |
| 07/28/2006 | 130 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF re 97 Claim Construction Opening Brief filed by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Keller, Karen) (Entered: 07/28/2006) |
| 07/28/2006 | 131 | SEALED APPENDIX re 130 Claim Construction Answering Brief by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Keller, Karen) (Entered: 07/28/2006) |
| 07/31/2006 | 132 | TRANSCRIPT of teleconference held on 7/27/06 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 07/31/2006) |
| 08/04/2006 | 133 | REDACTED VERSION of 122 Claim Construction Answering Brief by Glaxo Group Limited. (DiGiovanni, Francis) (Entered: 08/04/2006) |

| | | |
|---|---|---|
| 08/04/2006 | 134 | REDACTED VERSION of 123 Answering Brief in Opposition by Glaxo Group Limited. (Attachments: # 1 Exhibit A# 2 Exhibit B)(DiGiovanni, Francis) (Entered: 08/04/2006) |
| 08/04/2006 | 135 | REDACTED VERSION of 124 Declaration *of Oren D. Langer* by Glaxo Group Limited. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(DiGiovanni, Francis) (Entered: 08/04/2006) |
| 08/04/2006 | 136 | REDACTED VERSION of 126 Declaration *of David R. Long, Ph.D.* by Glaxo Group Limited. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3 part 1# 4 Exhibit 3 part 2# 5 Exhibit 3 part 3# 6 Exhibit 3 part 4# 7 Exhibit 3 part 5# 8 Exhibit 3 part 6# 9 Exhibit 3 part 7# 10 Exhibit 3 part 8) (DiGiovanni, Francis) (Entered: 08/04/2006) |
| 08/04/2006 | 137 | REDACTED VERSION of 130 Claim Construction Answering Brief by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Keller, Karen) (Entered: 08/04/2006) |
| 08/04/2006 | 138 | REDACTED VERSION of 125 Answering Brief in Opposition, *to Glaxo's Motion for Summary Judgment Dismissing Teva's Affirmative Defenses and Corresponding Counterclaim Alleging Inequitable Conduct During the Prosecution of U.S. Patent No. 5,068,249* by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Keller, Karen) (Entered: 08/04/2006) |
| 08/04/2006 | 139 | REDACTED VERSION of 128 Answering Brief in Opposition, *to Glaxo's Motion for Summary Judgment of Patent Infringement* by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Keller, Karen) (Entered: 08/04/2006) |
| 08/04/2006 | 140 | REDACTED VERSION of 131 Appendix *to Claim Construction Answering Brief* by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Keller, Karen) (Entered: 08/04/2006) |
| 08/04/2006 | 141 | REDACTED VERSION of 127 Appendix, *to Answering Brief in Opposition to Glaxo's Motion for Summary Judgment Dismissing Teva's Affirmative Defenses and Corresponding Counterclaim Alleging Inequitable Conduct During the Prosecution of U.S. Patent No. 5,068,249* by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Keller, Karen) (Entered: 08/04/2006) |
| 08/04/2006 | 142 | REDACTED VERSION of 129 Appendix *to Answering Brief in Opposition to Glaxo's Motion for Summary Judgment of Patent Infringement* by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Keller, Karen) (Entered: 08/04/2006) |
| 08/15/2006 | 143 | Letter to The Honorable Kent A. Jordan from Francis DiGiovanni regarding Stipulation and Order regarding the expiration of the 30-month stay of FDA approval. (Attachments: # 1 Exhibit A) (DiGiovanni, Francis) (Entered: 08/15/2006) |
| 08/15/2006 | 144 | SO-ORDERED Stipulation regarding sale and distribution of Ranitidine Oral Solution USP pending notice of FDA approval. Signed by Judge Kent A. Jordan on 8/15/06. (rwc, ) (Entered: 08/15/2006) |
| 08/17/2006 | 145 | MOTION for Pro Hac Vice Appearance of Attorney David Leichtman - filed by Glaxo Group Limited. (DiGiovanni, Francis) (Entered: 08/17/2006) |
| 08/21/2006 | | SO ORDERED, re 145 MOTION for Pro Hac Vice Appearance of Attorney David Leichtman filed by Glaxo Group Limited . Signed by Judge Kent A. Jordan on 8/21/06. (ntl, ) (Entered: 08/21/2006) |
| 08/22/2006 | 146 | ORDER Mediation scheduled for 9/19/2006 at 9:00 AM is canceled. Counsel shall contact the Magistrate Judge should the parties desire court-assisted ADR. Signed by Judge Mary Pat Thynge on 8/22/2006. (cab, ) (Entered: 08/22/2006) |
| 08/25/2006 | 147 | REPLY BRIEF- (SEALED) *in Support of Its Motion* 96 *for Summary Judgment Dismissing Defendants' Affirmative Defenses and Corresponding Counterclaim Alleging Inequitable Conduct During the Prosecution of U.S. Patent No. 5,068,249* filed by Glaxo Group Limited. (DiGiovanni, Francis) Modified on 8/25/2006 (rwc, ). (Entered: 08/25/2006) |
| 08/25/2006 | 148 | SEALED REPLY BRIEF *in Support of Its Motion for Summary Judgment of Patent Infringement* filed by Glaxo Group Limited. (DiGiovanni, Francis) (Entered: 08/25/2006) |
| 08/25/2006 | 149 | SEALED DECLARATION re 148 Reply Brief *of Oren D. Langer, Esq.* by Glaxo Group Limited. (DiGiovanni, Francis) (Entered: 08/25/2006) |
| 08/25/2006 | 150 | SEALED REPLY BRIEF re 103 MOTION for Summary Judgment *of Non-Infringement* filed by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Keller, Karen) (Entered: 08/25/2006) |
| | | |

| | | |
|---|---|---|
| 08/25/2006 | 151 | SEALED APPENDIX re 150 Reply Brief by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Keller, Karen) (Entered: 08/25/2006) |
| 08/30/2006 | 152 | Second STIPULATION Regarding Authenticity and Admissibility of Documents and Testimony by Glaxo Group Limited. (DiGiovanni, Francis) (Entered: 08/30/2006) |
| 08/31/2006 | | SO ORDERED, re 152 Stipulation filed by Glaxo Group Limited . Signed by Judge Kent A. Jordan on 8/31/06. (ntl, ) (Entered: 08/31/2006) |
| 09/01/2006 | 153 | REDACTED VERSION of 148 Reply Brief *Memorandum in Support of Its Motion Pursuant to Fed. R. Civ. P. 56 for Summary Judgment of Patent Infringement* by Glaxo Group Limited, Glaxo Group Limited. (DiGiovanni, Francis) (Entered: 09/01/2006) |
| 09/01/2006 | 154 | REDACTED VERSION of 149 Declaration, 148 Reply Brief *Second Supplemental Declaration of Oren D. Langer, Esq. in Support of Plaintiff Glaxo Group Limited's Reply Memorandum in Support of its Motion for Summary Judgment of Infringement* by Glaxo Group Limited, Glaxo Group Limited. (Attachments: # 1 Exhibit Exhibit 1 part 1# 2 Exhibit Exhibit 1 part 2# 3 Exhibit Exhibit 2 part 1# 4 Exhibit Exhibit 2 part 2# 5 Exhibit Exhibits 3-8# 6 Exhibit Exhibit 9# 7 Exhibit Exhibits 10-16) (DiGiovanni, Francis) (Entered: 09/01/2006) |
| 09/01/2006 | 155 | REDACTED VERSION of 147 Reply Brief, *In Support of its Motion For Summary Judgment Dismissing Defendants' Affirmative Defenses and Corresponding Counterclaim Alleging Inequitable Conduct During the Prosecution of U.S. Patent No. 5,068,249* by Glaxo Group Limited, Glaxo Group Limited. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B)(DiGiovanni, Francis) (Entered: 09/01/2006) |
| 09/06/2006 | | CORRECTING ENTRY: DI#'s 95 & 96 (Opening Briefs) were electronically filed without first filing a separate motion. The Docket Clerk added the motions and linked them back to DI#'s 95 and 96. This was necessary to establish the existence of two pending motions before the Court. (rwc, ) (Entered: 09/06/2006) |
| 09/06/2006 | 156 | REDACTED VERSION of 150 Reply Brief *in Support of its MOTION for Summary Judgment of Non-Infringement* by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Keller, Karen) (Entered: 09/06/2006) |
| 09/06/2006 | 157 | REDACTED VERSION of 151 Appendix *Supporting Teva's Reply Brief on Motion for Summary Judgment* by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Keller, Karen) (Entered: 09/06/2006) |
| 09/08/2006 | 158 | MOTION for Pro Hac Vice Appearance of Attorney Christopher J. Sorenson - filed by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Attachments: # 1 Pro Hac Vice Certification by Counsel# 2 Certificate of Service)(Pascale, Karen) (Entered: 09/08/2006) |
| 09/08/2006 | 159 | STENO NOTES for 9/6/06 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 09/08/2006) |
| 09/08/2006 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Markman Hearing held on 9/8/2006. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 09/08/2006) |
| 09/12/2006 | 160 | TRANSCRIPT of Markman Hearing held on 9/8/06 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 09/13/2006) |
| 09/13/2006 | | SO ORDERED, re 158 MOTION for Pro Hac Vice Appearance of Attorney Christopher J. Sorenson filed by Teva Pharmaceuticals USA, Inc.,, Teva Pharmaceuticals Industries, LTD. Signed by Judge Kent A. Jordan on 9/13/06. (rwc, ) (Entered: 09/13/2006) |
| 12/01/2006 | 161 | Letter to Judge Kent A. Jordan from Francis DiGiovanni regarding LR 7.1.2 (c) Citation of Subsequent Authority - re 96 Opening Brief in Support,. (Attachments: # 1 Exhibit A - Abraxis v. Mayne)(DiGiovanni, Francis) (Entered: 12/01/2006) |
| 12/15/2006 | 162 | [1:04-cv-171-***]: Please note that, in accordance with the attached standing order, this case has been designated as one to be assigned to the judge who fills the vacancy left by the elevation of Judge Kent A. Jordan to the United States Court of Appeals for the Third Circuit. Pending assignment, the case has been referred to Magistrate Judge Mary Pat Thynge for all pretrial proceedings, pursuant to 28 U.S.C. section 636(b). Please include ***, in place of the Judge's initials, after the case number on all documents filed. (ntl) (Entered: 12/15/2006) |
| 12/19/2006 | 163 | STIPULATION and Order extending the remaining pretrial and trial deadlines by 60 days by Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries, LTD.. (Keller, Karen) (Entered: |